# Exhibit A

Case 3:25-cv-01085-JEP-LLL    Document 29-1    Filed 12/19/25    Page 1 of 12 PageID 388

**John S. Hogan**
**Bergen County Clerk**

**Bergen County Clerk**
One Bergen County Plaza
Hackensack, NJ 07601
(201) 336-7000
www.bergencountyclerk.org/

**INSTRUMENT# 2025079003**

**V 5651   17**

**RECORDED DATE: 11/19/2025**

| | |
|---|---|
| **Document Type:   NOTICE OF SETTLEMENT 3 NAMES** | **Transaction #:** 2120764<br>**Document Page Count:** 3<br>**Operator Id:** ERECORD |
| **RETURN TO:**<br>1 Bridge Plaza North, Suite 730<br>Fort Lee, NJ 07024 | **SUBMITTED BY:**<br>**CSC / INGEO SYSTEMS**<br>**919 N. 1000  WEST**<br><br>**LOGAN ,UT  84341** |

| **PRIMARY NAME** | **SECONDARY NAME** |
|---|---|
| BAYAT SULTAN | UYGUR ARMAN |

| **ADDITIONAL PRIMARY NAMES** | **ADDITIONAL SECONDARY NAMES** |
|---|---|
| BAYAT PATONI | ZUNONG KANALA |

**MARGINAL REFERENCES:  File Number:      Volume:      Page:**

DOCUMENT DATE:  11/06/2025
MUNICIPALITY: PARAMUS
LOT: 1
BLOCK: 4812

FEES/ TAXES:

| | |
|---|---|
| RECORDING FEE | $30.00 |
| STATE RECORDING FEE | $10.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | |
|---|---|
| NPNR | $0.00 |
| Basic County | $0.00 |
| Basic State | $0.00 |
| PHPF | $0.00 |
| Extra-Aide | $0.00 |
| Gen-Purpose | $0.00 |
| Mansion-Tax | $0.00 |

Total: $40.00

INSTRUMENT#: 2025079003
Recorded Date: 11/19/2025

I hereby CERTIFY that this document is recorded in the Clerk's Office in Bergen County, New Jersey.

John S. Hogan
Bergen County Clerk

Recording Fees:  $40.00
Realty Transfer Tax Fees:  $0.00
Consideration: $ 0.00

## OFFICIAL RECORDING COVER PAGE

Page 1 of 3

## PLEASE DO NOT DETACH

### THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.
V12.24.21

This is not a certified copy

# NOTICE OF SETTLEMENT

**File #:** B-71070

**Owner(s) Name(s) and Address(es):**

Sultan Bayat and Patoni Bayat, husband and wife
574 Mill Run
Paramus, NJ 07652

**Buyer/Borrower(s) Name(s) and Address(es):**

Arman Uygur and Kanala Zunong, husband and wife

about to reside at:
574 Mill Run, Paramus, NJ 07652

**Lenders Name and Address:**

First Federal Bank ISAOA
3010 Royal Boulevard South, Suite 230
Alpharetta, GA 30022

NOTICE is hereby given of a contract, agreement of sale, or mortgage commitment between the parties hereto.

THE land to be affected  is commonly known as **574 Mill Run**, Tax Lot **1**, Tax Block **4812** in the **Borough of Paramus**, **Bergen** County, **NJ**.

SAID land is more particularly described in SCHEDULE "C" attached hereto and made a part hereof.

_____
Linda McKenna
Title Officer
Bridgeview Abstract, Inc.
1 Bridge Plaza North Suite 730
Fort Lee, NJ 07024

## ACKNOWLEDGEMENT

State of  NJ, County of Bergen

Be it remembered that on _____ 11/5 _____, 2025, before me, the subscriber, personally appeared Linda McKenna, who I am satisfied, is or are the person(s) named in and who executed the within instrument, and thereupon he, she, or they signed, sealed, and delivered the same as such office aforesaid on behalf of the corporation and that the within instrument is the voluntary act and deed of such corporation.

