# Exhibit A-1



**FAMILY MEDICINE**
— Honesty 1st —

# MOUNAF ALSAMMAN, MD

44335 Premier Plaza suite # 220
Ashburn, VA 20147, USA
Phone: (703) 651-2861
Fax: (703) 214-3534
Email: info@honesty1stfamilymed.com
www.honesty1stfamilymed.com

DOS: 1/2/2026
Name: SULTAN BAYAT
DOB: ███████ Gender: Male
Chart # ████████████████████████████ ████████

*Employee Name: SULTAN BAYAT*

*Date of Birth:* ████████

*Employer Name:*

*Job Title:*

*Date of LAST VISIT 01/02/2026*
*TO WHOM IT MAY CONCERN*
*SULTAN IS MY PATIENT AND HE IS RECOVERING FROM AN ISCHEMIC STROKE. HE HAS PHYSICAL LIMI-TATIONS DUE TO THE STROKE AND IS UNDERGOING PHYSICAL THERAPY RIGHT NOW. HE IS MENTALLY COMPETENT AND IS ABLE TO SPEAK BUT WITH HOARSE VOICE BUT IS STILL COMPETENT.*
*LET ME KNOW IF YOU HAVE ANY QUESTIONS.*

*Healthcare Provider Information*
*MHD ALSAMMAN, MD.*
*01/02/2026*



MOUNAF ALSAMMAN, MD
This document was electronically signed by MOUNAF ALSAMMAN, MD on 1/2/2026 5:48:11 PM