# Exhibit B

BASSIR BAYAT,

     Plaintiff,

v.                                Case No. 3:25-cv-1085-JEP-PDB

SULTAN BAYAT, PATONIA BAYAT,
MOHAMMAD BAYAT, ALI BAYAT,
SAMAY BAYAT, AL WASAY BAYAT, &
TAYAB REAL ESTATE CO. LTD.,

     Defendants.

_____/

## Declaration

I, Salvatore Gaudio, declare the following:

1.    I am an adult and of sound mind.

2.    The late Nicola Gaudio was my father.

3.    Through a company he co-owned with my uncle (Jonin Realty Corp.), my father owned the property at 1437 Second Avenue, New York City, New York 10021 until 1991.

4.    On December 23, 1991, my father sold the property at 1437 Second Avenue to Sultan Bayat.

5.    I was present at the closing and have personal knowledge of the circumstances leading to the sale.

6.    My father and Sultan Bayat had a close personal friendship.

7.    For years, Sultan Bayat leased another property owned by my

father. That property was located on the same block as the building at 1437 Second Avenue.

8. My father planned to develop the side of the block where Sultan was leasing, and rather than terminate Sultan's lease, he moved Sultan to 1437 Second Avenue.

9. Sultan leased 1437 Second Avenue for several years ahead of the purchase.

10. My father refused to sell his properties on the block except to Sultan. He made an exception for Sultan based on their personal relationship. He did not, and would not, sell property to anyone else, including Sultan's father and brothers.

11. Sultan paid for the property in part through a mortgage from my father.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 5, 2026.

Salvatore Gaudio

2