# Exhibit C

## United States District Court
## Middle District of Florida
## Jacksonville Division

BASSIR BAYAT,

    Plaintiff,

v.

                            Case No. 3:25-cv-1085

SULTAN BAYAT, PATONIA BAYAT,
MOHAMMAD BAYAT, ALI BAYAT,
SAMAY BAYAT, AL WASAY BAYAT, &
TAYAB REAL ESTATE CO. LTD.,

    Defendants.

_____/

## Declaration

I, Matthew Bayat, declare the following:

1.    Around 2019, my father (Sultan Bayat) and I attended a family wedding in Afghanistan. We shared a room at my grandparents' home during the trip.

2.    My cousin informed me that members of the Taliban were present at the wedding.

3.    After the wedding, my father and I were awoken around 5:00

a.m. Security escorted my father from the room, and my uncles Ehsanollah and Bassir locked me in a room with armed guards and searched my phone.

4. After the wedding incident, I no longer wanted contact with my uncles.

5. My family informed my father's siblings that we do not want contact with them.

6. My uncles have harassed my family since.

7. I have never threatened any of my father's siblings, although I have repeatedly asked them to leave my family alone and advised that I will involve law enforcement if necessary.

8. My father owns the property at 1437 Second Avenue, New York City, New York 10021 (the "New York Property") through a company he established, Tayab Real Estate Co. Ltd.

9. I have never indicated to my father's siblings that my family treat the New York Property as our "piggybank" as asserted in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2026.

Matthew Bayat

Matthew Bayat

KIRK HILLIARD
NOTARY PUBLIC
REGISTRATION # 7839539
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 03/31/2027

I witnessed this signature in Loudoun County VA on 1/5/2026

3