# Exhibit E

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

BASSIR BAYAT,

      Plaintiff,

    v.

SULTAN BAYAT, PATONIA BAYAT,
MOHAMMAD BAYAT, ALI BAYAT, SAMAY
BAYAT, AL WASAY BAYAT, and TAYAB
REAL ESTATE CO., LTD.,

      Defendants.

Case No. 3:25-CV-1085

## PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT SULTAN BAYAT

In accordance with Federal Rules of Civil Procedure 26 and 33, Plaintiff, Bassir Bayat, requests that Defendant, Sultan Bayat, respond fully to each of the Interrogatories (the "Requests" or "Interrogatories") set forth below within thirty (30) days of the date of service of the Interrogatories.

## DEFINITIONS

When used in these Interrogatories and the Instructions, the following terms shall have the meanings herein assigned unless the context clearly requires another construction. Any capitalized terms or terms in quotation marks that are not otherwise expressly defined herein shall have the meanings set forth in the pleadings.

A. "You," and "your," shall mean the party to whom these Interrogatories are directed, Sultan Bayat, and, where applicable, his respective trustees,

employees, agents, attorneys, assigns, and other persons acting on his behalf or at his direction.

B.     "Defendants" shall mean Sultan Bayat, Patonia Bayat, Mohammad Bayat, Ali Bayat, Samay Bayat, Al Wasay Bayat, and Tayab Real Estate Co. Ltd.

C.     "Bayat Siblings" shall mean one or more of: Plaintiff, Farid Bayat, Nassir Bayat, Arifa Rahin, Ehsanollah Bayat, and Ruhullah Bayat.

D.     "Property" shall refer to the real property located at 1437 Second Avenue, New York City, New York 10021, and all commercial and/or residential units and appurtenances of same.

E.     "Concerning" includes referring to, alluding to, responding to, relating to, connected with, commenting on, in respect of, about, regarding, referencing, discussing, showing, describing, reflecting, analyzing, or constituting.

F.     "Communicate" or "Communication(s)" means any transmission, exchange, or making known of information or thoughts by oral, written, pictorial or other means, including, but not limited to, personal conversations, conferences, telephone conversations, memoranda, letters, correspondence, reports and publications, and shall include any means of conveying a message, thought, or idea from one or more persons to one or more persons, including electronic mail, social media, text message, chat, instant messaging, audio or video call, and shall be given the broadest possible interpretation. Communications, and any evidence of a Communication, is included in the definition and meaning of Documents as used herein.

2

G. The term "person" or "persons" shall mean a natural person or an artificial person, including, but not limited to, corporations, limited liability companies, partnerships, associations, joint ventures, government agencies or entities, or any other cognizable organization.

H. The word "identify," when used in reference to:

    a. an <u>individual</u>, shall mean to state his or her full name, present or last known residence address (designating which), present or last known e-mail address (designating which), present or last known social media accounts (designating which), and present or last known (designating which) business affiliation, job title and employment address, and present or last known (designating which) telephone number;

    b. a <u>firm, partnership, corporation, proprietorship, association, or other organization or entity</u>, shall mean to state its full name and present or last known (designating which) address, its legal form (e.g., partnership, corporation, limited liability company, government entity, etc.), the identity of its chief executive officer and/or managing member, and telephone number.

I. The term "Document" or "Documents" includes, but is not limited to, every writing or record of every type or description that is or has been in the possession, custody, or control of the party responding to these requests or of

3

which the party responding to these requests has knowledge, including, but not limited to, correspondence, memoranda, tapes, stenographic or handwritten notes, studies, publications, books, pamphlets, pictures, films, videotapes, voice records, maps, graphs, reports, surveys, minutes, statistical compilations, electronic mail, chat messages, instant messages, social media activity, text messages, artificial intelligence ("AI") chats or prompts, computer disks, tapes, or other computer and/or cloud data storage devices; every copy of such writing or records where the original is not in the possession, custody, or control of the party responding to these requests; and each and every copy of each such writing or record where such copy is not an identical copy of an original or where such copy contains any commentary, notation, or marginalia that does not appear on the original writing or record.  The term also includes all "native" or "live" files and records and all embedded comments thereto.

J.    A document "relating," "related," or "which relate(s)" to any given subject means any document that constitutes, contains, embodies, evidences, reflects, identifies, states, refers to, deals with, bears upon, or is in any way pertinent to that subject, including, but not limited to,  documents concerning the preparation of other documents.

K.    If the word "each" appears in any request herein, it shall mean "each and every" and each such request should be answered separately with respect to each of the subjects, matters, or things encompassed by said request.

4

L.      "Amended Complaint" shall mean Plaintiff's Verified First Amended Complaint filed in the above-captioned action.   To the extent the Amended Complaint has been superseded by a later operative pleading, the continuing nature of these Requests dictates that Amended Complaint shall be read to refer to all subsequent operative complaints.

## **INSTRUCTIONS**

A.      These Interrogatories seek all information that is known or available to you and your agents, representatives, investigators, and, unless privileged, your attorneys and your attorneys' agents, employees, representatives, or investigators.

B.      All Interrogatory responses and documents shall be separated in accordance with the numbered and lettered paragraphs and subparagraphs herein.

