# Exhibit H

| | |
|---|---|
| **From:** | Patrick.Reagin@hklaw.com |
| **To:** | Vanessa N. Gray; Allen.Maines@hklaw.com |
| **Cc:** | Wesley.Martinez@hklaw.com; Michael.Gropper@hklaw.com; Niels P. Murphy |
| **Subject:** | RE: Bayat v. Bayat - Deposition of Sultan Bayat |
| **Date:** | Monday, January 5, 2026 8:15:55 PM |
| **Attachments:** | image001.png |
| | Bayat - DRAFT - 30b6 Notice of Deposition of Tayab(531774276.1).docx |

Niels and Vanessa,

I am writing to accept the February 19th date for deposing Mohammed Bayat in the D.C. area. We can hold the deposition at our offices on 17th Street. If he will be Tayab's designated representative, we would like to also depose him in that capacity on that date. The topics for a 30(b)(6) deposition of Tayab are attached.

If he will not be Tayab's designated representative, we would like to depose that representative on the other available date you have reserved, February 26th. Please let us know who the representative will be and where they are located. All depositions will be videotaped. We are checking on whether we will be representing the Bayat Siblings and expect to be back to you by the end of next week.

Best,

**Patrick Reagin** | **Holland & Knight**
Partner
Holland & Knight LLP
1180 West Peachtree Street, NW, Suite 1800 | Atlanta, Georgia 30309
Phone +1.404.817.8433 | Fax +1.404.881.0470 | Mobile +1.504.460.5479
patrick.reagin@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Vanessa N. Gray <VGray@MurphyAndersonLaw.com>
**Sent:** Thursday, December 11, 2025 2:52 PM
**To:** Maines, J. Allen (ATL - X48525) <Allen.Maines@hklaw.com>
**Cc:** Martinez, Wesley (JAX - X27203) <Wesley.Martinez@hklaw.com>; Gropper, Michael M (JAX - X27326) <Michael.Gropper@hklaw.com>; Niels P. Murphy <NMurphy@MurphyAndersonLaw.com>; Reagin, Patrick (ATL - X48433) <Patrick.Reagin@hklaw.com>
**Subject:** RE: Bayat v. Bayat - Deposition of Sultan Bayat

*[External email]*
Good afternoon,

Matthew Bayat is available for a deposition at a court reporter's office in Washington, D.C., on **February 19, 2026,** or **February 26, 2026**. We are still working on dates for the remaining defendants and will provide you with those as soon as we have them.

Thanks,

**Vanessa N. Gray** | 1501 San Marco Blvd., Jacksonville, FL 32207 | direct: 904.380.8095 | main: 904.598.9282 | [vgray@murphyandersonlaw.com](mailto:vgray@murphyandersonlaw.com) | [www.murphyandersonlaw.com](http://www.murphyandersonlaw.com)



---

**From:** Niels P. Murphy <[NMurphy@MurphyAndersonLaw.com](mailto:NMurphy@MurphyAndersonLaw.com)>
**Sent:** Monday, December 8, 2025 1:02 PM
**To:** [Allen.Maines@hklaw.com](mailto:Allen.Maines@hklaw.com); [Patrick.Reagin@hklaw.com](mailto:Patrick.Reagin@hklaw.com)
**Cc:** [Wesley.Martinez@hklaw.com](mailto:Wesley.Martinez@hklaw.com); [Michael.Gropper@hklaw.com](mailto:Michael.Gropper@hklaw.com); Vanessa N. Gray <[VGray@MurphyAndersonLaw.com](mailto:VGray@MurphyAndersonLaw.com)>
**Subject:** RE: Bayat v. Bayat - Deposition of Sultan Bayat

Good afternoon Allen.  I am in receipt of your email from Saturday afternoon.

As I relayed on the CMC, although we started out as local counsel, Vanessa and I are now lead counsel on this matter.

I am not familiar with the service issues you raised, but as you know we have been responsive and available regarding scheduling with your firm from day one, and will continue to be cooperative.  Giving me one business day to provide deposition dates for depositions that you would like to take and multiple detailed discovery questions is not in line with the discovery handbook and professionalism guidelines for the Middle District.  Since the minimum timeline for deposition notices in the Middle District is 14 days, which falls on Christmas Eve, and I am on vacation in Colorado with my family from Christmas through December 31, we will need to look at January dates and later for my clients depositions.

