# Exhibit I

BASSIR BAYAT,

       Plaintiff,

v.                                                                    Case No. 3:25-CV-1085

SULTAN BAYAT, PATONIA BAYAT,
MOHAMMAD BAYAT, SAMAY
BAYA, AL WASAY BAYAT, AND TAYAB
REAL ESTATE CO., LTD.

       Defendants.

_____

## PLAINTIFF BASSIR BAYAT'S
## INITIAL DISCLOSURES

Plaintiff Bassir Bayat, (the "Plaintiff") provides the following initial

disclosures under Federal Rule of Civil Procedure 26(a)(1).

A.    **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support their claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

- Sultan Bayat
    - <u>Address</u>: c/o Murphy & Anderson, P.A., 1501 San Marco Boulevard, Jacksonville, Florida 32207
    - <u>Telephone number</u>: (904) 598-9282
    - <u>Subjects of information</u>: details about the property underlying this lawsuit, profits and distributions derived therefrom, family interactions, and his own conduct.

- Patoni Bayat
    - <u>Address</u>: c/o Murphy & Anderson, P.A., 1501 San Marco Boulevard, Jacksonville, Florida 32207

- Telephone number: (904) 598-9282
- Subjects of information: details about the property underlying this lawsuit, profits and distributions derived therefrom, family interactions, and his own conduct.

- Matthew Bayat
  - Address: c/o Murphy & Anderson, P.A., 1501 San Marco Boulevard, Jacksonville, Florida 32207
  - Telephone number: (904) 598-9282
  - Subjects of information: details about the property underlying this lawsuit, profits and distributions derived therefrom, family interactions, and his own conduct.

- Ali Bayat
  - Address: c/o Murphy & Anderson, P.A., 1501 San Marco Boulevard, Jacksonville, Florida 32207
  - Telephone number: (904) 598-9282
  - Subjects of information: details about the property underlying this lawsuit, profits and distributions derived therefrom, family interactions, and his own conduct.

- Samay Bayat
  - Address: c/o Murphy & Anderson, P.A., 1501 San Marco Boulevard, Jacksonville, Florida 32207
  - Telephone number: (904) 598-9282
  - Subjects of information: details about the property underlying this lawsuit, profits and distributions derived therefrom, family interactions, and his own conduct.

- Alwasy Bayat
  - Address: c/o Murphy & Anderson, P.A., 1501 San Marco Boulevard, Jacksonville, Florida 32207
  - Telephone number: (904) 598-9282
  - Subjects of information: details about the property underlying this lawsuit, profits and distributions derived therefrom, family interactions, and his own conduct.

- Bassir Bayat
  - c/o Patrick Reagin
    Holland & Knight LLP
    50 North Laura Street, Suite 3900
    Jacksonville, Florida 32202
    Phone 904.798.7326

- Subjects of information: the factual bases underlying the complaint, his own actions and interactions, and conduct of the rest of the Bayat siblings.

- Farid Bayat
  - c/o Patrick Reagin
    Holland & Knight LLP
    50 North Laura Street, Suite 3900
    Jacksonville, Florida 32202
    Phone 904.798.7326

  - Subjects of information: Bayat family interactions, his own expectations, and his own conduct.

- Nassir Bayat
  - c/o Patrick Reagin
    Holland & Knight LLP
    50 North Laura Street, Suite 3900
    Jacksonville, Florida 32202
    Phone 904.798.7326

  - Subjects of information: Bayat family interactions, his own expectations, and his own conduct.

- Arifa Rahin
  - c/o Patrick Reagin
    Holland & Knight LLP
    50 North Laura Street, Suite 3900
    Jacksonville, Florida 32202
    Phone 904.798.7326

  - Subjects of information: Bayat family interactions, her own expectations, and her own conduct.

- Ehsanollah Bayat
  - c/o Patrick Reagin
    Holland & Knight LLP
    50 North Laura Street, Suite 3900
    Jacksonville, Florida 32202
    Phone 904.798.7326

  - Subjects of information: Bayat family interactions, his own expectations, and his own conduct.

- Ruhullah Bayat
  - c/o Patrick Reagin
    Holland & Knight LLP
    50 North Laura Street, Suite 3900
    Jacksonville, Florida 32202
    Phone 904.798.7326

  - <u>Subjects of information</u>: Bayat family interactions, his own expectations, and his own conduct.

**B.** **A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

- Communications between and among Defendant, Plaintiff, and the Siblings (as defined in the Amended Complaint).

- Plaintiff will supplement the foregoing disclosures as appropriate.

**C.** **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Plaintiff states that, as alleged in the operative Complaint, Defendants have intentionally concealed and withheld documents and information relating to the subject Property and Defendant Tayab Real Estate Co. Ltd. in such a manner as to render a computation of damages by Plaintiff impossible at this time. Indeed, it is for that reason, among others, that Plaintiff initiated this litigation seeking, among other things, an accounting.

Plaintiff expects discovery to reveal the full extent of the losses incurred by Plaintiff and the Bayat Siblings and that relevant documents concerning same are in the receipt, custody, and control of Defendants. Such documents will include, but not be limited to,

records of rents, profits, distributions, profit and loss statements, bank records, and other documents reflecting funds received by Defendants relating to the subject Property.

Plaintiff will supplement this disclosure as his investigation, and discovery, continue, and as appropriate.

D. **For the inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

- None.

*Plaintiff's investigation of the matters addressed in the operative Complaint is ongoing. Plaintiff anticipates the discovery of further information and/or materials within the scope of Federal Rule of Civil Procedure 26(a)(1)(A). Plaintiff makes these initial disclosures subject to and without waiving any rights or privileges Plaintiff might have, including but not limited to the right to supplement these initial disclosures as warranted and permitted by law, rule of civil procedure, or applicable or local rule.*

**HOLLAND & KNIGHT LLP**

*/s/Patrick B. Reagin*

J. Allen Maines (FBN 226270)
allen.maines@hklaw.com
Patrick B. Reagin (pro hac vice)
patrick.reagin@hklaw.com
1180 West Peachtree St. NW, Suite 1800
Atlanta, Georgia 30309
Telephone: (404) 817-8500
Facsimile: (404) 881-0470

Michael M. Gropper (FBN 105959)
michael.gropper@hklaw.com
Wesley J. Martinez (FBN 1013924)
wesley.martinez@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872

*Counsel for Plaintiff Bassir Bayat*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I served the foregoing on opposing counsel of record via e-mail.

*/s/ Patrick B. Reagin*
Patrick B. Reagin
*Counsel for Plaintiff*