# Exhibit J

# Holland & Knight

1180 West Peachtree Street NW, Suite 1800 | Atlanta, GA 30309 | T 404.817.8500 | F 404.881.0470
Holland & Knight LLP | www.hklaw.com

Patrick Reagin
+1 404-817-8433
Patrick.Reagin@hklaw.com

August 14, 2025

*Via Email and Federal Express Overnight Delivery*

Sandra Choi
Choi Law Firm
25 West 31st Street, 12th Floor
Manhattan, New York 10001
schoi@choifirm.com

> Re:     Notice to Cease and Desist Defamatory Statements

Dear Ms. Choi:

This firm represents Dr. Ehsan Bayat.  This letter is directed to you given your prior indications that you represent Sultan Bayat and his family members, and your request that correspondence concerning business and interpersonal/family matters be directed to you.

It has come to our attention that Mohammad ("Matthew") Bayat, and upon information and belief, other members of Sultan Bayat's family have been contacting reporter(s) in an effort to publicly spread false, defamatory, and slanderous information about Dr. Bayat, as well as disseminating this information via social media.

Matthew and/or other members of Sultan Bayat's family may have also provided  false information concerning a lawsuit described in an August 13, 2025 article published by Lynne O'Donnell.[1]   The information seemingly provided to Ms. O'Donnell is not only untrue, but slanderous to Dr. Bayat and his goodwill.  Among other things, we have no record of any lawsuit filed or served as referenced in the article.  Further, if the statements contained in the article were to be included in any pending or forthcoming suit, we would easily be able to prove them to be categorically false claims.  The article suggests Sultan Bayat was unaware of the sale of air rights relating to a certain New York property and falsely accuses Dr. Bayat of fraud in connection with same.  Not only was Sultan Bayat aware of this sale, but he also actively participated in the negotiation and closing of the transaction and filed tax returns reporting the income from same. While Sultan Bayat distributed some of the proceeds of this sale to his other siblings, Dr. Bayat

---

[1] https://lynneodonnell.substack.com/p/afghanistans-most-famous-philanthropist?r=8ijf1&utm_campaign=post&utm_medium=web&triedRedirect=true

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia | Portland
Richmond | San Francisco | Seattle | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

never received a penny from the sale. It is our understanding that Matthew Bayat has reached out to other reporters in an effort to further disseminate these falsehoods in addition to possibly spreading this misinformation on TikTok and other social media channels.

As your clients should be aware, they are exposed to liability for any financial damages, including reputational harm, that may result to Dr. Bayat and/or his business interests as a result of any false information they spread about him. Given Dr. Bayat's profile as a result of his lifetime of effort devoted to helping millions of Afghans through the Bayat Foundation and his other business ventures, such damages will be substantial. Any information they may have shared with reporters or in other public forums about a potential lawsuit that has not been filed, obviously does not qualify for any form of litigation privilege.

Your clients are immediately called upon to cease and desist in making any further false, defamatory, and slanderous statements about Dr. Bayat and his business interests. They are also called upon to immediately issue retractions of any false statements issued to date.

Your clients are further notified in light of anticipated litigation of their obligation to preserve all documents, data, and electronically stored information ("ESI") that may be relevant to this matter. This obligation extends to, but is not limited to, all paper and electronic records, emails, text messages, instant messages, internal communications, drafts, metadata, databases, cloud storage, backup files, and any other materials or data compilations in their possession, custody, or control, as well as those held by any officers, employees, agents, contractors, and third-party service providers of their business interests.

Your clients must suspend all routine document destruction, deletion, overwriting, or alteration policies or practices that could result in the loss of relevant information. Failure to comply with these preservation obligations may result in severe sanctions, including adverse inference instructions, evidentiary preclusion, or other remedies as the court deems appropriate.

We ask that you please share this correspondence with Matthew Bayat, Sultan Bayat, and any other family members whom you represent. Please confirm within <u>five (5) days</u> of this letter that your clients have complied with their preservation obligations and issued necessary retractions.

If you do not represent any of these individuals, we ask that you notify us immediately.

Sincerely yours,

HOLLAND & KNIGHT LLP

Patrick Reagin
PR:tc