# Exhibit K

BASSIR BAYAT,

        Plaintiff,

    v.

SULTAN BAYAT, PATONIA BAYAT, MOHAMMAD BAYAT, SAMAY BAYAT, AL WASAY BAYAT, and TAYAB REAL ESTATE CO., LTD.,

        Defendants.

Case No. 3:25-CV-1085

## NOTICE OF DEPOSITION OF MOHAMMAD "MATTHEW" BAYAT

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30, Plaintiff, Bassir Bayat, through counsel, will take the deposition of Defendant Mohammad "Matthew" Bayat at Holland & Knight, LLP 800 17th Street N.W., Suite 1100, Washington, D.C. 20006, on February 19, 2026, beginning at 9:30 a.m. Eastern Time and continuing from day to day until completed. Should this date or location be unavailable, we are willing to work with you in good faith to identify a prompt, mutually convenient substitute, if possible.

PLEASE TAKE FURTHER NOTICE that the deposition will be conducted by oral examination before a notary public or other officer authorized to administer oaths and will be recorded by stenographic means and videotape. The deposition is being taken for the purpose of discovery, use at trial, and any other purposes permitted by law.

Dated: January 6, 2026.

HOLLAND & KNIGHT LLP

*/s/Patrick B. Reagin*
J. Allen Maines (FBN 226270)
allen.maines@hklaw.com
Patrick B. Reagin (pro hac vice)
patrick.reagin@hklaw.com
1180 West Peachtree St. NW, Suite 1800
Atlanta, Georgia 30309
Telephone: (404) 817-8500
Facsimile: (404) 881-0470

Michael M. Gropper (FBN 105959)
michael.gropper@hklaw.com
Wesley J. Martinez (FBN 1013924)
wesley.martinez@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2026, the foregoing NOTICE OF DEPOSITION OF MOHAMMAD "MATTHEW" BAYAT were served on counsel for Defendants by email addressed to all counsel of record for Defendants.

Niels P. Murphy (FBN #0065552)
Vanessa Gray (FBN #1025497)
Murphy & Anderson, P.A.
1501 San Marco Boulevard
Jacksonville, Florida 32207
nmurphy@murphyandersonlaw.com
vgray@murphyandersonlaw.com

By:  */s/ Patrick B. Reagin*
Patrick B. Reagin

2