**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BASSIR BAYAT,

        Plaintiff,

     v.

SULTAN BAYAT, PATONIA BAYAT, MO-
HAMMAD BAYAT, SAMAY BAYAT, AL
WASAY BAYAT, and TAYAB REAL ESTATE
CO., LTD.,

        Defendants.

Case No. 3:25-CV-1085

### PLAINTIFF'S NOTICE OF FILING PUBLIC VERSIONS OF DEPOSITION TRANSCRIPTS

Comes now Bassir Bayat, ("Plaintiff") and hereby provides this Notice of Filing redacted public versions of the Transcript of the Deposition of Matthew Bayat (the "M. Bayat Transcript") and the Transcript of the 30(b)(6) Deposition of Tayab Real Estate Co. Ltd. via Ali Bayat (the "A. Bayat Transcript"), which are attached hereto as Exhibit A and Exhibit B. The M. Bayat Transcript and the A. Bayat Transcript are referenced as Exhibit 2 and Exhibit 3 in Plaintiff's Response in Opposition to Defendant Sultan Bayat's Motion to Appoint Guardian Ad Litem (Dkt 72). Portions of the Transcripts have been designated "Confidential" and "Attorneys Eyes Only" by Defendants. Those portions have been redacted from this publicly filed version and will be addressed in a contemporaneously filed L.R. 11.1(c) Motion to Seal and/or Establish Seal.

Respectfully submitted this 2nd day of April, 2026.

**HOLLAND & KNIGHT LLP**

*/s/Patrick B. Reagin*
J. Allen Maines (FBN 226270)
allen.maines@hklaw.com
Patrick B. Reagin (pro hac vice)
patrick.reagin@hklaw.com
1180 West Peachtree St. NW, Suite 1800
Atlanta, Georgia 30309
Telephone:  (404) 817-8500
Facsimile:   (404) 881-0470

Michael M. Gropper (FBN 105959)
michael.gropper@hklaw.com
Wesley J. Martinez (FBN 1013924)
wesley.martinez@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone:  (904) 353-2000
Facsimile:   (904) 358-1872

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

*/s/ Patrick B. Reagin*
Patrick B. Reagin
*Counsel for Plaintiff*

2