Sworn to and subscribed before me, the date aforesaid.

_____
Printed Name
Notary Public of the State of New Jersey

> Teresa Cavallo
> NOTARY PUBLIC
> STATE OF NEW JERSEY
> MY COMMISSION EXPIRES   SEPT. 1, 2026

\* This form must be executed by a party or legal representative  If the notice is executed by anyone other than an Attorney at Law of New Jersey, it must be executed and acknowledged or proven in the same manner as a deed.

This is not a certified copy

# NOTICE OF SETTLEMENT

### SCHEDULE C
### Legal Description

File #: B-71070

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Paramus, in the County of Bergen, State of New Jersey:

Known and designated as Lot 1 in Block 4812 as set forth on a certain map entitled, "Final Subdivision Plat, Mill Run", which map was filed in the Bergen County Clerk's Office on July 16, 1986 as Map No. 8396.

Beginning at a point in the northerly line of Mill Run therein distant 115.00 feet southwesterly from the intersection of the northerly line of Mill Run and the westerly line of Grist Trail, if both were produced to a point and from thence running
(1) North 6 degrees 29 minutes 45 seconds West, 122.03 feet to a point; thence
(2) North 86 degrees 40 minutes 00 seconds East, 121.77 feet to the westerly line of Grist Trail; thence
(3) Along the said westerly line of Grist Trail, South 3 degrees 19 minutes 00 seconds East, 106.85 feet to a point of curvature; thence
(4) On a curve to the right having a radius of 15.00 feet, an arc distance of 23.56 feet to a point in the northerly line of Mill Run; thence
(5) Along the same, South 86 degrees 41 minutes 00 seconds West, 100.00 feet to the point and place of beginning.

FOR INFORMATION PURPOSES ONLY: BEING known as 574 Mill Run, Tax Lot 1, Tax Block 4812 on the Official Tax Map of Borough of Paramus, NJ.

**John S. Hogan**
**Bergen County Clerk**

**Bergen County Clerk**
One Bergen County Plaza
Hackensack, NJ 07601
(201) 336-7000
www.bergencountyclerk.org/



INSTRUMENT# 2025080146

V 5654   1572

**RECORDED DATE: 11/25/2025**

| | |
|---|---|
| Document Type:   **DEED  AND REALTY TAX FEES** | Transaction #: 2121811<br>Document Page Count: 8<br>Operator Id: MT |

**RETURN TO:**
KIM & BAE, PC
2160 NORTHY CENTRAL ROAD
SUITE 303
FORT LEE, NJ 07024

**SUBMITTED BY:**

**KIM & BAE, PC**

**2160 NORTHY CENTRAL ROAD**

**SUITE 303**

**FORT LEE ,NJ  07024**

| PRIMARY NAME | SECONDARY NAME |
|---|---|
| BAYAT SULTAN | UYGUR ARMAN |

| ADDITIONAL PRIMARY NAMES | ADDITIONAL SECONDARY NAMES |
|---|---|
| BAYAT PATONI | ZUNONG KANALA |

**MARGINAL REFERENCES:  File Number:    Volume:    Page:**

**DOCUMENT DATE:  11/11/2025**
**MUNICIPALITY: PARAMUS**
**LOT: 1**
**BLOCK: 4812**

**FEES/ TAXES:**

| | |
|---|---|
| RECORDING FEE | $20.00 |
| STATE RECORDING FEE | $35.00 |
| COUNTY RECORDING FEE | $35.00 |
| TAX ABSTRACT-STATE | $5.00 |
| TAX ABSTRACT-COUNTY | $5.00 |
| HOMELESSNESS TRUST FUND | $3.00 |
| HOMELESS CODE BLUE | $2.00 |
| | |
| NPNR | $1,800.00 |
| Basic County | $1,350.00 |
| Basic State | $0.00 |
| PHPF | $0.00 |
| Extra-Aide | $0.00 |
| Gen-Purpose | $3,905.00 |
| Mansion-Tax | $13,500.00 |