C.      These Interrogatories are to be deemed continuing in nature and any subsequently discovered information or documents responsive to these requests shall be produced immediately upon your learning of such information or documents.

C.      Unless otherwise specified, the relevant time period for these Interrogatories is from the acquisition of the Property to present.

D.      If you cannot for any reason answer any Interrogatory fully and completely after exercising due diligence to secure the information requested, you must so state and describe in full detail the efforts made to obtain the information and set forth the most complete answer possible given the limited information.

#530632799_v1

## FIRST INTERROGATORIES

**INTERROGATORY NO. 1:** If your response to any Request for Admission is anything other than an unequivocal admission, state all facts upon which you base your response and identify all persons with, or believed to have, knowledge of such facts and documents supporting your position.

**INTERROGATORY NO. 2:** Identify each person who has knowledge, or claims to have knowledge, or whom you suspect has knowledge, of the facts which you contend support or tend to support your denials or affirmative defenses to the Amended Complaint, or facts that support or refute the allegations set forth in the Amended Complaint, and with respect to each such person, state the facts of which that person has knowledge and identify all documents which you contend support or tends to support each such fact.

**INTERROGATORY NO. 3:** Describe in detail all agreements, understandings, or arrangements, whether oral or written, concerning the ownership, management, administration, or distribution of proceeds from the Property, specifically including the parties to each agreement, the date, the material terms and further identify any documents that reflect, refer to or relate to each such agreement.

**INTERROGATORY NO. 4:** Describe in specific detail all income, revenue, profits, proceeds, or other benefits generated by or derived from the Property, and expenses incurred in connection with the Property, on a quarterly basis from its acquisition to the present, including but not limited to all rental income from

6

commercial and residential tenants, and further state or identify for each source of income or expense the gross amount received or paid, the date of receipt or payment, and the identity of the payor or payee, and all documents that reflect, refer to or relate to the information requested in this interrogatory

**INTERROGATORY NO. 5:** Identify all bank, brokerage or financial accounts that have received or held any monies generated by or derived from the Property from its acquisition to the present, and further state or identify the name of the institution, the name and number associated with the account, all signatories, dates opened and closed and current balances.

**INTERROGATORY NO. 6:** Describe in detail all distributions of money or other assets derived from the Property made directly or indirectly to any of the Bayat Siblings, or to any of the Defendants, or to any entity associated with any Defendant, including the date, amount, and basis for each distribution. Your answer should include a detailed accounting of the $2.1 million in proceeds from the sale of air rights in or around 2006.

**INTERROGATORY NO. 7:** Describe in detail the formation, ownership, and corporate structure of Tayab Real Estate Co., Ltd. ("Tayab"), and further state or identify all past and present officers, directors, shareholders, and members of Tayab, the respective tenures of each, and describe Tayab's role in holding title to or managing the Property.

**INTERROGATORY NO. 8:** State or identify the role each individual Defendant (Sultan Bayat, Patonia Bayat, Mohammad Bayat, Ali Bayat, Samay

#530632799_v1

Bayat, and Al Wasay Bayat) has played in the management of the Property or Tayab, communications with the Bayat Siblings, and the control of the Property's or Tayab's finances, identifying all documents that reflect, or refer to each individual Defendant's role and the timeframe thereof.

**INTERROGATORY NO. 9:** Identify any documents that you have not or will not produce in response to any Plaintiff Request for Production of Documents, and further state with particularity for each such document the factual basis or any asserted privilege or objection which you contend relieves you of the obligation or produce such document.

**INTERROGATORY NO. 10:** State or identify each bookkeeper, accountant, lawyer, investment or financial advisor that has provided services for any Defendant from acquisition of the Property to the present, and further state or identify all documents and communications from or to each such person or institution.

**INTERROGATORY NO. 11:** State or identify each e-mail address; social media, instant messaging, or chat address, account or profile; telephone number and corresponding carrier; and physical residence address used by each of the Defendants since 2006 to the present.

#530632799_v1

Dated: December 4, 2025

**HOLLAND & KNIGHT LLP**

*/s/ Patrick B. Reagin*
J. Allen Maines (FBN 226270)
allen.maines@hklaw.com
Patrick B. Reagin (*pro hac vice*)
patrick.reagin@hklaw.com
1180 West Peachtree St. NW, Suite 1800
Atlanta, Georgia 30309
Telephone:   (404) 817-8500
Facsimile:    (404) 881-0470

Michael M. Gropper (FBN 105959)
michael.gropper@hklaw.com
Wesley J. Martinez (FBN 1013924)
wesley.martinez@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone:   (904) 353-2000
Facsimile:    (904) 358-1872

*Counsel for Plaintiff Bassir Bayat*

9

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2025, the foregoing

PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT SULTAN BAYAT

were served on counsel for Defendants by email addressed to all counsel of record

for Defendants.

Niels P. Murphy (FBN #0065552)
Vanessa Gray (FBN #1025497)
Murphy & Anderson, P.A.
1501 San Marco Boulevard
Jacksonville, Florida 32207
nmurphy@murphyandersonlaw.com
vgray@murphyandersonlaw.com

By:  */s/ Patrick B. Reagin*
Patrick B. Reagin