I also did not use the word "incapacitated" in my email.  I relayed that Sultan is still recovering from a stroke and I would need to get more information on his current physical condition and ability to sit for a deposition that you would like in person and could last up to 7 hours under the Rules.  When I sent the email to Patrick, I simultaneously requested an update from my clients.  They sent me the attached letter from Sultan's doctor which confirms the stroke, rehab, and inability to attend the deposition in early January.  It is disappointing that Sultan's siblings seem more concerned about taking his deposition than the well-being of their brother.  A stroke is not "highly dubious" or a "pretext".

The current domicile of each of my clients is listed in the Declarations that were filed with the Court on December 1.  Let me know if you need me to resend those.

I will reach out to my clients today and obtain some dates and locations for consideration for each of their depositions.  In the meantime, please provide us with proposed dates and locations for depositions of all of your clients (Bassir Bayat, Farid Bayat, Nassir Bayat, Arifa Rahin, Ehsanollah Bayat, and Ruhullah Bayat).  My hope is that we can take multiple depositions in the same trip.

I will plan to provide you dates for all of my clients (and an update on Sultan) this week or early next week.

Niels

**Niels P. Murphy** | 1501 San Marco Blvd., Jacksonville, FL  32207 | direct: 904.380.8080 | main: 904.598.9282 | [nmurphy@murphyandersonlaw.com](mailto:nmurphy@murphyandersonlaw.com) | [www.murphyandersonlaw.com](http://www.murphyandersonlaw.com)

---

**From:** [Allen.Maines@hklaw.com](mailto:Allen.Maines@hklaw.com) <[Allen.Maines@hklaw.com](mailto:Allen.Maines@hklaw.com)>

**Sent:** Saturday, December 6, 2025 12:59 PM
**To:** Niels P. Murphy <NMurphy@MurphyAndersonLaw.com>; Patrick.Reagin@hklaw.com
**Cc:** Wesley.Martinez@hklaw.com; Michael.Gropper@hklaw.com; Vanessa N. Gray
<VGray@MurphyAndersonLaw.com>
**Subject:** RE: Bayat v. Bayat - Deposition of Sultan Bayat

Niels, thank you for your response.

I appreciate that you are new to this dispute and may be serving in a local counsel role. You will have to forgive us for receiving as highly dubious, however, the information that has been conveyed to you about Mr. Bayat's ability to sit for a deposition.

At the outset of this case, we incurred significant time and expense attempting to serve your clients, who spent weeks deliberately evading process and misleading our investigators about their identities and residences. Our client and his siblings have received numerous representations and excuses over the years relating to these matters that they now understand to have been false, culminating in this lawsuit. In the period leading up to this suit, your clients refused repeated requests for access to books and records and relevant information.

During our recent case management conference, we discussed anticipated discovery and depositions. At that time, you did not mention anything about Mr. Bayat - the principal defendant in this case - being incapacitated by reason of stroke. Certainly, that would have been relevant to our discussion about matters affecting discovery. Further, as you know, the Amended Complaint alleges that Mr. Bayat's health has been used as a pretext to thwart access to information, and potentially as a basis for Mr. Bayat's family to isolate him from our client and his Siblings. Mr. Bayat was seen recently appearing healthy. Our client does not believe Mr. Bayat is incapacitated as you suggest.

For all these reasons, we are skeptical to learn that Mr. Bayat suddenly is unavailable for deposition for an indeterminate period of time. If he is so incapacitated, then we have significant concerns about who is managing the property, the Tayab Real Estate Co. Ltd. entity, and the other assets and income streams at issue in this litigation.

Answers to the following simple questions could help dispel our client's suspicions, and certainly would be necessary for us to evaluate any request to delay Mr. Bayat's deposition:

1. Is Sultan Bayat incapacitated due to a stroke?
   - If so, we ask for corroborating information including the date of his incident, where and when he received treatment, from whom, the date he was discharged, whether he receives any rehabilitation and from whom, and any restrictions that have been placed on him by his healthcare providers.
2. Is Sultan Bayat managing Tayab Real Estate Co. Ltd. and the property located at 1437 Second Ave. New York City, New York 10021?