**Total: $20,660.00**

INSTRUMENT#: 2025080146
Recorded Date: 11/25/2025

I hereby CERTIFY that this document is recorded in the Clerk's Office in Bergen County, New Jersey

John S. Hogan
Bergen County Clerk

Recording Fees:  $105.00
Realty Transfer Tax Fees: $20,555.00
Consideration: $ 1350000.00

## OFFICIAL RECORDING COVER PAGE

# PLEASE DO NOT DETACH

## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.
V12.24.21

This is not a certified copy

| Bergen County Recording Data Page<br>Honorable John S. Hogan<br>Bergen County Clerk | Official Use Only - Barcode |
|---|---|
| *Official Use Only – Realty Transfer Fee* | |

| Date of Document:<br><br>11/11/2025  delivered on  11/14/2025 | Type of Document:<br>DEED |
|---|---|
| First Party Name:<br>Sultan Bayat and Patoni Bayat, husband and wife | Second Party Name:<br>Arman Uygur and Kanala Zunong, husband and wife |
| Additional Parties: | |

| THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY | |
|---|---|
| Block:<br>4812 | Lot:<br>1 |
| Municipality:<br>Borough of Paramus | |
| Consideration:<br>$1,350,000.00 | |
| Mailing Address of Grantee:<br>574 Mill Run, Paramus NJ 07652 | |

| THE FOLLOWING SECTION IS FOR ORIGINAL MORTGAGE BOOKING & PAGE INFORMATION FOR ASSIGNMENTS, RELEASES, SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY | |
|---|---|
| Original Book: | Original Page: |

**BERGEN COUNTY RECORDING DATA PAGE**
Please do not detach this page from the original document as it
contains important recording information and is part of the permanent record.

This is not a certified copy

Prepared By: Ali D. Jaloudi, Esq.

# DEED

This Deed is made on November __11th__, 2025 , delivered on 11/14/2025

**BETWEEN**

**Sultan Bayat and Patoni Bayat, husband and wife**

whose post office address is:    **43400 WHEATLANDS CHASE CT., ASHTON, VA 20148**
referred to as the Grantor,

**AND**

**Arman Uygur and Kamala Zunong, husband and wife**

whose post office address shall become:
**574 MILL RUN, PARAMUS, NJ 07652**

referred to as the Grantee.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

1.  **Transfer of Ownership**. The Grantor grants and conveys (transfers ownership of) the property (hereinafter "The Property" or "Property") described below to the Grantee. This transfer is made for the sum of One Million Three Hundred and Fifty Thousand Dollars (**$1,350,000.00**).

    The Grantor acknowledges receipt of this money.

2.  **Tax Map Reference**.    (N.J.S.A. 46:15-1.1) Municipality of **Paramus**

    Block No.   4812        Lot No.  1        Qualifier No.            Account No.

    ☐ No property tax identification number is available on the date of this Deed. (Check box if applicable.)

3.  **Property**. The Property consists of the land and all the buildings and structures on the land in the Borough of **Paramus**, County of **Bergen** and State of New Jersey. The legal description is:

    ☒ Please see attached Legal Description annexed hereto and made a part hereof (check box if applicable). Being the same premises conveyed as follows:

    Sultan Bayat and Patoni Bayat, husband and wife by deed from 574 Mill Run Property, LLC, dated July 17, 2020, recorded November 17, 2020 in the Bergen County Clerk's Office in Book V-3821, page 784.

This is not a certified Copy



**WESTCOR**
LAND TITLE INSURANCE COMPANY

## SCHEDULE C
## LEGAL DESCRIPTION

Issuing Office File No. B-71070

ALL that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Paramus, in the County of Bergen, State of New Jersey:

Known and designated as Lot 1 in Block 4812 as set forth on a certain map entitled, "Final Subdivision Plat, Mill Run", which map was filed in the Bergen County Clerk's Office on July 16, 1986 as Map No. 8396.