If not who is?  Please let us know the financial institutions, accountants, lawyers and professionals currently utilized by Tayab.

3.  We prefer to cooperate in scheduling depositions, but your response does not suggest an alternative to the date and the location to which you object.

- Please provide available dates for each of your clients' depositions, including Sultan, beginning in December and continuing into January, starting with the depositions of Mohammad Bayat and Sultan Bayat or vice versa.

4. It has come to our attention that the former Bayat residence at 574 Mill Run, Paramus New Jersey was recently sold and that several of your clients relocated to Virginia during the pendency of this lawsuit.  Our client believes that the proceeds of that sale belong in whole or in part to the Bayat Siblings.

- Please advise promptly where those monies currently reside and (1) whether defendants will voluntarily agree to place them into the registry of the court, and (2) whether defendants will voluntarily agree not to make any significant transfers of assets until this matter is adjudicated.

5.  Please confirm the residence address, place of business, and business address for each of the defendants to facilitate our scheduling of depositions.

We request a response by close of business December 9, 2025, so that we may cooperatively plan discovery.  Otherwise we are compelled to unilaterally serve deposition notices without your input.

Allen

**J. Allen Maines** | **Holland & Knight**
Partner
Holland & Knight LLP
1180 West Peachtree Street, NW, Suite 1800 | Atlanta, Georgia 30309
Phone +1.404.817.8525 | Mobile +1.404.563.6611
allen.maines@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Niels P. Murphy <NMurphy@MurphyAndersonLaw.com>
**Sent:** Friday, December 5, 2025 12:06 PM
**To:** Reagin, Patrick (ATL - X48433) <Patrick.Reagin@hklaw.com>
**Cc:** Maines, J. Allen (ATL - X48525) <Allen.Maines@hklaw.com>; Martinez, Wesley (JAX - X27203) <Wesley.Martinez@hklaw.com>; Gropper, Michael M (JAX - X27326) <Michael.Gropper@hklaw.com>; Vanessa N. Gray <VGray@MurphyAndersonLaw.com>
**Subject:** RE: Bayat v. Bayat - Deposition of Sultan Bayat

*[External email]*
Hi Patrick.  Vanessa is on vacation until next Wednesday just fyi.

As to the deposition, I am not available on January 8. Also, Sultan lives in Virginia (per his sworn

declaration) and recently suffered a stroke (which I assume his siblings are aware of).  My understanding is that he will not be physically able to undergo a rigorous deposition in this matter for some time.  I will check in on the anticipated timeline for recovery and expectations and get back with you asap.

Thanks.

Niels

**Niels P. Murphy** | 1501 San Marco Blvd., Jacksonville, FL  32207 | direct: 904.380.8080 | main: 904.598.9282 | nmurphy@murphyandersonlaw.com | www.murphyandersonlaw.com



**From:** Patrick.Reagin@hklaw.com <Patrick.Reagin@hklaw.com>
**Sent:** Thursday, December 4, 2025 2:00 PM
**To:** Niels P. Murphy <NMurphy@MurphyAndersonLaw.com>; Vanessa N. Gray <VGray@MurphyAndersonLaw.com>
**Cc:** Allen.Maines@hklaw.com; Wesley.Martinez@hklaw.com; Michael.Gropper@hklaw.com
**Subject:** Bayat v. Bayat - Deposition of Sultan Bayat

Niels and Vanessa,

Hope you had a nice Thanksgiving.

We anticipate noticing Sultan Bayat's deposition on January 8, 2026 in New Jersey or New York.  Our Manhattan office is available.  Please confirm Mr. Bayat's availability on this date and your preference of location.

Thanks,

**Patrick Reagin** | **Holland & Knight**
Partner
Holland & Knight LLP
1180 West Peachtree Street, NW, Suite 1800 | Atlanta, Georgia 30309
Phone +1.404.817.8433 | Fax +1.404.881.0470 | Mobile +1.504.460.5479
patrick.reagin@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.