Beginning at a point in the northerly line of Mill Run therein distant 115.00 feet southwesterly from the intersection of the northerly line of Mill Run and the westerly line of Grist Trail, if both were produced to a point and from thence running
(1) North 6 degrees 29 minutes 45 seconds West, 122.03 feet to a point; thence
(2) North 86 degrees 41 minutes 00 seconds East, 121.77 feet to the westerly line of Grist Trail; thence
(3) Along the said westerly line of Grist Trail, South 3 degrees 19 minutes 00 seconds East, 106.85 feet to a point of curvature; thence
(4) On a curve to the right having a radius of 15.00 feet, an arc distance of 23.56 feet to a point in the northerly line of Mill Run; thence
(5) Along the same, South 86 degrees 41 minutes 00 seconds West, 100.00 feet to the point and place of beginning.

Being in accordance with a survey made by Schmidt Surveying dated November 5, 2025.

FOR INFORMATION PURPOSES ONLY: BEING known as 574 Mill Run, Tax Lot 1, Tax Block 4812 on the Official Tax Map of Borough of Paramus, NJ.

This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Westcor Land Title Insurance Company . This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.

ALTA Commitment for Title Insurance (8-1-16)

NJRB 3-09 (Adopted 5-23-17)

The street address of the Property is: **574 MILL RUN, PARAMUS, NJ 07652**

4.  **Promises by the Grantor.** The Grantor promises and warrants that Grantor, by acts of the Grantor, has not encumbered the property. This promise means that the Grantor has not allowed anyone else to obtain any legal right which would affect the property being transferred (such as a mortgage or entering a judgment against the Grantor. This promise is called a covenant as to grantor's acts (NJSA46:4-6).

5.  **Signatures.** The Grantor signs this Deed as of the date at the top of the first page. (Print name below each Signature).

Witnessed By:

_____        _~S~ultan Bayat~_____ (Seal)
                                        Sultan Bayat

_____        _Patoni Bayat_____ (Seal)
                                        Patoni Bayat

STATE OF VIRGINIA, COUNTY OF _Loudoun_          SS:
I CERTIFY that on November, _14_, 2025

Sultan Bayat and Patoni Bayat, personally came before me and stated to my satisfaction that this person (or if more than one, each person):

(a) was the maker of this Deed;
(b) executed this Deed as his or her own act; and
(c) made this Deed for **$1,350,000.00** as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5).

_____
NOTARY PUBLIC

| **RECORD AND RETURN TO:** |
| :--- |
| Kim & Bae |
| 2160 North Central Road, Suite 303 |
| Fort Lee, NJ 07024 |

CLAVIS LA CARL GILBERT
Notary Public
Commonwealth of Virginia
Registration No. 00288623
My Commission Expires Nov 30, 2028

GIT/REP-3
(8-25)
(Print or Type)

# State of New Jersey
## Seller's Residency Certification/Exemption

## Seller's Information

Name(s)
Sultan Bayat and Patoni Bayat, husband and wife

Current Street Address
43400 Wheatlands Chase Ct

| City, Town, Post Office | State | ZIP Code |
|---|---|---|
| Ashburn | VA | 20148 |

## Property Information

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 4812 | 1 | |

Street Address
574 Mill Run

| City, Town, Post Office | State | ZIP Code |
|---|---|---|
| Paramus | NJ | 07652 |

| Seller's Percentage of Ownership | Total Consideration | Owner's Share of Consideration | Closing Date |
|---|---|---|---|
| 100 | $1,350,000.00 | 100 | 11/14/2025 |

## Seller's Assurances (Check the Appropriate Box) (Boxes 2 through 16 apply to Residents and Nonresidents)

1. ☐ Seller is a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to the New Jersey Gross Income Tax Act, will file a resident Gross Income Tax return, and will pay any applicable taxes on any gain or income from the disposition of this property.

2. ☒ The real property sold or transferred is used exclusively as a principal residence as defined in 26 U.S. Code section 121. See instructions.

3. ☐ Seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.

4. ☐ Seller, transferor, or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

5. ☐ Seller is not an individual, estate, or trust and is not required to make an estimated Gross Income Tax payment.

6. ☐ The total consideration for the property is $1,000 or less so the seller is not required to make an estimated Income Tax payment.

7a. ☐ The gain from the sale is not recognized for federal income tax purposes under 26 U.S. Code section 721, 1031, or 1033 (CIRCLE THE APPLICABLE CODE SECTION). If the indicated section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey Income Tax return for the year of the sale and report the recognized gain. See instructions.

7b. ☐ Seller only received like-kind property.

8. ☐ The real property is being transferred by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this State.

9. ☐ The real property being sold is subject to a short sale instituted by the mortgagee, whereby the seller agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.

10. ☐ The deed is dated prior to August 1, 2004, and was not previously recorded.

11. ☐ The real property is being transferred under a relocation company transaction where a trustee of the relocation company buys the property from the seller and then sells the house to a third party buyer for the same price.

12. ☐ The real property is being transferred between spouses or incident to a divorce decree or property settlement agreement under 26 U.S. Code section 1041.

13. ☐ The property transferred is a cemetery plot.

14. ☐ The seller is not receiving net proceeds from the sale. Net proceeds from the sale means the net amount due to the seller on the settlement sheet.

15. ☐ The seller is a retirement trust that received an acknowledgment letter from the Internal Revenue Service that the seller is a retirement trust, and is therefore not required to make the estimated Gross Income Tax payment.

16. ☐ The seller (and/or spouse/civil union partner) originally purchased the property while a resident of New Jersey as a member of the U.S. Armed Forces and is now selling the property as a result of being deployed on active duty outside of New Jersey. (Only check this box if applicable and neither boxes 1 nor 2 apply.)

## Seller's Declaration

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein may be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct, and complete. By checking this box ☐ I certify that a Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

| Date | Signature (Seller) | Indicate if Power of Attorney or Attorney in Fact |
|---|---|---|
| 11/11/2025 | Sultan Bayat   Sultan Bayat | |
| 11/11/2025 | Patoni Bayat   Patoni Bayat | |

RTF-1 (Rev. 3/2/22)
MUST SUBMIT IN DUPLICATE

STATE OF NEW JERSEY
**AFFIDAVIT OF CONSIDERATION FOR USE BY SELLER**
(Chapter 49, **P.L.**1968, as amended through Chapter 33, **P.L.** 2006) **(N.J.S.A.** 46:15-5 et seq.)
**BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.**

STATE OF NEW JERSEY

COUNTY    Bergen    }SS. County Municipal Code    0246

| FOR RECORDER'S USE ONLY |
| --- |
| Consideration    $ _____ |
| RTF paid by seller    $ _____ |
| Date _____ By _____ |

MUNICIPALITY OF PROPERTY LOCATION Paramus      *Use symbol "C" to indicate that fee is exclusively for county use.

(1) PARTY OR LEGAL REPRESENTATIVE *(See Instructions #3 and #4 on reverse side)*

Deponent,    Sultan Bayat   , being duly sworn according to law upon his/her oath,
     **(Name)**
deposes and says that he/she is the Grantor    in a deed dated    11/11/2025    transferring
(Grantor, Legal Representative, Corporate Officer, Officer of Title Company, Lending Institution, etc.)

real property identified as Block number 4812    Lot number 1    located at

574 Mill Run, Paramus      and annexed thereto.
     (Street Address, Town)

(2) CONSIDERATION $ 1,350,000    *(Instructions #1 and #5 on reverse side)* ☐ no prior mortgage to which property is subject.

(3) Property Transferred is Class 4A   4B   4C (circle one). If property transferred is Class 4A, calculation in Section 3A below is required.

(3A) REQUIRED CALCULATION OF EQUALIZED VALUATION FOR ALL CLASS 4A (COMMERCIAL) PROPERTY TRANSACTIONS:
*(See Instructions #5A and #7 on reverse side)*
Total Assessed Valuation ÷ Director's Ratio = Equalized Assessed Valuation

$ _____ ÷ _____ % = $ _____

If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed value. If Director's Ratio is equal to or in excess of 100%, the assessed value will be equal to the equalized valuation.

(4) FULL EXEMPTION FROM FEE *(See Instruction #8 on reverse side)*
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by **C.** 49, **P.L.** 1968, as amended through **C.** 66, **P.L.** 2004, for the following reason(s). Mere reference to exemption symbol is insufficient. Explain in detail.

(5) PARTIAL EXEMPTION FROM FEE *(Instruction #9 on reverse side)*
NOTE: All boxes below apply to grantor(s) only. **ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED.** Failure to do so will void claim for partial exemption. Deponent claims that this deed transaction is exempt from State portions of the Basic, Supplemental, and General Purpose Fees, as applicable, imposed by **C.** 176, **P.L.** 1975, **C.** 113, **P.L.** 2004, and **C.** 66, **P.L.** 2004 for the following reason(s):

A.   **SENIOR CITIZEN**   Grantor(s) ☑ 62 years of age or over. *   ( *Instruction #9 on reverse side for A or B* )
B.  { **BLIND PERSON**   Grantor(s) ☐ legally blind or;
    **DISABLED PERSON**   Grantor(s) ☐ permanently and totally disabled ☐ receiving disability payments ☐ not gainfully employed*

Senior citizens, blind persons, or disabled persons must also meet all of the following criteria:
☑ Owned and occupied by grantor(s) at time of sale.    ☑ Resident of State of New Jersey.
☑ One or two-family residential premises.    ☐ Owners as joint tenants must all qualify.

*IN CASE OF HUSBAND AND WIFE, PARTNERS IN A CIVIL UNION COUPLE, ONLY ONE GRANTOR NEED QUALIFY IF TENANTS BY THE ENTIRETY.

C.   **LOW AND MODERATE INCOME HOUSING** *(Instruction #9 on reverse side)* IF APPLIES ALL BOXES MUST BE CHECKED.
   ☐ Affordable according to H.U.D. standards.    ☐ Reserved for occupancy.
   ☐ Meets income requirements of region.    ☐ Subject to resale controls.

(6) NEW CONSTRUCTION *(Instructions #2, #10 and #12 on reverse side)* IF APPLIES ALL BOXES MUST BE CHECKED.
   ☐ Entirely new improvement    ☐ Not previously occupied.
   ☐ Not previously used for any purpose.    ☐ "NEW CONSTRUCTION" printed clearly at top of first page of the deed.

(7) RELATED LEGAL ENTITIES TO LEGAL ENTITIES *(Instructions #5, #12, #14 on reverse side)* IF APPLIES ALL BOXES MUST BE CHECKED.
   ☐ No prior mortgage assumed or to which property is subject at time of sale.
   ☐ No contributions to capital by either grantor or grantee legal entity.
   ☐ No stock or money exchanged by or between grantor or grantee legal entities.

(8) INTERCOMPANY TRANSFER IF APPLIES ALL BOXES MUST BE CHECKED. *(Instruction #15 on reverse side)*
   ☐ Intercompany transfer between combined group members as part of the unitary business
   ☐ Combined group NU ID number **(Required)** _____

(9) Deponent makes this Affidavit to induce county clerk or register of deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of Chapter 49, **P.L.** 1968, as amended through Chapter 33, **P.L.** 2006.

Subscribed and sworn to before me
this 11th day of November , 20 25
State of Virginia / County of Loudoun

*Sultan Bayat*      Sultan Bayat
Signature of Deponent      Grantor Name
574 MILL RUN, PARAMUS, NJ 07652    574 MILL RUN, PARAMUS, NJ 07652
Deponent Address      Grantor Address at Time of Sale

XXX-XX-X 428      Kim & Bae, PC
Last three digits in Grantor's Social Security Number    Name/Company of Settlement Officer

CLAVIS LA CARL GILBERT
Notary Public
Commonwealth of Virginia
Registration No. 00288623
My Commission Expires Nov 30, 2028

| FOR OFFICIAL USE ONLY |
| --- |
| Instrument Number _____ County _____ |
| Deed Number _____ Book _____ Page _____ |
| Deed Dated _____ Date Recorded _____ |

County recording officers shall forward one copy of each RTF-1 form when Section 3A is completed to:    **STATE OF NEW JERSEY**
**PO BOX 251**
**TRENTON, NJ 08695-0251**
**ATTENTION: REALTY TRANSFER FEE UNIT**

The Director of the Division of Taxation in the Department of the Treasury has prescribed this form as required by law, and may not be altered or amended without prior approval of the Director. For information on the Realty Transfer Fee or to print a copy of this Affidavit, visit the Division of Taxation website at:
**https://www.state.nj.us/treasury/taxation/lpt/localtax.shtml**

This is a Certified Copy

RTF-1EE (Rev. 8/7/25) MUST
SUBMIT IN DUPLICATE

STATE OF NEW JERSEY

**AFFIDAVIT OF CONSIDERATION FOR GRADUATED PERCENT FEE**
(Chapter 49, P.L.1968, as amended through Chapter 69, P.L. 2025) (N.J.S.A. 46:15-5 et seq.)
PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM BEFORE COMPLETING THIS AFFIDAVIT

STATE OF NEW JERSEY

COUNTY    Bergen    } SS. County Municipal Code    0246

MUNICIPALITY OF PROPERTY LOCATION    Paramus

| FOR RECORDER'S USE ONLY | |
|---|---|
| Consideration | $ 1,350,000.00 |
| RTF paid by seller | $ 13,500.00 |
| Date 11-25-25 | By NLF |

(1) PARTY OR LEGAL REPRESENTATIVE (See Instructions #3 and #4 on reverse side)

XXX-XX-X  4  2  8
Last three digits in grantor's Social Security Number

Deponent, Ali Jaloudi (Name), being duly sworn according to law upon his/her oath, deposes and says that he/she is the Legal Representative in a deed dated 11/11/2025 transferring real property (Grantor, Legal Representative, Corporate Officer, Officer of Title Company, Lending Institution, etc.)

real property identified as Block number 4812    Lot number 1    located at

572 Mill Run, Paramus    and annexed thereto.
(Street Address, Town)

(2) CONSIDERATION $ 1,350,000.00    (See Instructions #1, #5, and #11 on reverse side)

Entire consideration is in excess of $1,000,000:

PROPERTY CLASSIFICATION CHECKED OR CIRCLED BELOW IS TAKEN FROM OFFICIAL ASSESSMENT LIST (A PUBLIC RECORD) OF MUNICIPALITY WHERE THE REAL PROPERTY IS LOCATED IN THE YEAR OF TRANSFER. REFER TO N.J.A.C. 18:12-2.2 ET SEQ.

(A) Grantor required to remit the Graduated Percent fee, complete (A) by checking off appropriate box or boxes below.
☑ Class 2 - Residential
☑ Class 3A - Farm property (Regular) and any other real property transferred to same grantee in conjunction with transfer of Class 3A property
☐ Class 4A - Commercial properties (if checked, calculation in (E) required below)
☐ Cooperative unit (four families or less) (See C. 46:8D-3.) Cooperative units are Class 4C.

(B) Grantor is not required to remit Graduated Percent Fee (one or more of following classes being conveyed), complete (B) by checking off appropriate box or boxes below.
☐ Property class. Circle applicable class or classes:    1    3B    4B    4C    15
Property classes: 1-Vacant Land;3B-Farm property (Qualified);4B- Industrial properties;4C- Apartments;15: Public Property, etc. (N.J.A.C. 18:12-2.2 et seq.)
☐ Grantee is an exempt organization determined by federal Internal Revenue Service/Internal Revenue Code of 1986, 26 U.S.C. s. 501.
☐ Incidental to corporate merger or acquisition; equalized assessed valuation less than 20% of total value of all assets exchanged in merger or acquisition. If checked, calculation in (E) required and MUST ATTACH COMPLETED RTF-4.
☐ Intercompany transfer between combined group members as part of the unitary business (See Instruction #13 on reverse side) List the Combined group NU IB number (Required) _____

(C) When grantor transfers properties involving block(s) and lot(s) of two or more classes in one deed, one or more subject to the Graduated Percent Fee (A), with one or more than one not subject to the Graduated Percent Fee (B), pursuant to N.J.S.A. 46:15-7.2, complete (C) by checking off appropriate box or boxes and (D).
☐ Property class. Circle applicable class or classes:    1    2    3B    4A    4B    4C    15

(D) EQUALIZED VALUE CALCULATION FOR ALL PROPERTIES CONVEYED, WHETHER THE GRADUATED PERCENT FEE APPLIES OR DOES NOT APPLY

Total Assessed Valuation ÷ Director's Ratio = Equalized Valuation

| | | | |
|---|---|---|---|
| Property Class 2 | $ 1,350,100 | ÷ 80.46 % = $ 1,207,799.46 |
| Property Class ___ | $_____ | ÷ ____ % = $ |
| Property Class ___ | $_____ | ÷ ____ % = $ |
| Property Class ___ | $_____ | ÷ ____ % = $ |

(E) REQUIRED EQUALIZED VALUE CALCULATION FOR ALL CLASS 4A (COMMERCIAL) PROPERTY TRANSACTIONS: (See Instructions #6 and #7 on reverse side)

Total Assessed Valuation ÷ Director's Ratio =    Equalized Value

$_____ ÷ _____ % = $_____

If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed valuation. If Director's Ratio is equal to or exceeds 100%, the assessed valuation will be equal to the equalized value.

(3) TOTAL EXEMPTION FROM FEE (See Instruction #8 on reverse side)
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended through Chapter 69, P.L. 2025, for the following reason(s). Mere reference to exemption symbol is insufficient. Explain in detail.

_____

(4) Deponent makes Affidavit of Consideration for Use by Seller to induce county clerk or register of deeds to record the deed and accept the fee submitted herewith pursuant to the provisions of Chapter 49, P.L. 1968, as amended through Chapter 69, P.L. 2025.

Subscribed and sworn to before me this 14th day of November, 2025

Signature of Deponent

574 Mill Run, Paramus, NJ 07652
Deponent Address

Sultan Bayat
Grantor Name

574 Mill Run, Paramus, NJ 07652
Grantor Address at Time of Sale

Kim & Bae, PC
Name/Company of Settlement Officer

BO SHIM
COMMISSION # 2352923
NOTARY PUBLIC-NEW JERSEY
Comm Expires Nov. 29, 2026

County recording officers forward one copy of each RTF-1EE to:

STATE OF NJ - DIVISION OF TAXATION
PO BOX 251
TRENTON, NJ 08695-0251
ATTENTION: REALTY TRANSFER FEE UNIT

| FOR OFFICIAL USE ONLY | |
|---|---|
| Instrument Number_____ County_____ | |
| Deed Number_____ Book_____ Page_____ | |
| Deed Dated_____ Date Recorded_____ | |

The Director, Division of Taxation, Department of the Treasury has prescribed this form, as required by law. It may not be altered or amended without prior approval of the Director. For further information on the Realty Transfer Fee or to print a copy of this Affidavit or any other relevant forms, visit: www.state.nj.us/treasury/taxation/lpt/localtax.shtml.