# EXHIBIT A

## <u>PUBLIC VERSION</u>

[Exhibit 2 - Plaintiff's Response in Opposition to Defendant Sultan Bayat's Motion to Appoint Guardian Ad Litem]

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

BASSIR BAYAT,                              )
                                           )
          Plaintiff,                       )
                                           )  Case No.
     vs.                                   )  3:25-CV-1085
                                           )
SULTAN BAYAT, et al.,                      )
                                           )
          Defendants.                      )
-------------------------------            )

                         Thursday, February 19, 2026
                         9:51 a.m.

          Remote Zoom Videotaped Deposition of MATTHEW BAYAT, held at the offices of Holland & Knight LLP, 800 17th Street, Northwest, Suite 1100, Washington, DC 20006, before Stacey L. Daywalt, a remote Court Reporter and Notary Public of the District of Columbia.

Page 2

APPEARANCES:

Attorneys for Plaintiff:

    HOLLAND & KNIGHT LLP

    BY:   PATRICK REAGIN, ESQ.

    1180 West Peachtree Street NW, Suite 1800

    Atlanta, Georgia 30309

    (404) 817-8433

    patrick.reagin@hklaw.com

Attorneys for Defendants:

    MURPHY & ANDERSON, P.A.

    BY:   GERRY A. GIURATO, ESQ.

        VANESSA GRAY, ESQ.

    1501 San Marco Boulevard

    Jacksonville, Florida 32207

    (904) 598-9282

    ggiurato@murphyandersonlaw.com

    vgray@murphyandersonlaw.com

ALSO PRESENT:

    GORDON THOMAS, III, Videographer

Page 3

--------------------I N D E X--------------------

WITNESS                         EXAMINATION BY        PAGE

 MATTHEW BAYAT         BY MR. REAGIN                    5


--------------------EXHIBITS--------------------

EXHIBITS                                    PAGE   LINE
 Exhibit 1
 Matthew B. LinkedIn profile              45     15

 Exhibit 2
 Declaration of Sultan Bayat             122     19
 Exhibit 3
 Exhibit N, Text messages                206     19

 Exhibit 4
 Lynne O'Donnell article dated
 8/13/25                                 226      7


INSTRUCTIONS NOT TO ANSWER:
PAGE        LINE
236         14

Page 4

THE VIDEOGRAPHER:  Good morning.  We are going on the record at 9:51 a.m. on February 19, 2026.

Please note that the microphones are sensitive and may pick up whispering and private conversations.  Please mute your phones at this time.  Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of Mr. Mohammad Matthew Bayat -- sorry -- Mr. Matthew Bayat in the matter of Bassir Bayat versus Sultan Bayat, et al., filed in the United States District Court, Middle District of Florida, Jacksonville Division, Case No. 3:25-CV-1085.

The location of the deposition is 800 17th Street, Northwest, Suite 1100, Washington, DC 20006.

My name is Gordon Thomas, III, representing Veritext Legal Solutions, and I am the videographer.

The court reporter is Stacey Daywalt from the firm Veritext Legal Solutions.

Counsel will now state their

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 5

appearances and affiliations for the record, beginning with the noticing attorney.

(Counsel identify themselves on the record.)

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness and then counsel may proceed.

MATTHEW BAYAT, called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:

EXAMINATION BY
MR. REAGIN:

Q.    Good morning, Mr. Bayat.

A.    Good morning.

Q.    My name is Patrick Reagin, and I'm one of the lawyers for the plaintiff in the case, who as you know is Bassir Bayat.

When I say "Bassir" or "plaintiff," that's who I'll be referring to.  Okay?

And when I say "Sultan," I'll be referring to your father.  Right?

A.    Yes.

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 6



I think just to help out our court reporter since she is -- she's subbing in for someone who was supposed to be scheduled for this, do you mind just spelling your full current legal name.

A.   Yes.

Matthew, M-A-T-T-H-E-W.  And then Patonni, P-A-T-O-N-N-I.  And then Bayat is B-A-Y-A-T.

Q.   Thank you.

MR. GIURATO:  And I know there's -- we have -- an agreement I think's been signed -- confidential.  There's two different ways to do the attorneys' eyes only.

So right now I'll say any address of Mr. Bayat I'm declaring as attorneys' eyes only.  I understand that I can do that 21 days later, but maybe it helps to do it now.

MR. REAGIN:  Yes.

MR. GIURATO:  So attorneys' eyes only as to the address of Mr. Bayat.

MR. REAGIN:  Got it.

And just so that we're not kind of litigating it on the record, we'll reserve our right to challenge any of those designations.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 8

But of course you can make them as we go, and understood as to personal addresses that you're making that designation kind of on a go-forward basis.

MR. GIURATO:  That works for me.

(Reporter admonition.)

(Discussion was held off the record.)

BY MR. REAGIN:

Q.    Mr. Bayat, have you ever been deposed before?

A.    No, sir.

Q.    Okay.  Have you ever testified at a trial or a hearing before?

A.    No, sir.

Q.    Okay.  Because you've never testified before, I'm going to briefly go over some rules of the road so that we're all on the same page.

The court reporter, as you know, is taking down a written transcription of what is being said in the room today, so for that reason we need oral responses to questions.

So in conversation we tend to nod or say uh-huh.  In this setting we need verbal yes

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 9

or no type answers so that everyone knows what the question and answer were.

Understood?

A.    Understood.

Q.    If you don't understand a question, please ask me to clarify at any time.

If I ask a question and you answer it, I'm going to assume that you understood the question.

Fair?

A.    Understood.

Q.    Okay.  Also to help out the court reporter, if you would please wait until I'm finished answering my quest- -- asking my question before you answer.

You may anticipate where I'm going, and in conversation we would tend to speak over one another a little bit.  Just to give her the chance to get a clear record, if you could wait until I'm done, it also gives your lawyer a chance to lodge any objections he may have.

Understood?

A.    Understood.

Q.    If at any point you need a break, just let me know.  We'll go off the record and

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 10

we can take a break.

My only stipulation would be if there's a question pending, I would ask that you answer it and then we'll go off the record.

Are you taking any medications or substances today that would affect your ability to understand and provide truthful answers?

A.    No.

Q.    Is there any reason you cannot provide truthful testimony today?

A.    No.

Q.    And are you represented by counsel today?

A.    Yes.

Q.    And who is your attorney?

A.    Niels Murphy and Vanessa Gray.

Q.    Okay.  And Gerry Giurato?

A.    And Gerry Giurato, yes.

Q.    Are you paying the Murphy Anderson firm for their time?

A.    Yes, sir.

Q.    Okay.  What did you do to prepare for your deposition today?

A.    What did I do to prepare for the deposition today?

Page 11

Q.    Mm-hmm.

A.    I spoke with Gerry, I spoke with Vanessa, I spoke with Niels.

Q.    Okay.  And when was that?

A.    This last week, two weeks.

But we've been talking about it for a while now, so...

Q.    Sure.

And I guess specifically in preparation for today's deposition, approximately how long did you speak with your attorneys?

MR. GIURATO:  You're allowed to tell -- I'll instruct the witness.

You're allowed to tell how long you spoke.  Just don't divulge what we spoke about.

THE WITNESS:  Oh, like days wise?

So whenever I gave the dates for deposition that I wanted to be deposed, so we've been talking about it on and off since then and there.

BY MR. REAGIN:

Q.    Mm-hmm.

A.    Yes.

And every time that we did talk, it

Page 12

was like an hour, two hours, half hour.

Q.   Did you review any documents as you prepared?

A.   Possibly.

Q.   Okay.  "Possibly" meaning you did or you didn't?

A.   Possibly.

I --

Q.   You don't recall reviewing any documents?

A.   I do recall viewing a few, but --

Q.   Okay.  So you did review them?

A.   Yes.

Q.   Okay.  And did those documents refresh your recollection about the matters we're going to discuss today?

A.   I -- we haven't even started, so I wouldn't know.

Q.   Okay.  Was anyone other than the attorneys present at these meetings when you prepared?

A.   My siblings.

Q.   Okay.

A.   And my mom and my father.

Q.   And were these in-person meetings?

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 13

Were they by Zoom?

A.    Some were in person and some were on Zoom.

Q.    Okay.

A.    And some were phone calls.

Q.    Got it.

Aside from your attorneys, who have you spoken to about this case?

A.    Aside from my attorneys?

Q.    Mm-hmm.

A.    I've spoken to several people about this case.

Q.    Okay.  Who?

A.    Some of my close family members on my mother's side.

Q.    Okay.  And who are they?

A.    My uncles, not detail to detail about the case, but they had seen the lawsuit in public record, as it is available before we were served, and they had the case in file and they did talk about it to us and let us know that, hey, your family is suing you guys and that you guys should be prepared.

Q.    And who are these uncles specifically?

Page 14

A.    My mother's brothers.

Q.    And what are their names?

A.    Hashim and Bashir and Nassir.

Q.    Do you mind spelling those for the record?

A.    I could write it down for you if...

MR. GIURATO:  If you can, try to spell them.

If you don't know...

THE WITNESS:  I don't, like not right now, because I'm going to -- if I have a piece of paper, I could write it down for you, if that's okay, because it's confusing.  I just need to...

MR. GIURATO:  Would it help to actually --

THE WITNESS:  Yeah.  Yeah, to write it down.

MR. GIURATO:  -- phonetically write it down?

THE WITNESS:  Yes, sir.

MR. GIURATO:  Do you oppose that?

MR. REAGIN:  No, I don't.

THE WITNESS:  (Writing.)

MR. GIURATO:  Just now --

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 15

BY MR. REAGIN:

Q.    If you can just read out how you spelled them, yeah.

A.    Yes.

H-A-S-H-I-M, Hashim.  Bashir is B-A-S-H-I-R.  And Nassir is N-A-S-S-I-R.

Q.    Thank you.

And do they all have the same last name?

A.    Hashim's is Sultani, S-U-L-T-A-N-I.

And Bashir and Nassir is Hussain, H-U-S-S- --

(Reporter admonition and clarification.)

Q.    So I think, Mr. Bayat, you said that Hashim's last name is Sultani?

A.    Yes, sir.

Q.    S-U-L-T-A-N-I.  Correct?

A.    Yes, sir.  Yes.

Q.    Okay.  And then Bashir and Nassir both have the same last name, which is Hussain, H-U-S-S-E-I-N?

A.    A-I-N.

Q.    A-I-N?

A.    Yes.

Veritext Legal Solutions
800.808.4958                                            770.343.9696

Page 16

Q.   Okay.  And did you speak to them all at the same time or were these separate conversations?

A.   Separate conversations.

Q.   Okay.

A.   I've also spoken to my uncles' previous business partners in the past.

Q.   And who are they?

A.   Stuart Bentham and Lord Michael Cecil.

Q.   Okay.  Can we spell those names.

A.   I do not know how to spell those names.  Sorry.

Q.   Okay.  Stuart was the first one I heard?

A.   Yes, sir.

Q.   And his last name was what?

A.   Bentham.

Q.   Bentingham?

A.   Yes.

Q.   Okay.

MR. REAGIN:  And just do your best, please, Stacey, on that one.

Q.   And the second name?

A.   Lord Michael Cecil.

Page 17

Q.    Lord Michael Cecil?

A.    I did not speak directly with Lord Michael Cecil, but I did speak with Stuart who spoke with Lord Michael, and they gave me -- they spoke to me.

Q.    Okay.  Anyone else?

A.    Lynne O'Donnell.

Q.    Lynne O'Donnell.  Okay.

MR. REAGIN:  And Stacey, that's L-Y-N-N-E, O, apostrophe, D-O-N-N-E-L-L.

Q.    Okay.  Anyone else?

A.    No.

Q.    Okay.  I'd like to start with Hashim Sultani.

Would you please describe what you discussed with him about the case.

A.    He was the one who informed us that we had a lawsuit, because I believe they were trying to serve him or serve someone in the family and he was able to obtain copies of it from online because it was public.

Q.    Okay.

A.    And the same thing with my other uncles as well.

Q.    So when it comes to Hashim, Bashir

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 18

and Nassir, the discussion was that the plaintiff had been trying to serve the defendants, I guess, at their addresses.  Is that right?

A.    Yes.

Q.    Okay.  Did you discuss anything else with them?

A.    That -- they discussed that they were being harassed constantly by the person who was trying to deliver them and that they were shocked about the whole incident and situation in general.

Q.    Did you give your uncles your address to give to the process server?

A.    They knew our house address in New Jersey.

Q.    Who's "they"?

A.    You guys, like the people who were serving.

Q.    Okay.  Were you aware that attempts at service were made at that address that weren't accepted?

A.    After the fact, yes.

Q.    Okay.

A.    After the fact -- so after my uncles

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 19

were served -- or they were trying to serve us to my uncles like a few weeks later, because I was very busy with my own personal life.

They had informed us after, after the fact.

Q.    Okay.  At the time that service attempts were made at the New Jersey address, was that where you were residing?

A.    No, sir.

Q.    Okay.  Where were you residing at?

A.    I was residing in Virginia.

Q.    Okay.  Who was residing in New Jersey at that time?

A.    I believe no one was residing in New Jersey at that time.

Q.    Okay.  But you just told me we had your New Jersey address.

A.    Yes, sir.

Q.    So you didn't know why we were trying to serve at the other addresses.

But now it sounds like you're saying nobody was at New Jersey.

A.    No one was in New Jersey at that time that they were being served.

At that time when they were there,

Page 20

no one was being served.  My entire family was in Virginia at that time.

Q.    Okay.  So then why would the New Jersey address have been helpful to us?

A.    Well, because that's our -- that was the primary residence at that time.

Q.    But nobody was there to accept service?

A.    I understand.

They -- sometimes people go on vacation.  Sometimes people go to see family.

We had a situation where my father was in rehab and my entire siblings and my mother, they were all over here.

Q.    Okay.  What -- the fact that you were in Virginia, why was your family in Virginia at this time?

A.    Because of my father.

Q.    Okay.  Because he was receiving medical treatment in Virginia?

A.    Yes.

But regardless of my family being here, I was living here already and so were some of my family members --

Q.    Okay.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 21

A.    -- even before my father was in rehab.

Q.    Okay.  But so having the New Jersey address would not have been helpful to anyone trying to serve your family at this time. Right?

A.    At that time, no.

Q.    Okay.  Anything else that you discussed with your uncles Hashim, Bashir or Nassir that we haven't discussed about this case?

A.    (Indicating negatively.)

Q.    Okay.  Stuart Bentingham, what did you discuss with him?

A.    With Stuart Bentham we did discuss -- it's the same grievances that he had faced with Ehsan, and we shared the same story basically of injustice that we faced from plaintiff's counsel.

And he offered me moral support and encouraged me not to be afraid and to stand firm for what is right and basically that was basically it.

Q.    Okay.  And when you say the same grievances you faced with Ehsan --

Page 22

A.      Mm-hmm.

Q.      -- which, Stacey, is E-H-S-A-N --
what are you referring to?

A.      Lord Michael Cecil and Stuart
Bentham were the founding fathers of AWCC,
Afghan Wireless.

They gave their -- they dedicated
millions and millions of dollars to help build
Afghan Wireless in Afghanistan for my uncles --
for my uncle, and they both had a percentage in
that company.

And it was a time when they went
over there to be able to start the Afghan
Wireless.  No one wanted to do business because
Afghanistan was extremely dangerous.

But these men of honor -- and I'm
going to say honor because I'm ashamed of my
family for how they treated them.  I'm
disgusted by the way that my uncles treated
these men.  They were deceived and their rights
were taken from them and none of their money
was given to them, the percentage that they
owned, the shares that they owned in that
Afghan Wireless.  The men who started Afghan
Wireless for my uncle were betrayed.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 23

And the same situation is my family's situation where my father was the first person in his entire family that arrived to the United States.  He was basically -- he was the scapegoat of his family, and he left this country because they were trying to force him to marry one of his cousins but he did not want to marry her.  And he left one night without letting anybody know that he was leaving and he arrived to the United States.

And he worked his back off his entire life.  He worked and worked.  And he did what his family was against, and that was to open up a restaurant, because in our culture opening up a restaurant in New York City or anywhere in general was a low ranking job because my grandfather was a businessman in Afghanistan.

And my father opened up a restaurant and he worked as a one-man person night and day alone with no one to be able to provide for his family, and he was able to become successful where he was able to bring his entire family to the United States.

And today when he's not feeling that

Page 24

well and when he's sick, my uncles, his brothers, his own brothers, betray him like this.

That's the same situation of Stuart and Lord Cecil, where a person who bites the hand that fed them, and it's shameful for them. The person who paid for their weddings, paid for their homes, gave them health insurance to these -- to my uncles.  They had no job.  They had nothing.

Ehsan, Bassir, Nassir, they were all living under my father's roof in Parsippany, New Jersey, 19 Geoffrey Drive.  My father pushed them for education, specifically Ehsan.

Q.    Uh-huh.  So --

A.    And so --

(Simultaneous crosstalk.)

Q.    Go ahead.

A.    And today he's playing the same game that he played with Lord Cecil and Stuart Bentham against his own brother, and we're not going to be silent about that.

Q.    Okay.  I want to unpack some of that.

So your Uncle Ehsan, you're

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan
February 19, 2026

Page 25

referring to Ehsanollah Bayat.  Correct?

A.    Yes.  Yes, sir.

MR. REAGIN:  Stacey, that's E-H-S-A-N-O-L-L-A-H.

Q.    He is not a party to this lawsuit.  You understand that?

A.    He's being represented by Bassir as an assignee.

Q.    Okay.  And that's your understanding?

A.    (No audible response.)

MR. GIURATO:  Object to form.

Q.    Okay.  As I surmise, Stuart Bentham and Lord Cecil were parties to some sort of business arrangement with Ehsan in Afghanistan.  Is that your understanding?

A.    Yes, sir.

Q.    Okay.

A.    It was America and Afghanistan both.

Q.    Okay.  And your perspective is that their experience dealing with Ehsan in Afghanistan is similar to something you're experiencing today?

A.    Absolutely.  Imagine what -- imagine having

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 26

nothing and somebody offers to build you something in your country expecting something in return, you know, their rightful share and then -- you starting something for somebody, you helping them out.

And then in the end of the day, it's like, bye-bye, it doesn't belong to you and they just, you know, usurp their rights, take everything from them and leave them with nothing.

Q.   Okay.  Were you alive at the time of this business transaction --

A.   Yes.

Q.   -- in Afghanistan?

A.   Yes, I was.

Q.   Okay.  Did you participate in any part of that transaction?

A.   No, I did not participate.

Q.   Okay.  How old were you?

A.   I was in the teens.

Q.   Okay.  And anything you understand about that situation is something that someone else has told you.  Correct?

A.   No, that's not correct, sir.

I did my own research.

Q.    Okay.

A.    Yes.

As a diplomacy student who has a Master's degree, I've done my own research on this case at -- this litigation, international litigation.  I did --

Q.    So things that you've read or that someone has told you.  Correct?

A.    Both.

Q.    Right.

But you don't have any personal -- what I'm getting at is you don't have any personal knowledge.  You weren't there.  You didn't participate.

A.    Nowadays you can search everything up and you find all the answers.

Q.    Oh, I'm not disagreeing with you that you can do research.

A.    Yes.

Q.    But all I'm trying to get at is that any understanding that you have of that situation comes secondhand through something that you read or were told.  Correct?

A.    Yes.

Q.    Okay.  As far as these conversations

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 28

with Stuart and Lord Cecil, did you contact them or did they contact you?

A.    I contacted them.

Q.    Okay.  And why did you contact them?

A.    Because they had faced a similar lawsuit in the past.

Q.    Okay.  And you wanted advice from them, or why did you contact them?

A.    I wanted advice from them.

And they offered me moral support, which is (inaudible) --

(Reporter clarification.)

THE WITNESS:  Be strong, remain strong, don't --

MR. REAGIN:  I think he just said moral support.  Right?

MR. GIURATO:  Yeah, that's the end of it.

THE WITNESS:  All right.

BY MR. REAGIN:

Q.    If you want to elaborate on the moral support they gave you, go ahead.

A.    No, sir.

Q.    Well, now I'm asking you.

What moral support did they give

Page 29

you?

A.    No.

Q.    Well, I am asking you now.

MR. GIURATO:  He's asking the question.

Q.    Yeah, you do now have to answer.

A.    Oh, okay.

They offered me moral support on, you know, don't be intimidated, don't be scared, fight for what's right, stand up against injustice, don't let anybody try to bully you.

Just because someone has money and power and fame doesn't mean that you need to stay silent and they could over control you.

Q.    And other than these discussions, I think, in the time period where service of process was being attempted and then when you contacted Stuart and Lord Cecil, have you had, I guess, later in the case discussions with any other third parties about what's going on in the case?

A.    No, sir.

Q.    Okay.  You clarified for us that as of, you know, today, your legal name is Matthew

Patonni Bayat.  Correct?

A.    Yes, sir.

Q.    Okay.  And you changed your name in 2015?

A.    Yes, sir.

Q.    Okay.  Why did you change your name in 2015?

A.    I had my personal reasons.

Q.    Well, and I'm asking what those were.

MR. GIURATO:  You can answer if you can.

THE WITNESS:  What were my personal reasons for changing my name?

BY MR. REAGIN:

Q.    Yeah.

A.    I preferred Matthew over Mohammad because there was a lot of bullying going on.

And even -- my second name was Mahdi.  So a lot of people never called me Mohammad.  They would just say Mahdi, and it was like that was just the norm, so Matthew was easier.

Q.    Okay.  Understandable.

So you -- I think you mentioned at

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 31



ATTORNEYS EYES ONLY

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 32

Q.    Okay.  Who has lived there the longest?

A.    The ones that I just mentioned to you.

Q.    Al, Samay --

A.    My mom and my dad.

Q.    -- your mom and dad?

A.    Yes.

Q.    Okay.  And how long have they lived there?

A.    Possibly about a year.

Q.    Okay.  About a year.

Did your mom and dad and your brothers Al and Samay, did they move there for reasons related to Sultan's health initially?

A.    No.  No, sir.

Q.    Okay.  Why did they initially move there?

A.    My family in the last several years -- they've always wanted to relocate to Virginia or Maryland, and we were slowly relocating in general.

Like my brother Sam relocated about -- I forgot what year it was, but he was the first one who relocated to Virginia in

Page 33

2023, I believe it was.  And I relocated in Virginia in October of 2024.

And in -- when I relocated over here, my parents asked me to find a good location for us to move to Virginia so that they could be with their kids.

And so in May -- in May -- no. Sorry.  I apologize.

In the end of March of 2000 and something, my father, my mother and all of my siblings, we met up in Gainesville, Virginia. They stayed here for a few days and they, you know, searched up some really beautiful locations and saw the area and they fell in love with it and they decided to move down over here.  So it was a family decision.

Q.    Okay.  And is it -- I guess the draw to Virginia and Maryland, is that because Sam was here and you guys became acquainted with the area through that and liked it, or what was the appeal?

A.    No.

The reason why we decided to move to Virginia was because I'm their oldest son and they wanted -- wherever that I would go, it's

Page 34

in their culture they want to be with the oldest.  They want to be near the oldest.

And on top of that, my father and my mother were getting tired of New Jersey, and the health amenities for seniors, senior citizens, is not that good over there.  It's too packed.  They didn't have the proper resources.

But Virginia has been very advanced in health, and especially for the older senior citizens.  There's a lot of benefits for them over here, whether it's rehab facilities, doctors, all that stuff that they could use.

Q.    Okay.  And just so that I'm clear, are you the oldest son?

A.    Yes, sir.

Q.    Okay.  I thought you said that you've lived here for like two months?

A.    No, in that --

Q.    In that house?

A.    In that house, yes.

Q.    Okay.  How long have you been in Virginia?

A.    I've been here for about two years.

Q.    Okay.  And so you moved to Virginia

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 35



ATTORNEYS EYES ONLY

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 36



ATTORNEYS EYES ONLY

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 37



Q.    Okay.  Do you have any children?

A.    No.

Q.    Okay.  Changing gears a little bit, what is your educational background?

A.    I have a Bachelor's degree in political science and Middle Eastern studies from Fordham University.

And then I have a Master's in diplomacy and international relations from Seton Hall University in South Orange, New Jersey.

Q.    So Bachelor's from Fordham in New York, Master's from Seton Hall in New Jersey?

A.    Yes.

Q.    Okay.

A.    And I was the first person to get my Master's for real, unlike other of my family who posted that they went to Seton Hall University's Master's School of Diplomacy and International Relations, when theirs is a lie, Ehsan Bayat's daughter, Miriam Bayat.

Q.    Okay.  What year did you get your Bachelor's degree?

A.    2000 and -- hold on -- 16.

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 39



ATTORNEYS EYES ONLY

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 40



ATTORNEYS EYES ONLY

Page 41



ATTORNEYS EYES ONLY

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 42



800.808.4958

770.343.9696

ATTORNEYS EYES ONLY

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 43



ATTORNEYS EYES ONLY

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 44

A.    Correct.

Q.    -- Second Avenue, New York City. Correct?

A.    Yes.

Q.    Which is the property that's the subject largely of this lawsuit.  Correct?

A.    (No audible response.)

MR. GIURATO:  And I'll instruct the witness to wait till he's asked a question before you answer and do so verbally.

BY MR. REAGIN:

Q.    How would you describe that property?

A.    That's my father's building.

Q.    And are you familiar with the entity called Tayab, T-A-Y-A-B, Real Estate Co., Limited?

A.    Yes.

That's my father's company.

Q.    And today I will sometimes refer to that entity as "Tayab" or "Tayab Real Estate."

You'll understand what I'm talking about?

A.    Yes, sir.

Q.    Okay.  And Tayab of course is Bayat

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 45

backwards.  Right?

A.    (No audible response.)

Q.    You have had at least two LinkedIn profiles in the past.  Correct?

A.    I don't recall.

Q.    Okay.  Information provided to us in response to discovery in this case indicated that you had a profile under the name Matthew B. and one under the name Matthew Bayat.

Does that sound familiar?

A.    Yes.

Q.    Okay.  And I'll show you what we'll mark as Exhibit 1 to the deposition.

(Exhibit 1, Matthew B. LinkedIn profile, marked for identification.)

THE WITNESS:  Is this -- do you have the one that says Matt Bayat you said?

Q.    I have the one that I'm showing you.

(Simultaneous crosstalk.)

MR. GIURATO:  The one that he's showing you --

THE WITNESS:  This is the only one that I had.

Page 46

BY MR. REAGIN:

Q.    Okay.

MR. GIURATO:  Well, please wait for a question.

THE WITNESS:  Oh, okay.

MR. GIURATO:  And he'll ask you about this particular exhibit, which is Exhibit 1.

And then if he has other exhibits, he'll show you those.

THE WITNESS:  Okay.

BY MR. REAGIN:

Q.    Do you recognize Exhibit 1 as the LinkedIn profile for Matthew B. that belongs or previously belonged to you?

A.    Yes, sir.

Q.    Okay.  And I'll represent to you that this is a screen grab that was taken on August 14th of 2025.

As reflected in Exhibit 1, your LinkedIn profile for Matthew B. stated at least as of August 2025 that you worked for Tayab Real Estate, LLC.  Correct?

A.    Correct.

Q.    And the reference to Tayab Real

Page 47

Estate, LLC is the same entity as Tayab Real

Estate Co., Limited, the defendant in this

case.  Correct?

        A.      Correct.

        Q.      What was your title or position at

Tayab?

        A.      So this was actually incorrect.

                This title that was on my LinkedIn,

I tried several times -- I'm not that -- I

wasn't -- well, I'm still not that really good

with like certain online platforms.

                And I tried removing that several

times and -- to put my current position and

what I was doing, but it wouldn't let me change

it.

                So that was just a test run of -- to

see where -- if you put a title, where it would

go on that page.

        Q.      Okay.  I want to make sure I

understand that testimony.

                At some point in time, you put on

LinkedIn that your position was admin at Tayab

Real Estate, LLC in Manhattan.  Correct?

        A.      Yes.

        Q.      When would you have done that?

Page 48

A.    I've done admin work for Tayab Real Estate throughout my life, not to get paid for or anything, just to help out, you know, take the trash out sometimes or go collect a ticket that was given or to go for like an appointment that my father needed me to attend or to help a tenant with something, so...

Q.    And I guess what I'm asking more specifically is:  When would you have either created a LinkedIn profile that identified yourself as an admin at Tayab Real Estate, or if you had an existing LinkedIn profile, when did you update it to reflect that you were an admin at Tayab Real Estate?

A.    Clarify that question again.

Q.    Yeah.

So there's a LinkedIn profile.  In August of 2025, it lists your role as admin at Tayab Real Estate.

A.    Mm-hmm.

Q.    I understand you just described some administrative work that you've done at various times --

A.    Mm-hmm.

Q.    -- for Tayab.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassir v. Bayat, Sultan

Page 49

I'm trying to understand when your LinkedIn profile would have first reflected that you worked as an admin at Tayab Real Estate.

A.    I do not recall.

Q.    Okay.

A.    Yes.

Q.    And you said something about a test run.

And what I'm trying to understand is if it's your testimony that you -- you know, put "admin at Tayab Real Estate" in as sort of a test run to see how LinkedIn worked.

Is that what you were testifying to?

A.    Yes, sir.

Q.    Okay.  So if I go back a few years, it's not going to show "admin at Tayab Real Estate"?

A.    I couldn't remove that off my page.

Q.    Okay.

A.    No matter what I tried, I couldn't -- I wasn't able to get it off.

Q.    You couldn't figure out how to update it --

A.    Yes.

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 50

Q.      -- to your current role?

A.      Yes.

Q.      Okay.  And so why did you initially list "admin at Tayab Real Estate"?

A.      Like I mentioned to you, test run.

Q.      Okay.

A.      And to be -- that you're asking that question.

THE WITNESS:  Gerry, should I stay quiet?

MR. GIURATO:  Just answer the questions he asks.

So if it's not answering the question, don't answer it.

THE WITNESS:  Well, can you ask that question one more time.

BY MR. REAGIN:

Q.      Yeah.

So it sounded like you were testifying that you put "admin at Tayab Real Estate" sort of as a test run as you were figuring out LinkedIn or --

A.      Yes.

Q.      -- something like that.  Correct?

A.      Yes.  That's correct, yes.

Page 51

Q.    And then later you couldn't figure out how to update it and take it off?

A.    I couldn't, yes.

Q.    I guess the problem I have with that testimony is that, as reflected in Exhibit 1, you've got a lot of other experience and roles listed, many of which -- well, I guess that have different roles, different positions, different employers.  Right?

A.    Mm-hmm.

MR. GIURATO:  Object to form.

Q.    Okay.  So your LinkedIn profile actually hasn't always simply identified you as admin at Tayab Real Estate, has it?

A.    It has.

Q.    Okay.  It's always said "admin at Tayab Real Estate"?

A.    This -- like I mentioned, this part of up here, like this right here (indicating), okay, that that you're talking about right now, this, I tried to remove it several times from my profile, and it was not -- there was no way that I could update it -- that, yes.

Q.    Okay.  But if you look at the second page of the exhibit, you see under

Page 52

Experience --

A.   Yes, correct.

Q.   Right.

MR. GIURATO:  Just let him ask the question.

THE WITNESS:  Okay.

MR. GIURATO:  And once he finishes the question, you can answer.

And Mr. Reagin won't talk over you either.

MR. REAGIN:  Yep.

BY MR. REAGIN:

Q.   And so I'm just going to read the experience that's identified at Page 2 of Exhibit 1.

It says:  "Administrative assistant, Tayab Real Estate, December 2022 to present."

You see that?

A.   Yes.

Q.   And then it says:  "Research analyst, Al Said, A-L, S-A-I-D, Foundation, from January 2022 to the present."

You see that?

A.   Yes, sir.

Q.   Okay.  It then says:  "International

Page 53

Law Society team member, International Law Society at the School of Diplomacy and International Relations at Seton Hall, August 2021 to June 2022."

You see that?

A.   Yes.

Q.   And then it says:  "Administrative assistant, GTFM, Inc., from September 2020 to November 2021 in Paramus, New Jersey." Correct?

A.   Yes, sir.

Q.   And then below that it says: "Administrative assistant, Tayab Real Estate, LLC, April 2014 to June 2020," for a period of six years and three months in New York City. Correct?

A.   Yes, sir.

Q.   And under the skills associated with administrative assistant, Tayab Real Estate, LLC, in that original entry, you see it says: "Contract negotiation, contract management and plus 15 skills."  Correct?

A.   Yes.

Q.   Okay.  Were you ever at any time responsible for contract negotiation on behalf

of Tayab Real Estate?

A.   Yes, sir.

Q.   Okay.  Explain that to me.

A.   When my father would receive leases for the building, he would ask me -- because I had a political science degree, he would just ask me to look over the leases at times with him.

Q.   Did you ever participate in negotiating the leases?

A.   No.

Q.   So when it says "lease negotiation," that's not something that you did?

MR. GIURATO:  Object to form.

You can answer if you can.

THE WITNESS:  Okay.

Q.   All right.  So you didn't participate in negotiating leases?

MR. GIURATO:  Object to form.

THE WITNESS:  I did participate, but I would not finalize the lease.

Q.   When you participated in negotiations, what did you do?

A.   I would just make sure that my dad wasn't being tricked or deceived.

Page 55

And if he had any questions, he would ask me to make sure that everything was correct because he had a language barrier.

Q.   Okay.  Did you do contract management for Tayab?

A.   Yes, I did.

Q.   What was that?

A.   Just helping out with like -- helping out with the employees that -- sorry.

Can we pause for one second?

I just need to speak with Gerry real quick.

MR. REAGIN:  There's a question pending.

MR. GIURATO:  There's a question pending.

THE WITNESS:  Oh, okay.

So we can't do that?

BY MR. REAGIN:

Q.   No.

A.   So ask me the question one more time.

Q.   Okay.  So the LinkedIn profile, Exhibit 1, identifies among the things that you did for Tayab as contract management.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 56

And I've asked you to explain what that is.

A.    Oh.  So whenever his tenants started their lease inside of the building, I would help my father with a new -- what's that division called in New York City where -- because his apartment buildings were all stabilized.

So I would take that contract and bring it to the housing division in New York City and file it with them.

Q.    Okay.  So these are rent stabilized --

A.    Rent stabilized buildings, yes.

Q.    Okay.

A.    All of the units in the building are rent stabilized.

Q.    And you were facilitating filings with whatever the relevant agency in New York is?

A.    Yes.

Q.    Okay.

A.    Yes.

Q.    And so as part of this lease -- excuse me -- contract negotiation, contract

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 57

management, you had access to Tayab's contracts with tenants and -- was it with tenants or with other vendors?

A.    Just the tenants.

Q.    Okay.  So you had access to contracts with tenants?

A.    Yes.

Q.    And you had access to Tayab's business records as part of your duties doing that?

A.    Not all of them, no.

          MR. GIURATO:  Object to form.

          THE WITNESS:  Not all of them.

Q.    Okay.  Not all of them.

          But some of them?

A.    Yes, just the ones that my father needed help with.  So whatever he needed help with, I would do it for him.

          And I want to put it on the record.  I wasn't getting paid for any of these.  It was family.  I was helping my family out.

Q.    Okay.  Well, why don't we -- let's zoom out a little bit.

          Explain to me when you first got involved with Tayab what you were doing and

Page 58

kind of what your roles were, and just walk me through how -- how you were --

A.    I first got started with Tayab when my father had that restaurant, his Pamir restaurant.

And while we were younger kids, he would always take us to work sometimes in that restaurant.  He owned that building at that time.

So he would just -- whatever he would do we'd follow him around like a father trains their younger kids for the future.

Q.    And I'm sorry to interrupt.

Like approximately how old were you? What time frame are we talking about?

A.    I was 12 years old.

Q.    Okay.

A.    12 years old.

Q.    And maybe just to make it easy, what year were you born in?

A.    1993.

Q.    Okay.

A.    And when I was five and six, he would take me as well with him to New York City, but I don't remember those that -- too

Mohammad "Matthew" Bayat                          February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 59

much from then.

Q.   So you were 12 years old in about 2005.  Is that right?

A.   Yes.

Q.   Okay.  And around that time your dad started bringing you to work at the building where he had a restaurant.  Correct?

A.   Yes, sir.

Q.   Okay.  I don't need to know exactly what you were doing when you were 12 years old.

But if you could just kind of generally walk me through starting around age 12 through whenever the last time you worked for Tayab was what your roles were, how they changed over time, that sort of thing.

A.   So all of my roles working for Tayab were voluntarily.

It was just family.  It was my father.  I was going to help him out if he needed some help.  Yes.

Q.   Okay.  So at no point in time were you being paid by Tayab.  Correct?

A.   Never, no.

Q.   Okay.  And then tell me what those roles were.

Page 60

I understand they were voluntary.  I understand they were --

A.    Sweeping, sweeping, picking up trash, getting the mail, picking up packages that were outside the doors, making sure that the locks were working on the outside and the inside, making sure that there was no rats running around in the building, and if there were, I should have let my dad know.

Yeah, making sure that the roof was locked so that no tenant would be able to go outside or -- yeah.

Q.    Okay.  And then at a certain point in time, it sounds like it became a little more administrative.

Tell me about that.

A.    Administrative was just I was just helping my father out with some of the leases that he would get to drop off some stuff for him in certain locations, pick up some checks and -- yeah.

Q.    Leases.  Checks.  You mentioned drop offs.

What kind of -- like dropping off payments?  Dropping off papers?

A.      A array of things.

Tickets.  He would receive tickets because sometimes tenants would leave their trash on a non-designated day.

For example, if it's only allowed on Tuesday and Friday, they would put it out on a Wednesday, and then the New York City would give him a ticket, would fine him for that. And I would pick up the check and I would help him pay for it.

Q.      Other than the help with the leases and the checks, tickets that you've described, is there anything else that you would have done sort of on the administrative side of things for Tayab?

A.      No.

Q.      Okay.  And at least according to Exhibit 1, the LinkedIn profile, I guess there's sort of two periods that this suggests you would have been involved in that.

One is from April of 2014 until June of 2020, and then another one is from --

A.      Yes.

I'd like to make it clear, Patrick, that just so that you know, this whole incident

Mohammad "Matthew" Bayat                                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 62

about the dates and this whole entire thing up here, I did not know how to fix these, so they may or may not be correct a hundred percent.

And as you can see, I will make it clear that the research analysis at Al Said Foundation says that it's from January 2022 until present, three years and eight months. That was only a year internship.

So I did not know how to fix some of those things, and you brought it to my attention which I appreciate.

Q.    Yeah.  Okay.

A.    So I would like to -- yeah.

Q.    Let me ask the question, please.

So sometimes people, you know, they don't know how to turn off until present and that sort of thing that suggests they're still doing a role.  And I appreciate the clarification.

I'm now going to step further in trying to understand what the accurate information is, recognizing the information on LinkedIn may not be accurate.

And so at least Exhibit 1 suggests there was a period of time working as an

Page 63

administrative assistant for Tayab from April of 2014 until June of 2020, and then it suggests a period from December of 2022 until the present.

Is that accurate, or how would you -- what was -- what would accurately reflect?

And I guess to be more specific, was there a period of time from 2014 to 2020 where you were helping administratively with Tayab which stopped and then you picked it back up in 2022, or would it be more accurate to reflect that you were doing that all the way from 2014 up until 2025 when this was taken?

MR. GIURATO:  Object to form.

You can answer if you understand.

THE WITNESS:  No, I am not going to.

Q.    All right.  Let me ask it like a third time.

The LinkedIn depicts two periods of time when you supposedly were working as an administrative assistant for Tayab, one period from 2014 to 2021, one period from 2022 to present, which for purposes of Exhibit 1 is 2025.

Page 64

Is that accurate?

A.    No, that's not accurate.

Q.    Okay.  What would be accurate?

A.    So it would be -- it would be basically from 2014 until, you know, 2022, and then on and off, on and off, between 2022 until now like helping with certain things that they needed assistance with.

Q.    Okay.  And that's what I was stumbling over trying to get at.

In other words, there wasn't a gap between 2020 and 2022 where you totally stepped away.

It would be more accurate to suggest that this was going on the whole time from 2014 to 2022 and potentially further?

A.    Absolutely, yes.

Q.    Okay.  And is that true even to this day?

A.    No.

Q.    Okay.  When would you say that you fully stopped having any involvement with Tayab?

A.    Two years ago.

Three years ago.  2022.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 65

Q.   Okay.  So just so the record's clear, from about 2014 until about 2022, there would have been fairly continuous administrative involvement in Tayab in some capacity.  Correct?

A.   Mm-hmm.

Q.   And then in 2022 beyond, no more involvement at all?

A.   (Indicating negatively.)

Q.   Okay.  And why did it stop altogether in 2022?

A.   I had my own life to worry about, job searching, busy, school.

Q.   Where were you in school in 2022?

A.   I graduated that year.

Seton Hall.

Q.   Okay.  So if I'm hearing you correctly, there -- I guess let me just ask.

Was there any particular reason that you stopped in 2022, or you just got busy and --

A.   I was busy, yeah.

Q.   Okay.  But then earlier I think I heard you say from time to time you're still doing things for Tayab or no?

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 66

A.    Correct.

Q.    Okay.

A.    I completely stopped my like -- how could I put it to words -- my involvement in with Tayab Real Estate.

But if they need my help and -- because nowadays, I will be able to provide them with some support.

Q.    Okay.  When is the most recent time you can recall doing something to help Tayab administratively?

A.    I don't recall.

Q.    Do you recall what you would have done?

MR. GIURATO:  Object to form.

THE WITNESS:  I don't recall.

Q.    Okay.  At some point in time after this lawsuit was filed, you deleted the LinkedIn profile for Matthew B. that is reflected in Exhibit 1.  Correct?

A.    Yes, sir, I did.

Q.    Okay.  And why did you delete it?

A.    I deleted my profile for several different reasons.

First of all, one of the main

Page 67

reasons that I deleted this profile was I did not even think in my life that a fact that was known to my entire family, that this building belonged to my father and it was my father's, he was going to be sued one day by his own siblings and that his family was going to be stalked and harassed consistently.

So for my own safety, for -- I deleted my profile, because I did not want anyone on my father's side of the family to know where I was working, where I'm living, who I'm talking with, what I'm doing and what I'm not doing.

Q.    Okay.  But at the time you deleted it, it said you were working as an administrative assistant at Tayab.

A.    I mentioned earlier that I had made -- there were some errors that I couldn't fix.

Q.    Right.  So it wouldn't have actually reflected where you were working.  Right?

A.    Yes, it wouldn't.

But I just deleted it, because if I were to update it, there would have been now some information that I didn't want to be out

Page 68

there.

Q.    Right.  But someone looking at the LinkedIn profile as it existed at the time this lawsuit was filed wouldn't have been able to figure out where you were working.  Correct?

A.    Yes, they wouldn't.

But if I did update my profile at that time, then you would have known.  They would have known where I was working, what I was doing.

And I wasn't going to risk it.

Q.    Okay.  If you had updated it?

A.    Yes.

Q.    But the profile as it existed at the time of the lawsuit would not have given anyone that information.  Right?

MR. GIURATO:  Object to form.

Q.    Right?

A.    Yes.

Q.    Okay.  And of course at the time you deleted it, you knew that this lawsuit had been filed against you.  Correct?

A.    Yes.

Q.    Do you know if there's any way to restore the account?

Page 69

A.    Not that I know of, no.

Q.    So as far as you know, there's no way for us to retrieve the activity history from that account today?

A.    Not that I know of, no.

Q.    And did you have another LinkedIn profile?

A.    Not that I recall.

Q.    If it has been suggested to us in written discovery in this case that there's another profile, do you have any information about that?

A.    Not that I know of.

Q.    Are you denying having another profile?

A.    I'm not denying having another profile.

I just don't recall.

Q.    Okay.

A.    I may have possibly made one one day and not like know the number to it or the e-mail to that account and it could be out there.

But that's not anything that I use.

Q.    Do you deny deleting another

Page 70

account?

    A.   No, because I don't even know what account.

    Q.   So it's possible there was another account.  Correct?

    A.   I don't recall.

    Q.   And it's possible that you deleted that account.  Right?

    MR. GIURATO:  Object to form.

    THE WITNESS:  I don't recall if there is an account and I don't recall deleting another account.

BY MR. REAGIN:

    Q.   Okay.

    A.   So yes.

    Q.   But you're not denying that either of those things happened?

    A.   No.

    You're mentioning it, so I mean, there could be a possibility, but I don't know.

    Q.   Focusing back on the property -- and when I say "the property," I'm talking about 1437 Second Avenue.  Right?

    A.   Yes.

    Q.   Do you have keys or access to the

Page 71

property?

A.    No.

Q.    Have you ever had keys or access?

A.    Yes.

Q.    Okay.  Have you ever stayed overnight at the property?

A.    Yes.

Q.    Did you live in an apartment at the property?

A.    Yes.

Not live.

Q.    Okay.  Well, explain what you mean by that.

A.    My dad had an office in that -- one of the apartments, so I would stay sometimes.

Q.    So your dad had an office in one of the apartments at the property, and you would stay there sometimes when you were in the city?

A.    Yes.

Q.    Okay.  What's the longest period of time that you ever spent staying at that unit?

A.    On and off when I was in Fordham University.

Q.    So when you were at Fordham --

A.    Yeah.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 72

My last year that I was at Fordham, because I had switched campuses from the Bronx to Rose -- sorry -- from Rose Hill campus to Manhattan.

At the last year, I was on and off, because I had my own apartment in the Bronx and then...

Q.    Okay.  So you had an apartment in the Bronx when you were at Fordham.  Right?

A.    Yes.

Q.    Okay.  The whole time you were at Fordham?

A.    For -- yeah, almost until I graduated.

Q.    And then in your last year at Fordham, you transferred to the Manhattan campus.  Right?

A.    Yes.

Q.    And you would stay sometimes at the property, I guess, when you had class in Manhattan?

A.    Yes.

Q.    Okay.  Did you stay there like the whole last year, or what was the -- the intervals that you would stay at the property,

Page 73

how long were they?

A.    During finals weeks, mid-terms weeks, whenever I needed to study, I would stay.

Q.    Okay.  Have you ever collected rents from tenants at the property?

A.    No.

Q.    And other than what you mentioned in terms of doing some sweeping, making sure it's locked, making sure locks work, have you done any other sort of maintenance at the property?

A.    No.

At just one point, I just tried to help organize putting in the security cameras because there was incidences where the front door would be cracked, like the window.  So I was trying to help facilitate cameras to be put in the hallways and everything to protect the building, but it didn't go anywhere, so...

Q.    Do you know where Tayab maintains its financial records?

A.    No.

Q.    You don't know if they're in an office at the property or at your father's house?

MR. GIURATO:  Object to form.

THE WITNESS:  Oh, I don't know.

Q.    You don't know?

A.    No.

Q.    Have you ever had access to the financial records?

A.    No.

Q.    So when you were dealing with leases and payments to the city and things, you never had access to financials?

A.    No, sir.

Q.    Okay.  Is there still an office at the property?

A.    No, sir.

Q.    What happened to that office?

A.    It's being rented out.

Q.    So now it's being used as a residential unit?

A.    Yes.

Q.    Okay.  Where is Tayab housing its records?

MR. GIURATO:  Object to form.

Q.    Let me clarify my question.

So there was an office that Tayab used at the property.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 75

I presume that that office contained papers and records and things.  Correct?

A.    Yes.

Q.    Where are those now?

A.    They're with -- ask me one more time.  Sorry.

Q.    The records that were housed in an office at the property on behalf of Tayab --

A.    They were being held at the 574 Mill Run address.

Q.    Well, at some point in time, they were in an office at the property.  Right?

A.    No, that's -- there was an office.

And my father had his own office in Elmwood Park, New Jersey, 440 Elmwood Park, Market Street in Elmwood Park.

That was -- he was -- he had ATI over there.  That was one of his main offices where he would handle all of his building affairs over there.

Q.    Okay.  So the office at the property, explain to me what that was used for.

A.    That was used for, you know, keeping mops in there, cleaning supplies, some New York City forms that they needed and that's all.

Case 3:25-cv-01085-JEP-LLL    Document 77-1    Filed 04/02/26    Page 77 of 435 PageID 3150

Mohammad "Matthew" Bayat                     February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 76

Q.    Okay.  I think I understand.

So you know, basic maintenance, permits, things that need to be on site at the property are in this office.  Correct?

A.    Yes.  Yes, sir.

Q.    Okay.  The actual administrative side of Tayab's operation is being housed at your father's office in Elmwood Park in New Jersey?

A.    Yes.

Q.    Okay.  And then that was closed at a certain point.  Right?

A.    Yes, it was closed at a certain point, correct.

Q.    And do you recall approximately when?

A.    2014 maybe or -- I don't remember the exact dates, but around 2014, I believe so.

Q.    And then to your knowledge, did he move that --

A.    All -- yes, he moved all of those to the 574.

Q.    Okay.  So those were kept at his home, 574 Mill Run in Paramus.  Correct?

A.    Yes, correct, absolutely.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 77

Q.    From about 2014 forward?

A.    Yes, sir.

Q.    And you lived at Mill Run.  Right?

A.    Yes.

Q.    Okay.  And to your knowledge, did those files and records move with your father to Virginia?

A.    Yes.

Q.    Okay.  So as far as you know, they're at the family residence in Virginia today?

A.    Well, it will be two places, the Paramus residence and Virginia.

Q.    Okay.  But you sold Paramus?

A.    Correct.

Q.    Who owns Paramus today?

A.    I don't recall their names at the moment.

Q.    Are you related to them?

A.    No.

Q.    Okay.  Is it your testimony that there are Tayab records, your father's records, still at the Paramus property?

A.    No, no, no, they're not -- they're not like there.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 78

I'm just saying like some letters and stuff do arrive at that mail address and then my brother picks them up.

Q.   Okay.  So mail and things may still be going to Paramus.  Right?

A.   Yes.

Q.   But the records, you know, the stuff that was in the office in New Jersey --

A.   Yes, they've all been transferred to Virginia.

Q.   Okay.  So all of the Tayab records that had been in the office in New Jersey that moved to the Mill Run property to your knowledge today are at the family property in Virginia.  Right?

A.   Correct, yes, sir.

Q.   Okay.  Today do you have access to Tayab's bank accounts?

A.   No.

Q.   Do you have access to Tayab's e-mail accounts?

A.   No.

Q.   Do you have the authority to act on behalf of Tayab in any capacity?

A.   Yes.

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 79

Q.    Explain that.

A.    My father has given me permission when he needs some assistance to help him out on certain things.

Q.    Such as?

A.    Depositing a check for him if he needs help, assistance with his phone, I could help him with that.

Q.    Has your father given you authority to write checks on behalf of Tayab?

A.    No.

Q.    Okay.  So I want to understand your testimony.

Your father has given you permission to deposit checks into Tayab's account?

A.    Yes, sir.

Q.    Has he given you permission to take money out of Tayab's account?

A.    No, sir.

Q.    Okay.  When you say "help him with his phone," explain that to me.

A.    When he receives a check via mail, he asks me -- he's not that very good with technology, so he asks me if you could just take a picture, help him take a picture of the

Mohammad "Matthew" Bayat
Bayat, Bassi rv. Bayat, Sultan

February 19, 2026

Page 80

front and back and then to deposit a check.

Q.    Okay.  So the thing where you can take a picture of a check in your banking app and then it will deposit it?

A.    Yes, sir.

Q.    Okay.  Other than helping him deposit checks with his phone, is there any other Tayab business that he's authorized you to conduct with his phone?

A.    No.

Q.    Okay.  Have you ever signed documents on behalf of Tayab?

A.    No.

Q.    Do you have access to information about the tenants of the property?

A.    No, sir.

Q.    Do you know who the tenants currently are?

A.    Just -- I just know one of them because he's been there since I was a kid.

Q.    Okay.

A.    Just only one guy at the moment, that's who I know.

Q.    That's a residential tenant?

A.    Yes.

Page 81

Q.    Okay.  Do you know who the commercial tenant is?

A.    Yes, I know him too.

Q.    All right.  And is that Leonard's meat market?

A.    Yes.

Q.    Okay.  Is there any other commercial tenant in the building?

A.    No.

Q.    Do you have access to information about rental income from the property?

A.    Yes.

Q.    And what information do you have access to?

A.    Sometimes when I receive -- when my dad receives a check, when I look through, I could check to see how much the check was.

Q.    Do you know approximately how much the property generates in rental income every month?

A.    About $30,000 probably.

Q.    Okay.

A.    That's an estimate that I have.

Q.    Sure.

And so that I'm understanding, are

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 82

residential tenants sending checks directly to your father for their rent on the property?

A.    Yes.

Q.    Okay.  And sometimes your father gives you those checks and asks you to help deposit them?

A.    Yes, sir.

Q.    Okay.  Have you ever personally taken any of the checks or money and used them for personal purposes instead of depositing them?

A.    Absolutely not.

Q.    Okay.  I think you told me your date of birth was 1993?

A.    (Indicating affirmatively.)

Q.    Okay.

A.    Yes.

Q.    The property at Second Avenue was acquired in 1991.  Correct?

A.    Yes, sir.

Q.    Okay.  So you were not yet born when the property was acquired.  Correct?

A.    No.

Q.    Okay.  And I know several of them are here today, but they're not on the record

Page 83

so they can't speak.

Can you just tell me who your siblings are and approximately how old each of them is today.

A.    Ali Bayat, he's 31, Samay Bayat is 24 -- 22 and Al is 21.

Q.    Okay.  And you're the oldest. Right?

A.    Yes.

Q.    Okay.  So none of them would have been born at the time the property was acquired either.  Correct?

A.    Yes.

Q.    If I say "Khan Aga" or "Khan Aga Bayat" -- Stephanie, that's K-H-A-N, space, A-G-A -- I'll be referring to your grandfather.

Do you understand?

A.    Yes.

Q.    Okay.  "Your grandfather," meaning your father, Sultan's father.  Right?

A.    Yes.

Q.    Okay.  Obviously because you were not born at the time, you were not involved in the decision between Sultan, his siblings and Khan Aga to purchase the property.  Correct?

Page 84

A.    Yes.

Q.    And obviously you did not participate in any negotiations regarding the purchase of the property.  Correct?

A.    No.

Q.    You didn't attend any meetings where the purchase of the property was discussed. Correct?

A.    Correct.

Q.    You didn't sign any documents related to the acquisition of the property?

A.    Correct.

Q.    You were not present when any documents related to the acquisition of the property were signed.  Correct?

A.    Correct.

Q.    Okay.  You were not present when any down payment related to the purchase of the property was made.  Correct?

A.    Correct.

Q.    You did not contribute any money toward the purchase of the property.  Correct?

A.    Correct.

Q.    You were not present when any agreements were made about who would own the

property.  Correct?

A.    Correct.

Q.    You were not present when any agreements were made about how the property would be managed.  Correct?

A.    Correct.

Q.    And you were not present when any agreements were made about how profits from the property would be distributed.  Correct?

A.    Correct.

Are we talking about 1991 or you're saying it in general?

Q.    Well, if you need to qualify your answer, feel free to explain.

Certainly I'm assuming because you weren't born in 1991 --

A.    Yeah.

Q.    -- you weren't participating in any of that.

Is there something else you think I should be aware of?

A.    (Indicating negatively.)

Q.    Okay.  And just for the record, can you answer verbally no?

A.    No.

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 86

Q.    Okay.  Do you know when Tayab Real Estate Co., Limited was formed?

A.    I believe it was formed in 1991.

Q.    And so I'm going to apologize in advance for the repetition.

But because it was 1991, you weren't yet born, you were not involved in the decision to form Tayab.  Correct?

A.    Correct.

Q.    You did not participate in discussions about how Tayab would be structured.  Correct?

A.    Correct.

Q.    You did not sign any documents related to the formation of Tayab.  Correct?

A.    Correct.

Q.    You were not present when any agreements were made about who would own Tayab. Correct?

A.    Correct.

Q.    You were not present when any agreements were made about how Tayab would be governed.  Correct?

A.    Correct.

Q.    And you are not now and never have

Page 87

been an officer of Tayab.  Correct?

A.    Correct.

Q.    You are not currently and never have been party to an agreement regarding ownership of the property, have you?

A.    If I remember clearly, I think it was around when I -- that year that I attended Fordham University, my father did put me down for something for Tayab, but the accountant removed it at one point.

Q.    Again, I'm going to unpack that a little bit.

So we're talking about when you were -- it's your last year of Fordham.  Right?

A.    Yes.

Q.    You're at the Manhattan campus?

A.    Yes.

Q.    This was around 2022?

A.    No.  This is -- that's -- 2022 was Seton Hall.

Q.    You're right.

A.    Earlier than that, around -- I forgot exactly when.

But at one point he did put me in for something at Tayab.  I don't remember.  I

Page 88

don't recall what it was.

Q.   Right.  And when you say "something for Tayab," just so that I understand, you mean he may have listed you on some official document as --

A.   Yes.

Q.   -- having, you know, an official role with Tayab?

A.   Yes.

Q.   Okay.  You don't recall what that was?

A.   I don't recall what it was.

Q.   And to your knowledge, that's since been --

A.   Yes.

Q.   -- removed?

A.   Yes.

Q.   Okay.  Other than that, you're not -- you are not now and never have been party to any agreement regarding ownership of the property.  Correct?

A.   No, sir.

Q.   Same answer for management of the property?

A.   Yes, sir.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 89

Q.    Same answer for any agreement regarding distribution of profits from the property?

A.    Yes.

Q.    Okay.  Notwithstanding the fact that you're not party to any of these agreements and weren't around when the initial agreements were happening, sitting here today, do you have any understanding of the agreements between the Bayat siblings about the property?

A.    Absolutely.

Q.    Okay.  Tell me what that understanding is.

A.    Okay.  So they -- first and foremost, they don't have any agreement, any -- not even 1 percent share in that building, none of them do.  Their claims are -- I don't -- out of jealousy.  I don't know what it is.  But they have no claims to that building whatsoever.

When my father came to the United States from Afghanistan, he was the first sibling in his entire family to arrive here, and he worked several jobs, several jobs, and as -- when we were kids, he would take us to

Page 90

some of the delis that he worked in, some of the movie theaters that he worked in and he would walk us around the city and we would say hi to a lot of people that he had known.  And he opened up one restaurant in one area near that building when he was able to save enough money.

And now that we're talking about it, I had asked him like, how were you able to like support or whatever.  And he would say like, there would be really, really hard times, but sometimes miracles would happen.

I would ask him how.  And he said, I had rugs hanging around the restaurant one day, and one day I was low on rent and some -- a customer came in and offered to buy all the rugs that were on the walls for a good amount of money and he was able to make rent that month and have money to buy groceries.

He was doing -- it was a one-man job, and he was also taking showers in the basement and he would sleep in that restaurant as well.

And then after a few years that landlord that he was renting from, he

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 91

offered my dad a new spot on the same block because he was -- he wanted to develop that area, and my dad was able to open up a restaurant on that area.  And by that time I think some of his family members were here.

And at that time the owner of the building loved my dad so much, so much so, that he decided that he was going to give that restaurant -- that building, he was going to sell that building to my father, and only for my father.

And my father objected many, many times because he said, I wouldn't be able to afford it, I'm not going to be able to do it.

And the guy said, Sultan, one day you'll thank me for this, and buy it because it's a good asset for your kids and your wife for the future, you should buy it.

And so my father agreed and he purchased it.

Q.    Okay.  And I'm not being dismissive here.  I'm just trying to make sure the record's clear.

This understanding about the back story of the building all would have come from

Veritext Legal Solutions
800.808.4958                                    770.343.9696

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 92

things your father would have told you. Correct?

A.    No, not correct.

Q.    Okay.  Where else would you have gotten this information?

A.    Everyone.  Everyone, even his own siblings.  The whole Afghan community, everyone.

This was -- like everyone would say it's due to Sultan that we are to where we are today.  All of his -- all of whatever Sultan did for us is why we are today.

My mother as well.

Q.    Okay.

A.    My grandmother.

They would tell us -- they would tell us all these stories.

Q.    And I guess just because I'm trying to be fairly precise for the record, your particular understanding of the background of how the building came to be acquired --

A.    Yes.

Q.    -- has come from what people in your family have told you.  Right?

A.    Especially my father.

Page 93

Q.    Okay.  And I know that you've mentioned a couple of times that this was a one-man job, a one-man operation.  Right?

A.    Yes.

Q.    Okay.  I've seen, for example, a New York Times profile describing the involvement of your father's siblings in the restaurant --

A.    Yes, sir.

Q.    -- and all the work that they were doing.

A.    Yes, sir.

Q.    And of course that's the story that your uncles and your aunt tell today in their declarations.  Right?

A.    Absolutely.

Q.    How do you help me square the circle between this being a one-man operation and the reports of their involvement?

A.    Thank you for that question, Patrick.

So if you look through, there are actually several articles in that -- on that New York Times -- sorry -- on the Pamir food restaurant.

So one of the articles clearly

Page 94

states that my dad said that he wanted to open up a restaurant.  And he wanted to go to school, he really wanted to, but he was always thinking about how he was going to be able to support his family, and that's why he decided to open up a restaurant.

One other thing that I would like to mention that we're here today is that there was only one star in the family basically.  And a lot of times his siblings had a lot of jealousy and a lot of rivalry with him, sibling jealousy and rivalry, and they always tried to outshine him and get in between my father's success and to be able to erase his name from his achievements in whatever that he's done in his life.  They've always tried to put his name under their foot.

And I do believe that while those reporters were interviewing my father, several of the siblings changed the story after my father gave his, you know, gave his version so that way they could have something to say later on or make themselves feel good.

Q.   Okay.  But at this point you're just totally speculating about what someone may have

Page 95

said to the reporter back in the 1980s.  Right?

A.     I'm not speculating, Patrick.

Q.     Okay.

A.     Yeah.  Let's --

Q.     Well, hang on.

There's a report published in the New York Times in the 1980s that profiles the Pamir restaurant.  Right?

A.     Mm-hmm.

Q.     Okay.  And you know, it's a very detailed report.  It even goes so far as to say the reporter went to, I think, your father's apartment where he and several siblings made the reporter dinner.

Are you familiar with that?

A.     Yes.

Q.     Okay.  And among other things, the reporter spends time detailing what the various siblings were doing in the restaurant at different times.  Correct?

A.     Correct.

Q.     Okay.  Other than guessing that a sibling may have later buttonholed the reporter and fed him this information outside of your father's presence, you don't have any basis to

Page 96

believe that the reporter was mistaken about that, do you?

            MR. GIURATO:  Object to form.

            THE WITNESS:  I do have a basis to believe that, because today what we're dealing with right now is a similar story.

            So I have no doubt in my mind that whatever that we're going through today has something to do with things that happened in the past, so...

BY MR. REAGIN:

    Q.    So is it -- I mean, is it your perspective that your aunts and uncles never did anything in the restaurant, they didn't work there?

    A.    No, that's not true.

            They did work there.  They did work there and they were given salary by my father. And my father pushed for several of them to go get an education, and I think only Ehsan and my Uncle Nassir went to school.

    Q.    Okay.  So when the reporter is describing the things they did at the restaurant, that actually sounds like it's accurate from your perspective?

Page 97

A.    Yes.

Q.    Okay.  So then no reason to believe that they actually went back and made something up?

A.    Oh, I'm talking about when they said that they're like co-owners or owners --

Q.    Okay.

A.    -- that situation, not about if they worked or if they didn't work.

And we have to remember that there was two Pamir locations.  There was one right on the same block but across the street.  That was the original one that my father opened up as a one-person -- a one-man person.  And during that time none of his siblings were here.

And then they slowly started coming to the United States and they opened up a second location.  My father opened up a second location because his original landlord wanted to use that building or that area for something else.

Q.    When do you understand that your father's siblings arrived in the US?

A.    I don't recall.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 98

Q.     And when do you understand that the Pamir restaurant was opened?

A.     I don't recall.

Q.     And when do you understand that the first location of Pamir was moved to the second location?

A.     Like when they found out?

Q.     You said there was a first location and then they moved it to --

A.     Oh, yeah.

Q.     -- another building.

A.     What my father would say to me for...

Q.     When is your understanding that that happened?

A.     In the early 1990s.

Q.     Okay.

A.     Yeah.

Q.     And at least your understanding is that by the time Pamir was moved from the first location to the second location, your father's siblings were present in the US?

A.     Correct, yes.

Q.     Okay.  In 2006, your father sold the air rights related to the property.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 99

You're aware of that?

A.    I am aware of it, yes.

Q.    Okay.  And to your knowledge, there's no reason that your father or anyone else in this case would be claiming that they didn't know that the air rights were sold.  Correct?

MR. GIURATO:  Object to form.

THE WITNESS:  Rephrase that question.

Q.    Yeah.

To your knowledge, there's no reason that your father or anyone else in this case would be claiming that they didn't know that the air rights were sold.  Correct?

A.    Not correct.

Q.    Not correct?

Okay.  Explain your answer.

A.    That's a discussion that is still being discussed to this day, so I don't have like the answer for you for that specific.

Q.    Well, my question essentially is: Is there any reason that your father or anyone else in this case would take the position that they didn't know that the air rights were sold

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 100

in 2006?  Right?

MR. GIURATO:  Object to form.

Q.    Right?

A.    No.

Q.    No?  Okay.

So there is no reason why your father or anyone else would take the position that they didn't know the air rights were sold in 2006.  Correct?

A.    Yes, correct.

Q.    Okay.  Because they did know that the air rights were sold in 2006.  Correct?

A.    Correct.

Q.    Your father knew in 2006 that the air rights related to the property had been sold.  Correct?

A.    Correct.

Q.    So just because we got a little off track I think, there isn't to your knowledge any reason why your father or any of the defendants would be claiming in this case that your father didn't know in 2006 that the air rights related to the building were sold.  Correct?

MR. GIURATO:  Object to form.

Page 101

THE WITNESS:  I don't recall.

I don't recall to actually all three of those because we don't know what really happened.

BY MR. REAGIN:

Q.    Okay.  So this is like the third answer I'm getting to these questions.

A.    Sorry.

Q.    To your knowledge, was your father aware in 2006 that the air rights related to the building were sold?

A.    No.

Q.    He was not aware?

A.    He was not aware, nope.

Q.    Okay.

A.    No.

Q.    Your testimony, and as you understand it the likely testimony of your father, would be that he was not aware in 2006 that the air rights related to the property were sold?

A.    Yes, correct.

Q.    Okay.

MR. GIURATO:  Object to form.

Q.    All right.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 102

Okay.  So it kind of went from yes to no to don't recall.  Now I think we're at no.

And just so the record --

MR. GIURATO:  Object to form.

Q.    Okay.  And just so the record's clear, your understanding is that your father did not know in 2006 that the air rights related to the property had been sold.  Correct?

A.    In my understanding, correct.

Q.    Okay.  And your understanding of your father's perspective is that he claims he did not know the air rights were sold in 2006?

A.    Correct.

MR. GIURATO:  Object to form.

Q.    Given that you understand that your father says he didn't know the air rights were sold in 2006, is it also your understanding that your father says he didn't know that proceeds from that sale were distributed to his siblings?

MR. GIURATO:  Object to form.

THE WITNESS:  Rephrase that question, please.

Page 103

Q.      Yeah.

So you said, at least the way you understand it, your father says he doesn't know that the air rights related to the property were sold in 2006.  Right?

A.      Correct.

Q.      It would seem to follow that his position would be that he didn't know that proceeds from that sale in 2006 that he claims not to have known about were distributed to his siblings.  Is that right?

MR. GIURATO:  Object to form.

Q.      Is that right?

THE WITNESS:  Do I answer?

MR. GIURATO:  You -- answer the question if you can understand it.

I'm having trouble following it.

THE WITNESS:  Oh, okay.

Can you ask it one more time?

BY MR. REAGIN:

Q.      Yeah.

Let's qualify all these questions with you're answering as to your understanding of your father's position.  Right?

A.      Okay.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 104

Q.    Your father didn't know that the air rights related to the property in 2006 were sold.  Right?

A.    Correct.

Q.    Your father therefore also didn't know that the proceeds from that sale were distributed to his siblings.  Correct?

MR. GIURATO:  Object to form.

THE WITNESS:  I don't recall.

Q.    You don't recall?

A.    (Indicating negatively.)

Q.    Can you think of any reason why he would be aware that proceeds from the sale of the air rights in 2006 were distributed to his siblings if he didn't know that the air rights had been sold in the first place?

MR. GIURATO:  Object to form.

THE WITNESS:  Yeah, object that.

Q.    You can't --

A.    I can't recall like --

MR. GIURATO:  You can ask him to restate the question if you don't understand --

THE WITNESS:  Yeah, restate the question and don't make it confusing.

(Simultaneous crosstalk.)

Veritext Legal Solutions

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 105

THE WITNESS:  Just make it clear.

Ask me -- ask me --

MR. REAGIN:  I'm doing my best and I'll --

THE WITNESS:  Ask me --

(Simultaneous crosstalk.)

(Reporter admonition.)

BY MR. REAGIN:

Q.   Okay.  So I would like to keep asking this line of questions.

A.   Yeah.  So --

(Simultaneous crosstalk.)

THE WITNESS:  So my --

MR. GIURATO:  Can you please ask the question --

MR. REAGIN:  Yeah.

MR. GIURATO:  -- so the court reporter understands what question is being asked.

MR. REAGIN:  Of course.

MR. GIURATO:  And then I'll object if I don't understand, and you can answer.

THE WITNESS:  Okay.

BY MR. REAGIN:

Q.   All right.  Let's try it again.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 106

According to you, your father didn't know the air rights relating to the building were sold in 2006.  Right?

A.    According to me, there was confusion when the air rights were sold from -- by my father.

Q.    Okay.

A.    So yes.

Q.    This is like the fifth answer I'm getting to this question.

Your position sitting here today is that your father did or did not know in 2006 that the air rights related to the property were sold?

A.    I can't answer for him.  He's not here.

He sold them or someone sold them for him.

Q.    I'm asking your understanding of your father's position.

You've answered that question like four or five times today, and you've answered it about four or five different ways, so I'm trying to get a clear record so that I understand your testimony.

Page 107

MR. GIURATO:  Object to form.

Q.    Your understanding of your father's position is that he did not know in 2006 --

A.    Well --

Q.    Okay.  Let me finish my question. Let's try it again.

Your understanding of your father's position is that he didn't know in 2006 that the air rights related to the property had been sold.  Correct?

A.    Not correct.

Q.    Okay.  Your understanding of your father's position is that he did know that the air rights related to the building were sold in 2006.  Correct?

A.    Correct.

Q.    Okay.  And your understanding of your father's position is that he did know that proceeds from that sale were distributed to his siblings.  Correct?

MR. GIURATO:  Object to form.

THE WITNESS:  Not correct.

Q.    Okay.  So your understanding of your father's position is that he did not know that proceeds from the sale had been distributed to

Page 108

his siblings.  Correct?

MR. GIURATO:  Object to form.

THE WITNESS:  Sorry.  Ask it one more time.

Q.    Yeah.

My first question was if it was your understanding that your father's position is that he knew that proceeds from the sale of air rights in 2006, which you've now testified he did know about, had been distributed to his siblings.  And you said that's not correct.

And so my next question was:  Is it your understanding of your father's position that he did not know that proceeds of the sale of air rights from the property in 2006 had been distributed to his siblings?

MR. GIURATO:  Object to form.

THE WITNESS:  I don't recall.

Q.    You don't recall?

A.    Mm-mm.

Q.    You don't know one way or the other whether your father knew that proceeds from the sale of air rights in 2006 had been distributed to his siblings.  Correct?

A.    I don't recall.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 109

Q.    Okay.  You don't have any understanding one way or the other what your -- what position your father takes on that?

A.    I don't recall, no.

Q.    Have you ever discussed that with your father?

A.    Yes.

Q.    Okay.  And what has he told you?

MR. GIURATO:  If the discussions were part of discussions led by counsel or directed by counsel, I don't want you to answer.

I don't know if they have been or not, but I'm giving that instruction in advance.

THE WITNESS:  Okay.

I don't recall.

BY MR. REAGIN:

Q.    You don't recall?  Okay.

Do you know if you've ever discussed that with your father?

A.    I have.

Q.    Okay.  But you don't recall what you discussed.  Correct?

A.    That's correct.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 110

Q.   Okay.  So then a few minutes ago when you were testifying that your father didn't know about the sale and didn't know that the proceeds had been distributed, what were you referring to?

A.   That there was definitely some sort of deception involved in that whole entire situation.

Q.   Okay.

A.   That's what I meant.

I meant that there was deception involved in the air rights that were sold in 2006 that was going to -- that's affecting him and his family today in 2026.

Q.   And your understanding that there was deception involved in 2006, where does that come from?

A.   Can you rephrase it again.

Q.   You just told me that there was some form of deception involved in 2006, and it sounded like that was something that you were saying you had discussed with your father.

A.   Yes.

Q.   I'm trying to understand what --

A.   That's what I could just put it.

Page 111

There was deception involved. That's all.

Q.    And when you say "there was deception involved," where is that coming from?

A.    The plaintiffs.

Q.    The deception was from the plaintiffs?

A.    Yes, sir.

Q.    Where is your information that there was deception by the plaintiffs coming from?

A.    What do you mean by that?

Q.    Do you have some understanding that there was deception that occurred in 2006?

A.    I'll put it at this --

MR. GIURATO:  You just answer -- I would like to -- is there a question pending?

MR. REAGIN:  Yes.

MR. GIURATO:  Go ahead.

BY MR. REAGIN:

Q.    You have some understanding that there was deception in 2006.

A.    Yes.

Q.    Where does that understanding come from?

A.    This lawsuit that we have today in

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 112

2026, the plaintiffs are claiming that because the air rights were sold and each of them received either $60,000 gives them the full right to own -- that they own the building, that they sold it for $2.6 million back in 2006, and each of the plaintiffs supposedly received $60,000 each.

And today in 2026, the same plaintiffs are using the air rights to claim ownership to this building when it's only one owner, and that's my father.

Q.    Mm-hmm.

A.    So in 2006, there was a plot, scheme, whatever that you could -- what you could think of, was for one way for the plaintiffs to keep their foot inside of the door where in the future they could have claims to this building.

And today, my family, we're facing this -- I don't even want to mention what it is, but this basically frivolous lawsuit because of that one claim that the air rights were sold and that they received some money, a gift from my father, that they're claiming because of that, they were able to -- that they

Page 113

have claims in this building today.

Q.    Okay.   Other than the inference that you're drawing from the claim that the plaintiff asserts today, do you have any information to suggest that 20 years ago your father's siblings engaged in some sort of deceptive act --

A.    Absolutely.

Q.    -- related to this -- sorry.

MR. GIURATO:  Let Patrick finish the question --

THE WITNESS:  Oh, okay.

MR. GIURATO:  -- then -- and then give me a second to potentially object --

THE WITNESS:  Okay.

MR. GIURATO:  -- before you answer.

BY MR. REAGIN:

Q.    Okay.  So I heard your answer that because today there's a claim by the plaintiff of ownership of the building, you're inferring that something deceptive must have been done in 2006.

Other than that inference that you're drawing, do you have any information to suggest that your father's siblings 20 years

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 114

ago engaged in some sort of deceptive act with respect to the sale of the air rights specifically?

A.    Yes.

Are you able to pull up Daniel Florentine's e-mail?

Q.    I'll pull up exhibits as I come to them.

A.    That's --

Q.    But you go ahead and explain your answer.

A.    That's the main exhibit.

Are -- is someone able to pull it up so that I could read it for you?

Q.    I'm not going to pull up exhibits when you ask me to pull up exhibits.

But you can explain your answer.

A.    Okay.  Daniel Florentine was one of my dad's friends that used to work at TSI.  I don't know if he's still working there or if he's not working there, but he was one of my father's great friends.

And in one of his e-mails to my father, he does say that, hey, Mr. Bayat, Mr. Sultan, your neighbor Benny

Page 115

Cachioli (phonetic), or whatever his name is, sold his air rights for 500-something thousand dollars, you're getting the best deal for your air rights.

You know, he said that he has approximately 200-plus e-mails that does not involve my father.  It's between communications and several other people, individuals involved in TSI, that, you know, have knowledge about that specific amount that they wanted to get for him.

And he explains to my dad, I know that you have some hesitation, I know that you're worried.  You shouldn't be worried.  You should trust me.  I'll help you, but it's the best thing to do.

And he puts down in numbers in numerical order 1 through 4, you know, what he would do with the money.  And in one of the points over there, he does make if you want to give your siblings $25,000 each, give your siblings $25,000 each if you would like to.

And then on top of -- besides that, he also points out, you know, you're going to pay your mortgage, you're going to finish your

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 116

building mortgage, you're going to pay your home mortgage and you're going to set up a $400,000 college fund for your kids so that way they could attend university and have access to money for education purposes.

And then he clearly states after that e-mail saying that, you know, it's going to reassure you that you still own the building and the building is -- belongs to you.  Your liabilities are paid off and all that stuff.

So in that e-mail it clearly states my father was hesitant.  He was a little bit worried.  And that Daniel Florentine did say on the last sentence, I will handle this for you to -- so that you don't worry about family issues.

Q.    Okay.  And where is the deceptive act?

A.    There's -- the deceptive act is you can clearly -- he's clearly stating that my father had some hesitation.

There's an employee of TSI who's saying that 204 e-mails have been gone back and forth between them about the air rights.

Q.    And where is the deceptive act?

Page 117

MR. GIURATO:  Object to form.

Q.    What does 204 e-mails have to do with a deceptive act?

MR. GIURATO:  Object to form.

THE WITNESS:  If you could rephrase that.

Q.    So before that narrative I had asked -- you know, you kept telling me that you had a reason to believe there was a deceptive act that occurred in connection with the 2006 sale of air rights.

I asked what the basis of that is.

You alluded to Mr. Florentine's e-mail and have mentioned a couple of times the existence of other e-mails, and I don't yet understand what the deceptive act is supposed to be.

A.    In that e-mail Daniel Florentine clearly states that my father is the owner, okay, that he has -- he's basically the rightful owner of that building, and basically defrauds your entire case.  It literally stays that my father's the owner.

And that same TSI and those same employees from TSI and the defendant --

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassir v. Bayat, Sultan

Page 118

sorry -- the plaintiff is claiming that -- and
it mentions the plaintiff's name in that e-mail
as well.

Q.    The plaintiff being Bassir Bayat?

A.    Yes.

Q.    Okay.

A.    Which is his name, because he was a
problem maker.

Q.    So we're going to look at the e-mail
later, but I guess here's what I'm struggling
with.

Unless you're suggesting that there
was some document signed or something that
happened in 2006, I don't follow what
supposedly was deceptive.

So I want to make sure that the
allegations in the case are clear.  The
plaintiff does not claim that something was
signed in 2006 that suddenly gave them an
ownership right in the company.

You understand that.  Right?

MR. GIURATO:  Object to form.

Q.    Do you understand that?

A.    Yeah.

Q.    Okay.  Or do you think that the

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 119

claim is that there was something signed as part of that air rights sale that --

A.    No.  No.

MR. GIURATO:  Let him finish the question.

Q.    Okay.  Do you think that the claims in this case are that something was signed as part of this air rights sale transaction that gave your father's siblings rights to the building that they didn't previously possess?

MR. GIURATO:  Object to form.

Q.    That's not your under- --

A.    I don't know.

Q.    Okay.

A.    They're claiming because they received money from the air rights that they own stakes at the building.

Q.    Okay.  I can't give you legal advice, but I can explain to you how I understand the allegations.

And the allegation is that your father's siblings always had rights in the building.  The distribution of proceeds from the sale of air rights is an example of that fact.

Page 120

Do you understand that?

MR. GIURATO:  Object to form.

Q.    Is that your understanding of the claim?

A.    Repeat it.

Q.    Okay.

It sounds to me from your answers like you may think that the claim is because proceeds were distributed in 2006 or something that happened in the 2006 transaction gave your father's siblings rights in the building.

I'm explaining that my understanding of the claim is that your father's siblings always had rights in the building and the sale of air rights in 2006 and subsequent distribution of proceeds illustrated that fact but did not create their claim of ownership.

Is that different from your understanding?

A.    Yes, absolutely.

Q.    Okay.  So your understanding is that they're saying the sale in 2006 is what gave rise to their claim in the building?

A.    Yes.

Q.    Okay.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 121

A.    That too.

And also, you know, the claim of my grandfather purchasing the building and for the kids, but I'm going to debunk that case.

My grandfather, in 1991, he was a senior citizen over here on Medicare or whatever health insurance and government stamps that he was taking.  He was living in my father's home in Parsippany, New Jersey, and he died a year later.  He died a day before Thanksgiving in 1992.  And he did not pay -- did not pay any of money for that building.

Q.    Okay.  But all of that happened before you were born.  Right?

A.    Yes.

But death is -- you can't hide death.  I see his tombstone whenever I go visit his grave.

Q.    And your testimony is that he died in 1992?

A.    He died, correct, one day before Thanksgiving in 1992.

Q.    Okay.

A.    A year after my father purchased that building.

Page 122

MR. GIURATO:  We've been going for about an hour and 15.

MR. REAGIN:  Yep, let's go off the record.

THE VIDEOGRAPHER:  The time is 12:04 p.m.

We're going off the record.

(Recess was taken from 12:04 p.m. to 12:49 p.m.)

THE VIDEOGRAPHER:  The time is 12:49 p.m.

We're going back on the record.

Please proceed, Counsel.

BY MR. REAGIN:

Q.    Mr. Bayat, you had mentioned an e-mail from Daniel Florentine.

Handing you what we'll mark as Exhibit 2 to your deposition.

(Exhibit 2, Declaration of Sultan Bayat, marked for identification.)

Q.    Exhibit 2 is the declaration of Sultan Bayat that was filed in the record in this case as Docket Entry 48-1.

Have you seen this document before?

A.    Which one?

Page 123

MR. GIURATO:  The one --

(Simultaneous crosstalk.)

Q.    The one you have.

A.    Yes.

Q.    And actually if you just flip to the back, because it's a fairly large document, which for the record, is Document 48-5, is this the e-mail from Mr. Florentine you were referring to?

A.    Yes.

Q.    Okay.  And of course the e-mail itself which is dated September 18 of 2006 refers in various places to the sale of the air rights.  Correct?

A.    Yes.

Q.    And it's addressed to s.bayat@telsysint.com.

Do you see that?

A.    Yes.

Q.    And your understanding is that's your father's e-mail?

A.    Yes, correct.

Q.    Okay.  And so of course from this e-mail we know that your father was aware of and discussing the sale of the air rights in

Page 124

2006 relating to the building.  Correct?

A.    Correct.

Q.    Okay.  And the e-mail itself also discusses some of the proceeds of that sale being distributed to his siblings.  Correct?

MR. GIURATO:  Object to form.

THE WITNESS:  Can you rephrase that question again.

Q.    Yeah.

So in the about fifth paragraph in, you see there's a reference to, quote, "give your six siblings $25,000 each," end quote.

You see that?

A.    Yes.

Q.    And so Mr. --

A.    It says -- and in parentheses, "(only if you would like)," parentheses.

Q.    Yep, sure.

My point is simply that in this e-mail Mr. Florentine and your father are discussing your father's siblings receiving some of the money from the sale of air rights.  Correct?

A.    Yes.

Q.    Okay.  And your understanding is

Page 125

that ultimately they received more than $25,000
each.  Correct?

A.      Correct.

Q.      So presumably there was some further
discussion after this e-mail because this
e-mail does not reflect what ultimately were
the distributions to your father's siblings?

A.      Correct.

(Reporter clarification.)

MR. GIURATO:  Object to form.

Yeah, I got it.  Thanks.

MR. REAGIN:  Did you get the answer,
Stacey?

THE REPORTER:  No, it was
overlapping.

MR. REAGIN:  Okay.

BY MR. REAGIN:

Q.      I'm going to try again.  And this is
not a trick question.  It's just for the
record.

We established that in this e-mail
Mr. Florentine and your father are discussing
potentially giving $25,000 each to his
siblings.  Right?

A.      And please read -- read that entire

Page 126

sentence.

Q.    I'm just -- we're just --

MR. GIURATO:  Let him ask the question.

MR. REAGIN:  Yeah.

THE WITNESS:  Okay.

MR. GIURATO:  I can object if necessary --

THE WITNESS:  Okay.

MR. GIURATO:  -- and you can clarify.

THE WITNESS:  Okay.

MR. GIURATO:  But he's trying to ask the question again and then we'll go.

BY MR. REAGIN:

Q.    And on what I assume is a noncontroversial point.

The e-mail here is talking about $25,000 each.  Right?  Correct?

A.    Yes.

Q.    Ultimately you know that your father's siblings received more than $25,000 each.  Right?

A.    Correct.

Q.    And so there must have been some

Page 127

additional discussion that occurred after this
e-mail about what they would receive.  Correct?

MR. GIURATO:  Object to form.

THE WITNESS:  I don't recall, no.

Q.    Okay.  You just don't know one way
or the other.  Correct?

A.    Correct.

Q.    Okay.  And just as a reminder, we've
got to kind of -- it's clunky, but say out loud
what our answers are so that the court reporter
understands.

And so based on this e-mail and
based on your testimony so far, there would be
no reason that written discovery responses in
this case would indicate that your father was
unaware that the air rights were sold in 2006.
Correct?

A.    Correct.

MR. GIURATO:  Object to form.

Ms. Reporter, can you hear me now?

(Discussion was held off the
record.)

Q.    Try to touch the brakes here a
little bit.

Sitting here today, who do you

Page 128

understand owns the property at 1437 --

A.    My father, Sultan Bayat.

Q.    Okay.  And is it your understanding that he owns it personally or that he owns it through an entity?

A.    He owns it personally.

Q.    Okay.

(Reporter admonition.)

Q.    So at least your understanding is that Sultan Bayat personally owns the property?

A.    Correct.

Q.    Okay.  You had told me about your understanding of how your father came to own the property and you told me about the landlord at the former building and Sultan's restaurant at that building.

You recall that generally?

A.    Yes.

Q.    Okay.  Do you have any understanding how the down payment for the purchase of the property was funded?

A.    Yes.

Q.    Okay.  And what is your understanding?

A.    My understanding is that my father

Page 129

paid for it himself.

Q.    And what is your understanding of where your father obtained the funds to make the down payment came from?

A.    My father's own money.

Q.    And I guess what I mean is where did your father get that money?

A.    He worked for it.

Q.    Okay.  So working in the restaurant?

A.    Yes.

I want to make it clear that he didn't just work in that restaurant like as a start.  Like he had worked in the other location for several years, and he was making a lot of money.

Q.    And so that I understand your testimony, so he -- he had worked in the restaurant that was at the original property.  Right?

A.    Yes.  Yes, sir.

Q.    Do you know how long?

A.    No, I do not recall, no.

Q.    And then the landlord said, look, we've got to move you to another property.  Right?

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 130

A.    Yes.

Q.    And then at some point, he bought that second property?

A.    No, he leased it -- he leased it for a few years and then he purchased the property.

Q.    Okay.  But the landlord moved them, he was leasing at the second property for a while and then he purchased that property?

A.    Correct.

Q.    Some of the Interrogatory responses served on behalf of defendants in this case state that only Sultan and Ali have had any role in the management of the property or Tayab.

But we discussed that you have formed at least certain administrative functions for Tayab.  Correct?

A.    Correct.

Q.    Okay.  Other than what we've already discussed today, do you have any other role in the management of the property?

A.    No.

MR. GIURATO:  Object to form.

Q.    Other than what we've discussed already today, do you have any role in the

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 131

management of Tayab?

MR. GIURATO:  Object to form.

THE WITNESS:  No.

Q.    That's a no?

A.    No.

Q.    Do you have any role in the control of the property's finances today?

A.    No.

Q.    How about Tayab?

A.    No.

(Reporter admonition and clarification.)

THE WITNESS:  No.  No.

Q.    You have never been a signatory on any bank accounts for Tayab.  Correct?

A.    Correct.

Q.    You do not have any ownership interest in Tayab.  Correct?

A.    Correct.

Q.    And you don't have any ownership interest in the property.  Correct?

A.    That's not correct.

Q.    Okay.  Explain your ownership interest in the property.

A.    Ownership interest in the property,

Page 132

that's my father's asset.

And if my father is not here, it will go to his wife and kids.

Q.   And so what you're saying is in the event that your father becomes deceased, you would expect to inherit an ownership interest in the property?

A.   First it's my mother, and then after my mother, it's for the kids --

Q.   Okay.

A.   -- yes.

Q.   But currently you don't have any ownership interest --

A.   No, absolutely not.

Q.   Okay.  Just let me finish.

A.   Okay.

MR. GIURATO:  Yeah, if you let him finish then I have an opportunity to object, it helps the court reporter.

THE WITNESS:  Okay.

BY MR. REAGIN:

Q.   So let me try it again.

You do not currently have any ownership interest in the property.  Correct?

A.   Correct.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 133

Q.     There's no reason that you would currently be entitled to receive proceeds from the property.  Correct?

A.     Correct.

          MR. GIURATO:  Object to form.

Q.     And there's no reason that you would currently be entitled to receive distributions from Tayab.  Correct?

A.     Ask that one more time.

Q.     Yeah.

          There's no reason currently that you would be entitled to receive distributions from Tayab.  Correct?

          MR. GIURATO:  Object to form.

          THE WITNESS:  I do not -- if my father wishes for me to receive something, he will give it to me as a gift.

          So he does -- if he wants to, he does his own wishes, so...

BY MR. REAGIN:

Q.     Other than gifts that your father may give you, is there any reason that you would be entitled to receive distributions from Tayab?

          MR. GIURATO:  Object to form.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 134

THE WITNESS:  Ask again.

Q.    Other than any gifts that your father might decide to give you, is there any reason you would be entitled to receive distributions from Tayab?

MR. GIURATO:  Object again.

THE WITNESS:  I don't recall.

Q.    You don't recall?

A.    The question is a little confusing.

Q.    Okay.  Can you think of any reason you would be entitled to receive distributions from Tayab?

A.    While -- no.

Q.    You don't have any agreement with Sultan Tayab or anyone else entitling you to receive proceeds from the property.  Correct?

A.    Correct.

Q.    And you have no agreement with Sultan Tayab or anyone else entitling you to receive distributions from Tayab.  Correct?

A.    Correct.  Correct.

Q.    What is your understanding of the role your brother Ali has played with respect to the property?

A.    While my father is currently

Page 135

recovering, he's been handling everything for him.

Q.   So that I understand, when you say "handling everything," what types of activities would Ali be performing for your father while he's recovering?

A.   I don't know.

Q.   Okay.  So how do you know that he's handling everything?

A.   Because my father appointed Ali.

Q.   Okay.  Were you there when he did that?

A.   Yes.

Q.   And what did your father say?

A.   That just handle that -- I don't recall exactly what he said.  I don't remember.

Q.   Do you know who is managing the collection of rent at this time?

A.   Can you repeat that again.

Q.   Do you know who is managing the collection of rent at this time?

A.   Ali is.

Q.   Okay.  Is Ali managing the payment of expenses related to the property?

A.   Correct.

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 136

Q.    Your mother Patonia does not have any role in the management of the property or Tayab.  Correct?

A.    Correct.

Q.    Same answer for Samay?

A.    Correct.

Q.    Same answer for Al?

A.    Yes, correct.

Q.    Farid Bayat is -- and Farid, Stacey, is F-A-R-I-D -- one of your father's brothers.  Correct?

A.    Yeah, correct.

Q.    Okay.  What do you think of your Uncle Farid?

A.    He was a stingy person, stingy.  He always fought with my dad in the restaurant when he was working there.

When my father was closing down his restaurant, my father had a bunch of antiques in that restaurant and like rugs and beautiful decor.  And my Uncle Farid and his daughters fought so much in that last day in that restaurant my dad kicked them out because of his behavior.

So he's erratic.  And he's the

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 137

oldest of the Bayat siblings.

Q.    Okay.  And when you say "he's a stingy person" and "he's erratic," these are based on your personal experiences --

A.    Personal experiences, yes.

Q.    Would you believe your Uncle Farid under oath?

A.    No.

Q.    Okay.  Why not?

A.    Because he's already lied several times.

Q.    About what do you believe your Uncle Farid has lied?

A.    About him -- about my father being the eldest of the Bayat siblings.

Q.    Okay.  Anything else?

A.    The down payment of the building.

Q.    Okay.

A.    And are the declarations in this?

MR. GIURATO:  Just answer the question that's asked.

THE WITNESS:  Oh, okay.

About the talks that they've supposedly had about the building.

Page 138

BY MR. REAGIN:

Q.   Okay.  Anything else that comes to mind?

A.   No.

Q.   What do you think of your uncle -- well, let me back up.

Nassir Bayat, N-A-S-S-I-R, is another of your father's brothers.  Correct?

A.   Correct.

Q.   What do you know of your Uncle Nassir?

A.   He's a good person, yeah.

Like from what I know from like when we used to be close to each other, he was always terrified of Bassir and Ehsan, especially Bassir.  Bassir would bully him and his wife a lot.

So he always complained about Bassir and how he tries to micromanage their lives, and their kids, the same thing too.

Q.   Would you believe your Uncle Nassir under oath?

A.   Yes, I would.  It depends though.

I would believe him under oath if he sits under a deposition and there's no one

Page 139

around him.

But if he's with Bassir or Ehsan or if he's going to write a written affidavit or declaration, I wouldn't believe him because someone else is definitely coercing him or pressuring him.

Q.    Okay.  Ehsanollah, E-H-S-A-N-O-L-L-A-H, Bayat is another of your father's brothers.  Correct?

A.    Correct.

Q.    What do you think of your Uncle Ehsanollah, or Ehsan?

A.    I grew up looking up towards him.  I thought that he was one of the best possible men out there in the world who had a good heart and good intentions.

But as I grew older and I recognized their behaviors and a lot of issues that they had mentally and -- I gave myself some space from them.

And after a few incidences regarding him in Afghanistan and in general, I do not think he is a good person.  He's a deceptive liar, a criminal hiding behind a mask, and he will be exposed one day.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 140

Q.    What basis do you have to suggest that your Uncle Ehsan is a criminal?

A.    He may not be one, but he acts like one.

Q.    Okay.  So I guess you don't have any basis to suggest --

A.    Criminal like -- criminal like behavior, this lawsuit, him not putting forward any declaration talking about himself or -- you know, throughout our entire life, we have been targeted by him and his family for years.

And so I shouldn't have said "criminal," but he has narcissistic tendencies, psychopathic tendencies, and I hope that they can go and get healed from whatever illness that they do have.

Every single thing that you see in this lawsuit that's against his kids, his wife, his own brother is projection.  So everything that they do not have inside of themselves, they've projected it on towards his brother's kids and his brother's wife.  That's all what they are.

And they have daddy issues because they didn't have a father figure.  My father

Page 141

did everything for them.  And my grandfather, when he was alive, he told all of his children one day that, I wasn't a father for you guys, but Sultan was, and if Sultan doesn't forgive you guys, God won't forgive you guys, because I wasn't -- I didn't do as much as what Sultan did for you guys.

So I definitely do think based on some of the education that I have is that they have some trauma, childhood trauma, or some sort of -- what is it?  Some sort of wound that hasn't healed inside of them, and that's why they're acting like this.

Q.    Were you present when your grandfather told your father and his siblings that Sultan, you know, effectively --

A.    No.

Q.    Okay.

A.    But my father --

MR. GIURATO:  Just let him ask the question and then answer.

THE WITNESS:  Okay.

Q.    I didn't mean to cut you off.

A.    Okay.

Q.    Did you have something to say?

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 142

A.     No.

My father and several other witnesses that were there that day, even their own siblings themselves, would always say this to my dad, that Sultan, you are like a dad to us, and because dad didn't do anything for us, but you did.  So they thought -- they believed -- they thought that he was my -- basically their father.

And when we were kids, his brothers would go and kiss my dad's hand and -- or my cousins would.  And we would be like, why are they kissing dad's hand, like dad's not old, he's a young man.  Like it was because they believed him to be their father figure, and it was as a sign of respect for my dad.

Q.     Would you believe your Uncle Ehsan under oath?

A.     No.

Q.     Ruhullah is that how you say it?

A.     Yes.

MR. REAGIN:  Stacey, this is R-U-H-U-L-L-A-H.

Q.     Ruhullah Bayat is another of your father's brothers.  Correct?

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 143

A.     Yes.

Q.     Okay.  What do you think of your Uncle Ruhullah?

A.     I haven't seen or talked to him since maybe like 15 years.  It's been so long.  Like I haven't -- you know, I haven't really talked to them in years.

The same thing with Ruhullah, same thing with Bassir.  Bassir has been over a decade.  Ruhullah has been over a decade.  Nassir maybe like a year ago, two years ago.  Farid, a year ago, two years ago.  Ehsan, three or four years ago.

But Bassir and Ruhullah have been decades.  We haven't spoken to them.  We haven't talked to them.  I don't know how they're doing or what they're doing or whatnot, so...

Q.     You don't -- I guess if I'm hearing you, you don't have any particularly strong positive or negative feelings about --

A.     Yeah, I don't -- for him, I don't have, no, I don't.

Q.     Would you believe your Uncle Ruhullah under oath?

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassir v. Bayat, Sultan

Page 144

MR. GIURATO:  I'll object to this question and the previous four times it was asked.

THE WITNESS:  I don't recall.

BY MR. REAGIN:

Q.    You don't recall if you would believe him under oath?

A.    No.

Q.    Okay.  Would you believe him under oath?

A.    I don't know.

That's the -- I don't know.

Q.    Okay.  Can you think of any reason why your Uncle Ruhullah would lie under oath?

MR. GIURATO:  Object to form.

THE WITNESS:  I don't know.

Q.    Arifa, A-R-I-F-A, Rahin, R-A-H-I-N --

A.    Yes.

Q.    -- is your father's sister. Correct?

A.    Correct.

Q.    Okay.  What do you think of your Aunt Arifa?

A.    Ask me a better question that

Page 145

includes what do you mean by what do I think of her.

Q.    Well, I just asked you the same question about like four of your father's siblings, and you told me a lot about how you felt.

A.    Okay.

Q.    So I'm asking the same question.

A.    My Aunt Arifa and my father -- well, so my Aunt Arifa, what I can say about my Aunt Arifa is that I give her props.  I give her props for differentiating between her brother and her brother's kids and wife.

And I -- I'm ashamed of how our family relationship was, because it was always a one-sided type of situation where they only saw my dad and never saw the kids or his wife and never respected us as humans or with anybody with dignity.

So I do not respect her, and I do think that she's also deceptive and a liar as well.

How could you love your brother and curse their kids and their wife -- and his wife and try to bring them down?

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 146

That's not family.  That's enemies.

Q.    Would you believe your Aunt Arifa under oath?

MR. GIURATO:  Object to form.

THE WITNESS:  No.

Q.    Do you know Arifa's husband?

A.    Yes.

Q.    Is he a doctor?

A.    No.

Q.    No?  Okay.

What is your understanding of what he does?

A.    So when he -- so when he came to the United States, he supposedly was a doctor in -- or some sort of nurse in Afghanistan, and he studied.

But when he arrived to the United States, he had to restart his entire education again in order to become a doctor.

So my father had a connection at a hospital by somebody who used to go to his restaurant and was able to get him a job to work as a nurse in a hospital, in a facility. And so my dad gave him the connection, and he worked in that hospital before he retired, and

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 147

he ended up in Florida, yes.

Q.    When was the last time you spoke with him?

A.    I don't recall.

Q.    Did you speak to him when Sultan was in Florida?

A.    Yes.

Q.    Okay.  Approximately when was that?

A.    I don't remember the date at the top of my head.

Q.    What did you speak about?

A.    I spoke to him about not taking my father to any doctors for medication in Florida, because my father was being taken care of by another doctor over here and he recently had -- at that time that I remember, his medications were decreased.  They used to be a higher number for something, and the doctor decreased it.  So he was on -- he was supposed to be monitored and made sure that he doesn't go to any doctor or -- that gives him different medication.

And that's the only thing that I mentioned to him was, please, make sure that if you're going to take my dad to any doctor or

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 148



CONFIDENTIAL

Page 149



CONFIDENTIAL

Page 150



CONFIDENTIAL

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 151



CONFIDENTIAL

Page 152



CONFIDENTIAL

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 153



CONFIDENTIAL

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 154



CONFIDENTIAL

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 155



Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 156



CONFIDENTIAL

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 157



CONFIDENTIAL

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 158



Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 159



CONFIDENTIAL

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 160



800.808.4958                                          770.343.9696

CONFIDENTIAL

Page 161

And he's always been extremely envious of my father and his four kids.  And I've had incidences where I would talk to Daniel Florentine and he would tell me that Bassir doesn't like any of you guys, but especially doesn't like Al because Al cursed him off one day.

And yeah, he's not a good person.

But his wife Lynne, Lynne and his daughter Sally are great human beings, and I feel bad for them that they have to deal with a psychopath.

Q.    Would you believe your Uncle Bassir under oath?

A.    Absolutely not, no.

Q.    When was the last time you spoke to Bassir?

A.    It's been over a decade.  I don't remember.

I mean, I've probably seen him once or twice from far, but I've never had -- I've never really had like, you know, a conversation to converse with him and talk with him to really see him.

Oh, I apologize.  It hasn't been

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassir v. Bayat, Sultan

Page 162

over a decade with Bassir.  It was in 2018.

In 2018, my family, my mom and my dad, hosted an engagement party for Ehsan's daughter Michelle, and Bassir was present in 2018 in our home along with our uncles.

For Michelle's engagement, we provided the venue for like the food and, you know, music and hosted over a hundred people to come to our home.

Bassir was there.  Nassir was there.  Farid was there.  Ehsan was not there and Ruhullah was not there.

Q.    Do you recall having any particular conversations with Bassir in 2018 at the engagement party?

A.    He was just bossing me around, get this, bring this, bring the tea, bring the food, bring this, help out, this, that.

That's all.

Q.    Okay.  Other than him bossing you around, nothing?

A.    Nothing, no.

Q.    Is the 2018 engagement party the last time you spoke with your Uncle Farid?

A.    No.

Veritext Legal Solutions
800.808.4958                                      770.343.9696

Page 163

Q.    Okay.  When was the last time you spoke with Farid?

A.    I don't recall.

Q.    But you think it would have been more recently than 2018?

A.    I don't recall.

Q.    So it's possible that 2018 engagement party's the last time you spoke to him?

A.    I -- no.

I just don't recall.  I don't recall the last time that I spoke to Farid.

Q.    Right.  So you know it was sometime after the engagement party.

You just don't know when?

A.    Yes.

Q.    Okay.  Do you know what you talked about?

A.    No.

Q.    Do you know if it had anything to do with the property or this dispute?

MR. GIURATO:  Object to form.

THE WITNESS:  No.

The last time that -- now that I'm slowly getting my memory back, was Farid --

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 164

Farid came to visit my mom and my dad.  I believe this was -- I don't know what year exactly.

And he started making fun of my brothers and myself and causing emotional -- emotional harm to my family saying that some of the kids didn't go to college, like they're not even going to school, your kids are not working, they don't even have jobs, they're not married yet.  And he kept antagonizing my mother, my father, my brothers or myself and I, and was like, I already have grandkids and my kids are all married, and you guys are nothing and blah, blah, blah.

And from that day on, my family decided to limit the contact that he had with us, because he was very toxic, extremely toxic, for our own health.

And he was an individual -- is an individual, was an individual, who does not respect boundaries.  Their whole entire family's the same way too.  They do not respect boundaries.  They don't know how to give someone space when they need space, how to respect everything in general.

Mohammad "Matthew" Bayat                     February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 165

So we limited our contact with all of them for those reasons.

BY MR. REAGIN:

Q.   When Farid is at your parent's house -- I take it this is New Jersey?

A.   Yes --

Q.   Okay.

A.   -- this was in New Jersey, yes.

Q.   Who is present on that occasion?

A.   My father, my mother sometimes if my mom wasn't working.

Sometimes we would come visit, or if we were around the area, we could come visit.

Q.   Okay.  But I mean, like this specific occasion when your Uncle Farid is there being insulting, who's like home?

A.   My mom, my dad, my bothers.

Q.   And were you there?

A.   No, I was not.

Q.   Okay.

A.   I was not present.

Q.   So I guess your understanding of what your uncle was saying on this visit comes from what your family told you.  Right?

A.   Correct.

Page 166

And I've been witness to it on phone calls as well.

Q.    Got you.

A.    Yeah.

Q.    And this is not -- I'm just trying to keep the record straight and my own understanding straight.

We had talked about how Farid was at the 2018 engagement party.

Then you told me that you knew you had spoken to him sometime after that but you didn't recall when.  Right?

A.    Correct.

Q.    And then you described this scenario.

But it sounds like you weren't there.  Right?

A.    Correct.

Q.    Okay.  So we still know that you've spoken to Farid sometime since the 2018 engagement, but we just don't know when.  Right?

A.    Correct, yes.

Q.    And you don't know if you discussed the property or the dispute?

Page 167

A.    We never discussed the property.

Q.    Okay.

A.    With all of my uncles, never once in my life has it ever been mentioned to us, has it ever been brought up, has it -- never, never once.

This is complete like blasphemy. It's like shocking to us.  It's blasphemy that we've -- never once did they mention it to us, never once have I discussed anything with them, never once have I -- have they texted me about it or called me.  Nothing.  Nothing.

Q.    Were you present on an occasion in 2024 when your Uncle Farid and I think Bassir and Nassir tried to visit your father?

A.    I was not home that day.

Q.    Okay.  And the incident I'm talking about, I think, resulted in the police being called on your uncles.  Right?

A.    Correct.

Q.    Okay.  But you weren't there for that?

A.    I wasn't there for that, no.

I arrived after the fact.

Q.    Okay.  Do you know who was home?

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 168

    A.    I don't recall.

    Q.    When you say you arrived after the
fact, like the same day.  Right?

    A.    Yes.

    Q.    Okay.  Do you know who was there
when you got there?

    A.    Yes, my brothers were, my father was
and my mother was.

    Q.    Okay.  All right.

          When was the last time you spoke to
your Uncle Nassir?

    A.    I don't recall.

    Q.    He was at the engagement party
though.  Right?

    A.    Yes, in 2018, yes.

    Q.    Okay.  You think you probably spoke
to him then?

    A.    I don't recall, I guess.

    Q.    Okay.

    A.    I don't know.

    Q.    When was the last time you spoke to
your Uncle Ruhullah?

    A.    Years.

          I don't even recall either.  I don't
know.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 169

Q.    He was not at the engagement party?

A.    Correct.

Q.    So the last time you spoke to Ruhullah was probably before 2018?

A.    Correct.

Q.    When was the last time you spoke to your Aunt Arifa?

A.    I don't recall.

Q.    Was she at the engagement party?

A.    No.

Q.    Okay.  Do you think that you spoke to her more recently than the engagement party?

A.    Yes.

Q.    Okay.  Do you have a sense of approximately when?

A.    No.

Q.    Do you know what you discussed?

A.    No, not that I recall right now.

Q.    Okay.  When was the last time you spoke to your Uncle Ehsan?

A.    In 2023.

Q.    Was this in person?

A.    Yes.

      No, no, not in person.

Q.    Okay.  How did you speak to him?

Page 170

A.    Via phone call.

Q.    Okay.  And what did you discuss?

A.    I had discussed how he was a narcissist and that he was a psychopath over the phone.

Q.    So you used those words?

A.    Yes.

Q.    Okay.

A.    I said that, stop being a narcissist and a psychopath and that we know everything that you've done against my family and us and what you're planning and -- yes.

Q.    What did you mean when you said "everything you've done and that you're planning"?

A.    I just said that, you're a narcissist and a psychopath and my father's not stupid.  That's what I told him.

I said, you could -- because he's two-faced.  He plays the gentle giant, but behind closed doors he's the devil in human form.  He acts like an angel, but he's the devil.

So he tries to deceive my father with his kind words and kind gestures.  And I

Page 171

was like, you can't trick us anymore, that's

enough.  The veil has been lifted.

Q.    But I guess what I'm trying to

understand is what was he tricking you about.

A.    So I don't want to get into too much

of the family details because it has nothing to

do with this case.

But Ehsan knows himself what he did

to my dad after he made him close down my

father's ATI company and the time that I went

to visit him in 2016, he remembers those

incidences.

So I don't want to go into too much

detail about it, but...

Q.    Okay.  Well, I think I need to

understand, so...

A.    After 2000 and --

MR. GIURATO:  Let him ask the

question.

MR. REAGIN:  Yeah.

Q.    So all right, for context, your

father at one point in time had a prepaid phone

cards business.  Correct?

A.    Yes.

Q.    And that was funded through a loan

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 172



Mohammad "Matthew" Bayat                     February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 173

going to be projected that in a few years' time that phone card companies would possibly fail in the future.

So it wasn't a failed business.  It was projected to fail soon, but he was still making money.

And for that reason, he decided to shut down the company with his -- by his brother's advice and his family, although my father did object several times because he said, I do not want to stay -- I enjoy my office and working over here, and I could continue working over here till the last day even if there's no business.  But they shut it down a few years earlier than that.

Q.   Okay.  So I mean, the business was on the trajectory of being rendered obsolete. Right?

A.   In the future, in the -- yeah, several years.

It wasn't a failed business though.

Q.   And then it -- you know, it closed because of that.  Right?

A.   It didn't close because of that.

Oh, yeah, it closed because of that,

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 174

yes.

Q.    Right.  But if I'm hearing your
testimony, your father would have preferred to
kind of just run it until it --

A.    Yes.

Q.    -- couldn't anymore?

A.    Correct.

Q.    Okay.  And he now resents Ehsan for
not letting him just run it till the wheels
fell off?

A.    No, he does not resent Ehsan for
that.

Ehsan betrayed my father.  When he
asked my dad to close down the ATI, my father
said, on one condition, that when -- if I close
it down, that I work somewhere else, wherever
it is, let me work somewhere else.

And Ehsan said, don't worry, I'll
give you a job.

So one year became two years, two
years became three years.  And my father kept
asking him, hey, like -- he said, wait till
this gets finished, wait till that gets
finished.  And my father waited and waited.
And every day he was at home, it was just

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 175

giving him like anxiety.

And so basically a liar, and the --
someone who's a liar.  So in Afghan culture, if
you're not a man of your word, you're nothing.
And he was not a man of honor, and he did not
live up to his word to give my father a job
and -- yeah.

Q.    Okay.  And that is the trickery that
you've referred to?

A.    Well, like rephrase it, please.

Q.    Well, you've mentioned saying things
to your Uncle Ehsan like, you know, my father's
not stupid, we know you're a deceiver, you
know, and you mentioned that he's been tricking
you.

And it sounds like, as far as I've
understood it, you're saying that Ehsan didn't
give your father some other job after the
prepaid card business shut down.

And I'm asking:  Is that the
deception?

A.    No, he has a lot of deception that's
attorney privileged that we've -- that I've
talked about with my lawyers, so I'm not going
to --

Page 176

Q.    Okay.  I mean, the fact that you've discussed it with your lawyers doesn't make it privileged.

I can't ask you what did you tell Gerry about it, but I can still learn about the underlying facts.

MR. GIURATO:  Patrick's correct.

You can't anything that you've discussed with us or because of the communications you've had with us.

THE WITNESS:  Yes.

MR. GIURATO:  But if you have independent knowledge of a certain situation, you can answer Patrick's question.

If you don't, then you don't.

THE WITNESS:  Okay.

BY MR. REAGIN:

Q.    Yeah.

And so other than your Uncle Ehsan not giving your dad a job after the prepaid business shut down, is there some other deception that you take issue with your Uncle Ehsan on?

A.    Absolutely.

The -- my parents' wills, one.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 177

Our home contract that we purchased our home from Ehsan, two.

Q. Is there anything else?

A. Those are the two main things.

And the third -- those four things are father's only asset, his building.

Q. Okay. But when you say "his building," you're talking about this lawsuit?

A. Yes.

Q. Okay. But you didn't know about this lawsuit in 2023. Right?

A. No.

Q. We're talking a phone call where you call Ehsan a psychopath and a narcissist and you say, you know, my father's not stupid?

A. We knew about --

MR. GIURATO: Let him finish the question so maybe I can object or not.

Q. And then I had -- and you said, you know, we understand you're a deceiver, that you trick us.

And I was asking what he had been tricking you about.

And we talked about your father not getting a job again. Obviously you wouldn't

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 178

have known anything about the lawsuit of the
building at that time.

So in 2023 when you're calling your
Uncle Ehsan a psycho and a deceiver, what are
you talking about?

MR. GIURATO:  Object to form.

Q.    What are you talking about?

MR. GIURATO:  He's already answered
this question.

Q.    Well, but more things have come out,
and then chronologically it don't make sense,
so I'm just trying to understand.

In 2023, when you --

A.    So in 2023, okay -- actually, we're
going to go a little bit -- backtrack a little
bit.

In 2000 -- and I forgot exactly what
year.  I can't recollect what year exactly it
was.  My father had his will drafted by Charles
Karcher.  And Charles Karcher came to our home
and he ate lunch with my family, and Charles
Karcher drafted a will that was for my
father's -- per my father's information,
whatever that my father wanted, including our
correct names.

Veritext Legal Solutions

Page 179

And Charles Karcher had my mother and father sign that will but asked -- but my mother and father objected to it.  But they said, no, sign it, and then I'm going to invite you guys to come back to my Red Bank office so you could have it signed by a notary.

And so he took those wills with him and he completed it in 2018.  And every day my dad would think about it and then he would call him month by month.

And I'm busy.  I don't have time to deal with a will that doesn't belong to me.

But fast forward to 2020 something where my dad starts getting worried about his will because he never received the will.  He starts calling Charlie and asking Charlie, hey, like where the hell is the will.

He's like, it's in Florida.

He said, why is my will in Florida, you need to send it to me.

He said, it's with Ehsan and Bassir, especially Ehsan.  He said, it's with Ehsan, and I need to get permission from Ehsan to send my father's will.

And my father yelled at him and

Page 180

said, get me my will immediately.

And at that time we had -- I had searched up Charles Karcher's e-mails through one of my e-mails, and I was able to find an e-mail that went to spam.  A year later, a year later, he had e-mailed me a will without including my father in the e-mail, just said "wills" and e-mailed me, but it went into spam folder, so that if the future we did discover that something was not correct, that he would say that I had e-mailed it to somebody.  It had nothing to do with the wills either.

Q.   Okay.  Let me try to unpack that.

Charles Karcher prepared a will for your mother and father.

A.   Yes.

Q.   Right?

Which they signed.  Correct?

A.   Yes.

Q.   Mm-hmm.

And then at a certain point your father asked for a copy.  Right?

A.   He asked for the -- he asked Charlie to go meet him so that they could finalize the

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 181

will where it could get signed by a notary.

Q.    Okay.  Which they did.  Right?

A.    They didn't.

Q.    Okay.  Your position is that this will was never signed in your father's presence --

A.    Correct.

Q.    -- in front of witnesses and a --

A.    Correct.

Q.    -- notary?

A.    Yes, correct.  It was never signed in front of any witnesses.

Q.    And so when those witnesses come and testify that your mother and father were there and the notary was there, they are just lying?

A.    Correct.

Q.    And the notary's going to be lying?

A.    Correct.

Q.    Okay.

MR. GIURATO:  Object to form.

Q.    And then my understanding is that you're suggesting that Charlie sent the wills to your e-mail, orchestrated their delivery to your spam folder so that later when your father asked for copies he could say, oh, I already

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 182

sent them?

A.    Correct.

Q.    Okay.

      MR. GIURATO:  Object to form.

Q.    How did Charlie make them go to your spam folder?

A.    I don't know.

Q.    I don't either?

A.    We didn't have direct -- we don't have direct communication.  I didn't have direct communication with Charlie.

      He never texted or called or said, hey, I'm e-mailing you guys the wills, never, never once.

Q.    Okay.  But you would agree that -- I mean, you've testified that it's not uncommon for you to help your father with things like depositing a check on his phone and stuff. Right?

A.    That's before right now.

Q.    Okay.

A.    And at that time I was busy with school, with college, so I had no idea about him not responding back to my father's calls, you know, and updates for like his will.

Page 183

Q.    Okay.  I mean, at this point in time, you would never have been helping your father with paperwork or e-mails or things?

A.    Correct.

Q.    Okay.  Even though you were already doing that for Tayab, as you've already testified?

MR. GIURATO:  Object to form.

THE WITNESS:  Repeat that one more time.

Q.    Yeah.

So you've already talked about the fact that you helped your father with all sorts of administrative things at Tayab from time to time.  Right?

A.    I was giving you the narrative for the wills.

Q.    Yeah, and I'm asking you about that.

A.    Okay.

Q.    So you've already testified that it's not unusual for you to do various administrative things for your father.  Right?

A.    Correct.

MR. GIURATO:  Object to form.

Q.    However, you seem to be taking issue

Page 184

with the fact that Charlie Karcher would have sent copies of the wills to you as though that would be totally unusual.  Right?

A.   Well, totally unusual in the fact that every time that he would e-mail me, he would include my father's e-mail in there in the e-mail together.

Q.   Okay.

A.   So my father would always be included in those e-mails.

Why would Charles Karcher e-mail me directly to my personal e-mail without my father's e-mail in there and just say "wills"?

Q.   I don't know.

And --

A.   And on top of that, my name's -- all of our names were spelled wrong.

Q.   Okay.

A.   My legal name change was done in 2015.

Charles Karcher knows me by Matthew. He's always responded to me by Matthew.  He's e-mailed me hundreds of times using Matthew. He's written recommendation letters for me writing Matthew.

Page 185

And in that will that I was able --
we were able to see, it's written down
"Mohammad."  Ali's is "Ali Ashgar."  Samay's is
written wrong too.  Al's is written wrong too.
And in the end, the executors,
Bassir and Ehsan, that's totally like -- like
this doesn't make any sense.

Q.    Mm-hmm, because as you've just
testified, you know Charles Karcher well, don't
you?

A.    Yes.

Q.    And you've communicated to him
plenty in the past, haven't you?

A.    Plenty of times, yes.

Q.    By e-mail.  Right?

A.    Phone calls.  Phone calls.

Q.    And e-mail?

MR. GIURATO:  Object to form.

THE WITNESS:  No, no, no.

Q.    Okay.  When I serve you with a
document request for your e-mails with Charles
Karcher, I'm not going to find e-mails going
back and forth to you and Charles Karcher
during this time period?

A.    When Charles Karcher would

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 186

respond -- would talk to me, if it had anything to do with my father, he would always include my father in that e-mail.

Q.    Right.

A.    But like I mentioned, Charles has written me in the past like a recommendation letter here and there, yes.

Q.    Right.  And so it's not unusual in fact for Charles Karcher to e-mail you personally.  Right?

A.    If I knew what it was about, yes, it wouldn't be -- it wasn't unusual.

Q.    Right.

A.    Yes, correct.

Q.    You and Charles Karcher e-mailed plenty?

A.    Not plenty.

Q.    Okay.  You e-mailed?

A.    When -- if I needed a recommendation letter or he could write me one, I would talk him on the phone --

Q.    Mm-hmm.

A.    -- and he would write -- he would just send it over too.

Q.    And I guess in your mind somehow,

Page 187

whether intentionally or accidentally, Charles
Karcher didn't include your dad on the e-mail
with the wills, this in Charles Karcher's mind
increased the likelihood that no one would ever
see the e-mail?

A.    Correct, in my opinion --

Q.    Okay.  And somehow that would make
it more likely that it would end up in your
junk folder?

A.    I don't recall.  I don't know.

Q.    You don't know?

A.    I don't know.

Q.    I don't know either.

A.    I don't know.  It just -- I wouldn't
know.

And usually when Charles would
handle something for my father, he would always
call my father and say, hey, Mr. Bayat, I did
this for you, I did that for you, just tell
Matthew to check his e-mail or you guys check
your e-mails or whatever.

But I was never informed once.

Q.    Oh, okay.  So he would on occasions
tell your dad, hey, I'm sending Matthew
something, go talk to Matthew?

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 188

A.    I'm sending both of you guys something.

Q.    Right.

A.    Take a look at your e-mails.

Q.    Yeah.  And go talk to Matthew. Right?

A.    Yes.

Q.    Okay.  So that wasn't unusual?

A.    (Indicating negatively.)

Q.    No?

A.    Not that I recall of, no.

Q.    It wasn't unusual?

A.    No, not --

Q.    Okay.  So there's unusual about Charles Karcher sending you a document and then potentially saying, hey, Sultan, I sent it to Matthew.  Right?

A.    It is unusual.

Q.    Oh, I just thought you said it wasn't.

A.    No, it is unusual.

       It is unusual for someone to send your parents' will to you -- to me.

Q.    Uh-huh.

A.    That's unusual.

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 189

Q.    Okay.

A.    Why not to my father?

Q.    And if he was trying conceal the will, why would he send it to you at all?

MR. GIURATO:  Object to form.

THE WITNESS:  Why would he not include my father?

Q.    I don't know.

A.    Yes.

Q.    But my question -- I mean, the whole conspiracy --

A.    That's a legal -- that's a legal --

MR. GIURATO:  Hang on.

Q.    Mr. Bayat --

MR. GIURATO:  Let's not talk over each other, both people, please.

THE WITNESS:  Okay.

Q.    So the whole conspiracy seems to be that Charles didn't want the will ending up in your father's hand.

And I guess the theory that you've come up with is that the way that he maximized the likelihood that it wouldn't get to Sultan is that he e-mailed it to Sultan's son.  Right?

MR. GIURATO:  Object to form.

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 190

Q.    Is that the theory that you've come up with?

MR. GIURATO:  Object to form.

THE WITNESS:  I do not know.

Look, I do not know what his intentions were.

BY MR. REAGIN:

Q.    Okay.  But this all started because we were talking about you calling your Uncle Ehsan a psycho and trickster.

And one of the things that you alluded to --

(Simultaneous crosstalk.)

Q.    Hang on.

-- as an example of the deception supposedly has to do with the wills.

And then the story of the wills appears to be that Charles Karcher had these wills executed outside of your father's presence and then sent them to you somehow with the knowledge they would end up in your junk folder and wouldn't get to Sultan.

Is that the story?

A.    I don't know.

I don't know what --

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 191

Q.    No, you're sitting here testifying about it today.

A.    Yes.

Q.    That's your story.  Right?

MR. GIURATO:  Object to form.

THE WITNESS:  My story is not that, Patrick.

Q.    What's your story then?

A.    My story is when you -- when he finished completing my parents' wills, when he finished them -- and my father kept calling him, when am I going to come to your office, when am I coming to your office so that way we could get it notarized, and he wouldn't respond, he wouldn't say anything.

A week went to two weeks.  Two weeks went to several months.  And by that -- by a year's point, a year's point where I'm not checking my forwarding e-mail that much, I have other things that I'm busy working on and doing, a year later you don't even call Sultan back to relay him, you know, come to get your thing notarized.  You send it a year later to -- an e-mail to Matthew's e-mail without including my father's e-mail in that and just

Page 192

write down "wills."

(Simultaneous crosstalk.)

THE WITNESS:  A year after.

Q.    And the point is what, Mr. Bayat?

A.    And he had -- and he had --

MR. GIURATO:  Object to form.

Let him answer.

MR. REAGIN:  Come on.

MR. GIURATO:  No, let him answer.

And "come on" is not a question.

MR. REAGIN:  Tell your story.

MR. GIURATO:  No, don't say the

point is --

(Reporter admonition.)

MR. REAGIN:  Okay.  We will slow

down.

MR. GIURATO:  Let's take a break.

Is there a question pending,

Patrick?

MR. REAGIN:  No.  We can take a

break.

MR. GIURATO:  Okay.  No question

pending.

THE VIDEOGRAPHER:  The time is

1:58 p.m.

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 193

We're going off the record.

(Recess was taken from 1:58 p.m. to 2:19 p.m.)

THE VIDEOGRAPHER:  The time is 2:19 p.m.  We're going back on the record.

Please proceed, Counsel.

BY MR. REAGIN:

Q.    Okay.  Mr. Bayat, were you aware that the originals of your mother and father's wills were FedExed to them by Charles Karcher?

A.    Correct.

Q.    Okay.  And again, just give me just a little pause for Stacey.

Aside from your father supposedly not receiving the wills, I guess, promptly after requesting them from Mr. Karcher, it's not your understanding that there's like two sets of wills out there, is it?

MR. GIURATO:  Object to form.

It's not your und- --

Q.    Let me ask it this way.

The will that you've been describing, it sounds to me like one of your issues with it is that it appointed your uncles Ehsan and Bassir as executors.  Right?

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 194

A.    Correct.

Q.    Is it your understanding that there is some other will out there appointing a different executor?

A.    Rephrase it one more time.

Q.    Yeah.

Is it your understanding is that there is some other will out there that appoints a different executor?

A.    Correct.

Q.    That is your understanding?

A.    Now, yes.

Q.    Now?

Do you mean that the will that Mr. Karcher prepared has since been rescinded or modified?

A.    Correct.

Q.    Okay.  But you're not suggesting that at the time of the will that Mr. Karcher prepared he put Ehsan and Bassir in there when really your father had appointed some other executor?

A.    Correct.

Q.    Correct, you are not taking that position?

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 195

A.    Repeat -- rephrase that question.

Q.    Yeah.

You are not saying that Charlie Karcher put your uncles Ehsan and Bassir as executors of your father's will at a time when he had instructed him, "he" being your father, had instructed Mr. Karcher to put someone else in there, are you?

A.    I still don't understand the question.

Q.    Okay.  We talked about how your uncles Ehsan and Bassir were named the executors of your father's estate in the will that Mr. Karcher prepared.  Right?

A.    Correct.

Q.    But you're not saying that Mr. Karcher listed them as executors when your father had told him to put someone else in there, are you?

A.    I still don't understand.

Q.    What is giving you problems with the question?

MR. GIURATO:  Object to form.

THE WITNESS:  Yeah, just ask -- if you could ask me in a different way.

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 196

Q. Yeah, I think I've asked it a bunch of different ways, so -- and I'm really doing my best to get it across.

The will that Mr. Karcher prepared?

A. Yes.

Q. You with me?

A. Mm-hmm.

Q. Your uncles Ehsan and Bassir are the executors in that will. Right? Correct?

A. Yes, correct.

Q. You're not saying that they are named the executors despite your father telling Mr. Karcher that someone else should be the executor, are you?

A. I am.

Q. You are saying that?

A. Yes.

Q. So you're saying your father told Mr. Karcher to appoint someone else his executor and Mr. Karcher put your uncles Ehsan and Bassir?

A. Correct.

Q. Okay. So you're accusing Mr. Karcher of not only malpractice but outright fraud?

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 197

A.    Correct.

Q.    Okay.  Who do you think your father told Mr. Karcher to appoint as his executor?

A.    It wasn't just my father's decision. It was my mother's decision as well.

And she had put down Ali and myself.

Q.    So is it your testimony that in your mother's will your mother told Mr. Karcher to put Ali and yourself?

A.    As well as my father, both of them.

Q.    As her executors?

A.    Yes.

Q.    And then your testimony is that Mr. Karcher put your uncles as the executors contrary to your mother's instructions?

A.    Correct.

Q.    Okay.  And then as to your father's will, what is your testimony as to the individuals your father instructed Mr. Karcher to put as his executors?

A.    It was both the same for my mom and my dad.  It was Ali and I.

Q.    So your testimony sitting here today is that your father instructed Charles Karcher to appoint yourself and Ali as executors in his

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 198

will and then Mr. Karcher appointed Ehsan and
Bassir?

A.    Correct.

Q.    Okay.

A.    I cannot speak for Charles Karcher
himself, but that's what he did.

Q.    What do you mean you can't speak for
Charles Karcher but that's what he did?

A.    I don't know why he would do
something like that.

Q.    I don't either, and I find it hard
to believe.

A.    Okay.

        MR. GIURATO:  Object to form.

        Was that a question?

        MR. REAGIN:  I'm getting to a
question.

Q.    You understand that the allegation
you're making today is an extremely serious
allegation?

A.    Yes, I understand.

Q.    Okay.  And you understand that
making an allegation like that against someone
when it's false is not only subject to civil
but also criminal penalties?

Page 199

A.    I understand.

Q.    Okay.

MR. GIURATO:  And object to form.

Q.    And so if two witnesses come in and testify that they saw your parents execute the wills appointing Ehsan and Bassir as alternate executors of their wills, those two witnesses would be perjuring themselves?

A.    Correct.

Q.    And the notary who was there would be perjuring themselves too?

A.    Correct.

MR. GIURATO:  Object to form.

Q.    And Mr. Karcher would be perjuring himself?

A.    Correct.

Q.    Okay.

MR. GIURATO:  Object to form.

Q.    Can you think of any reason why the notary would have any incentive to lie about the contents of the will?

A.    They work with -- they work for Charles, I guess.  I guess the two witnesses also work in his office.

It wouldn't surprise me.  This

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 200

lawsuit that we have today is -- gives so much

backing for us that they're capable of doing

anything and everything to remain in control

and have power and hurt innocent people.

Q.    Okay.  I think we have addressed my

questions on the will.

When we were talking about the

things that you said to your Uncle Ehsan in

2023 and I was asking what the deception was,

something else that you mentioned had to do

with a house contract for the house that your

family bought from Ehsan.

So what's the issue there?

A.    That has nothing to do with this

case.

Q.    Okay.  But you're the one who

brought it up.

A.    Well, I don't recall it now.

Q.    Okay.  So I just want to be clear.

I was asking you why you were

calling Ehsan a deceiver and a trickster.

And you said there's a lot of

things.  One of the things you said was the

wills.  Another thing you said was the house

contract.  And then you said the building.

Page 201

A.      Okay.  So -- oh, okay.

Q.      And then I pointed out that the building couldn't have been discussed in 2023.

So I'm now asking you about the house contract.

And I just want to be clear.  The house contract has nothing to do with Ehsan's deception?

A.      It does.

Q.      Okay.  So then what does it have to do with his deception?

A.      All right.  I'm going to give you my observation from what I know.

But imagine purchasing a home from someone and then you've built that home for your family to live in and then not wanting to put that home in the homeowners' names and try to keep it in an LLC.

So my father, he had that LLC removed when he purchased the home and put it under him and my mother's name and -- to make sure that his home was safe from being siphoned by deceptive people who -- because say today is -- look at this lawsuit today.

There's a whole thing about that

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 202

home doesn't belong to Sultan, it belongs to
the siblings in the family, so...

Q.    I'm pretty lost.

So you testified that in 2023 when
you called Ehsan a psychopath and a
trickster --

A.    I called him not a trickster.

Q.    Okay.

A.    I called him a narcissist.

Q.    Okay.

A.    Okay?  And then I called him a
psychopath.

Q.    Uh-huh.

A.    So you can look up the definition of
a narcissist and a psychopath.

And that's -- those are the
descriptions that you need to use for their
entire lineage, besides my father, who was an
empath.

Q.    Okay.

A.    Yeah.

Q.    Bear with me.

You then went on to say you said
things to your Uncle Ehsan like, my family's
not stupid, we're not going to fall for your --

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 203

(Simultaneous crosstalk.)

THE WITNESS:  My father is not stupid.

Q.    Hang on.  We're about to lose Stacey.

You went on to say things like, my father's not stupid, we're not going to fall for your tricks anymore.  Right?

And then me asking you what the tricks are is how we ended up talking about Charlie Karcher and the will.  Right?  Correct?

A.    Correct.

Q.    And another thing that you said was the house contract.  Right?

A.    Mm-hmm.

Q.    Correct?

A.    Correct.

Q.    And it's -- the only thing I've heard you say about the house is that your parents had it titled in the name of an LLC, but I don't understand what that has to do with what you were saying to Ehsan in 2023.

MR. GIURATO:  Is there a question?

THE WITNESS:  Yeah, is there a question?

Page 204

Q.    What does it have to do with what you were telling Ehsan in 2023?

MR. GIURATO:  Object to form.

THE WITNESS:  Yeah.

Q.    You don't object to form.

You answer the questions.

A.    I don't have anything to say.

Q.    You do.

What does your parents titling the home in the name of an LLC --

A.    No, you asked me --

Q.    Stop.

MR. GIURATO:  Let him try to ask a question --

THE WITNESS:  Okay.

MR. GIURATO:  -- and then we'll go from there.

BY MR. REAGIN:

Q.    What does your parents titling the home in the name of an LLC have to do with the things that you were telling your Uncle Ehsan in 2023?

MR. GIURATO:  I'll object to form.

But go ahead and answer.

THE WITNESS:  So at that point my

Page 205

father -- in 2023, my father knew that there was something fishy going on, a lot of fishy stuff going on, and we as his kids knew that something was going on behind closed doors.

You don't have to see something to believe something.  You don't need to second-guess yourself.  Your intuition will tell you that there's something going on behind closed doors against his assets, his property. We felt it in the air.  He felt it too.

My father's not a stupid person. He's lived honorably in this country.  And he knew that there was something going on behind closed doors where our family would get into a situation if he didn't handle it and fix some of the things that were happening.

BY MR. REAGIN:

Q.    Okay.  But aside from what you were feeling in the air --

A.    Mm-hmm.

Q.    -- I'm not hearing anything to do with the home in particular.

It is okay to say that the home was not related to the things you were discussing with Ehsan in 2023.

Page 206

Is that your testimony?

A.    Correct.

Q.    Okay.  So the testimony up to this point is that the last time you spoke with your Uncle Ehsan was on this occasion in 2023 which unpacked all the things we just discussed. Right?

A.    Yes.

Q.    Have you or have you not more recently than 2023 communicated with your Uncle Ehsan via text message?

A.    Yes, I have.

Q.    Okay.  I am going to hand you what we'll mark as Exhibit 3.

This was Exhibit N to a reply brief filed in support of a motion for appointment of a receiver in this case, and it's Docket Entry 40-12.

(Exhibit 3, Exhibit N, Text messages, marked for identification.)

Q.    This is a group of text messages. Do you see that?

A.    (Reviewing document.)

Okay.

Q.    The first two pages are text

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 207

messages that state:  "Hi, Saer, S-A-E-R, black

magician.  I hope your evening is going well.

I'm just want to let you know that when I saw

you this weekend I could see that you have no

light left in your soul, only blackness which

has overtaken your soul.  I can see shayytan,

S-H-A-Y-Y-T-A-N, and jinns, J-I-N-N-S, and

demon from your body.  God guide you and

forgive you for your atrocious sins, you kalab,

K-A-L-A-B.  You have gone very big far with

your disgusting, despicable games which has

closed God's doors of mercy.  You will suffer

so much in this world and in the next world

that coming" -- Arabic characters that I can't

read -- "and be raised with pigs and donkeys on

yaumal, Y-A-U-M-A-L, qiyamat, Q-I-Y-A-M-A-T,

smelly like your dirty wife."

          Do you see that?

     A.    Yes.

     Q.    Okay.  Do you know who sent this

message?

     A.    I don't recall.

     Q.    Did you send this message?

     A.    I don't recall.

     Q.    Are you denying that you sent this

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 208

message to your Uncle Ehsan in May of 2024?

A.    I don't recall.

Q.    You're not denying that you sent it?

A.    I don't recall.

Q.    But you're not denying that you sent it?

MR. GIURATO:  Object to form.

Q.    Yes or no?

A.    I don't recall.

Q.    And you --

A.    Oh, no, no.

Q.    You're not denying it?

A.    No.

Q.    No?

A.    No.

Q.    So you could have sent this?

A.    Mm-hmm.

Q.    And in fact you did send it?

MR. GIURATO:  Object to form.

THE WITNESS:  I don't recall.

Q.    You don't recall?

So if we get the phone records that show that you sent this, you don't have any reason to dispute that you sent this, do you?

A.    Correct.

Page 209

Q.    Okay.  Do you know what yaumal qiyamat is?

A.    No.

Q.    Are you able to read the Arabic characters on the second message?

A.    Yes.

Q.    What do they say?

A.    God willing.

Q.    Okay.  Like inshallah or --

A.    Yeah.

Q.    Okay.  So recognizing that it's possible we know that you did send this to your Uncle Ehsan --

MR. GIURATO:  Object to form.

Q.    -- why would you send something like this to your Uncle Ehsan?

MR. GIURATO:  Object to form.

Sorry.  Sorry.

THE WITNESS:  I don't recall.

Q.    You don't recall why you would send something like this?

A.    (No audible response.)

Q.    No?

A.    I don't recall.

Q.    Okay.  You would agree with me

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 210

though that the statements in these text messages would cause a reasonable person to experience emotional distress.  Right?

MR. GIURATO:  Object to form.

THE WITNESS:  My personal reading of this is it wouldn't cause any emotional distress for anybody.

BY MR. REAGIN:

Q.    Okay.  Why not?

A.    Because it could just be a joke for someone to send something like this, a Halloween joke.

Q.    Did you typically send Halloween jokes to your Uncle Ehsan?

A.    I'm saying my perspective from reading this.

Q.    Yeah.

And I'm just asking if it was typical for you to send Halloween jokes to your Uncle Ehsan.

A.    I haven't talked to him since, so...

Q.    Right.

So if you sent this message, this wouldn't have been a Halloween joke?

A.    No.

Page 211

Q.    No.

A.    But I did send the February 5th one.

Q.    Okay.  And we'll get there.

After sending these messages, did you send later messages pretending that the phone number had gone out of service?

A.    Incorrect.

Q.    No?

A.    No.

Q.    Okay.  You're denying doing that?

A.    I -- correct.

Q.    But you're not denying sending these messages?

A.    I've denied both.

I don't recall.

Q.    Oh, because you just told me that you didn't recall but you weren't denying that you sent them.

A.    Mm-hmm, I don't recall.

Q.    But you -- previously you said you didn't deny sending them.

A.    No.

Q.    Because if you recall that you deny sending them and then we find records that show that you did, that would be problematic.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 212

A.    I didn't send them, period.

Q.    Oh, you didn't send them?

A.    No.

Q.    Okay.  So if we find records that show that you did send them, your testimony today would not be true.  Correct?

A.    Correct.

Q.    Right.  So you would be lying under oath?

A.    Yes.

Q.    Okay.  But you're sticking with you didn't send these messages?

A.    I don't recall.

Q.    Wait.  Now it's I don't recall?

A.    Mm-hmm.

But I sent this one (indicating).

Q.    Okay.  I'm still on May 2024 black magician here.

A.    Okay.

Q.    And the record needs to be very clear.

A.    Who is Mahdi?

Q.    I'm asking the questions.

MR. GIURATO:  Let him ask the questions.

Page 213

THE WITNESS:  Okay.

MR. GIURATO:  Listen to his actual question and then go ahead and answer, but give a little bit of time so the court reporter can write it down.

THE WITNESS:  Okay.

BY MR. REAGIN:

Q.    So I think earlier we were talking about your name change.

And you mentioned to me that your original middle name was Mahdi.  Correct?

A.    Correct.

Q.    And that often you were called Mahdi?

A.    Yes.

Q.    Right.  Okay.

Which is the name that appears on the top of this text message.  Right?

A.    Correct.

Q.    And now I want to be very, very clear, Mr. Bayat, as to your testimony.

Are you denying, yes or no, that you sent this text message?

A.    I'm not denying.

Q.    Okay.  Are you familiar with the

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 214

various federal and state laws that prohibit
cyberstalking and harassment?

A.    Correct.

Q.    You are familiar with them?

A.    Yes.

Q.    Did you know that in Florida
"cyberstalking" is defined as engaging in a
course of conduct to communicate directly or
indirectly words, images or language by or
through the use of electronic communication?

          MR. GIURATO:  I object to this line
of questioning.

          MR. REAGIN:  Okay.  Let me finish my
question before you lodge your objection.

BY MR. REAGIN:

Q.    Did you know that in Florida
"cyberstalking" is defined as engaging in a
course of conduct to communicate directly or
indirectly words, images or language by or
through the use of electronic communication
directed at or pertaining to a specific person
causing substantial emotional distress to that
person and serving no legitimate purpose?

          MR. GIURATO:  I object to this line
of questioning.

Page 215

Are you threatening my witness that he committed a crime?

MR. REAGIN:  I'm asking him a question.

THE WITNESS:  I don't know what to say.

BY MR. REAGIN:

Q.    You didn't know that?

A.    No.

Q.    Okay.  Do you know what the potential penalties for cyberstalking are in Florida?

MR. GIURATO:  I object to this line of questioning.

Are you -- what is the point of this?  Are you threatening him that he committed a crime of cyberstalking?

MR. REAGIN:  I'm asking him questions.

MR. GIURATO:  I understand that you're asking questions, but there has to be a point to the asking of the questions.

And if the point of it is to just threaten him with that he potentially was cyberstalking, that's an improper question.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 216

MR. REAGIN:  You can state your objection and then you can stop stating a speaking objection.

I'm trying to understand the nature of the communications that your client has had.

MR. GIURATO:  You're trying to understand whether he knows Florida law.

MR. REAGIN:  Right.  And he can say yes or no.

THE WITNESS:  I don't.

BY MR. REAGIN:

Q.    Okay.  Previously you testified that you were familiar with the laws, so now I was trying to dig into that.

A.    Well, you need to be clear with where you're talking about now.

Q.    Well, I'm being quite specific.

A.    Okay.

Q.    Where did you reside in May of 2024?

A.    I don't recall.

Q.    You don't know where you lived in May 2024?

A.    Nope.

Q.    Okay.  You just told me where you lived at various points in time earlier in the

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 217

deposition.

A.    Yes.

But I don't recall.  I really don't recall.

Q.    Okay.  Not Virginia?

A.    I don't recall.

Q.    All right.  We'll just look back earlier in the transcript.

Have you ever sent text messages from your father Sultan Bayat's phone?

A.    Correct, yes.

Q.    You have?

A.    Yes.

Q.    Okay.  And if you look at the next page in Exhibit 3, this is the February 2024 text message.

And I believe you testified you did send this message --

A.    Correct.

Q.    -- from your father's phone?

A.    Correct.

Q.    Okay.  And this text message, for the record, says:  "Leave my family and my father alone.  We are finished with you guys. Shame on the way you guys went about your

Veritext Legal Solutions
800.808.4958                                              770.343.9696

Page 218

trickeries and your cunning personalities to try to hurt my father, his family and kids. Keep away from our lives and do not send your salary based employees/spies to come to our home.  You are never welcome here anymore.  We know everything."

A.     Correct.

Q.     Okay.  And so you sent that from your father's phone to whom?

A.     Ehsan.

Q.     Okay.

A.     And that was after the phone conversation that we did have.

Q.     Right.  Because the phone conversation was 2023.  Right?

A.     Yes.

Q.     And this is February of 2024?

A.     No, this was actually -- this was actually the day -- the day of the phone call.

This was the day of the phone call.

Q.     Okay.  So the phone call --

A.     Yes.

Q.     -- was in 2024?

A.     2024, yes.

Q.     Okay.  And after that phone call,

Page 219

you took your father's phone and texted Ehsan.
Right?

A.    That's not correct.

My father gave me his phone because
my father does not know how to text message.
He never knew how to text message.

So he gave me his phone and he asked
me to send him a text message to inform him
that we know everything.

Q.    And "we know everything" meant what?

A.    A bunch of different things that
I've just -- that my father noticed about his
siblings.

Q.    Okay.  So your testimony is that
your father -- after your call with Ehsan, your
father gave you his phone and said, text Ehsan?

A.    Yes.

Q.    And your father said, tell Ehsan to
stay away from us?

A.    Yes.

Q.    Okay.  Are there other occasions
where you have sent text messages from your
father's phone to his siblings?

A.    No.

Q.    Okay.  At a certain point in time,

Page 220

did your father receive a new cell phone, and when he got the new cell phone, contacts from his old phone, like the numbers for his siblings, had been deleted?

A.    No.

Q.    Okay.  So you never replaced your father's phone with one that did not contain the same contacts --

A.    Right.

Q.    -- that it had previously?

Okay.  Have you ever interrupted phone calls between your father and his siblings and taken the phone away?

A.    No.

Q.    We talked about -- so the February 2024 visit by some of your uncles to the family home in New Jersey where the police were called.

Do you recall?

A.    Yes.

Q.    Are there other instances that you're aware of where your father's siblings attempted to visit him but were turned away?

A.    There were several times where they would come to deliver packages to my dad which

Page 221

would include weird things that my dad didn't want.

So if they weren't home, they would try to go in through the backyard or up the deck or in through -- into the garage and through the front.

And I think once or twice one of my neighbors had called the police on them because they were walking in the backyard and the neighbor was like, who is this person, so they called the cops on them.

Q.    Have you ever heard your mother Patonia accuse any of the Bayat siblings of practicing witchcraft or black magic?

A.    I don't recall.

Q.    When's the last time that you're aware of that your father spoke directly to one of his siblings?

A.    I don't recall either.

Q.    You're aware that his siblings have been trying to speak to him for some time. Correct?

A.    Not aware.

Q.    Okay.  Well, they've been trying to visit the house.  Right?

Page 222

A.    Oh, that, yeah.

Q.    And they've made phone calls.
Correct?

A.    I don't recall because I was not
there many times.

Q.    Okay.  Is there some reason why your
father couldn't just speak to them on the
phone?

A.    My father did speak to his sibling
on the phone.

Q.    When was that?

A.    I don't remember -- I don't recall
the date, but he did tell several of his
siblings and people in the community that he
was done with them and he didn't -- and he
never wanted to speak with them again and that
whatever that they did to his kids and his wife
and his family, he's never going to forgive
them and he never wants to see their face
anymore and he's over with them.

        We had several people come to our
home from the Afghan community to come and ask
my father, my mom, please, let's make something
work, let's talk, let's finish this, let's do
this, let's do that, but my father refused all

Mohammad "Matthew" Bayat                           February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 223

times.

Q.    Okay.  And then your testimony is that that's always been of your father's --

A.    Yes.

Q.    -- volition?

A.    Yes.

Q.    Okay.

A.    And --

MR. GIURATO:  Let him finish the question.

THE WITNESS:  Okay.

Q.    So that -- your testimony is that it has always been your father's instruction or volition that there would be no further communication with his siblings?

A.    Correct.

Q.    Okay.

A.    And we have official notice from one of the lawyers that my father did use that asked your counsel and my uncle's counsel explicitly to -- moving forward to just speak with our lawyers.

Q.    Right.  All right.  You mentioned earlier that among the people that you've discussed this dispute with is Lynne O'Donnell.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 224

Right?

    A.    Yes.

    Q.    Okay.  Who is Lynne O'Donnell?

    A.    She's a journalist.

    Q.    And how do you come to know Lynne O'Donnell?

    A.    I came to know Lynne O'Donnell through Stuart Bentham, one of my uncle's previous business partners.

    Q.    Right.  And so we discussed Stuart. Right?

    A.    Yes.

    Q.    So would it be correct that after you spoke with Stuart about the issues you were having with your Uncle Ehsan he suggested you speak to Ms. O'Donnell?

    A.    He spoke with her and she reached out to me, yes.

    Q.    Okay.  So Stuart spoke to Ms. O'Donnell and then Ms. O'Donnell contacted you?

    A.    Correct.

    Q.    But -- and it's your understanding that he spoke -- Stuart spoke to Ms. O'Donnell after you had reached out to Stuart.  Correct?

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 225

A.    Correct.

Q.    Okay.  And then you in fact did speak with Ms. O'Donnell.  Right?

A.    Correct.

Q.    What is your understanding of why Ms. O'Donnell contacted you?

A.    Can you ask...

Q.    Yeah.

What is your understanding of why Ms. O'Donnell contacted you?

A.    She wanted to talk to me, I guess, and...

Q.    About your uncle?

A.    About my uncle, you're correct.

Q.    Okay.  Approximately when was the first time you spoke with Ms. O'Donnell?

A.    In August.

Q.    August of 2025?

A.    '4.

Q.    '24?

A.    I think -- '25 actually.

Q.    Like last August?

A.    Yes.

Q.    '25.  Okay.

And did you speak by phone?  By

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 226

e-mail?

        A.    By phone.

        Q.    Have you e-mailed at all with her?

        A.    Yes.

        Q.    I'm showing you what we'll mark as
Exhibit 4.

              (Exhibit 4, Lynne O'Donnell article
dated 8/13/25, marked for identification.)

        Q.    And Exhibit 4 is an August 13, 2025
article published by Ms. O'Donnell.

              Have you seen this before?

        A.    Correct.

              MR. GIURATO:  Just for clarity, is
this the way the article looks?

              MR. REAGIN:  So she publishes it to
a pay-walled Substack, and when you access the
paid copy, you sort of get it like this.

              MR. GIURATO:  Okay.  That's fine.

              I just...

BY MR. REAGIN:

        Q.    And the title of the article, which
doesn't appear on this printout but does appear
as it displays on her Substack, is Afghan
Philanthropist Bayat Accused of Fraud by
Brother and was published on August 13th of

Page 227

2025.

Q.   And you read this article when it was published.  Correct?

A.   Correct.

Q.   Did you see it before then?

A.   No.

Q.   Okay.  And you're aware that information that you provided to Ms. O'Donnell appears in this article.  Right?

A.   Correct.

Q.   So if we look at the first page of the article, in the second full paragraph, it says:  "In a lawsuit filed in New York, Sultan Bayat claims his younger brother faked his signature to claim ownership of the building on Second Avenue."

Do you see that?

A.   Yes.

Q.   Okay.  Did you provide that information to Ms. O'Donnell?

A.   I don't recall.

Q.   Obviously that information is not true.  Correct?

A.   I don't know.

Q.   Well, there's no lawsuit filed by

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 228

your father against his younger brother in
New York, is there?

A.    That's attorney-client privileged.

Q.    No, it's not.

MR. GIURATO:  No, he's asking you a
question whether there's a lawsuit filed in
New York, I think.

THE WITNESS:  Oh.

There is no lawsuit filed at the
moment, no.

BY MR. REAGIN:

Q.    Your father does not have any
lawsuit against his brother in New York.
Correct?

A.    Not right now, no.

Q.    Okay.  And so if you told
Ms. O'Donnell that there had been a lawsuit
filed in New York by your father, that would
not have been true, would it?

A.    Can you repeat that question.

Q.    If you told Ms. O'Donnell that there
was a lawsuit filed by your father against his
brother in New York, that was not true, was it?

A.    Correct.

(Reporter clarification.)

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 229

Q.    Your answer was "correct."  Yes?

A.    Yes.

Q.    Okay.  And at the time you spoke with Ms. O'Donnell, you knew that there was no such lawsuit.  Right?

A.    Correct.

Q.    If we go to the next paragraph describing the lawsuit, Ms. O'Donnell says: "The suit brands Ehsan as, quote, 'unscrupulous,' end quote, and alleges he colluded with a notary to make the paperwork look genuine, masqueraded as his brother to complete the sale and used one of his own US companies Telephone Systems International, TSI, as Sultan's address to receive the documents." Correct?

A.    Correct.

Q.    But we've already established that your father was aware of and participated in the sale of the air rights related to the building.  Correct?

MR. GIURATO:  Object to form.

Go ahead and ask -- answer.

THE WITNESS:  Can you repeat that again.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 230

BY MR. REAGIN:

Q.    Yeah.

Well, we spent a lot of time talking about the fact that your father knew and we looked at the e-mail with Mr. Florentine where he's discussing that the sale -- that the air rights related to the building were sold in 2006.  Right?

A.    Yes.

Q.    Yes.  Okay.

So it's not true that Ehsan masqueraded as his brother to complete the sale of air rights, is it?

A.    No.

Q.    And so at the time that you told Ms. O'Donnell that, that was not a true statement?

MR. GIURATO:  Object to form.

THE WITNESS:  I did not tell Ms. O'Donnell that.

Q.    Okay.  You're denying telling Ms. O'Donnell that there's a lawsuit alleging that Ehsan masqueraded as your father to complete the sale of the air rights?

A.    That's the incorrect -- my father

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 231

had worked on a lawsuit against his brother

Ehsan and was going to file it in New York

City, and some of those words that you do see

in there were included in that lawsuit.

And some of the things that we've

spoken about are attorney -- attorney --

MR. GIURATO:  Correct.

THE WITNESS:  Yes, so I can't --

(Simultaneous crosstalk.)

MR. REAGIN:  But not anymore.

MR. GIURATO:  Well, what do you

mean?

MR. REAGIN:  He's now talking about

the lawsuit and its contents.

He's not going to now assert

privilege as a sword and shield.

MR. GIURATO:  Well, no, no.

If -- I don't know what he spoke

with his attorneys about that weren't with me.

If he spoke with his attorneys about

certain things, then yeah, it's going to be

privileged.

MR. REAGIN:  Okay.

BY MR. REAGIN:

Q.   So I'm not asking right now about

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 232

specific communications with your attorneys.

Is it your testimony that there's a draft lawsuit somewhere that makes the allegations that are reflected in Ms. O'Donnell's article?

A.    Correct.

Q.    Okay.  The statements in that lawsuit accusing Ehsan of masquerading as his brother to complete the sale of air rights could not be true given that we know that your father actually directly participated in the sale.  Correct?

A.    I don't know.

Q.    Okay.  How could they be true if we know that Ehsan did not masquerade as your father to complete the sale of air rights?

A.    I don't know.

Q.    Okay.  Who drafted the lawsuit?

MR. GIURATO:  Well, you can say who drafted the lawsuit.

Again, we don't want to convey what was discussed.  Apparently some of that has come out in this -- from this discussion, but you can say who drafted a lawsuit, sure.

THE WITNESS:  Yes, Sandra Choi.

Page 233

BY MR. REAGIN:

Q.    Okay.  Using information from who?

A.    From -- what do you mean?

Q.    Who gave Sandra Choi the information that she would have included in this draft lawsuit?

MR. GIURATO:  Yeah, I'll object because this is a draft lawsuit that is something that was not filed.

THE WITNESS:  Yes, I don't know.

MR. GIURATO:  That information in the draft lawsuit would be privileged and work product.

MR. REAGIN:  So the testimony has been that the information in the draft lawsuit is in part what appears here in the published article by Lynne O'Donnell.

MR. GIURATO:  That's right.

MR. REAGIN:  Right.  So that would not be privileged or confidential.

And the fact of who -- the identity of who gave information to Ms. Choi also would not be privileged.  It would have to be on a privilege log.

MR. GIURATO:  The information that

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 234

was discussed with Ms. O'Donnell is not privileged.

MR. REAGIN:  Which he has said is the contents of this lawsuit.

MR. GIURATO:  Well, that's not -- what was said to her is not privileged.

The contents of a lawsuit and a draft and what is in a draft is privileged.

MR. REAGIN:  Until it has been disclosed to a third party, which he's already testified that.

MR. GIURATO:  Well, every part of that is not, no.

What was disclosed to the third party is one thing.  I don't know what was in the draft of the lawsuit.

The distinction matters.

MR. REAGIN:  Let me ask this.

BY MR. REAGIN:

Q.    Mr. Bayat, did you share a copy of the draft lawsuit with Ms. O'Donnell?

A.    Correct.

MR. REAGIN:  Okay.  No longer privileged.

Q.    Who provided the information in the

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 235

draft lawsuit to the lawyer?

A.    Oh, no, no, no.  Wait.

Ask me that question one more time.

Q.    Who prepared --

A.    No, before that.

Q.    Okay.  You shared a copy of the draft lawsuit with Ms. O'Donnell.  Right?

A.    Correct.

Q.    Okay.  Who provided the information that appears in the draft lawsuit?

A.    I don't know.

Like our lawyer?

Q.    Did you provide that information?

A.    To the lawyer?

Q.    Yeah.

A.    No.

My father did.

Q.    Okay.

A.    Yes, my father.

Q.    So your father was telling the lawyer that Ehsan masqueraded as him to sell the air rights even though we know that your father participated in the sale?

MR. GIURATO:  Object to form.

I don't know.  I mean, if

Veritext Legal Solutions
800.808.4958                                          770.343.9696

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 236

something's in a lawsuit, I haven't seen the lawsuit. I don't want to get what he directly told his lawyer.

I mean, the document does exist. I understand that you're saying that there was conveyed. I think it's getting a little dangerous as to what he thinks Ehsan said to his lawyer --

MR. REAGIN: Are you instructing him not to answer?

MR. GIURATO: Sorry -- what Sultan said.

Yeah, without knowing more, I'm going to instruct him not to answer. It involves attorney-client privileged information.

BY MR. REAGIN:

Q. Are you following that instruction?

A. Yes.

Q. Okay.

MR. GIURATO: Can you ask the question again so we can make it clear for the record?

MR. REAGIN: Yeah, I'm just making a record.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 237

BY MR. REAGIN:

Q.   We've discussed the fact that there's a draft lawsuit that makes the statements that appear in Ms. O'Donnell's article, that that draft lawsuit was provided to Ms. O'Donnell.

You've said your father provided the information in the draft lawsuit to his lawyer?

A.   Mm-hmm.

Q.   And I asked you if that means that your father told his lawyer that his brother Ehsan masqueraded as him to complete the sale of air rights.

A.   That was a conversation that my father had with the lawyer, so I don't know.

Q.   Okay.  You don't know?

A.   No.

Q.   Right.

Is it your testimony that you did not provide information that appeared in the draft lawsuit prepared by your father's lawyer yourself?

A.   Ask me that again.

Q.   Yeah.

Did you provide information that

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 238

appeared in the draft lawsuit to the lawyer?

A.    Did I provide information to the lawyer, to my lawyer?

Q.    That appears in the draft lawsuit that you gave to Ms. O'Donnell.

A.    No.

Q.    Okay.  So all of it came from your father --

A.    Correct.

Q.    -- to the best of your knowledge?

A.    Yes.  To the best of my knowledge, yes.

Q.    At the second to last paragraph on the first page, it says, still on the first page:  "According to the suit, Sultan's company Tayab Real Estate has owned the building since 1991 but he only recently discovered that the sale of the space above it took place long ago."

Do you see that?

A.    Yes.

Q.    Okay.  Well, that's not true, is it?

A.    We don't know.

Q.    You've already testified that your father knew about the sale of the air rights.

Page 239

We've already looked at e-mails where he's participating in the sale of the air rights.

But this statement says that he only recently discovered that the air rights were sold a long time ago.

But that can't be true, can it?

A.    Correct.

Q.    What was your purpose in sharing the draft lawsuit with Ms. O'Donnell?

A.    Ask me that again.

Q.    Why did you give it to her?

A.    Why did I give this to Ms. O'Donnell?

Q.    Yep.

A.    Oh, I had my own personal reasons.

Q.    And I'm asking what they were.

A.    At that point when I had -- when we were hit with this lawsuit from Ehsan -- from sorry -- Bassir and the siblings, I was in a state of shock that I couldn't believe that my uncles at this point in time would devise such an atrocious plan to destroy my father's life and his kids' and his wife's.

So after I spoke with Stuart and Lord Michael Cecil, they said the best way --

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 240

they said you need to get the media involved in
this and get them involved.

        And I did not only just send this,
our proposed draft.  I had sent -- well, they
had found the online version of the -- what is
it -- the case that you guys did against my
family.  So they had read that as well and they
had read ours.  They had seen both.

    Q.    Who is "they"?

    A.    Stuart, Lynne, Lord Michael.

    Q.    Stuart, Lynne and Lord Michael have
all seen your father's draft lawsuit?

    A.    Your -- your -- the plaintiff's.

    Q.    Right.  But you said they've seen
both?

    A.    But they've seen, yes.

          Stuart hasn't seen ours, but --

    Q.    But Lord Michael --

    A.    Lynne -- Stuart and Michael and
Lynne have -- probably by now they've probably
seen it.  I don't know.

    Q.    Okay.  As far as you know, Stuart,
Lynne and Lord Michael have all seen your
father's draft lawsuit?

    A.    Correct.

Page 241

Q.    Okay.

A.    And they've seen yours --

Q.    Okay.

A.    -- filed lawsuit, yes.

Q.    Yeah, it's filed.

Did you know about -- well, let me back up.

So the false statements that we've covered that are reported by Ms. O'Donnell relating to the draft lawsuit have all been shared with at least Stuart, Lynne and Lord Michael?

MR. GIURATO:  Object to form.

Q.    Correct?

A.    Repeat it.

Q.    Yeah.

Well, we've already established that several of the statements in Ms. O'Donnell's article which are taken from the draft lawsuit are false.

And I'm just confirming that they've all been shared now with at least Stuart, Lynne and Lord Michael.

A.    I don't know.

MR. GIURATO:  Object to form.

Page 242

THE WITNESS:  Yeah, I don't know.

Q.    Okay.  But they've all seen it?

A.    I don't know.

Q.    You just said they did.

A.    Possibly, I said.

Maybe they've talked about it.  I don't know.

Q.    Okay.  Who else do you think has seen the draft lawsuit?

MR. GIURATO:  Object to form.

THE WITNESS:  No one that -- not that I know of.

Q.    And the reason that you shared it with a journalist like Ms. O'Donnell was to put pressure back on your Uncle Ehsan and the plaintiff because of the lawsuit that was filed against you.  Right?

A.    Incorrect.

Q.    Okay.  Then why did you --

A.    Incorrect.

So when I had spoken to Lynne O'Donnell and she did her own selfish thing, when I had shared our lawsuit with Lynne and the lawsuit that you guys had against us, the point of it was to get my father's story out

Page 243

there.

We, as his four sons, and I wanted my father's story to reach all over the world and I wanted his story to be known on how he as a one-man person came to the United States and worked and lived the American dream and was able to provide for his family and bring his entire family over here and bring -- you know, I needed for his story to be out there, because this battle that we're facing today by these disgusting plaintiffs is a battle of legacy, and what they are -- what they did try to do and what they were trying to do was completely erase my father's legacy from the face of this earth, as well as his kids, and to make it seem like my father was zero.

And for that reason -- and in that moment in August of 2025 that -- that time and day where my father is in rehab and, you know, we're upset because my father's not feeling that well and we have a bunch of different emergencies that we're going through, to be hit with something as frivolous as this disgusting lawsuit, I would do anything for my father and my family and our honor and I would never let

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 244

anyone trample my father's name or his kids'

names or his wife's name.

Q.    And so you were -- to make sure I

understand, you were hoping that your father's

story as recounted in the draft lawsuit would

be disseminated as widely as possible?

MR. GIURATO:  Object to form.

THE WITNESS:  Incorrect.

My -- what I had spoken with Lynne

about was to talk about my father and about how

he opened up his own restaurant, how he worked

and how he did this and how he did that.

And without approval from my side,

she immediately posted this article which I had

asked her more than several times to remove and

which she has denied and has not even responded

nor decided to remove it for me, as well as

Stuart -- and Stuart as well.  They said that

they can't do anything.

So I've asked them multiple times to

have the article removed because that's not

what I wanted.  I wanted my father's story to

be out there.

BY MR. REAGIN:

Q.    You didn't want the parts of your

Page 245

father's story where he's accusing his brother --

A.    None of that stuff, no.

Q.    Okay.

A.    I only wanted his story for how he came to the country, what he did and how he's working.

And now today I'm supposedly a millionaire tycoon and his siblings are after his life and they're trying to erase his brother's legacy.

Q.    If that's what you wanted Ms. O'Donnell to write about, why couldn't you just tell her that?

A.    I did.

Q.    Why would you -- well, hang on.

Why would you give her the lawsuit that specifically alleges, you know, that Ehsan was masquerading as Sultan and that Sultan didn't know about the --

A.    I don't know.

I don't know why I did it.

Q.    Did you discuss with Ms. O'Donnell the issues with Mr. Bentham and Lord Cecil?

A.    No.

Page 246

Q.    Okay.  And so to the best of your knowledge, her description of those issues comes from elsewhere?

A.    Correct.

Q.    Okay.  Do you know who Ben Farmer is?

A.    No.

Q.    Okay.  Have you ever communicated with Ben Farmer on LinkedIn?

A.    Yes, once.

Q.    Okay.  So who is Ben Farmer?

A.    I don't know who he is.  I don't know who he is as a person.

      But I did contact him once, and he never responded or talked to me.

Q.    Why did you contact Ben Farmer?

A.    I wanted to ask him a question.

Q.    What was the question?

A.    I don't recall.

Q.    It's a fact, isn't it, Mr. Bayat, that you wanted to share similar information with Mr. Farmer as what you shared with Ms. O'Donnell?

A.    Incorrect.

      I had a question regarding an

Page 247

article that was on his page.

Q. Because the post that I have seen that you made to Mr. Farmer is saying that you have information that you think he would find interesting.

It doesn't mention any sort of question. It indicates that you want to provide him with information.

A. I'm protected by my First Amendment.

I could speak to any journalist or anybody.

Q. I'm not saying anything about your right --

A. And that's your speculation.

Q. It's not speculation. I've seen it.

So --

MR. GIURATO: Just listen to his question --

THE WITNESS: Okay.

MR. GIURATO: -- do your best to answer the question --

THE WITNESS: Okay.

MR. GIURATO: -- and then we'll move to the next question.

Page 248

BY MR. REAGIN:

Q.    I don't disagree that you can talk to who you want to talk to.

The law does impose some limits on the types of information that you can disseminate about people, but that's really not my question.

You suggested to me that you don't know who Ben Farmer is.  It sounds like you do know who Ben Farmer is.

You've suggested to me that you wanted to ask Ben Farmer a question.

I've told you that your outreach to Mr. Farmer references providing him with information.

A.    Okay.

Q.    And my question to you is:  The information that you wanted to provide to Ben Farmer is the same or similar information that you provided to Ms. O'Donnell.  Correct?

A.    Incorrect.

Q.    Okay.  What was the information you wanted to provide to Mr. Farmer?

A.    I think it was about Afghanistan or something in that line.

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 249

Q.   What would you have wanted to talk to Mr. Farmer about --

A.   I don't recall.

Q.   -- regarding Afghanistan?

A.   I don't recall.

He never responded back, so I don't recall.

Q.   Do you typically reach out to journalists with an interest in discussing things like Afghanistan?

A.   No.

Q.   So it would have been unusual for you to have contacted Mr. Farmer with an interest in discussing Afghanistan?

A.   Incorrect.

Throughout my career when I went to school I would contact journalists to get interviews for them for papers and ask questions or do projects and stuff like that, so that -- it's normal.

Q.   Okay.  So if we looked around, there ought to be other -- there ought to be records of other instances of you talking to journalists kind of generally --

A.   Correct.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 250

Q.      -- about global affairs?

A.      Correct, yes.

Q.      Okay.

A.      That's what I studied.  That's what I went to school for.

Q.      Do you know who Nazira Karimi is?

A.      Yes.

Q.      Isn't it true that you contacted Ms. Karimi and described for her similar information to what you told Ms. O'Donnell?

A.      Incorrect.

Q.      Okay.  And if Ms. Karimi says otherwise, what do you say?

MR. GIURATO:  Object to form.

Q.      She's lying?

A.      Repeat that again.

Q.      All right.

Ms. Karimi says that you contacted her to discuss similar information to what you'd discussed with Ms. O'Donnell.

That's not true?

A.      Incorrect.

I had talked to Ms. Karimi, Ms. Nazira, who was trying -- was asking me questions regarding to being able to fix the

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 251

family relationship.  She wanted to make amends in the family.  And she had asked me if we could meet up for like tea or coffee.

And she did mention about this lawsuit, and she was trying to figure out if we could work things out.  And she kept saying that somebody did some evil work on our family, and that's why everybody's disconnected and not together and all that stuff.

Q.    Is it your testimony that Ms. Nazira contacted you and not the other way around?

A.    I said that I contacted her.

Q.    Okay.  Well, you said she contacted you.

A.    Well, after I contacted her once, she contacted me several times afterwards, and she was asking about if we could fix the family relationship, family dynamics.

Q.    So you made the first outreach to Ms. Nazira.  Right?

A.    I don't recall.

Q.    I thought you just said you did.

A.    I don't recall.

Q.    Okay.

A.    Yeah, it could have been her or it

Page 252

could have been me, because she had my number.

Q.    No reason to dispute her account that you did it first?

A.    Okay.

Q.    Right?

A.    I don't recall.

Q.    And who is Ms. Nazira?

A.    She is an Afghan American news reporter, I believe.

I don't know much about what she does, but she's --

Q.    Okay.  Then why did you reach out to her?

A.    She was a very close friend of my father.

And she used to work for AWCC, and she hated Bassir so much.  She always complained of Bassir and she loved my father.  And Bassir was the one that fired her.

So she knew some of the family dynamics.  And she liked Ehsan, but she hated Bassir so much.

And they were very close.  Like she at one point tried helping me get jobs in DC a long time ago, so...

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 253

Q.    She was a reporter for your uncle's --

A.    Back in the day.

Q.    Right.  Which is something that you knew.  Right?

A.    Yes, I knew.

But back in the day though.  They didn't work for him now.

Q.    Right.

A.    Are we allowed to take a quick break?

Q.    Of course.

THE WITNESS:  All right.  How much longer do we have left, just curious, like hours wise?

MR. REAGIN:  I don't know.

THE VIDEOGRAPHER:  The time is 3:18 p.m.  We're going off the record.

(Recess was taken from 3:18 p.m. to 3:39 p.m.)

THE VIDEOGRAPHER:  The time is 3:39 p.m.  We're going back on the record.

Please proceed, Counsel.

BY MR. REAGIN:

Q.    Okay.  Mr. Bayat, we talked about

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 254



Veritext Legal Solutions

800.808.4958                                                770.343.9696

ATTORNEYS EYES ONLY

Mohammad "Matthew" Bayat

February 19, 2026

Bayat, Bassi v. Bayat, Sultan

Page 255



ATTORNEYS EYES ONLY

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 256

You know, I can tell you a particular instance.  One day one of my cousins was trying to show me something on his phone and he opened up his phone and there was over a hundred of my pictures on his phone.  And he told me that our uncles have all your pictures on their phones too.

And I asked him like, are you mentally okay.  And that terrified me.

And I want to reiterate one more time too, Patrick, that this is a crazy family that you're defending over here.  I'm sorry to say this, but we are victims.  All of us are victims of their abuse, their narcissistic, disgusting abuse.

Q.    Okay.  Let's try to keep it cabined.

A.    I couldn't.  That triggered me.  It gave me a trigger.

Survivors of narcissism and people who like to control others and try to figure out what they're doing in life and just trying to get the nitty bitty grits, that was a proper response.  I'm sorry.  We have the right to have an emotional response.  And that did give me a trigger of the past from these disgusting

Page 257

individuals.

Q.   Well, fair enough.  And I understand all family disputes kind of come with emotional baggage, but let's try to keep like direct insults and ad hominem and --

(Simultaneous crosstalk.)

THE WITNESS:  I'm sorry.  It just had -- it was just triggered.

Q.   Which cousin of yours had a bunch of pictures of you?

A.   All of them, but specifically my Aunt Arifa's son Ahmad.

And he told me that all of my uncles have my pictures on their phones and that I'm being watched 24/7 by all of them.

And that was a thing that I just didn't want to deal with it anymore.  I'm just exhausted from it.

Q.   And so do you currently have any active social media?

A.   No.

Q.   Okay.  Have you posted any information on social media about your father's siblings or this dispute?

A.   No.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 258

Q.    We've alluded a couple of times to the incident in Afghanistan.  Right?

A.    Yes.

Q.    Okay.  Did you travel to Afghanistan in or around 2019 for a family wedding?

A.    Yes.

Q.    And whose wedding was it?

A.    My cousin Hamid's wedding.

Q.    And Hamid is who's child?

A.    Arifa's son, oldest son.

Q.    Okay.  So Hamid, is that H-A-M-I-D?

A.    Yes.

Q.    Okay.  Hamid is Arifa's oldest son?

A.    Yes.

Q.    And he was getting married in Afghanistan?

A.    Correct.

Q.    Where did you stay during the wedding?

A.    My grandfather's house.

Q.    Okay.  You've described it as your grandfather's house.

      Do you have some reason to believe that it's not your Uncle Ehsan's house?

A.    It's my grandfather's home.

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 259

Q.    Based on?

A.    Based on the whole family knows that's my grandfather's home.

Q.    Okay.  At your grandfather's home, did you share a room with your father?

A.    Correct.

Q.    Okay.  And let's just give Stacey a little beat.

How long were you in Afghanistan for the wedding?

A.    I don't recall how long.

It could have been three days or a week.  I just don't remember off the top --

Q.    Okay.

A.    -- of my head, yes.

Q.    Fair enough.

You are aware that there have been terror attacks on wedding gatherings in Afghanistan.  Correct?

A.    Have I been aware?

Q.    Yeah.

A.    Yes.

Q.    Okay.  And you're aware that there have been kidnappings of wedding attendees in Afghanistan.  Correct?

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassir v. Bayat, Sultan

Page 260

A.      No, not -- I don't know that, no.

Q.      Okay.  In fact around the time of this 2019 wedding in Afghanistan, there had been prior terror attacks on wedding gatherings around that time.  Correct?

A.      I don't know.

Q.      Okay.  Whether you knew how recently those attacks had occurred or not, you would agree that the attendees at the wedding were admonished not to take and post pictures and video of the wedding.  Correct?

A.      Incorrect.

Q.      You're denying that that instruction was given to attendees?

A.      Correct, absolutely.

Q.      Okay.  And so if the other wedding attendees testify that they were all told that they shouldn't be using phones or taking pictures or videos, they're all lying?

A.      Yes.

Q.      Okay.

A.      And I will give you my narrative.  So --

MR. GIURATO:  Just answer the question.

Page 261

THE WITNESS:  Oh, okay.

Q.    Is it your testimony that
photography was not prohibited at the wedding?

A.    Correct.

Q.    Okay.  Is it your testimony that
most guests were allowed to keep their phones
at the wedding?

A.    Correct.

Q.    Okay.  Your testimony is that phones
of wedding guests were not collected from them?

A.    Incorrect.

Some were collected and some were
not collected.

Q.    Okay.  Why were some phones
collected?

A.    I don't know.

Q.    Your testimony is that some wedding
attendees' phones were collected --

A.    Correct.

Q.    -- and other wedding attendees'
phones were not collected, but you don't know
why?

A.    Yes.

Q.    Okay.  Was your phone collected?

A.    Yes.

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 262

Q.    Okay.  Were you told why your phone was collected?

A.    No.

Q.    Who collected your phone?

A.    The security.

Q.    When did they collect your phone?

A.    When I first arrived in Kabul outside the hotel around 3 p.m.

Q.    And this was security working for the hotel?  For your family?

A.    I don't know.

Q.    Okay.  And so they came up to you and they said what?

A.    They took my phone.

Q.    They said, give me your phone?

A.    Correct.

Q.    And you gave it to them?

A.    Correct.

Q.    And did you say, why should I give you my phone?

A.    No.

Q.    You just gave it to them?

A.    I just gave it.

Q.    Okay.  Did you think it was unusual that they were asking for your phone?

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 263

A.    I didn't question.

I was in a different country, different rules.  Armed security men asking you for stuff, you're obviously going to just listen and be like, all right, just don't do anything, here you go.

Q.    And it didn't strike you as unusual?

A.    It did strike me as unusual.

But I am in a foreign country.  I don't know the customs.  I don't know the cultures.  I'm an American.  I don't know.

Q.    Was this your first time in Afghanistan?

A.    This was my second time in Afghanistan about 12 years or 15 years apart.

Q.    Okay.  And so they take your phone when you arrive in Kabul.

So you don't have your phone during the wedding.  Right?

A.    Correct.

Q.    Did you have access to your father's phone during the wedding?

A.    Yes.

Q.    Did you use your father's phone during --

Page 264

A.    Yes, I did.

Q.    Let's give Stacey --

A.    Oh, okay.

Q.    -- a little pause?

A.    Thank you.

Q.    And did you take photographs and videos with your father's phone during the wedding?

A.    Yes, I did.

Q.    Okay.  Did you post any of those photos or videos to social media?

A.    Yes, I did.

Q.    Did people observe you taking pictures and videos with your father's phone at the wedding?

A.    Yes, they did.

Q.    And did people observe you posting those photos and videos to your social media?

A.    Yes, they did.

Q.    Did anyone at the wedding raise concerns about your posting of photographs and videos?

A.    Nope.

Q.    Okay.

A.    In fact, the plaintiff, Ehsan and

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassir v. Bayat, Sultan

Page 265

Bassir, were standing right next to me smiling while he was taking videos and pictures of other guests, attendees at the wedding.

Q.    Who is he?

A.    Ehsan --

Q.    Right.  You said --

A.    -- and Bassir.

Q.    Bassir and Ehsan were standing there smiling while he --

A.    While me, while I was taking videos and pictures --

Q.    Okay.

A.    -- while they were doing it as well.

Q.    Okay.

A.    And they had -- well, you could continue and I can tell you, so...

Q.    Okay.  Have you attended any Bayat family weddings specifically related to Ehsan's family in the US?

A.    Yes.

Q.    Okay.  Were you aware that at that time photography was also prohibited?

A.    No.

Q.    Okay.  And so if the attendees of those weddings testify that it was, they're

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 266

also lying?

    MR. GIURATO:  Object to form.

    THE WITNESS:  That's like -- we all had our phones in these weddings, so...

Q.    Okay.  Did your uncles Bassir and Ehsanolla confront you about your photographs and videos from the wedding?

A.    Incorrect.

Q.    Okay.

A.    No, they didn't.

Q.    Did your Uncle Bassir request access to your father's phone so that the photographs and videos could be deleted?

A.    No.

    He actually asked -- continue and I'll tell you.

Q.    Go ahead.

A.    No.

Q.    What were you going to say?

A.    I got sidetracked for a second there.

    But continue, please.

Q.    Yeah.

    But my question now is:  What were you going to say?

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 267

A.    I forgot.

Q.    Okay.  So Bassir and Ehsan don't raise any concerns about the phone, don't raise any concerns about the photo and video.

At some point you are visited, I guess, in the night at the house.  Right?

A.    Mm-hmm.

Q.    And people asked for your phone. Right?

A.    Mm-hmm.

Q.    Okay.  That's a yes?

A.    Yes.

Q.    And why do they tell you -- well, let me back up a second.

They asked for your father's phone. Right?

A.    No.

Q.    No.  Okay.

A.    No.

Q.    They ask for your phone?

A.    Correct.

Q.    And what do they tell you is the reason that they want your phone?

A.    They locked me in there.  They said, give me your phone.

Page 268

Q.    Okay.

A.    And I asked them why.

And they were yelling and screaming to the top of their lungs, specifically Ehsan. Okay?

Q.    Okay.

A.    He threatened me.  He made me shake. I was shaking.  I couldn't breathe.  My heart was pounding so hard.

And I asked to use the bedroom, but he wouldn't let me use the bathroom privately. He kept the door open on me, harassed me in that room and said, give me your fucking phone now, give your fucking phone.

And I said, why.

Give me your phone, I said, this is my house, it's my house, give me your fucking phone.

I said, why do you need my phone. And he wouldn't explain it for me.

I said, it doesn't make any sense for you to have my phone because I wasn't using my phone at the wedding, I got my phone after we left the wedding, my phone doesn't have any pictures or anything on it -- from the wedding

Page 269

on my phone.  But he wanted my phone.

Q.    Okay.  Do you think that your Uncle Ehsan could have been concerned about the physical safety of attendees at the wedding based on the posting --

A.    Absolutely not.

Q.    Do you think that your Uncle Ehsan could have been concerned about the physical safety of attendees at the wedding based on your admitted posting of photos and videos?

A.    Nope.

Q.    Okay.

A.    Because during that time while I had taken videos -- and I didn't post social media at that time.

When I took videos and pictures, my videos and my pictures and me dancing on that wedding, Ehsan himself sent it over -- all over the -- to New Jersey, to his family members, to my mother and to my mother's phone.

So during that time of that wedding, Ehsan himself sent my videos of me dancing and took pictures of me dancing with my cousins on Hamid's wedding to my mother and other bad family members and other random people, and I

Page 270

was posted on social media by my other cousins
as well, so...

Q.    Okay.  You testified earlier that
you posted the photos and videos.

As I understand it, they were
originally taken with your father's phone.
Right?

A.    Correct, yeah.

Q.    Your father, I presume -- but
correct me if I'm wrong -- does not himself, or
at this time did not have apps like Instagram
on his phone.  Right?

A.    No, he had Snapchat on his phone,
and I logged in to Snapchat.

Q.    Okay.  So you logged in to social
media from his phone --

A.    Yes.

Q.    -- to post?

A.    Correct.

Q.    Did you send or transfer photos or
videos from your --

A.    Nope.

Q.    Hang on.

A.    Yeah.

Q.    Did you send or transfer photos or

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 271

videos from your father's phone to your phone?

        A.     No.

        Q.     No?  Okay.

                MR. GIURATO:  Just give some time
before you answer.

                THE WITNESS:  Okay.

                Sorry.  It's giving me flashbacks.

                MR. GIURATO:  Just give some time
before you answer.

                THE WITNESS:  It's giving me
flashbacks because I didn't deserve that to
happen to me over there.

BY MR. REAGIN:

        Q.     Okay.

        A.     It's giving me anxiety, because I
did not deserve that.

                For anybody to have to go through
something humiliating and degrading like that
in Afghanistan by your own family and to have
to deal with this frivolous fucking lawsuit
today --

                MR. GIURATO:  All right.

                THE WITNESS:  I'm sorry.

                MR. GIURATO:  Please.

                THE WITNESS:  It just -- it has just

Page 272

gave me a flashback of how he treated me when I was there.  I'm sorry.

BY MR. REAGIN:

Q.    Okay.  Let me try to walk through some of this.

Assuming that your uncles were -- became aware that you had posted photos and videos to social media, how would they know that you hadn't transferred photos and videos from your father's phone to your phone?

A.    I don't know.

Q.    They would need to check your phone?

A.    I don't know.

And what I was told when I was -- by Ehsan and Bassir over there, they told me that they have access to everything on my phone through their phone networks, their security, their cybersecurity, whatever the hell that they have over there.  They knew who I was texting, who I was calling.  They had information.

They kept using threatening verbal language and making me try to be scared about what they had access to.

So I don't know.

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 273

Q.    Okay.  Other than checking your phone to make sure that photos and videos had not been transferred from your father's phone, how could they be comfortable that that had not occurred?

A.    Well, I didn't have my phone at the wedding.

Q.    Right.  You had your father's phone?

A.    That doesn't -- my phone was dead. I had no American charger for that phone.

Q.    Listen to my question.

A.    Yeah.

Q.    We know that you were taking photos and videos with your father's phone.  Right?

A.    Yes.

Q.    And that you were posting to social media.  Right?

A.    Yes.

Q.    It is conceivable that you would have sent photos and videos from your father's phone to your phone.

Other than checking your phone to ensure that that hadn't happened, how could anyone be sure that you hadn't done that?

A.    I had no charge on that phone.  I

Page 274

didn't have an adapter.  I didn't have a
charger.  My phone was dead.

That was the first night that I was
in Afghanistan.  I hadn't -- and by the time we
came back home, we were so tired, we all just
knocked out.  Like we slept.  We were sleeping.

Q.    Okay.  But if my phone dies --

A.    Yes.

Q.    -- that doesn't mean that I'm not
receiving things that people send to it or that
people can't send things to it?

A.    You can't send stuff through a phone
unless you have WiFi.

I had no service in Afghanistan.

Q.    You had your father's phone?

A.    Yes.

Q.    You were able to post to social
media from your father's phone?

A.    Yes, because he had -- I guess they
put an Afghan telephone thing for him --

Q.    Right.

A.    -- so he had --

Q.    So your father's phone could have
sent photos or videos to your phone?

A.    No.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 275

You need -- not in my phone.

Q.    You think your phone has to be on and connected to a network --

A.    On and connected if you want to send like -- what is that called -- personal -- no, AirDrop.

Q.    Okay.  But there are other ways to send files and videos?

A.    Well, I'm not that technologically advanced.

Q.    Okay.  You can text message them. Right?

A.    I did not.  I didn't --

Q.    Yeah.  But you could have is the point.

A.    I could have, but it costs a lot of money.

Q.    Okay.

A.    I wouldn't want to pay it.

Q.    And so my point is your uncles certainly would be aware that it's possible that you were sending in some way photos and videos from your father's phone to your phone.

And in order to confirm that that hadn't happened, even if that's what you were

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 276

telling them --

A.    Yeah.

Q.    -- they would need to look at your phone.  Right?

A.    They wouldn't need to look in my phone.

Q.    Okay.  Why?

A.    They wouldn't.  It just --

Q.    Why?

A.    My phone was dead.  My phone was dead.

I didn't use my phone.  I used my father's phone.

Q.    Okay.  But you could charge your phone, and when it turned on, it would receive images.  Right?

A.    Yeah.

Q.    Why does it matter that your phone's dead?

It doesn't matter, does it?

A.    It doesn't, no.

Q.    Right.

Aside from being concerned about the physical safety of wedding guests, what reason do you think your uncles would have for

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 277

becoming agitated and wanting to see your phone

in the middle of the night during the wedding

ceremonies?

MR. GIURATO:  Object to form.

THE WITNESS:  Repeat that question

again.

Q.    Yeah.

Aside from their concern about the

safety of wedding guests, what reason do you

think your uncles would have had to visit you

in the night and ask to see the contents of

your phone?

A.    You're asking me that question --

MR. GIURATO:  I'll object.

THE WITNESS:  No, I'll answer it.

To see if they could find anything

slimy or dirty in my phone so they could use it

against me in the future.

BY MR. REAGIN:

Q.    Okay.

A.    And I believe that because they

looked through 10,000 pictures on my phone,

from the first picture that I had on my phone

until the last one.  They looked through

10,000.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 278

So I only took three pictures.  One of them was the video and two of them were pictures of my cousin's wedding, and they went through 10,000 pictures of my phone and were asking questions about what is this, what is that, what is this, what is that.

So it wasn't about to see if there was a picture of a wedding --

Q.    Okay.

A.    -- because they themselves had taken pictures and videos of me at the wedding and they themselves did post my videos and my pictures of the wedding to other people around the United States.

Q.    Okay.  So --

A.    They themselves sent my videos to my mother via text message, so...

Q.    Right.  But they're not worried about your mother attacking the wedding congregation.  Right?

A.    It's social medial.

Who's in the United States?  Which friend do I have in the United States?

I have 20 friends on Instagram.

Which one of my friends is going to

Page 279

attack them from the United States?

It's hypocrisy.

Q.   I think there's a distinction between --

A.   That's hypocritical, being a hypocrite.

Q.   -- information getting on to social media and sending it to family members, but I'm not here to dispute that point with you.

A.   No.  It's they posted some of my videos on Instagram, on Snapchat, with an American audience, and I have American audience as friends too.

So what difference would it make?

It's just like a whole -- it's just a lie.

Q.   All right.  How old was your Uncle Bassir in 2019?

A.   I don't know how old they are, and I don't care.

Q.   Was he a Snapchat user?

A.   Who?

Q.   Your Uncle Bassir.

A.   No.  I don't know.

Q.   Oh, okay.

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 280

A.    I'm talking about --

Q.    How old is your Uncle Ehsan?

-- my other cousins.

(Simultaneous crosstalk.)

MR. GIURATO:  Don't talk over each other, both of you.

Q.    Okay.  How old was your Uncle Ehsan in 2019?

A.    I don't know.

Q.    Do you think he was a Snapchat user?

A.    Possibly.

He definitely has several social media accounts.

Q.    Okay.

A.    And his family.

And specifically it was several of my cousins that were there as well, so they all -- and I can't name them on top of my head which other ones had posted me, but my videos and my pictures were posted.

Q.    Okay.

A.    Mm-hmm.

Q.    Who specifically came in the night to inspect your phone?

A.    Both Bassir and Ehsan did.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 281

Q.    Okay.  And those are the only two people?

A.    Nope.

I had two security guards come. They took my father out of the bedroom.

Q.    Okay.

A.    Then they stepped outside, and Ehsan and Bassir were interrogating me inside of the bedroom.

But the yelling and the screaming and all of the phone action was from Ehsan.  It wasn't from Bassir.  Bassir just stood there like a dog, like a witness.

Q.    Okay.  These security personnel, let me ask you a question.

In traditional Afghan social and religious norms, it is not typically allowed that men who are unrelated to the family would be staying in a house with female family members.  Right?

A.    I don't -- I don't know where you're trying to go with that question.  That's kind of weird, but --

Q.    Is that yes or no?

A.    I don't know.

Veritext Legal Solutions
800.808.4958                                                    770.343.9696

Page 282

Q.    You don't know?  Okay.

A.    What the fuck?

Let's keep culture and religion out of this.

MR. GIURATO:  He's asking the questions.

THE WITNESS:  Oh, okay.

MR. GIURATO:  Just answer the questions.

THE WITNESS:  Oh, okay.

MR. GIURATO:  And if you know --

THE WITNESS:  I don't know.

MR. GIURATO:  -- you know, and if you don't, you don't.

MR. REAGIN:  Right.

MR. GIURATO:  Let's move on.

BY MR. REAGIN:

Q.    And so this is 2019.  Right?

At this point what beef, if any, do you have with Ehsan?

A.    That experience in itself was a terrifying experience, Patrick.

For anyone to have to go through that type of humiliation and that type of not knowing whether you're going to be able to

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassir v. Bayat, Sultan

Page 283

leave Afghanistan alive, because these men were capable of doing anything.

And that situation that I was in, if I hadn't kept my mouth shut and if I didn't swallow my words or if God forbid I went out of character, they had all the resources to take my body, kill me somewhere and dump me somewhere. Okay?

Q. All right. Well, that's --

A. I'm just being honest with you that -- you asked me the question and I'm answering to you.

Q. Well, here comes another question, which is really what my original question was.

It's 2019. Right? We haven't had the phone call in 2024, et cetera.

You've testified that your Uncle Ehsan barged into your room in the middle of the night, began screaming at you, I guess locked you in there.

A. Yes.

Q. And I think you said that the idea was that he was looking for anything slimy he could find --

A. Correct.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 284

Q.      -- on your phone.

A.      Yes.

Q.      Right?

        MR. GIURATO:  Let him finish --

        THE WITNESS:  Okay.

        MR. GIURATO:  -- the question.

Q.      What reason in your mind would your Uncle Ehsan have in 2019 to suspect that there was something on your phone sufficient to warrant barging into your room with armed guards to dig through all of your photographs?

A.      That's a question that you can ask him because I don't know.  I don't know.

Q.      Okay.  Other than what I have heard, which is that it relates to the safety of wedding guests, you can't think of any other reason why he would want to be doing that?

A.      I don't need to give like the full thing of it.

        But obviously throughout our life, it's just keep your friends close and your enemies closer.

        And he always was after me to try to find something behind my back or to keep to have against me.  And sometimes my family, when

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 285

they would go to Thanksgiving meetings and --
in Georgia and the guys would go hunting or
whatever and if they held the gun or Ehsan held
the gun, my brothers wanted to take a picture.
And he would say, no, don't take that because
you're going to blackmail me.  Like you guys
got to be careful because we blackmail people a
lot through pictures.

So those things were always in the
back of my head to make sure that you're very
careful against these crazy individuals who
don't hold themselves accountable and they're
capable of doing horrible things really.

Q.    Okay.  But you testified earlier
that you used to have a good relationship with
your Uncle Ehsan, used to look up to him.

A.    Not a good relationship.

I used to look up to him.

Q.    Okay.

A.    I used to look up to him.  I used to
think that he was an amazing person.

He has no sons.  He has no sons.
He's stuck with three daughters.  And we told
his daughter -- we told our uncle, hey, uncle,
like you have no sons, like we're going to be

Page 286

your sons from the day that we're alive until the day that we die, we'll serve you, we'll help you, we'll do everything that you need.

And the same thing with our girl cousins, Miriam, Michelle and Zara (phonetic), we told them like, hey, you guys have no brothers, like we're going to be your brothers, like we're your brothers, like we love you guys, whatever.

But it just -- you know, you can feel when energy's off and you could feel when there's hidden motives.  I just can't explain it to you.

But after -- a true uncle, someone who's like your blood relative, would not want to hurt you like that in Afghanistan and terrorize you in such a way where you have flashbacks about that day till this day.

And you kind of just want to like, you know what, now that I know, I'm just going to, you know, keep my distance from you because that was unacceptable.

Q.    And like that's what I can't put my finger on, Mr. Bayat.

In 2019, as far as I understand it,

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 287

there's not been some major rift with your

Uncle Ehsan, there's not some specific reason,

at least that I've heard --

        A.      After -- after --

        Q.      Hang on.

        A.      Okay.

        Q.      In 2019, as far as I've heard the

testimony, I'm not aware -- you haven't

identified for me some event that would have

caused your Uncle Ehsan to have it out for you

in this way that from my perspective would

justify this rather significant intrusion in

the middle of the night.

                And I keep sort of asking you why

you think he would do that at this point in

time, in 2019.  I understand there's a lot of

water under the bridge now.

                But in 2019, what can you tell me

that you think would have justified Ehsan

wanting to treat you in this way?

                MR. GIURATO:  Object to form, asked

and answered.

                MR. REAGIN:  I don't think it has

been.

                MR. GIURATO:  I think it has.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 288

THE WITNESS:  Well, I think I've answered it more than once tonight.

BY MR. REAGIN:

Q.    What happened?

A.    In Afghanistan in 2019, it was the perfect opportunity for him to do whatever the fuck that he wanted because --

Q.    I'm not asking that.

A.    Yes.

Q.    And let's be very clear about what I'm asking.

A.    Yes.

Q.    I understand what happened in 2019. I understand how you feel about what --

A.    Yes.

Q.    -- happened in 2019.

The position that has been taken in this case by the people involved is that they visited you in the night to inspect your phone to see if photos and videos from the wedding were on it because they were worried about the safety of their guests.

You seem not to accept that explanation.

A.    I don't.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 289

Q.    Hang on.

And I have yet to hear something that would plausibly explain why your uncles would want to do that to you.

MR. GIURATO:  Object to form and to the soliloquy of what you think.

Go ahead and answer the question.

THE WITNESS:  I'm not going to -- I don't know what to answer.  Like I don't know what to say.

BY MR. REAGIN:

Q.    Let's put it this way.

Sitting here today, you cannot think of anything specific that would have motivated your uncles to do this thing relating to the phone in Afghanistan in 2019.  Correct?

MR. GIURATO:  Object to form, asked and answered.

Go ahead and answer again.

THE WITNESS:  Ask again.

BY MR. REAGIN:

Q.    Sitting here today, you cannot identify any specific thing that would have motivated your uncles --

A.    Of course I could.

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 290

Jealousy.  They've always been jealous of us, so I'm going to say they're jealous.

Q.    Okay.  Your uncles are so jealous of you --

A.    Yes.

Q.    -- that they want to barge into your room in the middle of the night --

A.    Yes.

Q.    -- and go through your phone?

A.    To go through my phone to be able to find something where they could use it against me or my family in the future and to use that as ammo.

And you can not believe it or you can believe it, but from what I have been through throughout my 32 years of life by this narcissistic family, you wouldn't be able to understand.

So of course I'm going to call it out and say jealous, dangerous, nosy, anything that you could think of.

Q.    Okay.

A.    That's the truth.

Q.    So if I'm hearing you correctly,

Page 291

because I do want to move off this subject, is the most specific thing you can come up with as to why your uncles would have done this in 2019, if not for the reason that they have given about wedding attendee safety, is that they're jealous of you?

A.    Yes, correct.

MR. GIURATO:  Object to form.

THE WITNESS:  And -- and after that incident that occurred when I was in that bedroom for two days, my cousins came to me who were -- who that attended, and they said, you know why the uncles hate you guys so much and they're doing this to you.  And I asked him, why.

He said, because they think that you guys think that you're better than all of us, all of us.

And I said that we're the most humble people out here.  We don't think that we're better than anybody else.  This is not right for me to be treated this way.  It's not right.

And they said, yeah, they think -- they always sit in meetings, they cross their

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 292

legs over themselves and they talk so much shit

about us, and that's why they don't like us,

so...

BY MR. REAGIN:

Q.    Okay.  Just so the record's clear

because I think Gerry was objecting while you

were answering, the only specific thing you can

come up with at this point as to why your

uncles may have visited you in the night in

2019 to inspect your phone, if not for the

reason that they have given, is that they're

jealous of you.  Correct?

A.    Jealousy.

MR. GIURATO:  First, I'll object to

form.

Second, the answer was clear.  I

objected before he answered.  So I'm objecting

again for asked and answered.

THE WITNESS:  And it could have

possibly been he wanted to see if I took any --

because there were Taliban present at the

wedding.

Maybe he thought I had taken

pictures of Taliban or security and he wanted

to make sure that I was not in possession of

Page 293

any of those items.

BY MR. REAGIN:

Q.    Okay.  Well, this is now a new thing.  And this is part of why I ask these questions a few times, because I often get different answers.

So how do you know that there were Taliban present at the wedding?

A.    My cousin told me --

Q.    Okay.

A.    -- at the wedding.

Q.    So the reasons why your uncles may have visited you to do this are, A, jealousy.  Right?

A.    Jealousy, correct.

Q.    And B, the potential presence of Taliban in --

A.    Photos, correct.

Q.    Okay.  Any other reasons?

A.    And to find something against me.

Q.    Okay.

A.    To find something, yeah.

Q.    And they want to find something against you because they're jealous of you?

A.    I don't know.

Page 294

To find something to use against me in future.  I don't know.

Q.    Okay.

A.    Yes.

Q.    Any other reason?  Okay.

This incident relating to the phone in 2019 in Afghanistan has affected how you feel about your uncles Bassir and Ehsan.  Correct?

A.    Correct, yes.

Q.    And you're angry at them.  Right?

A.    I'm not angry at them.

I forgive, but I will never forget.

Q.    Okay.  Has any of your conduct in connection with outreach to journalists related to your anger over this incident?

A.    No, absolutely not.

Q.    All right.  I want to shift gears and I want to discuss your father's health.

And I understand that this is a sensitive subject, as it would be for anybody.

A.    Yes.

Q.    And I just want to make my intentions clear.  It is to build a clear record.  It is so that I can have information

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 295



Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 296



800.808.4958                                                      770.343.9696

CONFIDENTIAL

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 297



CONFIDENTIAL

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 298



Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 299



Veritext Legal Solutions

ATTORNEYS EYES ONLY

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bass iv. Bayat, Sultan

Page 300



CONFIDENTIAL

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 301



CONFIDENTIAL

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 302



CONFIDENTIAL

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 303



CONFIDENTIAL

Mohammad "Matthew" Bayat                                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 304



Veritext Legal Solutions

800.808.4958                                                770.343.9696

CONFIDENTIAL

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 305



Veritext Legal Solutions

800.808.4958

770.343.9696

CONFIDENTIAL

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 306



Page 307



CONFIDENTIAL

Mohammad "Matthew" Bayat                           February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 308



800.808.4958                                       770.343.9696

CONFIDENTIAL



CONFIDENTIAL

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 310



Page 311

father continues his recovery, as I understood it, your brother Al is managing the property?

A.    My brother Ali.

Q.    Ali.  Sorry.

To your knowledge, does Ali have any experience managing commercial property?

A.    Yes.

Q.    Okay.  And what is that experience?

A.    I mean, he was trained by my father, so he has whatever knowledge that my father has given him.

He's utilizing it to manage our property.

Q.    Okay.  So over the years, Ali has worked for your father in managing the property?

A.    Yes.

Q.    Okay.

A.    Without salary.

Q.    Without being paid?

A.    Without being paid.

Q.    Okay.  When was the New Jersey residence in Paramus sold?

A.    November?  November.

Q.    In 2025.  Right?

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 312

A.     Correct.

Q.     So late last year?

A.     Yes.

Q.     Do you know what happened to the proceeds of that sale?

A.     I don't know.

Q.     Okay.  Had -- I think this is right, but I want to make sure I kept it straight.

Did your family already own the house in Virginia at the time that New Jersey house was sold?

A.     Yes.

Q.     Okay.  And whose name is the Virginia house in?

A.     Under my mother and father.

Q.     Before you sold or your family sold Mill Run in Paramus, New Jersey, did you do improvements to that property?

A.     Yes.

Q.     Do you know where the funds for those improvements came from?

A.     Which improvement are we talking about?

Q.     Any of them.

A.     They came from my father.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 313

Q.    Okay.  Your father paid for the improvements to Mill Run?

A.    Yes.

Q.    Okay.  To your knowledge are there any plans to sell the property at 1437 Second Avenue?

A.    Yes.

Q.    Okay.  And what are those plans?

A.    I just know that we've -- they've talked about it.

Q.    Who's "they"?

A.    Our family, my father, my mother.

Q.    How recently?

A.    It's been an ongoing conversation since we were kids.

So every year or two years -- every year once or twice a year, they would mention it.

Q.    So there's kind of an ongoing background discussion about selling the property one day?

A.    Correct.

Q.    To your knowledge have those discussions become more imminent or specific recently?

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 314



Veritext Legal Solutions
800.808.4958                                                    770.343.9696

CONFIDENTIAL

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 315

employer -- and I apologize.  I don't have the name in front of me.

Q.    Who's your current employer?

A.    Youth For Tomorrow.

Q.    Okay.  Before Youth For Tomorrow, where did you work?

A.    I was searching for jobs, so I had no job.

Q.    Okay.  Is Youth For Tomorrow your first full-time job?

A.    Incorrect.

Q.    What was your full-time job before that?

A.    GTFM.

Q.    Sorry.  What's that?

A.    GTFM.

Q.    GTFM.

A.    Yeah.

Q.    What is GTFM?

A.    It was a construction company.

I was doing office work for them.

Q.    During what time period were you working for GTFM?

A.    I don't know.  It's been a while.

Q.    More than five years ago?

Mohammad "Matthew" Bayat                     February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 316

A.      What does this have to do with the case?

Q.      Doesn't matter.

MR. GIURATO:  Just answer the question.

THE WITNESS:  Yeah, I don't know.

Q.      You don't know if it was more than five years ago?

A.      I don't know, no.

Q.      Okay.  Well, did you join Youth For Tomorrow after completing your Master's?

A.      Correct.

Q.      Were you working for GTFM while pursuing your Master's?

A.      Yes, for a little bit.

Q.      So your work for GTFM would have been during the time period that you were studying in your Master's program?

A.      Correct.

Q.      Did you work for them before that?

A.      Yeah -- no.

Q.      Okay.  So your work for GTFM would have been sometime during the period that you were pursuing your Master's at Seton Hall. Right?

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 317



CONFIDENTIAL

Mohammad "Matthew" Bayat                          February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 318



Veritext Legal Solutions

800.808.4958                                      770.343.9696

CONFIDENTIAL

Page 319

A.    Yes.

Q.    Okay.  Was this while you were getting your Bachelor's degree?

A.    Yes.

Q.    So this was part-time work?

A.    Full time.

Q.    Okay.  You were working full time and getting your undergraduate degree?

A.    Yes.

At that time I do believe -- actually, I don't want to even -- just remove that completely because I don't remember.

So I don't remember.  For the last one, I don't remember.

Q.    You don't remember what?

A.    I don't remember the dates and the times, so I don't want to lie.

Q.    Okay.  So you may or may not have been working while pursuing your Bachelor's degree?

A.    Correct.

Q.    Okay.  Did you work before pursuing your Bachelor's --

A.    No.

Q.    Okay.  So was there a gap between

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 320

your Bachelor's and your Master's?

A.    I don't remember.

Q.    You don't know if there was any time between when you got your Bachelor's degree and your Master's degree?

A.    I don't remember.

Q.    Did you go straight from your Bachelor's program into your Master's?

A.    A year.

I think I had a space in between, a year, a year and a half.

Q.    Okay.  So there was --

A.    There was a gap.

Q.    There was a gap?

A.    Yes.

Q.    Okay.  And it's possible that this work for a nonprofit was in that gap?

A.    No.

Q.    No?

A.    It was before.

Q.    Okay.  So before the gap, you were an undergrad?

A.    Correct.

And then after the gap, I was studying to take the LSATs.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 321

Q.    Okay.

A.    The LSATs.  And I was very busy studying, so I pursued trying to get a good grade on the LSATs.

So I think it was for a year or a year and a half after I graduated my undergrad that I was working forward to.

Q.    So you complete your undergrad.

There's a gap of a year to a year and a half before your Master's.  Right?

A.    That's correct.

Q.    And your work for this nonprofit was in that gap?

A.    Before, before the gap.

Q.    Okay.  Before the gap you're in undergrad.

A.    Yes.

Q.    So the work for the nonprofit was while you were --

A.    While I was undergrad, correct.

(Simultaneous crosstalk.)

Q.    And the work for the nonprofit was full time?

A.    Yes.

It was online.

Page 322

Q.    Okay.  So you're working full-time online and getting your undergrad degree?

A.    Correct.

It was very easy, easy work.

Q.    Okay.  What does "full time" mean for you?

A.    Every day you just got to pop in your head like online and do work for them, meetings, answer some e-mails, some maintenance stuff.  That's all.

Q.    Was it more or less than 40 hours a week?

A.    Less than.

Q.    Okay.  Approximately how many hours per week?

A.    30, 35.

Q.    And what is the name of this nonprofit?

A.    I don't remember.

They changed their name.

Q.    What was it when you worked there?

A.    Womans for Peace or something like that.

Q.    All right.  Other than the jobs we've discussed in your work for Womans for

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 323



CONFIDENTIAL

Page 324

nonprofit.

After the nonprofit, administrative work for GTFM, and then today work for Youth For Tomorrow.

That summarizes your work history. Right?

A.    Correct.

Q.    Okay.  Do you -- were you ever terminated or fired from any of these employers?

A.    No.

Q.    Do you -- sorry.

What is Sultan Honey and Saffron, LLC?

A.    That was the company that my dad decided to start to like sell saffron and honey.

But it was a failed business, so...

Q.    Did you work for Sultan Honey and Saffron?

A.    I helped manage it a little bit, yeah.

Q.    Were you paid for that work?

A.    No.

Q.    Okay.  Other than your current

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 325



ATTORNEYS EYES ONLY

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 326



CONFIDENTIAL

Page 327



CONFIDENTIAL

Mohammad "Matthew" Bayat                              February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 328

Q.    Okay.  But I guess whatever proceeds were generated by that sale, your father kept them or --

A.    Yes, he kept them for himself.

Q.    Okay.  Other than the Honda Accord, you don't own any other vehicles?

A.    No.

Q.    Do you lease any other vehicles?

A.    No.

Q.    Okay.  You don't rent any other property?

A.    No.

Q.    Do you own any luxury watches?

A.    No.

Q.    Okay.  What about jewelry?

A.    This is a ring that my dad got me (indicating), and this is a ring that my mom got me (indicating).

That's it.

Q.    That's the extent of it?

A.    (Inaudible.)

(Reporter clarification.)

THE WITNESS:  Yes.

He asked whether I have a lot of jewelry or stuff like that.  I have just two

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 329



ATTORNEYS EYES ONLY

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 330



CONFIDENTIAL

Mohammad "Matthew" Bayat

February 19, 2026

Bayat, Bassirv. Bayat, Sultan

Page 331



ATTORNEYS EYES ONLY

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 332



Veritext Legal Solutions
800.808.4958                                                    770.343.9696

CONFIDENTIAL

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 333



Veritext Legal Solutions

800.808.4958                                              770.343.9696

CONFIDENTIAL

Mohammad "Matthew" Bayat                          February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 334



CONFIDENTIAL

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 335



CONFIDENTIAL

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 336



CONFIDENTIAL

Page 337

documents that one side is asking for.

And so the plaintiff has served discovery on the defendants.  The defendants have served discovery on the plaintiff.

Have you participated in preparing answers to that discovery in this case?

A.    I participated for my own -- for whatever that's needed from me.

Q.    Right.  So if there is a request that's directed at you --

A.    I handle -- I handle it, yes.

Q.    -- you provide the information?

A.    Yes.

Q.    Okay.  But if it's directed to your father or your brothers, they --

A.    They handle it on their own.

Q.    Okay.  Have you reviewed the Requests for Admission that were served on the defendants in this case?

A.    Which one was that?  When was that one?

Q.    So it would say like, admit that in 2006 the air rights were sold, admit that in 2006 proceeds from the sale were distributed.

It's a long list of questions like

Page 338

that.

A.    I believe I did review one, but I don't think it was -- I don't know if it was due or not.  I don't know.

Q.    Okay.  You don't think that you saw like the whole list of requests?

A.    No, I saw everything on -- but I just -- I'm not -- I don't know what your question is.

Q.    I'm just asking if you have read that set of Requests for Admissions.

A.    I don't recall at --

Q.    Okay.

A.    -- the moment.  Sorry.  Yeah.

Q.    Do you know if you read the defendants' responses to the Requests for Admission before they were served on us?

A.    Our response?

Q.    Yeah.

A.    Yes.

Q.    Okay.  So you reviewed that?

A.    Yes.

Q.    And everything in there was true?

A.    To the best of my knowledge, correct.

Page 339

Q.    Okay.  And the same is true of any Interrogatory responses that were served on your behalf.  Correct?

A.    Correct.

Q.    All right.  Other than what we've discussed up to this point, is there anything else you think it's important for me to know about this dispute?

A.    Like I mentioned earlier, Patrick, the -- this is a legacy battle that they have lodged against our family.  It's just to destroy my dad's legacy of what he has, what he started, and the same thing for his kids and his wife.

It's a frivolous lawsuit in my opinion, and that's basically what I just have to say is like it's a frivolous lawsuit.

It was intended to cause -- it was made in bad faith and intended to cause embarrassment, delay from us moving on with our life and starting our lives.  It's a time for us to -- yeah, that's what I just have to say and nothing more than that.

MR. REAGIN:  Okay.  Let's go off the record.

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 340

THE VIDEOGRAPHER:  The time is 5:10 p.m.  We are going off the record.

(Recess was taken from 5:10 p.m. to 5:13 p.m.)

THE VIDEOGRAPHER:  The time is 5:13 p.m.  We're going back on the record.

Please proceed, Counsel.

BY MR. REAGIN:

Q.    Mr. Bayat, when you communicated with Mr. Bentham and Lord Cecil, did you ever communicate with them by e-mail?

A.    No.

Q.    Did you ever text message with them?

A.    Oh, yes, I did e-mail and text message.

Q.    Okay.  Have you ever told anyone in the Afghan community that your father's siblings practiced --

A.    Oh, so sorry.

Q.    Sorry.

Have you -- have you ever told anyone in the Afghan community that your father's siblings practiced black magic?

A.    What does that have to do with this case?

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassi v. Bayat, Sultan

Page 341



Veritext Legal Solutions

800.808.4958                                        770.343.9696

CONFIDENTIAL

Page 342



CONFIDENTIAL

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 343



Page 344



CONFIDENTIAL

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 345



CONFIDENTIAL

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 346



CONFIDENTIAL

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 347



Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

Page 348



Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 349



Veritext Legal Solutions

800.808.4958                                          770.343.9696

CONFIDENTIAL

Page 350



CONFIDENTIAL

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 351

today to the best of your knowledge?

A.    To the best of my knowledge, Patrick, yes.

I'm tired.  It's been what, how many hours?

Q.    So you did testify truthfully today.  Right?

A.    To the best of my knowledge, yes.

Q.    Okay.

MR. REAGIN:  I don't have any further questions.

I assume you don't have any questions.

MR. GIURATO:  No questions here.

MR. REAGIN:  All right.  Let's go off the record.

THE VIDEOGRAPHER:  The time is approximately 5:23 p.m.

We're going off the record.

(Deposition adjourned at 5:23 p.m.)

Page 352

District of Columbia, to wit:

I, Stacey L. Daywalt, a Notary Public of the District of Columbia, do hereby certify that the within-named witness remotely appeared before me at the time and place herein set out, and after having been duly sworn by me, according to law, was examined by Counsel.

I further certify that the examination was recorded stenographically by me and this transcript is a true record of the proceedings.

I further certify that I am not of counsel to any of the parties, nor an employee of counsel, nor related to any of the parties, nor in any way interested in the outcome of this action.

As witness my hand and Notarial Seal this 5th day of March, 2026.

Stacey L. Daywalt, Notary Public

My Commission Expires:   4/14/2026

Page 353

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections.  You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you.  If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

Page 354

- - - - -

E  R  R  A  T  A

- - - - -

PAGE LINE     CHANGE

_ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason for

Change:_____

_ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason for

Change:_____

_ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason for

Change:_____

_ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason for Change:

_____

_ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason for Change:

_____

_ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason for Change:

_____

_ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason for Change:

_____

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

Page 355

ACKNOWLEDGMENT OF DEPONENT

I, MATTHEW BAYAT, do hereby certify that I have read the foregoing pages 1 to 355 and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____      _____

DATE               SIGNATURE

Subscribed and sworn to before me this _____ day of _____, 2026.

My commission expires:

_____

_____

Notary Public

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[& - 2023]**

Page 1

**&**

**&**   1:17 2:4,12

**1**

**1**   3:8 4:10
45:14,15 46:8
46:13,20 51:5
52:15 55:24
61:18 62:24
63:24 66:20
89:16 115:18
355:3
**10,000**   277:22
277:25 278:4
325:11
**1085**   1:6 4:16
**10:29**   43:10,12
**10:30**   43:10
**10:49**   43:13,15
**1100**   1:19 4:18
**1180**   2:6
**11886**   352:21
**12**   58:16,18
59:2,10,13
263:15 295:15
**122**   3:10
**12:04**   122:6,8
**12:49**   122:9,11
**13**   226:9
**13th**   226:25
**14**   3:18
**1437**   43:25
70:23 128:1
313:5

**14813**   36:2
**14th**   46:19
**15**   3:8 53:22
122:2 143:5
263:15 323:18
**1501**   2:15
**16**   38:25
**17**   327:14
**17th**   1:18 4:18
**18**   123:12
**1800**   2:6
**19**   1:12 3:10,11
4:3 24:13
**1980s**   95:1,7
**1990s**   98:16
**1991**   82:19
85:11,16 86:3
86:6 121:5
238:17
**1992**   121:11,20
121:22
**1993**   58:21
82:14
**1:58**   192:25
193:2

**2**

**2**   3:9 52:14
122:18,19,21
**2.6**   112:5
**20**   113:5,25
278:24
**200**   115:6

**2000**   33:9
38:25 171:17
178:17
**20006**   1:19
4:19
**2005**   59:3
**2006**   98:24
100:1,9,12,14
100:22 101:10
101:19 102:8
102:14,19
103:5,9 104:2
104:14 106:3
106:12 107:3,8
107:15 108:9
108:15,23
110:13,16,20
111:13,21
112:6,13
113:22 117:10
118:14,19
120:9,10,15,22
123:12 124:1
127:16 230:8
337:23,24
**2014**   53:14
61:21 63:2,9
63:13,23 64:5
64:15 65:2
76:17,18 77:1
**20148**   6:12
**2015**   6:15 30:4
30:7 184:20

**2016**   39:1
171:11
**2018**   162:1,2,5
162:14,23
163:5,7 166:9
166:20 168:15
169:4 179:8
**2019**   258:5
260:3 279:18
280:8 282:18
283:15 284:8
286:25 287:7
287:16,18
288:5,13,16
289:16 291:4
292:10 294:7
310:9
**2020**   53:8,14
61:22 63:2,9
64:12 179:13
**2021**   53:4,9
63:23
**2022**   39:4
52:17,22 53:4
62:6 63:3,12
63:23 64:5,6
64:12,16,25
65:2,7,11,14,20
87:18,19 148:6
159:6,10
**2023**   33:1
159:7,9,16
169:21 177:11
178:3,13,14

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[2023 - able]**

Page 2

200:9 201:3
202:4 203:22
204:2,22 205:1
205:25 206:5
206:10 218:15
**2024** 33:2
167:14 208:1
212:17 216:19
216:22 217:15
218:17,23,24
220:16 283:16
**2025** 46:19,22
48:18 63:14,25
225:18 226:9
227:1 243:18
311:25
**2026** 1:12 4:3
110:14 112:1,8
352:18 355:15
**204** 116:23
117:2
**206** 3:11
**21** 7:17 83:6
**22** 83:6
**226** 3:13
**23** 159:6
**236** 3:18
**24** 83:6 225:20
**24/7** 257:15
**25** 225:21,24
**25,000** 115:21
115:22 124:12
125:1,23
126:19,22

**2:19** 193:3,5

**3**

**3** 3:11 206:14
206:19 217:15
262:8
**3,000** 41:15
325:5,7
**30** 317:15
322:16 353:15
**30,000** 81:21
314:18 317:13
**30309** 2:7
**31** 83:5
**32** 290:17
**32207** 2:16
**35** 322:16
**355** 355:3
**3:18** 253:18,19
**3:25** 1:6 4:16
**3:39** 253:20,22

**4**

**4** 3:12 115:18
225:19 226:6,7
226:9
**4,000** 41:8,9
**4/14/2026**
352:23
**40** 42:6 322:11
**40-12** 206:18
**400,000** 116:3
**404** 2:8
**43400** 6:11
299:15

**440** 75:15
**45** 3:8
**48-1** 122:23
**48-5** 123:7
**4:25** 309:9,10
**4:42** 309:11,13

**5**

**5** 3:4
**5,000** 41:8,9
330:2
**50** 317:16
318:21
**50,000** 317:10
317:12 318:22
**50/50** 37:5
**500** 115:2
172:20 327:6
**574** 75:9 76:22
76:24
**598-9282** 2:17
**5:10** 340:2,3
**5:13** 340:4,6
**5:23** 351:18,20
**5th** 211:2
352:18

**6**

**6,000** 325:9,12
325:13,14
**60,000** 112:3,7
**600** 172:20

**7**

**7** 3:13
**70** 41:20,20,21
42:3,17

**8**

**8,000** 325:12,16
**8/13/25** 3:13
226:8
**80** 42:4,4
**800** 1:18 4:18
**817-8433** 2:8

**9**

**904** 2:17
**9:51** 1:13 4:2

**a**

**a.m.** 1:13 4:2
43:10,12,13,15
**ability** 10:6
331:7 334:25
**able** 17:20
22:13 23:21,22
23:23 49:22
60:11 66:7
68:4 90:6,9,18
91:3,13,14
94:4,14 112:25
114:5,13
146:22 180:4
185:1,2 209:4
243:7 250:25
274:17 282:25
290:11,18

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[able - admonished]**

Page 3

305:13 308:11
309:5 345:20
**above** 238:18
**absolutely**
25:24 64:17
76:25 82:12
89:11 93:15
113:8 120:20
132:14 161:15
176:24 260:15
269:6 294:17
**abuse** 256:14
256:15
**accept** 20:7
288:23
**acceptable**
333:23
**accepted** 18:22
**access** 57:1,5,8
70:25 71:3
74:5,10 78:17
78:20 80:14
81:10,14 116:4
157:18 226:16
263:21 266:11
272:16,24
**accidentally**
187:1
**accord** 326:24
326:25 327:5
328:5
**account** 68:25
69:4,22 70:1,3
70:5,8,11,12

79:15,18 252:2
254:2,11,24
**accountable**
285:12
**accountant**
87:9 349:22
**accounts** 78:18
78:21 131:15
255:18 280:13
**accurate** 62:21
62:23 63:5,12
64:1,2,3,14
96:25 353:18
**accurately** 63:6
**accuse** 221:13
**accused** 226:24
**accusing**
196:23 232:8
245:1
**achievements**
94:15
**acknowledg...**
355:1
**acquainted**
33:19
**acquired** 82:19
82:22 83:11
92:21
**acquisition**
84:11,14
**act** 78:23 113:7
114:1 116:18
116:19,25
117:3,10,16

**acting** 141:13
**action** 281:11
352:16
**active** 257:20
304:13
**activities** 135:4
**activity** 69:3
301:4
**acts** 140:3
170:22
**actual** 76:6
213:2
**actually** 14:16
47:7 51:13
67:20 93:22
96:24 97:3
101:2 123:5
178:14 218:18
218:19 225:21
232:11 266:15
297:15 319:11
**ad** 257:5
**adapter** 274:1
**added** 307:24
307:24
**additional**
127:1
**address** 6:7
7:15,21 18:14
18:15,21 19:7
19:17 20:4
21:4 35:6,25
75:10 78:2
229:15

**addressed**
123:16 200:5
**addresses** 8:2
18:3 19:20
35:16
**adjourned**
351:20
**admin** 47:22
48:1,11,14,18
49:3,12,17
50:4,20 51:14
51:16
**administrative**
48:22 52:16
53:7,13,19
60:15,17 61:14
63:1,22 65:4
67:16 76:6
130:16 183:14
183:22 317:20
324:2
**administrativ...**
63:10 66:11
**admission**
337:18 338:17
**admissions**
338:11
**admit** 336:24
337:22,23
**admitted**
269:10
**admonished**
260:10

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[admonition - allegations]**                                    Page 4

| | | | |
|---|---|---|---|
| **admonition** 8:6 | 25:15,19,22 | **agreed** 91:19 | 127:16 205:10 |
| 15:13 105:7 | 26:14 89:22 | **agreement** 7:12 | 205:19 229:20 |
| 128:8 131:11 | 139:22 146:15 | 87:4 88:20 | 230:6,13,24 |
| 192:14 | 152:1 154:24 | 89:1,15 134:14 | 232:9,16 |
| **advance** 86:5 | 155:1 248:24 | 134:18 | 235:22 237:13 |
| 109:15 | 249:4,10,14 | **agreements** | 238:25 239:2,4 |
| **advanced** 34:9 | 258:2,4,16 | 84:25 85:4,8 | 337:23 |
| 275:10 306:12 | 259:9,19,25 | 86:18,22 89:6 | **airdrop** 275:6 |
| 306:25 | 260:3 263:13 | 89:7,9 | **al** 1:7 4:14 31:8 |
| **advice** 28:7,9 | 263:15 271:19 | **ahead** 24:18 | 31:13 32:5,14 |
| 119:19 160:7 | 274:4,14 283:1 | 28:22 111:18 | 52:21 62:5 |
| 173:9 | 286:16 288:5 | 114:10 156:11 | 83:6 136:7 |
| **aeo** 31:1 35:16 | 289:16 294:7 | 157:2 204:24 | 161:6,6 311:2 |
| 43:19 | **afraid** 21:21 | 213:3 229:23 | **al's** 185:4 |
| **affairs** 75:20 | **aga** 83:14,14,25 | 266:17 289:7 | **ali** 83:5 130:12 |
| 250:1 301:1 | **age** 59:12 | 289:19 318:7 | 134:23 135:5 |
| **affect** 10:6 | 306:12,14 | **ahmad** 257:12 | 135:10,22,23 |
| **affected** 294:7 | 307:1 | **air** 98:25 99:6 | 185:3 197:6,9 |
| **affecting** | **agency** 56:19 | 99:15,25 100:8 | 197:22,25 |
| 110:13 | **agitated** 277:1 | 100:12,15,22 | 311:3,4,5,14 |
| **affidavit** 139:3 | **ago** 6:19 64:24 | 101:10,20 | 344:14,19 |
| **affiliations** 5:1 | 64:25 110:1 | 102:8,14,18 | 345:14,17,19 |
| **affirmatively** | 113:5 114:1 | 103:4 104:1,14 | 348:6 349:19 |
| 82:15 309:24 | 143:11,11,12 | 104:15 106:2,5 | 350:9 |
| **afford** 91:14 | 143:12,13 | 106:13 107:9 | **ali's** 185:3 |
| **afghan** 22:6,9 | 150:22 158:21 | 107:14 108:8 | **alive** 26:11 |
| 22:13,24,24 | 158:23 238:19 | 108:15,23 | 141:2 283:1 |
| 92:7 175:3 | 239:5 252:25 | 110:12 112:2,9 | 286:1 |
| 222:22 226:23 | 254:16,17,18 | 112:22 114:2 | **allegation** |
| 252:8 274:20 | 315:25 316:8 | 115:2,4 116:24 | 119:21 198:18 |
| 281:16 340:17 | 329:16 | 117:11 119:2,8 | 198:20,23 |
| 340:22 | **agree** 4:8 | 119:16,24 | **allegations** |
| **afghanistan** | 182:15 209:25 | 120:15 123:13 | 118:17 119:20 |
| 22:9,15 23:18 | 260:9 | 123:25 124:22 | 232:4 |

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

[alleges - appointed]                                          Page 5

| | | | |
|---|---|---|---|
| **alleges** 229:10 245:18 | **ancient** 157:25 | 316:4 318:8 322:9 330:17 | **anyway** 304:19 |
| **alleging** 230:22 | **anderson** 2:12 10:19 | **answered** | **apart** 263:15 |
| **allow** 149:20 308:21 | **angel** 170:22 | 106:21,22 178:8 287:22 | **apartment** 36:6 56:7 71:8 72:6 |
| **allowed** 11:13 11:15 61:5 253:10 261:6 281:17 | **anger** 294:16 | 288:2 289:18 292:17,18 | 72:8 95:13 326:15 |
| | **angry** 294:11 294:12 | **answering** 9:14 50:13 103:23 | **apartments** 71:15,17 |
| **alluded** 117:13 190:12 258:1 | **animate** 159:20 | 283:12 292:7 318:6 | **apologize** 33:8 86:4 161:25 315:1 |
| **alternate** 199:6 | **answer** 3:16 9:2,7,15 10:4 29:6 30:11 | **answers** 9:1 10:7 27:16 120:7 127:10 | **apostrophe** 17:10 |
| **alternative** 341:25 | 40:19 44:10 50:11,14 52:8 | 293:6 337:6 355:5 | **app** 80:3 |
| **altogether** 65:11 | 54:15 63:16 85:14,24 88:23 | **antagonizing** 164:10 | **apparently** 232:22 |
| **amazing** 285:21 | 89:1 99:18,21 101:7 103:14 | **anticipate** 9:16 | **appeal** 33:21 |
| **amendment** 247:9 | 103:15 105:22 106:9,15 | **antiques** 136:19 | **appear** 226:22 226:22 237:4 333:9 |
| **amends** 251:1 | 109:12 111:15 113:16,18 | **anxiety** 175:1 271:15 | **appearances** 5:1 |
| **amenities** 34:5 | 114:11,17 125:12 136:5,7 | **anybody** 23:9 29:11 145:19 | **appeared** 237:20 238:1 |
| **america** 25:19 | 137:20 141:21 151:5 155:17 | 210:7 247:11 271:17 291:21 | 352:5 |
| **american** 243:6 252:8 263:11 273:10 279:12 279:12 | 156:12 157:2 176:14 192:7,9 204:6,24 213:3 | 294:21 | **appears** 190:18 213:17 227:9 233:16 235:10 238:4 |
| **ammo** 290:14 | 229:1,23 236:10,14 | **anymore** 171:1 174:6 203:8 218:5 222:20 | **appoint** 196:19 197:3,25 |
| **amount** 40:11 90:17 115:10 172:18 | 247:21 260:24 271:5,9 277:15 | 231:10 257:17 301:12 350:9 | **appointed** 135:10 193:24 194:21 198:1 |
| **analysis** 62:5 | 282:8 289:7,9 289:19 292:16 | | |
| **analyst** 52:21 | | | |

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[appointing - assets]**                              Page 6



ATTORNEYS EYES ONLY

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[assigned - back]**                                         Page 7

**assigned**
  160:25 303:10
**assignee** 25:8
**assistance** 64:8
  79:3,7 329:10
  329:14
**assistant** 52:16
  53:8,13,19
  63:1,22 67:16
  317:21
**assisted** 336:12
**associated**
  53:18 314:22
**assume** 9:8
  126:16 297:6
  326:17 351:12
**assuming** 85:15
  272:6
**ate** 178:21
**ati** 75:17
  171:10 174:14
**atlanta** 2:7
**atrocious** 207:9
  239:22
**attached**
  353:12 355:8
**attack** 279:1
**attacking**
  278:19
**attacks** 259:18
  260:4,8
**attempted**
  29:18 220:23

**attempts** 18:20
  19:7
**attend** 48:6
  84:6 116:4
**attended** 6:17
  87:7 265:17
  291:12
**attendee** 291:5
**attendees**
  259:24 260:9
  260:14,17
  261:18,20
  265:3,24 269:4
  269:9
**attention** 62:11
**attorney** 5:2
  10:15 175:23
  228:3 231:6,6
  236:15 353:14
**attorneys** 2:3
  2:11 7:14,16
  7:20 11:12
  12:20 13:7,9
  231:19,20
  232:1
**audible** 25:11
  44:7 45:2
  209:22
**audience**
  279:12,12
**audio** 4:7
**august** 46:19
  46:22 48:18
  53:4 225:17,18

225:22 226:9
  226:25 243:18
**aunt** 93:13
  144:24 145:9
  145:10,10
  146:2 150:14
  169:7 257:12
  341:23 347:9
**aunt's** 347:21
**aunts** 96:13
  255:24
**authority** 78:23
  79:9
**authorize**
  350:1,2
**authorized**
  80:8
**available** 13:19
**ave** 36:5 37:23
**avenue** 36:2,8
  36:18 44:2
  70:23 82:18
  227:16 313:6
  330:13
**aware** 18:20
  85:21 99:1,2
  101:10,13,14
  101:19 104:13
  123:24 151:19
  154:5 193:8
  220:22 221:17
  221:20,23
  227:7 229:19
  259:17,20,23

265:21 272:7
  275:21 287:8
  296:9 305:15
  332:20
**awcc** 22:5
  252:16

**b**

**b** 3:8 7:9 15:6
  31:13 44:16
  45:9,15 46:14
  46:21 66:19
  160:18 207:10
  293:16
**bachelor's** 38:5
  38:12,24 319:3
  319:19,23
  320:1,4,8
**back** 6:15
  23:11 43:16,18
  49:16 63:11
  70:21 80:1
  91:24 95:1
  97:3 112:5
  116:23 122:12
  123:6 138:6
  150:13 151:6
  155:12,23
  163:25 179:5
  182:24 185:23
  191:22 193:5
  217:7 241:7
  242:15 249:6
  253:3,7,22

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

267:14 274:5
284:24 285:10
299:16 300:7
304:8 309:13
309:17 310:8
310:16,20
340:6 347:21
**background**
38:4 92:20
313:20 344:2
**backing** 200:2
**backtrack**
178:15
**backwards**
45:1
**backyard**
221:4,9 303:1
**bad** 161:11
269:24 339:19
**baggage** 257:4
**balance** 329:25
**bank** 78:18
131:15 179:5
**banking** 80:3
**barge** 290:7
**barged** 283:18
**barging** 284:10
**barrier** 55:3
**based** 40:25
127:12,13
137:4 141:8
218:4 259:1,2
269:5,9 317:4

**basement**
90:22 326:10
**bashir** 14:3
15:5,11,20
17:25 21:9
**basic** 76:2
**basically** 21:18
21:22,23 23:4
36:15 64:5
94:9 112:21
117:20,21
142:9 175:2
306:9 310:3
339:16
**basis** 8:4 95:25
96:4 117:12
140:1,6
**bassir** 1:4 4:13
5:20,21 24:11
25:7 118:4
138:15,16,16
138:18 139:2
143:9,9,14
160:18,22,23
161:5,13,17
162:1,4,10,14
167:14 179:21
185:6 193:25
194:20 195:4
195:12 196:8
196:21 198:2
199:6 239:19
252:17,18,19
252:22 265:1,7

265:8 266:5,11
267:2 272:15
279:18,23
280:25 281:8
281:12,12
294:8
**bassir's** 307:8
**bathroom**
268:11
**battle** 243:10
243:11 339:10
**bayat** 1:4,7,17
3:4,10 4:12,12
4:13,13 5:9,16
5:20 6:10,23
6:23,25 7:8,16
7:21 8:10
15:15 25:1
30:1 31:8,8,13
31:14,14,15,16
37:24 38:22
43:24 44:25
45:10,18 83:5
83:5,15 89:10
114:24 118:4
122:15,20,22
128:2,10 136:9
137:1,15 138:7
139:8 142:24
160:18 187:18
189:14 192:4
193:8 213:21
221:13 226:24
227:14 234:20

246:20 253:25
254:25 265:17
286:24 309:16
340:9 355:2
**bayat's** 38:22
43:20 217:10
**bear** 202:22
**beat** 259:8
**beautiful** 33:13
136:20
**becoming**
277:1
**bed** 301:1
**bedroom**
268:10 281:5,9
291:11 326:14
326:15
**bedrooms**
326:5,7
**beef** 282:19
**began** 283:19
**beginning** 5:2
**behalf** 53:25
75:8 78:24
79:10 80:12
130:11 339:3
**behavior**
136:24 140:8
333:3
**behaviors**
139:18
**beings** 161:10
**believe** 17:18
19:14 33:1

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[believe - brother]**                              Page 9

76:18 86:3
94:18 96:1,5
97:2 117:9
137:6,12
138:21,24
139:4 142:17
143:24 144:7,9
146:2 161:13
164:2 198:12
205:6 217:17
239:20 252:9
258:23 277:21
290:15,16
295:14 298:13
319:10 338:2
**believed** 142:8
142:15
**belong** 26:7
179:12 202:1
**belonged** 46:15
67:4
**belongs** 46:14
116:9 202:1
**ben** 246:5,9,11
246:16 248:9
248:10,12,18
**benefits** 34:11
**benny** 114:25
**bentham** 16:9
16:18 21:15
22:5 24:21
25:13 224:8
245:24 340:10

**bentingham**
16:19 21:13
**best** 16:22
105:3 115:3,16
139:14 196:3
238:10,11
239:25 246:1
247:20 338:24
346:8 351:1,2
351:8
**betray** 24:2
**betrayed** 22:25
174:13
**better** 144:25
291:17,21
**beyond** 65:7
**bicycle** 303:22
304:24 305:1
**big** 207:10
**bike** 303:19,21
303:23 304:1
304:10,15
**bio** 43:7
**birth** 6:19
82:14
**bit** 9:18 38:3
42:13 57:23
87:12 116:12
127:24 178:15
178:16 213:4
301:8 306:9
309:1 316:15
324:21 335:18
335:22

**bites** 24:5
**bitty** 256:22
**black** 207:1
212:17 221:14
340:23
**blackmail**
285:6,7
**blackness**
207:5
**blah** 164:14,14
164:14
**blasphemy**
167:7,8
**blessings** 158:8
159:24
**block** 91:1
97:12
**blood** 157:4,5,6
286:15
**bmw** 327:15
**body** 207:8
283:7
**book** 149:24
**born** 58:20
82:21 83:11,23
85:16 86:7
121:14
**bossing** 162:16
162:20
**bothers** 165:17
**bought** 130:2
200:12 327:17
327:22,22

**boulevard** 2:15
**boundaries**
164:21,23
**bracket** 306:14
**brakes** 127:23
**brands** 229:9
**break** 9:24 10:1
43:7 192:17,21
253:11 306:19
308:20 335:4,9
**breaks** 308:15
**breathe** 268:8
**bridge** 287:17
**brief** 206:15
**briefcase**
150:16,18
**briefly** 8:17
310:9
**bring** 23:23
56:10 145:25
162:17,17,17
162:18 243:7,8
308:22 347:18
**bringing** 59:6
**bronx** 72:2,6,9
**brother** 24:21
32:23 78:3
134:23 140:19
145:12,23
226:25 227:14
228:1,13,23
229:12 230:12
231:1 232:9
237:11 245:2

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

308:16,17
311:2,3 348:6
348:11 350:4
**brother's**
140:21,22
145:13 173:9
245:11
**brothers** 14:1
24:2,2 32:14
136:10 138:8
139:9 142:10
142:25 148:17
148:25 160:19
164:5,11 168:7
285:4 286:7,7
286:8 301:10
337:15
**brought** 62:10
167:5 200:17
344:8 345:7,11
346:14 347:22
348:7
**build** 22:8 26:1
294:24 304:7
**building** 44:14
54:5 56:4,16
58:8 59:6 60:8
67:3 73:19
75:19 81:8
89:16,19 90:6
91:7,9,10,25
92:21 97:21
98:11 100:23
101:11 106:2

107:14 112:4
112:10,18
113:1,20 116:1
116:8,9 117:21
119:10,17,23
120:11,14,23
121:3,12,25
124:1 128:15
128:16 137:17
137:24 177:6,8
178:2 200:25
201:3 227:15
229:21 230:7
238:16 349:21
349:24
**buildings** 56:7
56:14
**built** 201:15
**bully** 29:12
138:16
**bullying** 30:18
**bunch** 136:19
172:25 196:1
219:11 243:21
257:9
**business** 16:7
22:14 25:15
26:12 57:9
80:8 171:23
172:10,14,17
172:19 173:4
173:14,16,21
175:19 176:21
224:9 324:18

**businessman**
23:17
**busy** 19:3
65:13,20,22
179:11 182:22
191:20 304:13
321:2
**buttonholed**
95:23
**buy** 90:16,19
91:16,18
**bye** 26:7,7

**c**

**c** 2:1
**cabined** 256:16
**cachioli** 115:1
**call** 149:11
150:24 151:8
170:1 177:13
177:14 179:9
187:18 191:21
218:19,20,21
218:25 219:15
283:16 290:20
350:6
**called** 5:10
30:20 44:16
56:6 150:14
167:12,19
182:12 202:5,7
202:9,11
213:13 220:18
221:8,11 275:5

298:24 344:14
345:14 348:6
349:19,22
**calling** 178:3
179:16 190:9
191:11 200:21
272:20
**calls** 13:5 151:9
166:2 182:24
185:16,16
220:12 222:2
**cameras** 73:14
73:17
**campus** 72:3,17
87:16
**campuses** 72:2
**cancelled**
149:25
**capable** 200:2
283:2 285:13
**capacity** 65:5
78:24
**card** 173:2
175:19
**cards** 171:23
**care** 147:14
149:13 154:1
156:22 279:20
342:23 343:1
**career** 249:16
**careful** 150:7
285:7,11
**carefully** 353:3

Mohammad "Matthew" Bayat                                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[caregiver - claiming]**                                       Page 11

| | | | |
|---|---|---|---|
| **caregiver** 309:21 | **cell** 220:1,2 | **characters** 207:14 209:5 | **checks** 60:20 60:22 61:12 |
| **case** 1:6 4:16 5:20 6:3 13:8 13:12,18,20 17:16 21:11 27:5 29:20,22 45:7 47:3 69:10 99:5,13 99:24 100:21 117:22 118:17 119:7 121:4 122:23 127:15 130:11 171:7 200:15 206:17 240:6 288:18 316:2 318:6 332:15 336:14 337:6,19 340:25 | **ceremonies** 277:3 **certain** 47:11 60:13,20 64:7 76:12,13 79:4 130:16 148:8 149:4 153:9 172:18 176:13 180:22 219:25 231:21 **certainly** 85:15 275:21 **certify** 352:4,8 352:12 355:2 | **charge** 273:25 276:14 **charger** 273:10 274:2 **charles** 178:19 178:20,21 179:1 180:3,15 184:11,21 185:9,21,23,25 186:5,9,15 187:1,3,16 188:15 189:19 190:18 193:10 197:24 198:5,8 199:23 | 79:10,15 80:7 82:1,5,9 **checkup** 297:19 **child** 258:9 **childhood** 141:10 **children** 38:1 141:2 **choi** 232:25 233:4,22 **chronologica...** 178:11 **circle** 93:16 |
| **categories** 336:25 | **cetera** 283:16 **challenge** 7:25 **chance** 9:19,21 | **charlie** 179:16 179:16 180:24 181:22 182:5 | **circling** 310:8 **citizen** 121:6 **citizens** 34:6,11 |
| **cause** 157:14 210:2,6 339:18 339:19 | **change** 6:14,18 30:6 47:14 184:19 213:9 354:4,7,10,13 354:15,18,21 354:24 | 182:11 184:1 195:3 203:11 **chase** 6:11 31:3 35:6 36:16 299:15 | **city** 23:15 44:2 53:15 56:6,11 58:25 61:7 71:18 74:9 75:25 90:3 231:3 |
| **caused** 287:10 **causing** 164:5 214:22 | **changed** 30:3 59:15 94:20 322:20 | **check** 61:9 79:6 79:22 80:1,3 81:16,17,17 | **civil** 198:24 **claim** 112:9,22 113:3,19 |
| **cecil** 16:10,25 17:1,3 22:4 24:5,20 25:14 28:1 29:19 239:25 245:24 340:10 | **changes** 353:10 355:7 **changing** 30:14 38:3 **character** 283:6 | 150:15,18 182:18 187:20 187:20 272:12 **checking** 191:19 273:1 273:22 | 118:18 119:1 120:4,8,13,17 120:23 121:2 227:15 **claiming** 99:5 99:14 100:21 |

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[claiming - competition]**

Page 12

112:1,24 118:1 119:15
**claims** 89:17,19 102:13 103:9 112:17 113:1 119:6 227:14
**clarification** 6:13 15:14 28:12 62:19 125:9 131:12 228:25 328:22
**clarified** 29:24
**clarify** 9:6 48:15 74:23 126:11 336:15
**clarity** 226:13
**class** 72:20
**cleaning** 75:24
**clear** 9:19 34:14 61:24 62:5 65:2 91:23 102:7 105:1 106:24 118:17 129:11 200:19 201:6 212:21 213:21 216:15 236:22 288:10 292:5 292:16 294:24 294:24 333:20
**clearly** 87:6 93:25 116:6,11 116:20,20 117:19

**click** 151:15
**client** 216:5 228:3 236:15
**close** 13:14 138:14 171:9 173:24 174:14 174:15 252:14 252:23 284:21 308:23 309:16
**closed** 76:11,13 170:21 173:22 173:25 205:4,9 205:14 207:12
**closely** 154:2 155:23 156:1
**closer** 284:22
**closest** 35:3
**closing** 136:18
**clunky** 127:9
**coercing** 139:5
**coffee** 251:3
**cognitive** 305:16
**collect** 48:4 262:6
**collected** 73:5 261:10,12,13 261:15,18,21 261:24 262:2,4
**collection** 135:18,21
**college** 116:3 164:7 182:23 323:7,9 329:19

**colluded** 229:11
**columbia** 1:21 352:1,3
**come** 37:1 91:25 92:23 110:17 111:23 114:7 152:3,17 157:21 162:9 165:12,13 178:10 179:5 181:13 189:22 190:1 191:12 191:22 192:8 192:10 199:4 218:4 220:25 222:21,22 224:5 232:23 257:3 281:4 291:2 292:8 327:16 336:18 349:4
**comes** 17:25 27:22 138:2 165:23 246:3 283:13 299:16 310:5
**comfortable** 273:4 317:25
**coming** 97:17 111:4,10 191:13 207:14 300:9 305:5 308:1

**commercial** 81:2,7 311:6
**commission** 352:23 355:17
**committed** 215:2,17
**communicate** 214:8,18 340:11
**communicated** 185:12 206:10 246:8 340:9
**communication** 152:10 182:10 182:11 214:10 214:20 223:15
**communicati...** 115:7 172:23 176:10 216:5 232:1
**community** 92:7 222:14,22 340:17,22
**companies** 173:2 229:14
**company** 22:11 44:19 118:20 171:10 172:21 173:8 238:15 315:20 323:4 324:15
**competition** 306:13,23

Mohammad "Matthew" Bayat                                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[complained - correct]**                                        Page 13

**complained**
138:18 252:18
**complete** 167:7
229:13 230:12
230:24 232:9
232:16 237:12
321:8
**completed**
179:8
**completely**
66:3 243:13
319:12
**completing**
191:10 316:11
**conceal** 189:3
**conceivable**
273:19
**concern** 277:8
**concerned**
151:18 155:12
156:5 269:3,8
276:23
**concerns**
156:17 264:21
267:3,4
**condition**
174:15 332:21
**conditions**
155:10 156:24
**conduct** 80:9
214:8,18
294:14
**confidential**
7:13 233:20

**confined**
300:25
**confirm** 275:24
**confirming**
6:21 241:21
**conflict** 155:13
156:21
**conflicting**
156:6
**confront** 266:6
**confused**
334:24
**confusing**
14:13 104:24
134:9 336:19
**confusion**
106:4
**congregation**
278:20
**connected**
275:3,4
**connection**
117:10 146:20
146:24 294:15
**consider** 37:7
37:10,13
**consistently**
67:7
**consolidate**
308:21
**conspiracy**
189:11,18
**constantly** 18:9

**construction**
315:20
**consult** 157:25
**contact** 28:1,2
28:4,8 164:16
165:1 246:14
246:16 249:17
**contacted** 28:3
29:19 224:20
225:6,10
249:13 250:8
250:18 251:11
251:12,13,15
251:16
**contacts** 220:2
220:8
**contain** 220:7
**contained** 75:1
**contents**
199:21 231:14
234:4,7 277:11
**context** 171:21
**continue** 4:8
173:13 265:16
266:15,22
**continues**
311:1
**continuous**
65:3
**contract** 53:21
53:21,25 55:4
55:25 56:9,25
56:25 177:1
200:11,25

201:5,7 203:14
**contracts** 57:1
57:6
**contrary**
197:15
**contribute**
84:21 332:3,5
**control** 29:15
131:6 200:3
256:20 335:25
**conversation**
8:24 9:17
161:22 218:13
218:15 237:14
313:14
**conversations**
4:6 16:3,4
27:25 162:14
**converse**
161:23
**convey** 232:21
**conveyed** 236:6
**copies** 17:20
181:25 184:2
**cops** 221:11
**copy** 180:23
226:17 234:20
235:6
**correct** 15:18
25:1 26:23,24
27:8,23 30:1
31:4 44:1,3,6
45:4 46:23,24
47:3,4,23

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[correct - counsel]**

Page 14

| | | | |
|---|---|---|---|
| 50:24,25 52:2 | 128:11 130:9 | 208:25 211:11 | 297:23 298:4 |
| 53:10,16,22 | 130:17,18 | 212:6,7 213:11 | 298:22 299:10 |
| 55:3 59:7,22 | 131:15,16,18 | 213:12,19 | 300:4,17,20 |
| 62:3 65:5 66:1 | 131:19,21,22 | 214:3 217:11 | 307:3 309:19 |
| 66:20 68:5,22 | 132:24,25 | 217:19,21 | 310:6,12,18,24 |
| 70:5 75:2 76:4 | 133:3,4,8,13 | 218:7 219:3 | 312:1 313:22 |
| 76:14,24,25 | 134:16,17,20 | 221:22 222:3 | 314:9,20 |
| 77:15 78:16 | 134:21,21 | 223:16 224:13 | 316:12,19 |
| 82:19,22 83:12 | 135:25 136:3,4 | 224:22,25 | 317:1,17 |
| 83:25 84:4,8,9 | 136:6,8,11,12 | 225:1,4,14 | 319:21 320:23 |
| 84:12,15,16,19 | 138:8,9 139:9 | 226:12 227:3,4 | 321:11,20 |
| 84:20,22,23 | 139:10 142:25 | 227:10,23 | 322:3 323:11 |
| 85:1,2,5,6,9,10 | 144:21,22 | 228:14,24 | 324:7 325:18 |
| 86:8,9,12,13,15 | 149:6,19 150:1 | 229:1,6,16,17 | 331:5,6,21 |
| 86:16,19,20,23 | 153:5,10 | 229:21 231:7 | 332:23 338:25 |
| 86:24 87:1,2 | 158:10 160:19 | 232:6,12 | 339:3,4 343:15 |
| 88:21 92:2,3 | 165:25 166:13 | 234:22 235:8 | 343:18 347:13 |
| 95:20,21 98:23 | 166:18,23 | 238:9 239:7 | 349:1,3,13,17 |
| 99:7,15,16,17 | 167:20 169:2,5 | 240:25 241:14 | 355:4 |
| 100:9,10,12,13 | 171:23 172:1,9 | 246:4 248:20 | **corrections** |
| 100:16,17,24 | 174:7 176:7 | 249:25 250:2 | 353:4,6 355:6 |
| 101:22 102:10 | 178:25 180:10 | 254:3,12,23 | **correctly**   65:18 |
| 102:11,15 | 180:19 181:7,9 | 258:17 259:6 | 290:25 344:14 |
| 103:6 104:4,7 | 181:11,16,18 | 259:19,25 | **costs**   275:16 |
| 107:10,11,15 | 182:2 183:4,23 | 260:5,11,15 | **counsel**   4:25 |
| 107:16,20,22 | 186:14 187:6 | 261:4,8,19 | 5:3,7 10:12 |
| 108:1,11,24 | 193:11 194:1 | 262:16,18 | 21:19 43:17 |
| 109:24,25 | 194:10,17,23 | 263:20 267:21 | 109:10,11 |
| 121:21 123:14 | 194:24 195:15 | 270:8,10,19 | 122:13 193:6 |
| 123:22 124:1,2 | 196:9,10,22 | 283:25 289:16 | 223:20,20 |
| 124:5,23 125:2 | 197:1,16 198:3 | 291:7 292:12 | 253:23 309:14 |
| 125:3,8 126:19 | 199:9,12,16 | 293:15,18 | 340:7 352:7,13 |
| 126:24 127:2,6 | 203:11,12,16 | 294:9,10 295:9 | 352:14 |
| 127:7,17,18 | 203:17 206:2 | 295:10,19 | |

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[counselor - daily]**

Page 15

**counselor** 39:6 39:11 40:2
**country** 23:6 26:2 39:8 205:12 245:6 263:2,9
**couple** 93:2 117:14 153:19 258:1 323:19
**course** 8:1 44:25 68:20 93:12 105:20 123:11,23 151:20 153:8 156:21 214:8 214:18 253:12 289:25 290:20 304:9 329:17
**court** 1:1,20 4:15,23 5:5 6:11 7:1 8:20 9:12 31:3 36:16 105:17 127:10 132:19 213:4 299:15 353:18
**cousin** 150:6 257:9 258:8 293:9
**cousin's** 278:3
**cousins** 23:7 142:12 255:24 256:2 269:23 270:1 280:3,17

286:5 291:11
**cover** 329:17 329:23
**covered** 241:9
**cracked** 73:16
**crazy** 255:22 256:11 285:11
**create** 120:17
**created** 48:10
**crime** 215:2,17
**criminal** 139:24 140:2,7 140:7,13 198:25
**cross** 291:25
**crosstalk** 24:17 45:20 104:25 105:6,12 123:2 190:13 192:2 203:1 231:9 257:6 280:4 296:25 307:18 321:21 333:16 334:10 335:16
**crush** 334:21
**crying** 301:10
**cryptocurrency** 330:6
**cryptos** 330:8
**cul** 302:25
**culture** 23:14 34:1 175:3 282:3

**cultures** 263:11
**cunning** 218:1
**curious** 253:14
**current** 6:7 7:5 39:5 47:13 50:1 300:18 314:25 315:3 324:25
**currently** 6:10 31:2 35:7 80:18 87:3 132:12,23 133:2,7,11 134:25 257:19 310:25
**curse** 145:24 307:10,11,13
**cursed** 161:6
**curses** 307:9,15 307:20
**cursing** 301:10
**customer** 90:16
**customs** 263:10
**cut** 141:23
**cutting** 323:3 323:23
**cv** 1:6 4:16
**cybersecurity** 272:18
**cyberstalking** 214:2,7,17 215:11,17,25

**d**

**d** 3:1 17:10 36:5 52:21 136:10 258:11
**dad** 32:6,7,13 54:24 59:5 60:9 71:14,16 81:16 91:1,3,7 94:1 115:12 136:16,23 142:5,5,6,16 145:17 146:24 147:25 150:19 151:6,9 162:3 164:1 165:17 171:9 174:14 176:20 179:9 179:14 187:2 187:24 197:22 220:25 221:1 306:8 307:2 308:5 324:15 328:16 329:2 329:16,20 344:13 350:1,3 350:7
**dad's** 114:19 142:11,13,13 150:15,18 339:12
**daddy** 140:24
**daily** 301:1

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

[dancing - defending]

Page 16

**dancing** 269:17 269:22,23
**dangerous** 22:15 236:7 290:21
**daniel** 114:5,18 116:13 117:18 122:16 161:4
**date** 82:13 147:9 159:13 222:13 353:9 355:11
**dated** 3:13 123:12 226:8
**dates** 11:18 62:1 76:18 295:12 319:16
**daughter** 38:22 161:10 162:4 285:24
**daughters** 136:21 285:23
**day** 23:20 26:6 61:4 64:19 67:5 69:20 90:14,15 91:15 99:20 121:10 121:21 136:22 139:25 141:3 142:3 161:7 164:15 167:16 168:3 173:13 174:25 179:8 218:19,19,20

243:19 253:3,7 256:2 286:1,2 286:18,18 300:22,22,24 300:24 301:3,3 301:7,7,15,16 301:17 305:6,7 313:21 314:4 322:7 348:6 349:8 350:19 352:18 355:15
**days** 7:17 11:17 33:12 42:9,10 42:11,16,16,18 150:12,22 153:19 259:12 291:11 350:22 353:15
**daywalt** 1:20 4:23 352:2,22
**dc** 1:19 4:19 39:19 252:24
**de** 302:25
**deactivated** 254:6,13,14
**dead** 273:9 274:2 276:10 276:11,19
**deal** 115:3 161:11 179:12 257:17 271:20 296:22
**dealing** 25:21 74:8 96:5

**death** 121:16 121:17
**debunk** 121:4
**decade** 143:10 143:10 161:18 162:1
**decades** 143:15
**deceased** 132:5
**deceive** 170:24
**deceived** 22:20 54:25
**deceiver** 175:13 177:20 178:4 200:21
**december** 52:17 63:3
**deception** 110:7,11,16,20 111:1,4,6,10,13 111:21 175:21 175:22 176:22 190:15 200:9 201:8,11
**deceptive** 113:7 113:21 114:1 116:17,19,25 117:3,9,16 118:15 139:23 145:21 201:23
**decide** 134:3
**decided** 33:15 33:23 91:8 94:5 164:16 173:7 244:17

324:16
**deciding** 152:12
**decision** 33:16 83:24 86:7 149:10 197:4,5
**deck** 221:5
**declaration** 3:10 122:19,21 139:4 140:9 332:22
**declarations** 93:14 137:19 332:15,17 333:8
**declaring** 7:16
**decor** 136:21
**decreased** 147:17,19 346:5
**dedicated** 22:7
**deemed** 353:17
**defeated** 308:13
**defendant** 47:2 117:25
**defendants** 1:8 2:11 6:1,2 18:3 100:21 130:11 337:3,3,19 338:16
**defending** 256:12

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[defined - directly]**

Page 17

**defined** 214:7
214:17
**definitely** 110:6
139:5 141:8
280:12
**definition**
202:14
**defrauds**
117:22
**degrading**
271:18
**degree** 27:4
38:5,24 54:6
319:3,8,20
320:4,5 322:2
**delay** 339:20
**delete** 66:22
**deleted** 66:18
66:23 67:1,9
67:14,23 68:21
70:7 220:4
254:14,15,17
255:4,5,15
266:13
**deleting** 69:25
70:11 255:18
**delis** 90:1
**deliver** 18:10
220:25
**delivery** 181:23
**demon** 207:8
**denied** 211:14
244:16

**deny** 69:25
211:21,23
341:10
**denying** 69:14
69:16 70:16
207:25 208:3,5
208:12 211:10
211:12,17
213:22,24
230:21 260:13
341:7
**depend** 40:10
**depends** 40:13
41:24 138:23
**depicts** 63:20
**deponent** 355:1
**deposed** 8:11
11:19
**deposing**
353:14
**deposit** 79:15
80:1,4,7 82:6
**depositing** 79:6
82:10 182:18
**deposition** 1:16
4:11,17 10:23
10:25 11:10,19
45:14 122:18
138:25 217:1
351:20 353:3
353:12,16,17
**derived** 331:4
**describe** 17:15
44:12 303:17

**described**
48:21 61:12
166:14 250:9
258:21
**describing** 93:6
96:23 193:23
229:8 296:7
**description**
159:19 246:2
**descriptions**
202:17
**deserve** 271:11
271:16
**designate** 43:19
**designated**
61:4
**designation** 8:3
31:2 35:16
**designations**
7:25
**despicable**
207:11
**despite** 196:12
**destroy** 239:22
308:13 339:12
**detail** 13:17,17
171:14
**detailed** 95:11
**detailing** 95:18
**details** 171:6
**develop** 91:2
**devil** 170:21,23
**devise** 239:21

**devote** 41:18
**die** 286:2
**died** 121:10,10
121:19,21
**dies** 274:7
**difference**
36:20 279:14
**different** 7:13
51:8,8,9 66:24
95:20 106:23
120:18 147:21
194:4,9 195:25
196:2 219:11
243:21 263:2,3
293:6 342:24
**differentiating**
145:12
**dig** 216:14
284:11
**dignity** 145:19
**dinner** 95:14
**diplomacy** 27:3
38:9,20 53:2
**direct** 152:9
182:9,10,11
257:4
**directed** 109:11
214:21 337:10
337:14
**directly** 17:2
82:1 184:12
214:8,18
221:17 232:11
236:2

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[dirty - document]**

Page 18

**dirty** 207:17 277:17

**disagree** 248:2 343:2

**disagreed** 344:3,4

**disagreeing** 27:17

**disagreement** 343:6

**discharged** 300:18

**disclosed** 234:10,14

**disconnected** 251:8

**discover** 180:10

**discovered** 238:17 239:4

**discovery** 45:7 69:10 127:14 254:9 336:13 337:3,4,6

**discuss** 12:16 18:6 21:14,16 170:2 245:23 250:19 294:19

**discussed** 17:16 18:8 21:9,10 84:7 99:20 109:5,20,24 110:22 130:15 130:20,24

166:24 167:1 167:10 169:17 170:3 176:2,9 201:3 206:6 223:25 224:10 232:22 234:1 237:2 250:20 322:25 330:2 339:6 348:17

**discusses** 124:4

**discussing** 123:25 124:21 125:22 205:24 230:6 249:9,14 334:20

**discussion** 8:7 18:1 99:19 125:5 127:1,21 232:23 313:20 329:5 341:23 342:1

**discussions** 29:16,20 86:11 109:9,10 313:24 314:2

**disgusted** 22:19

**disgusting** 207:11 243:11 243:23 256:15 256:25

**dismissive** 91:21

**displays** 226:23

**dispute** 163:21 166:25 208:24 223:25 252:2 257:24 279:9 339:8

**disputes** 257:3

**disseminate** 248:6

**disseminated** 244:6

**distance** 286:21

**distinction** 234:17 279:3

**distress** 210:3,7 214:22

**distributed** 85:9 102:21 103:10 104:7 104:14 107:19 107:25 108:10 108:16,23 110:4 120:9 124:5 337:24

**distribution** 89:2 119:23 120:16

**distributions** 125:7 133:7,12 133:23 134:5 134:11,20

**district** 1:1,2 1:21 4:14,15 352:1,3

**division** 1:3 4:16 56:6,10

**divulge** 11:16

**docket** 122:23 206:17

**doctor** 146:8,14 146:19 147:15 147:18,21,25 149:13 150:9 150:20 152:13 153:19 157:7,9 157:12 306:4 333:1 336:1 342:24 343:9 343:22,24 344:5 346:9 347:10 348:20 348:23,24

**doctor's** 148:2 148:18 150:3 154:1 345:24 347:14,17

**doctors** 34:13 147:13 151:10 151:19 152:5 152:10,18 154:2,9,16,19 155:23 156:2 157:17 158:18 298:15 303:10 342:11 346:5 347:12

**document** 88:5 118:13 122:24

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[document - educational]**

Page 19

123:6,7 185:21 188:15 206:23 236:4 335:1 336:8
**documented** 6:15
**documents** 12:2,10,14 80:12 84:10,14 86:14 229:15 333:5,11 335:13,14 337:1
**dog** 281:13
**doing** 42:17 47:14 57:9,25 59:10 62:18 63:13 65:25 66:10 67:12,13 68:10 73:9 90:20 93:10 95:19 105:3 143:17,17 183:6 191:21 196:2 200:2 211:10 255:25 256:21 265:13 283:2 284:17 285:13 291:14 303:5 304:2,17 304:18,19 307:16 315:21 317:18 336:3 343:17 353:8

**dollars** 22:8 115:3 172:20 326:1
**donkeys** 207:15
**door** 73:16 112:17 268:12
**doors** 60:5 170:21 205:4,9 205:14 207:12
**dosage** 157:6 346:5
**double** 151:15
**doubt** 96:7
**draft** 232:3 233:5,8,12,15 234:8,8,16,21 235:1,7,10 237:3,5,8,21 238:1,4 239:9 240:4,12,24 241:10,19 242:9 244:5
**drafted** 178:19 178:22 232:18 232:20,24
**drastically** 172:23
**draw** 33:17
**drawing** 113:3 113:24
**dream** 243:6
**drive** 24:13 148:8 301:21

**driver's** 37:21
**drives** 301:24
**drop** 60:19,22
**dropping** 60:24 60:25
**due** 92:10 338:4
**duly** 5:10 352:6
**dumb** 304:5
**dump** 283:7
**duress** 346:13
**duties** 57:9
**dynamics** 251:18 252:21

e

**e** 2:1,1 3:1 7:7 15:22 17:10,10 22:2 25:4 36:5 42:24 69:22 78:20 114:6,23 115:6 116:7,11 116:23 117:2 117:14,15,18 118:2,9 122:16 123:8,11,21,24 124:3,20 125:5 125:6,21 126:18 127:2 127:12 139:8 180:3,4,5,6,7,8 180:11 181:23 182:13 183:3 184:5,6,7,10,11

184:12,13,23 185:15,17,21 185:22 186:3,9 186:15,18 187:2,5,20,21 188:4 189:24 191:19,24,24 191:25 207:1 226:1,3 230:5 239:1 322:9 340:11,14 354:2
**earlier** 65:23 67:17 87:22 173:15 213:8 216:25 217:8 223:24 270:3 285:14 330:22 333:9 339:9
**early** 98:16
**earn** 332:12
**earning** 323:17
**earth** 243:15
**easier** 30:23
**eastern** 38:6
**easy** 58:19 322:4,4
**eating** 301:9
**education** 24:14 96:20 116:5 141:9 146:18
**educational** 38:4

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[effectively - entry]**

Page 20

| | | | |
|---|---|---|---|
| **effectively** 141:16 | 230:11,23 231:2 232:8,15 235:21 236:7 237:12 239:18 242:15 245:18 252:21 264:25 265:5,8 267:2 268:4 269:3,7 269:18,22 272:15 280:2,7 280:25 281:7 281:11 282:20 283:18 284:8 285:3,16 287:2 287:10,19 294:8 | **eldest** 137:15 | **enemies** 146:1 284:22 |
| **effects** 154:3 156:3 157:10 157:14 346:14 | | **electronic** 157:18 214:10 214:20 | **energy's** 286:11 |
| **ehsan** 21:17,25 24:11,14,25 25:15,21 38:22 96:20 138:15 139:2,12 140:2 142:17 143:12 162:11 169:20 171:8 172:1 174:8,11,13,18 175:12,17 176:19,23 177:2,14 178:4 179:21,22,22 179:23 185:6 190:10 193:25 194:20 195:4 195:12 196:8 196:20 198:1 199:6 200:8,12 200:21 202:5 202:24 203:22 204:2,21 205:25 206:5 206:11 208:1 209:13,16 210:14,20 218:10 219:1 219:15,16,18 224:15 229:9 | | **elmwood** 75:15 75:15,16 76:8 | **engaged** 113:6 114:1 |
| | | **embarrassment** 339:20 | **engagement** 162:3,6,15,23 163:8,14 166:9 166:21 168:13 169:1,9,12 |
| | | **emergencies** 243:22 | |
| | | **emotional** 164:5,6 210:3 210:6 214:22 256:24 257:3 308:9 | **engaging** 214:7 214:17 |
| | **ehsan's** 162:3 201:7 258:24 265:18 | | **enjoy** 153:1 173:11 |
| | | **empath** 202:19 | **ensure** 273:23 |
| | **ehsanolla** 266:6 | **employee** 40:3 116:22 317:3 352:13 | **entire** 20:1,13 23:3,12,23 62:1 67:3 89:23 110:7 117:22 125:25 140:10 146:18 164:21 202:18 243:8 |
| | **ehsanollah** 25:1 139:7,12 | | |
| | **eight** 62:7 | **employees** 55:9 117:25 218:4 | |
| | **eighth** 158:7 160:12 | **employer** 315:1 315:3 | |
| | **either** 48:9 52:10 70:16 83:12 112:3 168:24 180:13 182:8 187:13 198:11 221:19 255:18 304:4 | **employers** 51:9 324:10 | **entitled** 133:2,7 133:12,23 134:4,11 |
| | | **employment** 39:5 43:20 317:23 325:1 | **entitling** 134:15,19 |
| | | **encouraged** 21:21 | **entity** 44:15,21 47:1 128:5 |
| | | **ended** 147:1 203:10 297:17 297:20 | **entry** 53:20 122:23 206:17 |
| | **elaborate** 28:21 | | |

Veritext Legal Solutions

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

[envious - explicitly]

Page 21

envious  161:2
erase  94:14
  243:14 245:10
errands  302:12
errata  353:6,8
  353:11,14
  355:8
erratic  136:25
  137:3
errors  67:18
especially
  34:10 92:25
  138:16 161:6
  179:22 307:8
esq  2:5,13,14
essential  342:4
essentially
  99:22
established
  125:21 229:18
  241:17
estate  44:16,21
  46:23 47:1,2
  47:23 48:2,11
  48:14,19 49:4
  49:12,18 50:4
  50:21 51:14,17
  52:17 53:13,19
  54:1 66:5 86:2
  195:13 238:16
estimate  81:23
et  1:7 4:14
  283:16

evening  207:2
event  132:5
  287:9
everybody's
  251:8
everything's
  308:5,6,8
evil  251:7
exact  76:18
  348:3
exactly  59:9
  87:23 135:16
  158:20 159:2
  159:12,14
  164:3 178:17
  178:18 345:4
  346:2 348:1
examination
  3:2 5:14 352:9
examined  5:11
  352:7
example  61:5
  93:5 119:24
  190:15
examples  333:9
except  305:8
  355:6
excuse  56:25
execute  199:5
executed
  190:19
executor  194:4
  194:9,22
  196:14,20

197:3
executors
  185:5 193:25
  195:5,13,17
  196:9,12
  197:11,14,20
  197:25 199:7
exercise  305:2
exercises  301:7
exhausted
  257:18
exhibit  3:8,9,11
  3:11,12 45:14
  45:15 46:7,8
  46:13,20 51:5
  51:25 52:15
  55:24 61:18
  62:24 63:24
  66:20 114:12
  122:18,19,21
  206:14,15,19
  206:19 217:15
  226:6,7,9
exhibits  3:5,7
  46:9 114:7,15
  114:16
exist  236:4
existed  68:3,14
existence
  117:15
existing  48:12
expect  132:6
expecting  26:2

expenses
  135:24 314:22
  329:11,14,18
  329:20,22
  331:23 332:1,4
  332:6
experience
  25:21 51:6
  52:1,14 153:18
  210:3 282:21
  282:22 311:6,8
experiences
  137:4,5
experiencing
  25:23
expires  352:23
  355:17
explain  54:3
  56:1 57:24
  71:12 75:22
  79:1,21 85:14
  99:18 114:10
  114:17 119:19
  131:23 268:20
  286:12 289:3
explained
  350:13
explaining
  120:12
explains  115:12
explanation
  288:24
explicitly
  223:21

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[exposed - father]**

Page 22

**exposed** 139:25
**extent** 328:20
**extra** 40:14
**extremely**
22:15 161:1
164:17 198:19
**eyes** 7:14,16,20

**f**

**f** 136:10 144:17
**face** 222:19
243:14
**facebook**
254:24
**faced** 21:17,18
21:25 28:5
170:20
**facilitate** 73:17
**facilitating**
56:18
**facilities** 34:12
149:6 296:17
**facility** 146:23
148:19,22
297:2 298:21
298:23 301:3
346:22
**facing** 112:19
243:10
**fact** 18:23,25
19:5 20:15
67:2 89:5
119:25 120:16
156:20 167:24

168:3 176:1
183:13 184:1,4
186:9 208:18
225:2 230:4
233:21 237:2
246:20 260:2
264:25
**facts** 176:6
**fail** 172:15
173:2,5 353:16
**failed** 172:10
172:14 173:4
173:21 324:18
**fair** 9:10 257:2
259:16
**fairly** 65:3
92:19 123:6
**faith** 339:19
**faked** 227:14
**fall** 202:25
203:7 323:15
**false** 198:24
241:8,20
**fame** 29:14
**familiar** 43:25
44:15 45:11
95:15 213:25
214:4 216:13
**family** 6:16
13:14,22 17:20
20:1,11,16,22
20:24 21:5
22:18 23:3,5
23:13,22,23

31:24 32:19
33:16 35:1
36:16 37:1,1
38:18 57:21,21
59:18 67:3,6
67:10 77:10
78:14 89:23
91:5 92:24
94:5,9 110:14
112:19 116:15
140:11 145:15
146:1 152:7,9
153:1,4,9
155:3 162:2
164:6,15
165:24 170:11
171:6 173:9
178:21 200:12
201:16 202:2
205:14 217:23
218:2 220:16
222:18 240:7
243:7,8,25
251:1,2,7,17,18
252:20 255:22
256:11 257:3
258:5 259:2
262:10 265:18
265:19 269:19
269:25 271:19
279:8 280:15
281:18,19
284:25 290:13
290:18 301:11

302:10,11
310:4 312:9,16
313:12 339:11
**family's** 23:2
164:22 202:24
300:11
**far** 27:25 69:2
77:9 95:11
127:13 161:21
175:16 207:10
240:22 286:25
287:7 308:24
332:20
**farid** 136:9,9
136:14,21
137:6,13
143:12 162:11
162:24 163:2
163:12,25
164:1 165:4,15
166:8,20
167:14
**farmer** 246:5,9
246:11,16,22
247:3 248:9,10
248:12,14,19
248:23 249:2
249:13
**fast** 179:13
**father** 5:24
12:24 20:12,18
21:1 23:2,19
24:13 31:16
33:10 34:3

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[father - father's]**

Page 23

| | | | |
|---|---|---|---|
| 42:15 48:6 | 136:18,19 | 201:19 202:18 | 348:3,6 350:11 |
| 54:4 56:5 | 137:14 140:25 | 203:2 205:1,1 | 350:19 |
| 57:16 58:4,11 | 140:25 141:3 | 217:10,24 | **father's** 24:12 |
| 59:19 60:18 | 141:15,19 | 218:2 219:4,5 | 44:14,19 67:4 |
| 67:4 75:14 | 142:2,9,15 | 219:12,15,16 | 67:10 73:24 |
| 77:6 79:2,9,14 | 145:9 146:20 | 219:18 220:1 | 76:8 77:22 |
| 82:2,4 83:20 | 147:13,14 | 220:12 221:17 | 93:7 94:13 |
| 83:20 87:8 | 149:10,12 | 222:7,9,23,25 | 95:12,25 97:24 |
| 89:21 91:10,11 | 150:13,25 | 223:19 228:1 | 98:21 102:13 |
| 91:12,19 92:1 | 152:11,20 | 228:12,18,22 | 103:24 106:20 |
| 92:25 94:19,21 | 154:6,16,18 | 229:19 230:4 | 107:2,7,13,18 |
| 96:18,19 97:13 | 155:2,10 | 230:23,25 | 107:24 108:7 |
| 97:19 98:12,24 | 156:18 157:22 | 232:11,16 | 108:13 113:6 |
| 99:4,13,23 | 158:4 161:2 | 235:17,19,20 | 113:25 114:22 |
| 100:7,14,20,22 | 164:11 165:10 | 235:23 237:7 | 117:23 119:9 |
| 101:9,19 102:7 | 167:15 168:7 | 237:11,15 | 119:22 120:11 |
| 102:18,20 | 170:24 171:22 | 238:8,25 | 120:13 121:9 |
| 103:3 104:1,5 | 172:7 173:10 | 243:16,19,24 | 123:21 124:21 |
| 106:1,6,12 | 174:3,13,14,21 | 244:10 252:15 | 125:7 126:22 |
| 108:22 109:3,6 | 174:24 175:6 | 252:18 259:5 | 129:5 132:1 |
| 109:21 110:2 | 175:18 177:24 | 270:9 281:5 | 136:10 138:8 |
| 110:22 112:11 | 178:19,24 | 296:10 307:11 | 139:9 142:25 |
| 112:24 114:24 | 179:2,3,25 | 311:1,9,10,15 | 144:20 145:4 |
| 115:7 116:12 | 180:7,16,23 | 312:15,25 | 158:5,16 160:8 |
| 116:21 117:19 | 181:14,24 | 313:1,12 | 160:19 170:17 |
| 121:24 123:24 | 182:17 183:3 | 314:14 327:17 | 171:10 175:12 |
| 124:20 125:22 | 183:13,22 | 327:19,20,22 | 177:6,15 |
| 127:15 128:2 | 184:9 186:2,3 | 328:2 331:1,11 | 178:23,23 |
| 128:13,25 | 187:17,18 | 332:14 334:21 | 179:24 181:5 |
| 129:3,7 132:2 | 189:2,7 191:11 | 337:15 341:24 | 182:24 184:6 |
| 132:5 133:16 | 193:14 194:21 | 342:7 343:14 | 184:13 189:20 |
| 133:21 134:3 | 195:6,18 | 344:5,9,11,24 | 190:19 191:25 |
| 134:25 135:5 | 196:12,18 | 345:10,11,13 | 193:9 195:5,13 |
| 135:10,14 | 197:2,10,19,24 | 346:15,19 | 197:4,17 203:7 |

Veritext Legal Solutions

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[father's - flashbacks]**

Page 24

205:11 217:20 218:9 219:1,23 220:7,22 223:3 223:13 237:21 239:22 240:12 240:24 242:25 243:3,14,20 244:1,4,22 245:1 257:23 263:21,24 264:7,14 266:12 267:15 270:6 271:1 272:10 273:3,8 273:14,20 274:15,18,23 275:23 276:13 294:19 309:17 333:3,10 340:17,23 350:12

**fathers** 22:5

**february** 1:12 4:3 211:2 217:15 218:17 220:15

**fed** 24:6 95:24 344:6

**federal** 214:1

**fedexed** 193:10

**feel** 36:24 85:14 94:23 161:11 286:11,11 288:14 294:8

302:16 317:24 318:6

**feeling** 23:25 205:19 243:20 344:16 349:20

**feelings** 143:21

**fell** 33:14 174:10

**felt** 145:6 205:10,10

**female** 281:19

**fertilize** 323:4

**fifth** 106:9 124:10

**fight** 29:10

**figure** 49:23 51:1 68:5 140:25 142:15 251:5 255:25 256:20

**figuring** 50:22

**file** 13:20 56:11 231:2 332:11

**filed** 4:14 66:18 68:4,22 122:22 206:16 227:13 227:25 228:6,9 228:18,22 233:9 241:4,5 242:16 295:18 295:20 332:14

**files** 77:6 275:8

**filings** 56:18

**finalize** 54:21 180:25

**finals** 73:2

**finances** 131:7

**financial** 73:21 74:6 331:11

**financials** 74:10

**find** 27:16 33:4 180:5 185:22 198:11 211:24 212:4 247:4 277:16 283:24 284:24 290:12 293:20,22,23 294:1

**fine** 61:8 226:18 305:13 335:24

**finger** 286:24

**finish** 107:5 113:10 115:25 119:4 132:15 132:18 177:17 214:13 222:24 223:9 284:4

**finished** 9:14 174:23,24 191:10,11 217:24

**finishes** 52:7

**finishing** 309:2 309:3

**fired** 252:19 324:9

**firm** 4:24 10:20 21:22

**first** 16:14 23:3 31:11 32:25 38:17 49:2 57:24 58:3 66:25 89:14,22 98:5,8,20 104:16 108:6 132:8 149:18 206:25 225:16 227:11 238:14 238:14 247:9 251:19 252:3 262:7 263:12 274:3 277:23 292:14 295:21 315:10

**fishy** 205:2,2

**fit** 333:4

**five** 42:15,16 42:18 58:23 106:22,23 315:25 316:8

**fix** 62:2,9 67:19 156:25 205:15 250:25 251:17

**flashback** 272:1

**flashbacks** 271:7,11 286:18

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

[flexible - founding]

Page 25

| | | | |
|---|---|---|---|
| **flexible** 42:14 | **folder** 180:9 | 66:15 68:17 | 241:13,25 |
| **flip** 123:5 | 181:24 182:6 | 70:9 74:1,22 | 242:10 244:7 |
| **florentine** | 187:9 190:22 | 86:8 96:3 99:8 | 250:14 266:2 |
| 114:18 116:13 | **follow** 58:11 | 100:2,25 | 277:4 287:21 |
| 117:18 122:16 | 103:7 118:14 | 101:24 102:5 | 289:5,17 291:8 |
| 123:8 124:20 | **following** | 102:16,23 | 292:15 330:14 |
| 125:22 161:4 | 103:17 149:14 | 103:12 104:8 | 341:12,19 |
| 230:5 | 236:18 | 104:17 107:1 | 355:7 |
| **florentine's** | **follows** 5:12 | 107:21 108:2 | **formation** |
| 114:6 117:13 | **food** 93:23 | 108:17 110:20 | 86:15 |
| **florida** 1:2 2:16 | 162:7,18 301:9 | 117:1,4 118:22 | **formed** 86:2,3 |
| 4:15 147:1,6 | **foot** 94:17 | 119:11 120:2 | 130:16 |
| 147:14 148:6,9 | 112:16 | 124:6 125:10 | **former** 128:15 |
| 148:16,19,22 | **forbid** 283:5 | 127:3,19 | **forms** 75:25 |
| 149:6,16 | **force** 23:6 | 130:23 131:2 | 172:23 |
| 150:13,15 | **forcing** 344:11 | 133:5,14,25 | **forth** 116:24 |
| 151:12,19 | **fordham** 38:7 | 144:15 146:4 | 185:23 |
| 152:6,18,22 | 38:12 71:22,24 | 154:10 156:9 | **forward** 8:4 |
| 153:4,8,21 | 72:1,9,12,16 | 157:1 158:13 | 77:1 140:8 |
| 154:7,21,23 | 87:8,14 | 163:22 170:22 | 149:21 179:13 |
| 155:3,14 156:7 | **foregoing** | 172:11 178:6 | 223:21 321:7 |
| 156:20 157:18 | 355:3 | 181:20 182:4 | **forwarding** |
| 158:12,18 | **foreign** 263:9 | 183:8,24 | 191:19 |
| 159:1 160:15 | **foremost** 89:15 | 185:18 189:5 | **fought** 136:16 |
| 179:18,19 | **forget** 294:13 | 189:25 190:3 | 136:22 |
| 214:6,16 | **forgive** 141:4,5 | 191:5 192:6 | **found** 98:7 |
| 215:12 216:7 | 207:9 222:18 | 193:19 195:23 | 151:8 240:5 |
| 342:3,11,20 | 294:13 | 198:14 199:3 | **foundation** |
| 346:7,23 | **forgot** 32:24 | 199:13,18 | 52:21 62:6 |
| 347:13 348:16 | 87:23 178:17 | 204:3,5,23 | **foundations** |
| 348:21,23 | 267:1 | 208:7,19 | 39:8 |
| 349:23 | **form** 25:12 | 209:14,17 | **founder** 39:17 |
| **focusing** 70:21 | 51:11 54:14,19 | 210:4 229:22 | **founding** 22:5 |
| | 57:12 63:15 | 230:18 235:24 | |

Veritext Legal Solutions

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[four - giurato]**

Page 26

**four** 106:22,23 143:13 144:2 145:4 161:2 177:5 243:2
**frame** 58:15
**fraud** 196:25 226:24
**free** 85:14 172:25
**friday** 61:6
**friend** 252:14 278:23
**friends** 114:19 114:22 278:24 278:25 279:13 284:21
**frivolous** 112:21 243:23 271:20 339:15 339:17
**front** 73:15 80:1 153:18 181:8,12 221:6 315:2
**frustrated** 308:3
**fuck** 282:2 288:7 348:13
**fucking** 268:13 268:14,17 271:20
**full** 6:6,9,22 7:4 112:3 227:12 284:18 309:21

315:10,12 319:6,7 321:23 322:1,5 333:22
**fully** 64:22
**fun** 164:4
**functions** 130:17
**fund** 116:3
**funded** 128:21 171:25
**funds** 129:3 312:20
**further** 62:20 64:16 125:4 223:14 351:11 352:8,12
**future** 58:12 91:18 112:17 173:3,19 180:9 277:18 290:13 294:2

**g**

**g** 83:16
**gainesville** 33:11
**game** 24:19
**games** 207:11
**gap** 64:11 319:25 320:13 320:14,17,21 320:24 321:9 321:13,14,15

**garage** 221:5
**gatherings** 259:18 260:4
**gears** 38:3 294:18
**general** 18:12 23:16 32:22 85:12 139:22 164:25
**generally** 59:12 128:17 249:24
**generated** 328:2
**generates** 81:19 314:17
**gentle** 170:20
**genuine** 229:12
**geoffrey** 24:13
**georgia** 2:7 285:2
**gerry** 2:13 10:17,18 11:2 50:9 55:11 176:5 292:6
**gestures** 170:25
**getting** 27:12 34:4 57:20 60:4 101:7 106:10 115:3 163:25 177:25 179:14 198:16 236:6 258:15 279:7 297:17 308:3 319:3,8

322:2
**ggiurato** 2:18
**giant** 170:20
**gibbs** 39:17
**gift** 112:24 133:17
**gifts** 133:21 134:2 331:1,11
**girl** 286:4
**giurato** 2:13 7:11,20 8:5 10:17,18 11:13 14:7,15,19,22 14:25 25:12 28:17 29:4 30:11 35:15,20 43:18 44:8 45:21 46:3,6 50:11 51:11 52:4,7 54:14 54:19 55:15 57:12 63:15 66:15 68:17 70:9 74:1,22 96:3 99:8 100:2,25 101:24 102:5 102:16,23 103:12,15 104:8,17,21 105:14,17,21 107:1,21 108:2 108:17 109:9 111:15,18

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[giurato - go]**

Page 27

113:10,13,16
117:1,4 118:22
119:4,11 120:2
122:1 123:1
124:6 125:10
126:3,7,10,13
127:3,19
130:23 131:2
132:17 133:5
133:14,25
134:6 137:20
141:20 144:1
144:15 146:4
154:10 155:17
156:8,11 157:1
158:13 163:22
171:18 172:11
176:7,12
177:17 178:6,8
181:20 182:4
183:8,24
185:18 189:5
189:13,15,25
190:3 191:5
192:6,9,12,17
192:22 193:19
195:23 198:14
199:3,13,18
203:23 204:3
204:13,16,23
208:7,19
209:14,17
210:4 212:24
213:2 214:11

214:24 215:13
215:20 216:6
223:9 226:13
226:18 228:5
229:22 230:18
231:7,11,17
232:19 233:7
233:11,18,25
234:5,12
235:24 236:11
236:21 241:13
241:25 242:10
244:7 247:17
247:20,23
250:14 260:24
266:2 271:4,8
271:22,24
277:4,14 280:5
282:5,8,11,13
282:16 284:4,6
287:21,25
289:5,17 291:8
292:14 296:20
297:1 308:25
309:7 316:4
318:7,10
330:14,17,21
336:15,18
341:12,19
351:14
**giurato's** 31:1
**give** 9:18 18:13
18:14 28:25
61:8 91:8

113:14 115:21
115:21 119:18
124:11 133:17
133:22 134:3
145:11,11
149:11 164:23
174:19 175:6
175:18 193:12
201:12 213:3
239:11,12
245:17 256:24
259:7 260:22
262:15,19
264:2 267:25
268:13,14,16
268:17 271:4,8
284:18 295:5
296:19 297:1
345:25 347:5
347:10
**given** 22:22
40:18,23 41:19
48:5 68:15
79:2,9,14,17
96:18 102:17
232:10 260:14
291:5 292:11
311:11 331:1
344:11,24
346:3 355:5
**gives** 9:20 82:5
112:3 147:21
200:1 308:2
348:24

**giving** 109:14
125:23 175:1
176:20 183:16
195:21 271:7
271:10,15
**global** 250:1
**go** 4:9 8:2,4,17
9:25 10:4
20:10,11 24:18
28:22 31:10
33:25 36:24
42:1 43:8
47:18 48:4,5
49:16 60:11
73:19 94:2
96:19 111:18
114:10 121:17
122:3 126:14
132:3 140:15
142:11 146:21
147:21 149:21
152:14,21,25
153:4 154:15
154:17 155:3
156:11 157:2
158:4,6,8
159:24 164:7
171:13 178:15
180:25 182:5
187:25 188:5
204:16,24
213:3 221:4
229:7,23 263:6
266:17 271:17

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[go - guess]**

Page 28

281:22 282:23
285:1,2 289:7
289:19 290:10
290:11 302:12
302:19 304:22
308:25 318:7
320:7 339:24
342:12,21
343:22 351:15
**god** 141:5
207:8 209:8
283:5 307:10
307:11,13
**god's** 207:12
**goes** 95:11
345:24 346:22
349:2
**going** 4:2 8:17
9:8,16 12:16
14:11 22:17
24:22 29:21
30:18 31:9
40:20 43:5,11
43:16 49:17
52:13 59:19
62:20 63:17
64:15 67:5,6
68:11 78:5
86:4 87:11
91:8,9,14 94:4
96:8 110:13
114:15 115:24
115:25 116:1,2
116:7 118:9

121:4 122:1,7
122:12 125:18
139:3 147:25
148:1 149:9
154:7,15,21
156:3 157:11
164:8 173:1
175:24 178:15
179:4 181:17
185:22,22
191:12 193:1,5
201:12 202:25
203:7 205:2,3
205:4,8,13
206:13 207:2
222:18 231:2
231:15,21
236:14 243:22
253:18,22
263:4 266:19
266:25 278:25
282:25 285:6
285:25 286:7
286:20 289:8
290:2,20 295:1
301:1 304:11
306:12 307:10
308:5,6,8,19
309:2,4,9,13
330:16,19
334:21 340:2,6
348:8 351:19
**good** 4:1 5:16
5:17 33:4 34:6

47:10 79:23
90:17 91:17
94:23 138:12
139:15,16,23
155:7 161:8
285:15,17
321:3 342:21
**gordon** 2:25
4:20
**gotten** 92:5
**governed** 86:23
**government**
121:7
**grab** 46:18
**grade** 321:4
**graduated**
65:15 72:14
321:6 327:23
**grandfather**
23:17 83:16,19
121:3,5 141:1
141:15
**grandfather's**
258:20,22,25
259:3,4
**grandkids**
152:24 164:12
**grandmother**
92:15
**grave** 121:18
**gray** 2:14 10:16
**great** 114:22
161:10

**greatest** 39:7
**grew** 139:13,17
**grievances**
21:16,25
**grits** 256:22
**groceries** 90:19
331:20 332:4
**gross** 41:6
**group** 206:21
**gtfm** 53:8
315:14,16,17
315:19,23
316:13,16,22
317:19,22
318:4,13,25
324:3
**guards** 281:4
284:11
**guess** 11:9 18:3
29:20 33:17
48:8 51:4,7
61:18 63:8
65:18 72:20
92:18 118:10
129:6 140:5
143:19 151:19
155:24 165:22
168:18 171:3
186:25 189:21
193:15 199:23
199:23 205:7
225:11 267:6
274:19 283:19
303:13 328:1

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

341:24
**guessing** 95:22
**guests** 261:6,10
   265:3 276:24
   277:9 284:16
   288:22
**guide** 207:8
**gun** 285:3,4
**guy** 80:22
   91:15
**guys** 13:22,23
   18:18 33:19
   141:3,5,5,7
   160:11 161:5
   164:13 179:5
   182:13 187:20
   188:1 217:24
   217:25 240:6
   242:24 285:2,6
   286:6,9 291:13
   291:17 307:9
   308:7 333:25
   350:1
**gym** 304:23

**h**

**h** 7:7 15:5,5,6
   15:12,22 22:2
   25:4,4 36:5
   83:15 139:8,8
   142:23,23
   144:18 207:7
   258:11

**half** 12:1 39:24
   43:1,2 320:11
   321:6,10
**hall** 38:10,13
   38:19 53:3
   65:16 87:20
   316:24
**halloween**
   210:12,13,19
   210:24
**hallways** 73:18
**hamid** 258:9,11
   258:13
**hamid's** 258:8
   269:24
**hand** 24:6
   142:11,13
   189:20 206:13
   306:18,19
   334:22,22
   335:3,4,6,9
   352:17
**handful** 309:5
**handing** 122:17
**handle** 42:8
   75:19 116:14
   135:15 187:17
   205:15 337:11
   337:11,16
**handled** 350:9
**handling** 135:1
   135:4,9
**hands** 336:4

**hang** 95:5
   189:13 190:14
   203:4 245:16
   270:23 287:5
   289:1
**hanging** 90:14
**happen** 90:12
   271:12
**happened**
   70:17 74:15
   96:9 98:15
   101:4 118:14
   120:10 121:13
   150:24 151:3,8
   151:10,14
   155:2 158:20
   172:16,17
   273:23 275:25
   288:4,13,16
   312:4
**happening** 89:8
   155:12 205:16
**harass** 295:3
**harassed** 18:9
   67:7 268:12
**harassment**
   214:2
**hard** 90:11
   153:18 198:11
   268:9
**harm** 164:6
**hashim** 14:3
   15:5 17:13,25
   21:9

**hashim's** 15:10
   15:16
**hate** 291:13
**hated** 252:17
   252:21
**he'll** 46:6,10
   335:3,9
**head** 147:10
   259:15 280:18
   285:10 299:6
   322:8
**healed** 140:15
   141:12
**healer** 157:25
**healing** 160:4
**health** 24:8
   32:15 34:5,10
   121:7 155:9
   156:24 164:18
   294:19 309:17
**healthcare**
   158:12
**hear** 127:20
   289:2 308:18
**heard** 16:15
   65:24 113:18
   149:3 203:19
   221:12 284:14
   287:3,7
**hearing** 8:14
   65:17 143:19
   174:2 205:21
   290:25

Case 3:25-cv-01085-JEP-LLL   Document 77-1   Filed 04/02/26   Page 386 of 435
PageID 3459

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

[heart - hospitalized]

Page 30

**heart** 139:15 268:8 308:15
**held** 1:17 8:7 75:9 127:21 285:3,3 329:5
**hell** 179:17 272:18
**help** 7:1 9:12 14:15 22:8 36:14 42:2 48:3,6 56:5 57:17,17 59:19 59:20 61:9,11 66:6,10 73:14 73:17 79:3,7,8 79:20,25 82:5 93:16 115:15 148:25 162:18 182:17 286:3 302:7,9 342:5 342:15,25
**helped** 183:13 324:21 342:16
**helpful** 6:25 20:4 21:4
**helping** 26:5 55:8,9 57:21 60:18 63:10 64:7 80:6 183:2 252:24 301:6 329:20
**helps** 7:18 35:5 132:19

**hem** 347:5
**hesitant** 116:12
**hesitation** 115:13 116:21
**hey** 13:22 114:24 150:15 174:22 179:16 182:13 187:18 187:24 188:16 285:24 286:6 344:15 348:7 349:22 350:6
**hi** 90:4 207:1
**hidden** 286:12
**hide** 121:16
**hiding** 139:24
**high** 150:10 155:9 157:6,8 323:8,10,23 327:23
**higher** 147:18
**hilarious** 341:6
**hill** 72:3
**hipaa** 155:16
**history** 69:3 324:5
**hit** 239:18 243:22
**hklaw.com** 2:9
**hmm** 11:1,23 13:10 22:1 36:19 37:20 39:12 41:4,12 41:17 48:20,24

51:10 65:6 95:9 112:12 160:20 180:21 185:8 186:22 196:7 203:15 205:20 208:17 211:19 212:15 237:9 267:7,10 280:22 310:21 325:10 334:23 348:18
**hold** 38:25 285:12 335:7
**holidays** 40:15
**holland** 1:17 2:4
**home** 41:14 76:24 116:2 121:9 151:1 155:12,23 162:5,9 165:16 167:16,25 174:25 177:1,2 178:20 201:14 201:15,17,20 201:22 202:1 204:10,20 205:22,23 218:5 220:17 221:3 222:22 258:25 259:3,4 274:5 297:6,10 297:11 298:19 299:9,11,14

300:19,21 301:2 303:5,7 309:18 325:4 325:14,15,21 349:2 350:19
**homeowners** 201:17
**homes** 24:8
**hominem** 257:5
**honda** 326:24 326:25 328:5
**honest** 283:10 317:7
**honey** 324:13 324:17,19
**honor** 22:16,17 175:5 243:25
**honorably** 205:12
**hope** 140:14 207:2 307:17
**hopefully** 308:22
**hoping** 244:4
**horrible** 285:13
**horse** 344:5,6 344:24
**hospital** 146:21 146:23,25 297:4,13,15,22 297:25 299:21 300:2 345:23
**hospitalized** 298:8

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[hosted - include]**

Page 31

**hosted** 162:3,8
**hotel** 262:8,10
**hour** 12:1,1
43:6 122:2
323:18
**hourly** 40:3
317:2
**hours** 12:1
40:11,25 41:20
41:21 42:3,4,4
42:6,17 253:15
304:24,24
322:11,14
351:5
**house** 18:15
34:20,21 36:6
36:7,9,11,16,17
73:25 150:19
165:5 200:11
200:11,24
201:5,7 203:14
203:19 221:25
258:20,22,24
267:6 268:17
268:17 281:19
301:18,23
302:14 305:5
310:5 312:10
312:11,14
326:18 346:20
346:21 347:21
349:2
**housed** 75:7
76:7

**housing** 56:10
74:20
**huh** 8:25 24:15
172:13 188:24
202:13
**human** 161:10
170:21
**humans** 145:18
**humble** 291:20
**humiliating**
271:18
**humiliation**
282:24
**hundred** 62:3
162:8 256:5
**hundreds**
184:23
**hunting** 285:2
**hurt** 200:4
218:2 286:16
**hurting** 301:11
**husband** 146:6
148:7 151:5
341:23 343:2
343:12,13
344:1 348:22
**hussain** 15:11
15:21
**hypocrisy**
279:2
**hypocrite**
279:6
**hypocritical**
279:5

**i**

**idea** 182:23
283:22 304:11
314:21 342:21
347:8
**identification**
45:16 122:20
206:20 226:8
**identified**
48:10 51:13
52:14 287:9
**identifies** 55:24
**identify** 5:3
289:23
**identity** 233:21
**iii** 2:25 4:20
**illness** 140:15
**illustrated**
120:16
**images** 214:9
214:19 276:16
**imagine** 25:25
25:25 201:14
**immediate**
151:7
**immediately**
151:9 180:1
244:14 318:24
**imminent**
313:24 314:7
**impaired**
305:24

**impairment**
305:16
**imperative**
353:13
**important**
339:7
**impose** 248:4
**impression**
304:6
**improper**
215:25
**improved**
172:22
**improvement**
312:22
**improvements**
312:18,21
313:2
**inaudible** 28:11
328:21
**incentive**
199:20
**incidences**
73:15 139:21
161:3 171:12
**incident** 18:11
61:25 152:1
154:24 155:1
167:17 258:2
291:10 294:6
294:16 310:9
350:18
**include** 184:6
186:2 187:2

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[include - interesting]**                    Page 32

189:7 221:1
**included**
184:10 231:4
233:5 331:16
331:17
**includes** 145:1
**including** 6:3
148:18 178:24
180:7 191:25
**income** 81:11
81:19 314:18
325:2 330:12
332:12
**incorrect** 47:7
172:2,4 211:7
230:25 242:18
242:20 244:8
246:24 248:21
249:15 250:11
250:22 254:4
260:12 261:11
266:8 295:23
295:25 297:8
297:14,14
299:13 315:11
**increased**
42:15 187:4
**independent**
176:13
**indicate** 127:15
**indicated** 45:7
**indicates** 247:7
**indicating**
21:12 51:19

65:9 82:15
85:22 104:11
188:9 212:16
309:24 328:17
328:18 329:3,4
**indirectly**
214:9,19
**individual**
159:18 160:2
164:19,20,20
**individuals**
115:8 197:19
257:1 285:11
345:11
**inference** 113:2
113:23
**inferring**
113:20
**inform** 219:8
**information**
43:20 45:6
62:22,22 67:25
68:16 69:11
80:14 81:10,13
92:5 95:24
111:9 113:5,24
149:12 178:23
227:8,20,22
233:2,4,11,15
233:22,25
234:25 235:9
235:13 236:16
237:8,20,25
238:2 246:21

247:4,8 248:5
248:15,18,19
248:22 250:10
250:19 257:23
272:21 279:7
294:25 296:21
317:25 337:12
349:23,25
**informed** 17:17
19:4 150:5
151:13,13
187:22
**inherit** 132:6
**initial** 89:7
**initially** 32:15
32:17 50:3
**injustice** 21:18
29:11
**innocent** 200:4
**inshallah** 209:9
**inside** 56:4
60:7 112:16
140:20 141:12
281:8
**inspect** 280:24
288:19 292:10
**instagram**
254:2,11,22
255:15 270:11
278:24 279:11
**instance** 256:2
**instances**
220:21 249:23

**instruct** 11:14
44:8 236:14
**instructed**
195:6,7 197:19
197:24
**instructing**
236:9
**instruction**
109:14 223:13
236:18 260:13
**instructions**
3:16 197:15
353:1
**insulting**
165:16
**insults** 257:5
**insurance** 24:8
121:7
**intended** 295:2
339:18,19
**intentionally**
187:1
**intentions**
139:16 190:6
294:24
**interest** 131:18
131:21,24,25
132:6,13,24
249:9,14
**interested**
352:15
**interesting**
247:5

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[international - karcher]**

Page 33

**international** 27:5 38:9,21 52:25 53:1,3 229:14 332:9

**internship** 62:8

**interrogating** 281:8

**interrogatories** 336:23

**interrogatory** 130:10 339:2

**interrupt** 58:13

**interrupted** 220:11

**intervals** 72:25

**intervened** 149:5,17 158:12

**interviewing** 94:19

**interviews** 249:18

**intimidated** 29:9

**intricate** 336:4

**intrusion** 287:12

**intuition** 205:7

**invite** 179:4

**involve** 115:7

**involved** 42:7 57:25 61:20 83:23 86:7 110:7,12,16,20

111:1,4 115:8 240:1,2 288:18 334:7

**involvement** 64:22 65:4,8 66:4 93:6,18

**involves** 236:15

**iran** 157:22 158:2,15,20 159:15,16 160:7,12

**issue** 157:14 176:22 183:25 200:13 296:23

**issues** 42:1 116:16 139:18 140:24 193:24 224:14 245:24 246:2

**items** 293:1

**j**

**j** 207:7

**jacksonville** 1:3 2:16 4:15 151:12

**january** 52:22 62:6

**jealous** 290:2,3 290:4,21 291:6 292:12 293:24

**jealousy** 89:18 94:10,11 290:1 292:13 293:13

293:15

**jersey** 18:16 19:7,13,15,17 19:22,23 20:4 21:3 24:13 34:4 38:11,14 53:9 75:15 76:9 78:8,12 121:9 149:13 151:7,20 154:1 155:25 156:2 156:18 165:5,8 220:17 269:19 296:14,15 299:12,19,22 300:2,5,8 311:22 312:10 312:17 342:24 344:15 346:4

**jewelry** 328:15 328:25

**jinns** 207:7

**job** 23:16 24:9 42:8 65:13 90:21 93:3 146:22 174:19 175:6,18 176:20 177:25 307:16 315:8 315:10,12 323:12,17,23

**jobs** 89:24,24 164:9 252:24 315:7 318:4,13

322:24 323:1 332:12

**joe** 39:17

**join** 316:10

**joke** 210:10,12 210:24

**jokes** 210:14,19

**journalist** 224:4 242:14 247:10

**journalists** 249:9,17,24 294:15

**june** 53:4,14 61:21 63:2

**junk** 187:9 190:21

**justified** 287:19

**justify** 287:12

**k**

**k** 83:15 207:10

**kabul** 262:7 263:17 310:10

**kalab** 207:9

**karcher** 178:20 178:20,22 179:1 180:15 184:1,11,21 185:9,22,23,25 186:9,15 187:2 188:15 190:18 193:10,16 194:15,19

195:4,7,14,17
196:4,13,19,20
196:24 197:3,8
197:14,19,24
198:1,5,8
199:14 203:11
**karcher's** 180:3
187:3
**karimi** 250:6,9
250:12,18,23
**keep** 42:5 105:9
112:16 166:6
201:18 218:3
256:16 257:4
261:6 282:3
284:21,24
286:21 287:14
**keeping** 75:23
**kept** 76:23
117:8 164:10
174:21 191:11
251:6 268:12
272:22 283:4
312:8 328:2,4
**ketamine**
344:25
**keys** 70:25 71:3
**khan** 83:14,14
83:25
**kicked** 136:23
**kid** 80:20
**kidnappings**
259:24

**kids** 33:6 58:6
58:12 89:25
91:17 116:3
121:4 132:3,9
138:20 140:18
140:22 142:10
145:13,17,24
151:13 161:2
164:7,8,13
205:3 218:2
222:17 239:23
243:15 244:1
301:11 313:15
339:13
**kill** 283:7
**kind** 7:23 8:3
35:1 58:1
59:11 60:24
102:1 127:9
170:25,25
174:4 249:24
257:3 281:22
286:19 298:5
303:12 304:5,7
308:21 309:16
313:19 326:23
336:3 342:12
**king** 254:3
**kiss** 142:11
**kissing** 142:13
**knew** 18:15
68:21 100:14
108:8,22
166:10 177:16

186:11 205:1,3
205:13 219:6
229:4 230:4
238:25 252:20
253:5,6 260:7
272:19 349:20
**knight** 1:18 2:4
**knocked** 274:6
**know** 5:20 7:11
8:20 9:25
12:18 13:21
14:9 16:12
19:19 23:9
26:3,8 29:9,25
33:13 40:23
41:13 42:22
48:3 49:11
59:9 60:9
61:25 62:2,9
62:15,16 64:5
67:11 68:24
69:1,2,5,13,21
70:2,20 73:20
73:23 74:2,3
75:23 76:2
77:9 78:7
80:17,19,23
81:1,3,18
82:24 86:1
88:7 89:18
93:1 94:21
95:10 99:6,14
99:25 100:8,11
100:22 101:3

102:8,14,18,20
103:3,8 104:1
104:6,15 106:2
106:12 107:3,8
107:13,18,24
108:10,14,21
109:13,20
110:3,3 114:20
115:5,9,12,13
115:18,24
116:7 117:8
119:13 121:2
123:24 126:21
127:5 129:21
135:7,8,17,20
138:10,13
140:10 141:16
143:6,16
144:11,12,16
146:6 148:2
152:15 153:12
153:16,22
154:6,11,11,12
154:15 155:18
155:19 156:23
157:20 158:3
159:11,12
161:22 162:8
163:13,15,17
163:20 164:2
164:23 166:19
166:21,24
167:25 168:5
168:20,25

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[know - lawsuit]**

Page 35

| | | | |
|---|---|---|---|
| 169:17 170:10 | 261:16,21 | 348:1,2,2 | 207:16 352:2 |
| 173:22 175:12 | 262:11 263:10 | 349:8,14,16 | 352:22 |
| 175:13,14 | 263:10,11 | 350:12,15 | **lake** 298:25 |
| 177:10,15,20 | 272:8,11,13,25 | **knowing** 150:4 | 299:1,8 |
| 182:7,25 | 273:13 279:19 | 154:7 236:13 | **landlord** 36:10 |
| 184:14 185:9 | 279:24 280:9 | 282:25 | 90:25 97:20 |
| 187:10,11,12 | 281:21,25 | **knowledge** | 128:14 129:23 |
| 187:13,14,15 | 282:1,11,12,13 | 27:13 76:19 | 130:6 |
| 189:8 190:4,5 | 284:13,13 | 77:5 78:14 | **language** 55:3 |
| 190:24,25 | 286:10,20,20 | 88:13 99:3,12 | 214:9,19 |
| 191:22 198:9 | 286:21 289:9,9 | 100:19 101:9 | 272:23 |
| 201:13 207:3 | 291:13 293:7 | 115:9 176:13 | **large** 123:6 |
| 207:20 209:1 | 293:25 294:2 | 190:21 238:10 | **largely** 44:6 |
| 209:12 214:6 | 296:3,3,4,5,16 | 238:11 246:2 | **late** 312:2 |
| 214:16 215:5,8 | 298:5,14,23 | 305:12 311:5 | **law** 53:1,1 |
| 215:10 216:21 | 299:4 300:25 | 311:10 313:4 | 216:7 248:4 |
| 218:6 219:5,9 | 301:6 302:19 | 313:23 314:7 | 333:24 352:7 |
| 219:10 224:5,7 | 303:15,18,24 | 330:11 338:24 | **laws** 214:1 |
| 227:24 231:18 | 305:18,21,22 | 351:1,2,8 | 216:13 |
| 232:10,13,15 | 306:2,3,5,13 | **known** 67:3 | **lawsuit** 6:20 |
| 232:17 233:10 | 310:3 312:4,6 | 68:8,9 90:4 | 13:18 17:18 |
| 234:15 235:11 | 312:20 313:9 | 103:10 178:1 | 25:5 28:6 44:6 |
| 235:22,25 | 314:13 315:24 | 243:4 | 66:18 68:4,15 |
| 237:15,16 | 316:6,7,9 | **knows** 6:16 9:1 | 68:21 111:25 |
| 238:23 240:21 | 320:3 326:4,6 | 171:8 184:21 | 112:21 140:8 |
| 240:22 241:6 | 326:7,11 333:4 | 216:7 259:2 | 140:18 177:8 |
| 241:24 242:1,3 | 333:12 334:1,9 | **l** | 177:11 178:1 |
| 242:7,12 243:8 | 335:21 336:1 | **l** 1:20 15:10,18 | 200:1 201:24 |
| 243:19 245:18 | 338:3,4,8,15 | 17:10,10,10 | 227:13,25 |
| 245:20,21,22 | 339:7 341:15 | 25:4,4 31:13 | 228:6,9,13,17 |
| 246:5,12,13 | 341:16,17,17 | 36:5 52:21 | 228:22 229:5,8 |
| 248:9,10 250:6 | 341:21 343:5 | 139:8,8 142:23 | 230:22 231:1,4 |
| 252:10 253:16 | 344:15 345:3,8 | 142:23 207:10 | 231:14 232:3,8 |
| 256:1 260:1,6 | 345:16 347:2 | | 232:18,20,24 |

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[lawsuit - little]**                                    Page 36

233:6,8,12,15
234:4,7,16,21
235:1,7,10
236:1,2 237:3
237:5,8,21
238:1,4 239:9
239:18 240:12
240:24 241:4
241:10,19
242:9,16,23,24
243:24 244:5
245:17 251:5
254:19 255:10
271:20 295:17
295:20 307:7
339:15,17
**lawyer** 9:20
235:1,12,14,21
236:3,8 237:8
237:11,15,21
238:1,3,3
**lawyers** 5:19
175:24 176:2
223:19,22
**learn** 176:5
**lease** 54:12,21
56:4,24 327:5
328:8
**leased** 130:4,4
**leases** 54:4,7,10
54:18 60:18,22
61:11 74:8
**leasing** 130:7
327:3,4

**leave** 26:9 61:3
217:23 283:1
**leaves** 301:23
**leaving** 23:10
301:18
**led** 109:10
**left** 23:5,8
207:5 253:14
268:24
**legacy** 243:11
243:14 245:11
339:10,12
**legal** 4:21,24
7:5 29:25
119:18 184:19
189:12,12
333:5,11
**legally** 6:15
**legitimate**
214:23
**legs** 292:1
**length** 156:16
**leonard's** 81:4
**letter** 186:7,20
308:1
**letters** 78:1
184:24
**letting** 23:9
174:9
**level** 155:9
**liabilities**
116:10
**liar** 139:24
145:21 175:2,3

**license** 37:22
**lie** 38:21
144:14 199:20
279:16 317:8
319:17
**lied** 137:10,13
**life** 19:3 23:12
48:2 65:12
67:2 94:16
140:10 167:4
239:22 245:10
255:25 256:21
284:20 290:17
308:2,14
339:21
**lifted** 171:2
**lifting** 306:13
306:22
**light** 207:5
**liked** 33:20
252:21
**likelihood**
187:4 189:23
**likely** 101:18
187:8
**limit** 164:16
**limitations**
305:20 334:19
335:24
**limited** 44:17
47:2 86:2
159:18 165:1
305:24

**limits** 248:4
**line** 3:7,17
105:10 214:11
214:24 215:13
248:25 354:4
**lineage** 202:18
307:14,17
**linkedin** 3:8
45:3,15 46:14
46:21 47:8,22
48:10,12,17
49:2,13 50:22
51:12 55:23
61:18 62:23
63:20 66:19
68:3 69:6
246:9 254:1
**list** 50:4 336:25
336:25 337:25
338:6
**listed** 51:7 88:4
195:17
**listen** 150:11
213:2 247:17
263:5 273:11
**listening**
333:22
**lists** 48:18
**literally** 117:22
**litigating** 7:24
**litigation** 27:5
27:6 336:21
**little** 9:18 38:3
42:13 43:6

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[little - lynne]**

Page 37

57:23 60:14 87:12 100:18 116:12 127:24 134:9 178:15 178:15 193:13 213:4 236:6 259:8 264:4 301:8 302:12 306:9 309:1 316:15 324:21 334:24 335:18 335:22 336:19

**live** 71:8,11 175:6 201:16

**lived** 31:17,24 32:1,9 34:18 77:3 205:12 216:21,25 243:6

**lives** 31:6 138:19 218:3 339:21

**living** 20:23 24:12 67:11 121:8 159:20 329:21

**llc** 46:23 47:1 47:23 53:14,20 201:18,19 203:20 204:10 204:20 324:14

**llp** 1:18 2:4

**loan** 171:25

**located** 43:25

**location** 4:17 33:5 39:21 43:21 97:19,20 98:5,6,8,21,21 129:14

**locations** 33:14 39:20 60:20 97:11

**locked** 60:11 73:10 267:24 283:20

**locks** 60:6 73:10

**lodge** 9:21 214:14

**lodged** 339:11

**log** 233:24

**logged** 270:14 270:15

**long** 11:11,15 31:17 32:9 34:22 39:23 73:1 129:21 143:5 238:18 239:5 252:25 254:17 259:9 259:11 298:8 299:1 329:16 337:25

**longer** 31:24 234:23 253:14 309:1

**longest** 32:2 71:20

**look** 51:24 54:7 81:16 93:21 118:9 129:23 158:17 188:4 190:5 201:24 202:14 217:7 217:14 227:11 229:12 276:3,5 285:16,18,20 300:22 301:4 304:2

**looked** 230:5 239:1 249:21 277:22,24

**looking** 68:2 139:13 283:23

**looks** 226:14

**loop** 309:17

**lord** 16:9,25 17:1,2,4 22:4 24:5,20 25:14 28:1 29:19 239:25 240:10 240:11,18,23 241:11,23 245:24 340:10

**lose** 203:4

**lost** 202:3

**lot** 30:18,20 34:11 41:25 42:7,8 51:6 90:4 94:10,10

94:11 129:15 138:17 139:18 145:5 175:22 200:22 205:2 230:3 275:16 285:8 287:16 307:9,15 328:24 332:3

**loud** 127:9 309:25

**love** 33:15 145:23 286:8

**loved** 91:7 252:18

**low** 23:16 90:15

**lowered** 157:7

**lsats** 320:25 321:2,4

**lunch** 178:21

**lungs** 268:4

**luxury** 327:7 327:10 328:13

**lying** 181:15,17 212:8 250:15 260:19 266:1

**lynne** 3:13 17:7 17:8 161:9,9 223:25 224:3,5 224:7 226:7 233:17 240:10 240:11,19,20 240:23 241:11 241:22 242:21

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[lynne - market]**

Page 38

242:23 244:9

**m**

**m**  7:7 15:5
31:14 207:16
207:16 258:11
**made**  18:21
19:7 67:18
69:20 84:19,25
85:4,8 86:18
86:22 95:13
97:3 147:20
151:7,9 171:9
222:2 247:3
251:19 268:7
339:19 345:5
353:7
**magic**  221:14
340:23
**magician**  207:2
212:18
**mahdi**  30:20,21
212:22 213:11
213:14
**mail**  37:15 60:4
69:22 78:2,4
78:20 79:22
114:6 116:7,11
117:14,18
118:2,9 122:16
123:8,11,21,24
124:3,20 125:5
125:6,21
126:18 127:2

127:12 180:5,7
181:23 184:5,6
184:7,11,12,13
185:15,17
186:3,9 187:2
187:5,20
191:19,24,24
191:25 226:1
230:5 340:11
340:14
**mailed**  180:6,8
180:11 184:23
186:15,18
189:24 226:3
**mailing**  182:13
**mails**  114:23
115:6 116:23
117:2,15 180:3
180:4 183:3
184:10 185:21
185:22 187:21
188:4 239:1
322:9
**main**  66:25
75:18 114:12
177:4
**maintains**
73:20
**maintenance**
73:11 76:2
322:9
**major**  287:1
**make**  8:1 43:6
47:19 54:24

55:2 58:19
61:24 62:4
90:18 91:22
94:23 104:24
105:1 115:20
118:16 129:3
129:11 147:24
149:9 176:2
178:11 182:5
185:7 187:7
201:21 222:23
229:11 236:22
243:15 244:3
251:1 268:21
273:2 279:14
285:10 292:25
294:23 295:3
304:11 307:6
309:1 312:8
333:20 344:17
348:11,15
353:4
**maker**  118:8
**makes**  232:3
237:3
**making**  8:3
60:5,7,10 73:9
73:10 129:14
164:4 172:19
173:6 198:19
198:23 236:24
272:23
**malpractice**
196:24

**man**  23:20
90:20 93:3,3
93:17 97:14
142:14 175:4,5
243:5
**manage**  42:2
311:12 324:21
**managed**  85:5
**management**
53:21 55:5,25
57:1 88:23
130:13,21
131:1 136:2
**managing**
135:17,20,23
311:2,6,15
**manassas**
298:25 299:2,5
299:8
**manhattan**
47:23 72:4,16
72:21 87:16
**march**  33:9
352:18
**marco**  2:15
**mark**  45:14
122:17 206:14
226:5
**marked**  45:16
122:20 206:20
226:8
**market**  75:16
81:5

Veritext Legal Solutions

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[married - mentioned]**                                   Page 39

| | | | |
|---|---|---|---|
| **married** 37:24 164:10,13 258:15 | 184:21,22,23 184:25 187:20 187:24,25 188:5,17 355:2 | **meat** 81:5 | 150:7 156:19 157:10 |
| **marry** 23:7,8 | **matthew's** 191:24 | **media** 4:10 240:1 257:20 257:23 264:11 264:18 269:14 270:1,16 272:8 273:17 274:18 279:8 280:13 | **medicine** 341:25 348:25 |
| **maryland** 32:21 33:18 | **maximized** 189:22 | | **meet** 160:2 180:25 251:3 |
| **mask** 139:24 | **mayo** 148:19 148:21 | | **meetings** 12:20 12:25 84:6 285:1 291:25 322:9 |
| **masquerade** 232:15 | **mean** 29:14 70:19 71:12 88:3 96:12 111:11 129:6 141:23 145:1 153:17 156:16 158:14 161:20 165:14 170:13 173:16 176:1 182:16 183:1 189:10 194:14 198:7 231:12 233:3 235:25 236:4 274:9 300:23 303:14 303:24 305:12 311:9 322:5 | **medial** 278:21 | |
| **masqueraded** 229:12 230:12 230:23 235:21 237:12 | | **medical** 20:20 148:8 149:5,10 149:15 153:9 153:12,21,23 157:19 158:17 160:7 296:16 296:22 304:3 306:4 332:25 342:20,25 343:1,14 346:22 | **member** 53:1 |
| **masquerading** 232:8 245:19 | | | **members** 13:14 20:24 31:23 91:5 269:19,25 279:8 281:20 302:10,11 |
| **master's** 27:4 38:8,13,18,20 39:3 316:11,14 316:18,24 320:1,5,8 321:10 | | **medically** 148:1 150:14 | **memory** 163:25 |
| | | **medicare** 121:6 | **men** 22:16,20 22:24 139:15 263:3 281:18 283:1 |
| **matt** 45:18 254:25 | | **medication** 147:13,22 150:10 154:3 156:3 157:5,7 157:12 344:7 344:10 345:4,7 346:1,3,4,11,13 347:2,7,10,22 349:12 | **mentally** 139:19 256:9 332:21 |
| **matter** 4:13 49:21 276:18 276:20 316:3 | **meaning** 12:5 83:19 | | **mention** 94:8 112:20 167:9 247:6 251:4 313:17 |
| **matters** 12:15 234:17 | **means** 237:10 | | |
| **matthew** 1:17 3:4,8 4:12,12 5:9 6:9,22 7:7 29:25 30:17,22 45:9,9,15 46:14,21 66:19 | **meant** 110:10 110:11 219:10 335:2 | **medications** 10:5 147:17 | **mentioned** 30:25 32:3 50:5 51:18 60:22 67:17 73:8 93:2 117:14 122:15 |

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[mentioned - moral]**                                Page 40

147:24 151:18
155:11 167:4
175:11,14
186:5 200:10
213:10 223:23
314:16 325:21
330:25 339:9
**mentioning**
70:19
**mentions** 118:2
**mercy** 207:12
**message** 206:11
207:21,23
208:1 209:5
210:23 213:18
213:23 217:16
217:18,22
219:5,6,8
275:11 278:17
340:13,15
**messages** 3:11
206:20,21
207:1 210:2
211:4,5,13
212:12 217:9
219:22
**met** 33:11
**michael** 16:9
16:25 17:1,3,4
22:4 239:25
240:10,11,18
240:19,23
241:12,23

**michelle** 162:4
286:5
**michelle's**
162:6
**micromanage**
138:19
**microphones**
4:4
**mid** 73:2
**middle** 1:2 4:15
38:6 213:11
277:2 283:18
287:13 290:8
**mill** 75:9 76:24
77:3 78:13
312:17 313:2
**million** 112:5
**millionaire**
245:9
**millions** 22:8,8
**mind** 7:4 14:4
96:7 138:3
186:25 187:3
284:7
**minute** 308:20
**minutes** 110:1
309:6
**miracles** 90:12
**miriam** 38:22
286:5
**mistake** 348:11
**mistaken** 96:1
**mm** 11:1,23
13:10 22:1

36:19 37:20
39:12 41:4,12
41:17 48:20,24
51:10 65:6
95:9 108:20,20
112:12 160:20
180:21 185:8
186:22 196:7
203:15 205:20
208:17 211:19
212:15 237:9
267:7,10
280:22 310:21
325:10 326:9,9
334:23 348:18
**modified**
194:16
**mohammad**
4:11 6:23
30:17,21 185:3
**mom** 12:24
32:6,7,13
162:2 164:1
165:11,17
197:21 222:23
300:7 328:17
329:3
**moment** 77:18
80:22 228:10
243:18 295:13
307:25 338:14
344:16
**money** 22:21
29:13 79:18

82:9 84:21
90:7,18,19
112:23 115:19
116:5 119:16
121:12 124:22
129:5,7,15
172:5 173:6
275:17 348:9
**monitored**
147:20 155:23
156:1
**monitoring**
154:2 156:2
**month** 81:20
90:19 172:20
179:10,10
298:10,11,18
314:18 325:6,9
325:14,16
326:1 327:6
**monthly** 41:6
314:22 329:11
331:23,25
332:5
**months** 31:21
31:21 34:18
53:15 62:7
191:17 295:15
295:19 299:3,7
323:19
**mops** 75:24
**moral** 21:20
28:10,16,22,25
29:8

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[morning - needed]**

Page 41

**morning** 4:1 5:16,17

**mortgage** 115:25 116:1,2

**mother** 20:14 31:15 33:10 34:4 92:13 132:8,9 136:1 164:11 165:10 168:8 179:1,3 180:16 181:14 193:9 197:8 221:12 269:20 269:24 278:17 278:19 312:15 313:12 314:15

**mother's** 13:15 14:1 197:5,8 197:15 201:21 269:20

**motion** 206:16

**motivated** 289:14,24

**motives** 286:12

**motor** 335:24

**mouth** 283:4

**move** 32:14,17 33:5,15,23 76:20 77:6 129:24 247:23 282:16 291:1

**moved** 34:25 76:21 78:13 98:5,9,20

130:6

**movie** 90:2

**movies** 301:9

**moving** 223:21 300:9,12 339:20

**multiple** 244:20

**murphy** 2:12 10:16,19

**murphyander...** 2:18,19

**music** 162:8

**mute** 4:6

**n**

**n** 2:1 3:1,11 7:8 7:8 15:6,10,18 15:22,23,24 17:10,10,10,10 22:2 25:4 83:15 138:7 139:8 144:18 206:15,19 207:7,7,7

**name** 4:20 5:18 6:7,9,14,18,19 6:19,22,22 7:5 15:9,16,21 16:17,24 29:25 30:3,6,14,19 36:4 42:23 45:8,9 94:14 94:16 115:1

118:2,7 184:19 201:21 203:20 204:10,20 213:9,11,17 244:1,2 254:3 254:25 280:18 307:9 312:13 315:2 322:17 322:20

**name's** 184:16

**named** 195:12 196:12 352:4

**names** 14:2 16:11,13 77:17 178:25 184:17 201:17 244:2 298:14 299:4 307:8 336:23

**narcissism** 256:19

**narcissist** 170:4 170:9,17 177:14 202:9 202:15

**narcissistic** 140:13 256:14 290:18

**narrative** 117:7 183:16 260:22

**nassir** 14:3 15:6,11,20 18:1 21:10 24:11 96:21 138:7,11,21

143:11 162:10 167:15 168:11

**natural** 342:14 342:14 343:24

**nature** 216:4

**naturopathic** 342:17,22 343:20

**nazira** 250:6,24 251:10,20 252:7

**near** 34:2 90:5

**nearby** 302:20

**necessary** 126:8 353:4

**need** 8:23,25 9:24 14:14 29:14 36:24 42:2 55:11 59:9 66:6 76:3 85:13 148:4 164:24 171:15 179:20,23 202:17 205:6 216:15 240:1 268:19 272:12 275:1 276:3,5 284:18 286:3 333:22 342:6 342:25

**needed** 42:7 48:6 57:17,17 59:20 64:8 73:3 75:25

Mohammad "Matthew" Bayat                      February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[needed - number]**                              Page 42

| | | | |
|---|---|---|---|
| 186:19 243:9 337:8 342:5 | 181:11 182:12 182:13,14 | 344:15,22 346:4 | **northwest** 1:18 4:18 |
| **needs** 79:3,7 212:20 | 183:2 187:22 218:5 219:6 | **newer** 172:23 | **nosy** 290:21 |
| **negative** 143:21 | 220:6 222:16 222:18,19 | **news** 252:8 | **notarial** 352:17 |
| **negatively** 21:12 65:9 85:22 104:11 188:9 | 243:25 246:15 249:6 294:13 | **niels** 10:16 11:3 | **notarized** 191:14,23 |
| | **new** 6:18 18:16 19:7,13,15,17 | **night** 23:8,20 267:6 274:3 277:2,11 | **notary** 1:20 5:11 179:6 181:1,10,15 199:10,20 229:11 334:6 352:2,22 355:23 |
| **negotiating** 54:10,18 | 19:22,23 20:4 21:3 23:15 | 280:23 283:19 287:13 288:19 290:8 292:9 310:14 | |
| **negotiation** 53:21,25 54:12 56:25 | 24:13 34:4 38:11,13,14 | **nitty** 256:22 | |
| | 44:2 53:9,15 | **nod** 8:24 | **notary's** 181:17 |
| **negotiations** 54:23 84:3 | 56:5,6,10,19 58:24 61:7 | **non** 61:4 | **note** 4:4 31:1 |
| **neighbor** 114:25 221:10 | 75:15,24 76:9 78:8,12 91:1 | **noncontrover...** 126:17 | **noted** 353:11 355:7 |
| **neighbors** 221:8 | 93:5,23 95:7 121:9 149:13 | **nonprofit** 320:17 321:12 321:18,22 322:18 324:1,2 | **notes** 148:3 |
| | 151:7,20 154:1 | | **notice** 153:19 223:18 |
| **network** 275:3 | 155:25 156:2 156:18 165:5,8 | **nope** 101:14 148:14,20 | **noticed** 219:12 |
| **networks** 272:17 | 220:1,2,17 | 154:20 216:23 264:23 269:11 | **noticing** 5:2 |
| **never** 8:16 30:20 59:23 74:9 86:25 87:3 88:19 96:13 131:14 145:17,18 148:21 161:21 161:22 167:1,3 167:5,5,9,10,11 179:15 181:5 | 227:13 228:2,7 228:13,18,23 231:2 269:19 293:3 296:14 296:15 299:12 299:19,22 300:2,5,8 311:22 312:10 312:17 342:24 | 270:22 281:3 350:16 | **notified** 157:12 |
| | | **norm** 30:22 | **notwithstandi...** 89:5 |
| | | **normal** 40:18 42:6 249:20 301:7 304:25 | **november** 53:9 311:24,24 |
| | | | **nowadays** 27:15 66:7 |
| | | **normally** 305:2 | **numb** 345:5 |
| | | **norms** 281:17 | **number** 40:10 40:25 69:21 147:18 211:6 252:1 |

Veritext Legal Solutions

800.808.4958                                          770.343.9696

Mohammad "Matthew" Bayat                                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**numbers**
115:17 220:3
**numerical**
115:18
**nurse** 146:15
146:23 301:6
344:2
**nw** 2:6

**o**

**o** 7:8 17:10,10
25:4 139:8
**o'donnell** 3:13
17:7,8 223:25
224:3,6,7,16,20
224:20,24
225:3,6,10,16
226:7,10 227:8
227:20 228:17
228:21 229:4,8
230:16,20,22
233:17 234:1
234:21 235:7
237:6 238:5
239:9,13 241:9
242:14,22
245:13,23
246:23 248:20
250:10,20
**o'donnell's**
232:5 237:4
241:18
**oath** 137:7
138:22,24

142:18 143:25
144:7,10,14
146:3 161:14
212:9
**object** 25:12
51:11 54:14,19
57:12 63:15
66:15 68:17
70:9 74:1,22
96:3 99:8
100:2,25
101:24 102:5
102:16,23
103:12 104:8
104:17,18
105:21 107:1
107:21 108:2
108:17 113:14
117:1,4 118:22
119:11 120:2
124:6 125:10
126:7 127:3,19
130:23 131:2
132:18 133:5
133:14,25
134:6 144:1,15
146:4 154:10
156:8 157:1
158:13 163:22
172:11 173:10
177:18 178:6
181:20 182:4
183:8,24
185:18 189:5

189:25 190:3
191:5 192:6
193:19 195:23
198:14 199:3
199:13,18
204:3,5,23
208:7,19
209:14,17
210:4 214:11
214:24 215:13
229:22 230:18
233:7 235:24
241:13,25
242:10 244:7
250:14 266:2
277:4,14
287:21 289:5
289:17 291:8
292:14 330:14
341:12,19
**objected** 91:12
179:3 292:17
**objecting** 292:6
292:17
**objection**
214:14 216:2,3
**objections** 9:21
**observation**
201:13
**observe** 264:13
264:17 333:3
**observed** 305:9
335:23

**obsolete** 173:17
**obtain** 17:20
**obtained** 129:3
**obviously**
83:22 84:2
177:25 227:22
263:4 284:20
333:18
**occasion** 165:9
165:15 167:13
206:5
**occasions**
187:23 219:21
**occurred**
111:13 117:10
127:1 151:12
260:8 273:5
291:10
**october** 33:2
**offered** 21:20
28:10 29:8
90:16 91:1
**offers** 26:1
**office** 71:14,16
73:24 74:12,15
74:24 75:1,8
75:12,13,14,21
76:4,8 78:8,12
173:12 179:5
191:12,13
199:24 315:21
345:24 347:12
347:14,17
348:2

Veritext Legal Solutions

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[officer - okay]**                                    Page 44

| | | | |
|---|---|---|---|
| **officer** 87:1 | 17:6,8,11,13,22 | 57:14,22 58:17 | 105:9,23 106:7 |
| **offices** 1:17 | 18:6,20,24 | 58:22 59:5,9 | 107:5,12,17,23 |
| 75:18 | 19:6,10,12,16 | 59:21,24 60:13 | 109:1,8,16,19 |
| **official** 88:4,7 | 20:3,15,19,25 | 61:17 62:12 | 109:23 110:1,9 |
| 223:18 | 21:3,8,13,24 | 64:3,9,18,21 | 113:2,12,15,18 |
| **offs** 60:23 | 24:23 25:9,13 | 65:1,10,17,23 | 114:18 116:17 |
| **oh** 11:17 27:17 | 25:18,20 26:11 | 66:2,9,17,22 | 117:20 118:6 |
| 29:7 46:5 | 26:16,19,21 | 67:14 68:12,20 | 118:25 119:6 |
| 55:17 56:3 | 27:1,25 28:4,7 | 69:19 70:14 | 119:14,18 |
| 74:2 97:5 | 29:7,24 30:3,6 | 71:5,12,20 | 120:6,21,25 |
| 98:10 103:18 | 30:24 31:6,17 | 72:8,11,23 | 121:13,23 |
| 113:12 137:22 | 32:1,9,12,17 | 73:5 74:12,20 | 123:11,23 |
| 156:4 161:25 | 33:17 34:14,17 | 75:21 76:1,6 | 124:3,25 |
| 173:25 181:25 | 34:22,25 35:5 | 76:11,23 77:5 | 125:16 126:6,9 |
| 187:23 188:19 | 35:9,20,24 | 77:9,14,21 | 126:12 127:5,8 |
| 201:1 208:11 | 36:8,11,14 | 78:4,11,17 | 128:3,7,12,19 |
| 211:16 212:2 | 37:5,10,14,21 | 79:12,20 80:2 | 128:23 129:9 |
| 222:1 228:8 | 37:24 38:1,3 | 80:6,11,21 | 130:6,19 |
| 235:2 239:15 | 38:16,23 39:2 | 81:1,7,22 82:4 | 131:23 132:10 |
| 261:1 264:3 | 39:10,16,18 | 82:8,13,16,21 | 132:15,16,20 |
| 279:25 282:7 | 40:3,6,16,20 | 82:24 83:7,10 | 134:10 135:8 |
| 282:10 295:25 | 41:3,11,13,16 | 83:19,22 84:17 | 135:11,23 |
| 296:3 326:12 | 41:18 42:17,20 | 85:23 86:1 | 136:13 137:2,9 |
| 330:22 335:2 | 42:25 43:4,5 | 88:10,18 89:5 | 137:16,18,22 |
| 340:14,19 | 43:22 44:25 | 89:12,14 91:21 | 138:2 139:7 |
| **oils** 342:4,14 | 45:6,13 46:2,5 | 92:4,14 93:1,5 | 140:5 141:18 |
| **okay** 5:22 6:4 | 46:11,17 47:19 | 94:24 95:3,10 | 141:22,24 |
| 8:13,16 9:12 | 49:6,16,20 | 95:17,22 96:22 | 143:2 144:9,13 |
| 10:17,22 11:4 | 50:3,6 51:12 | 97:2,7 98:17 | 144:23 145:7 |
| 12:5,12,14,19 | 51:16,20,24 | 98:24 99:3,18 | 146:10 147:8 |
| 12:23 13:4,13 | 52:6,25 53:24 | 100:5,11 101:6 | 148:5,11 149:3 |
| 13:16 14:13 | 54:3,16 55:4 | 101:15,23 | 149:14,20 |
| 15:20 16:1,5 | 55:17,23 56:12 | 102:1,6,12 | 152:3,8 153:3 |
| 16:11,14,21 | 56:15,22 57:5 | 103:18,25 | 153:15 154:14 |

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[okay - okay]**

Page 45

| | | | |
|---|---|---|---|
| 154:18 155:1,5 | 200:16,19 | 247:19,22 | 287:6 290:4,23 |
| 156:1,10,25 | 201:1,1,10 | 248:16,22 | 292:5 293:3,10 |
| 157:24 158:22 | 202:8,10,11,20 | 249:21 250:3 | 293:19,21 |
| 159:4,8,17 | 204:15 205:18 | 250:12 251:13 | 294:3,5,14 |
| 160:6,10,13 | 205:23 206:3 | 251:24 252:4 | 295:6,7,11,21 |
| 162:20 163:1 | 206:13,24 | 252:12 253:25 | 295:24 296:6 |
| 163:17 165:7 | 207:20 209:1,9 | 254:5,7,17,21 | 296:12,16 |
| 165:14,20 | 209:11,25 | 255:12 256:9 | 297:6,9,11,22 |
| 166:19 167:2 | 210:9 211:3,10 | 256:16 257:22 | 297:24 298:5 |
| 167:17,21,25 | 212:4,11,17,19 | 258:4,11,13,21 | 298:14,21 |
| 168:5,9,16,19 | 213:1,6,16,25 | 259:4,7,14,23 | 299:1,4,7,11,14 |
| 169:11,14,19 | 214:13 215:10 | 260:2,7,16,21 | 299:21,24 |
| 169:25 170:2,8 | 216:12,18,24 | 261:1,5,9,14,24 | 300:2,5,11 |
| 171:15 172:3,8 | 217:5,14,22 | 262:1,12,24 | 301:16,18,23 |
| 172:16 173:16 | 218:8,11,21,25 | 263:16 264:3 | 302:3,5,12,15 |
| 174:8 175:8 | 219:14,21,25 | 264:10,24 | 302:18,22 |
| 176:1,16 177:7 | 220:6,11 | 265:12,14,17 | 303:2,25 |
| 177:10 178:14 | 221:24 222:6 | 265:21,24 | 304:21 305:4 |
| 180:14 181:2,4 | 223:2,7,11,17 | 266:5,9 267:2 | 305:12,15,19 |
| 181:19 182:3 | 224:3,19 225:2 | 267:11,18 | 306:17,21 |
| 182:15,21 | 225:15,24 | 268:1,5,6 | 307:16 308:5,6 |
| 183:1,5,19 | 226:18 227:7 | 269:2,12 270:3 | 308:7,8 309:7 |
| 184:8,18 | 227:19 228:16 | 270:15 271:3,6 | 309:20,23 |
| 185:20 186:18 | 229:3 230:10 | 271:14 272:4 | 310:7,16,19,25 |
| 187:7,23 188:8 | 230:21 231:23 | 273:1 274:7 | 311:8,14,18,22 |
| 188:14 189:1 | 232:7,14,18 | 275:7,11,18 | 312:7,13 313:1 |
| 189:17 190:8 | 233:2 234:23 | 276:7,14 | 313:4,8 314:6 |
| 192:15,22 | 235:6,9,18 | 277:20 278:9 | 314:25 315:5,9 |
| 193:8,12 | 236:20 237:16 | 278:15 279:25 | 316:10,22 |
| 194:18 195:11 | 238:7,22 | 280:7,14,21 | 317:2,5,12,15 |
| 196:23 197:2 | 240:22 241:1,3 | 281:1,6,14 | 317:18,22 |
| 197:17 198:4 | 242:2,8,19 | 282:1,7,10 | 318:1,19,24 |
| 198:13,22 | 245:4 246:1,5 | 283:8 284:5,14 | 319:2,7,18,22 |
| 199:2,17 200:5 | 246:8,11 | 285:14,19 | 319:25 320:12 |

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[okay - owned]**

Page 46

320:16,21
321:1,15 322:1
322:5,14 323:9
323:14,19,22
324:8,25 325:9
325:16,19
326:17,21
327:2,7,13,20
328:1,5,10,15
329:10,19
330:24 331:7
331:13,19,22
331:25 332:8
332:11,24
333:7,14
335:20 336:8
337:14,17
338:5,13,21
339:1,24
340:16 341:16
341:22 342:10
342:17,19
343:13,16
344:1,22
345:22 346:16
347:5,20 348:4
348:14,24
349:10 350:5
350:15,20,25
351:9
**old** 6:19 26:19
58:14,16,18
59:2,10 83:3
142:13 220:3

255:3 279:17
279:19 280:2,7
306:10 327:14
**older** 34:10
139:17
**oldest** 33:24
34:2,2,15 83:7
137:1 258:10
258:13
**once** 52:7
161:20 167:3,6
167:9,10,11
182:14 187:22
221:7 246:10
246:14 251:15
288:2 300:21
301:2 313:17
**ones** 32:3 57:16
152:12 280:19
**ongoing** 313:14
313:19
**online** 17:21
47:11 240:5
321:25 322:2,8
**open** 23:14
91:3 94:1,6
268:12
**opened** 23:19
90:5 97:13,18
97:19 98:2
150:17 244:11
256:4
**opening** 23:15

**operation** 76:7
93:3,17
**opinion** 187:6
339:16
**opportunity**
132:18 288:6
**oppose** 14:22
**oral** 8:23
**orange** 38:10
**orchestrated**
181:23
**order** 115:18
146:19 275:24
**organization**
39:13
**organize** 73:14
148:17 149:1
**original** 53:20
97:13,20
129:18 213:11
283:14 353:14
**originally**
270:6
**originals** 193:9
**ought** 249:22
249:22
**outcome**
352:15
**outreach**
248:13 251:19
294:15
**outright** 196:25
**outshine** 94:12

**outside** 60:5,6
60:12 95:24
190:19 262:8
281:7 302:16
303:4,7
**overlapping**
125:15
**overnight** 71:6
**overtaken**
207:6
**overtime** 42:7
**own** 19:3 24:2
24:21 26:25
27:4 31:19
36:22 65:12
67:5,8 72:6
75:14 84:25
86:18 92:6
112:4,4 116:8
119:17 128:13
129:5 133:19
140:19 142:4
149:22 164:18
166:6 229:13
239:15 242:22
244:11 271:19
312:9 325:19
326:21,23
327:7,13 328:6
328:13 330:6
331:19 337:7
337:16
**owned** 22:23
22:23 58:8

Mohammad "Matthew" Bayat                      February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[owned - past]**                                    Page 47

| | | | |
|---|---|---|---|
| 238:16 327:10 327:20 | **page** 3:2,7,17 8:19 47:18 49:19 51:25 52:14 217:15 227:11 238:14 238:15 247:1 354:4 | **paperwork** 183:3 229:11 | 84:3 86:10 |
| **owner** 91:6 112:11 117:19 117:21,23 | | **paragraph** 124:10 227:12 229:7 238:13 | **participated** 54:22 229:19 232:11 235:23 337:5,7 |
| **owners** 97:6,6 | | **paramus** 53:9 76:24 77:13,14 77:16,23 78:5 299:12 311:23 312:17 | **participating** 85:18 239:2 |
| **ownership** 87:4 88:20 112:10 113:20 118:20 120:17 131:17 131:20,23,25 132:6,13,24 227:15 | **pages** 206:25 355:3 | | **particular** 39:21 46:7 65:19 92:20 159:17 162:13 205:22 255:17 256:2 |
| | **paid** 24:7,7 40:8,9,25 48:2 57:20 59:22 116:10 129:1 172:7 226:17 311:20,21 313:1 318:17 318:20 324:23 | **parent's** 165:4 | |
| **owns** 36:9 77:16 128:1,4 128:4,6,10 | | **parentheses** 124:16,17 | **particularly** 143:20 |
| | | **parents** 33:4 176:25 188:23 191:10 199:5 203:20 204:9 204:19 326:18 329:11,15 332:1 | **parties** 4:8 25:14 29:21 336:21 352:13 352:14 |

**p**

| | | | |
|---|---|---|---|
| **p** 2:1,1 7:8 42:24 | **painkiller** 346:25 | | **partners** 16:7 224:9 |
| **p.a.** 2:12 | **pamir** 58:4 93:23 95:8 97:11 98:2,5 98:20 | **park** 75:15,15 75:16 76:8 | **parts** 244:25 |
| **p.m.** 122:6,8,9 122:11 192:25 193:2,3,5 253:18,19,20 253:22 262:8 309:9,10,11,13 340:2,3,4,6 351:18,20 | | **parsippany** 24:12 121:9 | **party** 25:5 87:4 88:20 89:6 162:3,15,23 163:14 166:9 168:13 169:1,9 169:12 234:10 234:15 |
| | **paper** 14:12 307:8 | **part** 26:17 51:18 56:24 57:9 109:10 119:2,8 153:20 233:16 234:12 293:4 304:16 319:5 326:12 | |
| **packages** 60:4 220:25 | **papers** 60:25 75:2 249:18 344:9,12,17,18 345:7,11,14,15 346:14,15 347:18,23 348:7,8 349:4 349:14,16 350:6,13 | | **party's** 163:8 |
| **packed** 34:7 | | | **passed** 150:19 151:1 350:19 |
| **packing** 300:8 | | **participate** 26:16,18 27:14 54:9,18,20 | **past** 16:7 28:6 45:4 96:10 |

Veritext Legal Solutions

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[past - phone]**

Page 48

149:18 185:13
186:6 256:25
327:12
**patonia** 31:15
136:1 221:13
**patonni** 6:9,22
7:8 30:1
**patrick** 2:5
5:18 61:24
93:20 95:2
113:10 191:7
192:19 256:11
282:22 306:16
307:23 333:21
339:9 351:3
**patrick's** 176:7
176:14
**patrick.reagin**
2:9
**pause** 55:10
193:13 264:4
**pay** 40:7,23
41:6 61:10
115:25 116:1
121:11,12
226:16 275:19
325:5 326:12
329:8 331:14
331:19,22
332:1
**paying** 10:19
326:17
**payment** 84:18
128:20 129:4

135:23 137:17
**payments**
60:25 74:9
**peace** 322:22
323:1
**peachtree** 2:6
**penalties**
198:25 215:11
**pending** 10:3
55:14,16
111:16 192:18
192:23
**people** 13:11
18:18 20:10,11
30:20 42:8
62:15 90:4
92:23 115:8
162:8 189:16
200:4 201:23
222:14,21
223:24 248:6
256:19 264:13
264:17 267:8
269:25 274:10
274:11 278:13
281:2 285:7
288:18 291:20
334:7 347:18
349:4,23 350:7
**percent** 62:3
89:16
**percentage**
22:10,22

**perfect** 288:6
**performing**
135:5
**period** 29:17
40:24 53:14
62:25 63:3,9
63:22,23 71:20
148:17 185:24
212:1 315:22
316:17,23
**periods** 61:19
63:20
**perjuring**
199:8,11,14
**permission**
79:2,14,17
179:23
**permits** 76:3
**person** 12:25
13:2 18:9 23:3
23:20 24:5,7
38:17 97:14,14
136:15 137:3
138:12 139:23
159:20 161:8
169:22,24
205:11 210:2
214:21,23
221:10 243:5
246:13 285:21
306:10 323:4
**personal** 8:2
19:3 27:11,13
30:8,13 36:22

82:10 137:4,5
153:18 184:12
210:5 239:15
254:22 275:5
**personalities**
218:1
**personally**
31:19 82:8
128:4,6,10
186:10
**personnel**
281:14 348:2
**perspective**
25:20 96:13,25
102:13 210:15
287:11
**pertaining**
214:21
**philanthropist**
226:24
**phone** 13:5
79:7,21 80:7,9
151:7,9 166:1
170:1,5 171:22
173:2 177:13
182:18 185:16
185:16 186:21
208:22 211:6
217:10,20
218:9,12,14,19
218:20,21,25
219:1,4,7,16,23
220:1,2,3,7,12
220:13 222:2,8

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[phone - plenty]**                                  Page 49

222:10 225:25
226:2 256:3,4
256:5 261:24
262:1,4,6,14,15
262:20,25
263:16,18,22
263:24 264:7
264:14 266:12
267:3,8,15,20
267:23,25
268:13,14,16
268:18,19,22
268:23,23,24
269:1,1,20
270:6,12,13,16
271:1,1 272:10
272:10,12,16
272:17 273:2,3
273:6,8,9,10,14
273:21,21,22
273:25 274:2,7
274:12,15,18
274:23,24
275:1,2,23,23
276:4,6,10,10
276:12,13,15
277:1,12,17,22
277:23 278:4
280:24 281:11
283:16 284:1,9
288:19 289:16
290:10,11
292:10 294:6
310:9,11,13,20

**phone's** 276:18
**phones** 4:6
  172:25 256:7
  257:14 260:18
  261:6,9,14,18
  261:21 266:4
**phonetic** 115:1
  286:5
**phonetically**
  14:19
**photo** 267:4
**photographs**
  264:6,21 266:6
  266:12 284:11
**photography**
  261:3 265:22
**photos** 264:11
  264:18 269:10
  270:4,20,25
  272:7,9 273:2
  273:13,20
  274:24 275:22
  288:20 293:18
**physical** 269:4
  269:8 276:24
  301:6 305:5,10
  305:20 310:4
**physically**
  332:21
**pick** 4:5 60:20
  61:9
**picked** 63:11
**picking** 60:3,4

**picks** 78:3
**picture** 79:25
  79:25 80:3
  277:23 278:8
  285:4
**pictures** 256:5
  256:6 257:10
  257:14 260:10
  260:19 264:14
  265:2,11
  268:25 269:16
  269:17,23
  277:22 278:1,3
  278:4,11,13
  280:20 285:8
  292:24
**piece** 14:12
**pigs** 207:15
**place** 4:8 36:25
  37:3 104:16
  152:13 238:18
  342:2,5 352:5
**places** 77:12
  123:13 302:1
**plaintiff** 1:5 2:3
  5:19,21 18:2
  113:4,19 118:1
  118:4,18
  242:16 264:25
  337:2,4
**plaintiff's**
  21:19 118:2
  240:13 255:23

**plaintiffs** 111:5
  111:7,10 112:1
  112:6,9,16
  243:11
**plan** 239:22
**planning**
  170:12,15
**plans** 313:5,8
  314:7
**platforms**
  47:11
**plausibly** 289:3
**played** 24:20
  134:23
**playing** 24:19
**plays** 160:24
  170:20
**please** 4:4,6 5:6
  6:6 9:6,13
  16:23 17:15
  43:17 46:3
  62:14 102:25
  105:14 122:13
  125:25 147:24
  150:7 175:10
  189:16 193:6
  222:23 253:23
  266:22 271:24
  309:14 340:7
  353:3,8
**plenty** 185:13
  185:14 186:16
  186:17

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[plot - pressure]**

Page 50

| | | | |
|---|---|---|---|
| **plot** 112:13 | **pop** 322:7 | 279:10 280:19 | **prepaid** 171:22 |
| **plus** 53:22 | **position** 47:5 | 280:20 | 175:19 176:20 |
| 115:6 | 47:13,22 99:24 | **posting** 264:17 | **preparation** |
| **point** 9:24 | 100:7 103:8,24 | 264:21 269:5 | 11:10 |
| 47:21 59:21 | 106:11,20 | 269:10 273:16 | **prepare** 10:22 |
| 60:13 66:17 | 107:3,8,13,18 | **potential** | 10:24 |
| 73:13 75:11 | 107:24 108:7 | 215:11 293:16 | **prepared** 12:3 |
| 76:12,14 87:10 | 108:13 109:3 | **potentially** | 12:21 13:23 |
| 87:24 94:24 | 181:4 194:25 | 64:16 113:14 | 180:15 194:15 |
| 124:19 126:17 | 288:17 | 125:23 188:16 | 194:20 195:14 |
| 130:2 149:4,15 | **positions** 51:8 | 215:24 | 196:4 235:4 |
| 157:21 171:22 | **positive** 143:21 | **pounding** | 237:21 |
| 180:22 183:1 | **possess** 119:10 | 268:9 | **preparing** |
| 191:18,18 | **possession** | **power** 29:14 | 336:12 337:5 |
| 192:4,13 | 292:25 | 200:4 306:13 | **prescribed** |
| 204:25 206:4 | **possibility** | 306:22 | 150:8 304:16 |
| 215:15,22,23 | 70:20 | **practiced** | **prescription** |
| 219:25 239:17 | **possible** 70:4,7 | 340:18,23 | 345:25 |
| 239:21 242:25 | 139:14 163:7 | **practicing** | **presence** 95:25 |
| 252:24 267:5 | 209:12 244:6 | 221:14 | 181:6 190:20 |
| 275:15,20 | 275:21 320:16 | **practitioner** | 293:16 |
| 279:9 282:19 | **possibly** 12:4,5 | 341:25 342:12 | **present** 2:23 |
| 287:15 292:8 | 12:7 32:11 | 342:13 | 12:20 52:17,22 |
| 295:9 303:6 | 69:20 159:10 | **praying** 301:9 | 62:7,16 63:4 |
| 306:23 307:7 | 159:11 173:2 | 301:13 | 63:24 84:13,17 |
| 310:17 339:6 | 242:5 280:11 | **precise** 92:19 | 84:24 85:3,7 |
| **pointed** 201:2 | 292:20 | **preface** 295:6 | 86:17,21 98:22 |
| **points** 115:20 | **post** 247:2 | **prefer** 40:19 | 141:14 162:4 |
| 115:24 216:25 | 260:10 264:10 | 343:22 | 165:9,21 |
| **police** 167:18 | 269:14 270:18 | **preference** | 167:13 292:21 |
| 220:17 221:8 | 274:17 278:12 | 36:22 | 293:8 332:16 |
| **political** 38:6 | **posted** 38:19 | **preferred** | 345:8 |
| 54:6 | 244:14 257:22 | 30:17 174:3 | **pressure** 157:4 |
| | 270:1,4 272:7 | 343:19 | 157:5,7 242:15 |

Veritext Legal Solutions

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[pressuring - property]**

Page 51

| | | | |
|---|---|---|---|
| **pressuring** 139:6 | 168:16 169:4 240:20,20 327:25 | **produce** 336:24 | **property** 43:25 44:5,13 70:21 |
| **presumably** 125:4 | **problem** 51:4 118:8 336:9,10 | **product** 233:13 | 70:22 71:1,6,9 71:17 72:20,25 |
| **presume** 75:1 270:9 | **problematic** 211:25 | **professional** 302:9 304:3 306:4 332:25 | 73:6,11,24 74:13,25 75:8 |
| **pretending** 211:5 | **problems** 195:21 | **profile** 3:8 45:8 45:16 46:14,21 | 75:12,22 76:4 77:23 78:13,14 |
| **pretty** 202:3 | **procedural** 297:21 | 48:10,12,17 49:2 51:12,22 | 80:15 81:11,19 82:2,18,22 |
| **previous** 16:7 144:2 224:9 | **procedure** 297:16,16,18 298:1,6 | 55:23 61:18 66:19,23 67:1 | 83:11,25 84:4 84:7,11,15,19 |
| **previously** 46:15 119:10 211:20 216:12 220:10 327:13 329:13 | **proceed** 5:7 43:17 122:13 193:6 253:23 309:14 340:7 | 67:9 68:3,7,14 69:7,11,15,17 93:6 254:1 | 84:22 85:1,4,9 87:5 88:21,24 89:3,10 98:25 100:15 101:20 |
| **primary** 20:6 35:7 37:8,11 | **proceedings** 352:11 | **profiles** 45:4 95:7 | 102:9 103:4 104:2 106:13 |
| **printout** 226:22 | **proceeds** 102:21 103:9 104:6,13 | **profit** 318:16 | 107:9 108:15 128:1,10,14,21 |
| **prior** 260:4 | 107:19,25 108:8,14,22 | **profits** 85:8 89:2 | 129:18,24 130:3,5,7,8,13 |
| **private** 4:6 | 110:4 119:23 120:9,16 124:4 | **program** 316:18 320:8 | 130:21 131:21 131:24,25 |
| **privately** 268:11 | 133:2 134:16 312:5 314:12 | **prohibit** 214:1 | 132:7,24 133:3 134:16,24 |
| **privilege** 231:16 233:24 | 328:1 337:24 | **prohibited** 261:3 265:22 | 135:24 136:2 163:21 166:25 |
| **privileged** 175:23 176:3 228:3 231:22 233:12,20,23 234:2,6,8,24 236:15 | **process** 18:14 29:18 300:12 345:6 | **projected** 140:21 173:1,5 | 167:1 205:9 311:2,6,13,16 |
| **probably** 39:25 81:21 161:20 | | **projection** 140:19 | 312:18 313:5 313:21 314:3,8 |
| | | **projects** 249:19 | 314:10,17,22 325:19,24 |
| | | **promptly** 193:15 | |
| | | **proper** 34:7 256:22 | |

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[property - question]**

Page 52

326:3 328:11
330:13 331:5
331:15
**property's**
131:7
**proposed**  240:4
**propounded**
355:6
**props**  145:11
145:12
**protect**  73:18
**protected**
155:16 247:9
**provide**  10:7,10
23:21 66:7
227:19 235:13
237:20,25
238:2 243:7
247:8 248:18
248:23 296:20
337:12
**provided**  45:6
162:7 227:8
234:25 235:9
237:5,7 248:20
254:10
**providers**
342:20,25
**provides**  160:3
**providing**
248:14
**psycho**  178:4
190:10

**psychopath**
161:12 170:4
170:10,17
177:14 202:5
202:12,15
**psychopathic**
140:14
**public**  1:21
5:11 13:19
17:21 352:3,22
355:23
**published**  95:6
226:10,25
227:3 233:16
**publishes**
226:15
**pull**  114:5,7,13
114:15,16
**puppet**  160:23
**purchase**  83:25
84:4,7,18,22
128:20
**purchased**
91:20 121:24
130:5,8 177:1
201:20
**purchasing**
121:3 201:14
**purpose**  214:23
239:8
**purposes**  63:24
82:10 116:5
**pursued**  321:3

**pursuing**
316:14,24
319:19,22
**pushed**  24:14
96:19
**put**  47:13,17,21
49:12 50:20
57:19 61:6
66:4 73:17
87:8,24 94:16
110:25 111:14
194:20 195:4,7
195:18 196:20
197:6,9,14,20
201:17,20
242:14 274:20
286:23 289:12
**puts**  115:17
**putting**  73:14
140:8

**q**

**qiyamat**  207:16
209:2
**qualify**  85:13
103:22
**quest**  9:14
**question**  9:2,5
9:7,9,15 10:3
29:5 40:21
44:9 46:4
48:15 50:8,14
50:16 52:5,8
55:13,15,21

62:14 74:23
93:19 99:10,22
102:25 103:16
104:22,24
105:15,18
106:10,21
107:5 108:6,12
111:16 113:11
119:5 124:8
125:19 126:4
126:14 134:9
137:21 141:21
144:2,25 145:4
145:8 171:19
176:14 177:18
178:9 189:10
192:10,18,22
195:1,10,22
198:15,17
203:23,25
204:14 213:3
214:14 215:4
215:25 223:10
228:6,20 235:3
236:22 246:17
246:18,25
247:7,18,21,24
248:7,12,17
260:25 263:1
266:24 273:11
277:5,13
281:15,22
283:11,13,14
284:6,12 289:7

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[question - reason]**

Page 53

| | | | |
|---|---|---|---|
| 316:5 318:9,11 | **rahin** 144:17 | 55:13,19 70:13 | 282:15,17 |
| 336:16 338:9 | **raise** 35:17 | 96:11 101:5 | 287:23 288:3 |
| **questioning** | 264:20 267:3,3 | 103:20 105:3,8 | 289:11,21 |
| 214:12,25 | **raised** 207:15 | 105:16,20,24 | 292:4 293:2 |
| 215:14 | **random** 269:25 | 109:18 111:17 | 297:5 308:19 |
| **questions** 8:23 | **ranking** 23:16 | 111:19 113:17 | 309:4,15 |
| 50:12 55:1 | **rather** 287:12 | 122:3,14 | 318:12 329:7 |
| 101:7 103:22 | **rats** 60:7 | 125:12,16,17 | 330:23 334:2 |
| 105:10 200:6 | **reach** 243:3 | 126:5,15 | 334:16 336:17 |
| 204:6 212:23 | 249:8 252:12 | 132:21 133:20 | 336:20 339:24 |
| 212:25 215:19 | **reached** 224:17 | 138:1 142:22 | 340:8 351:10 |
| 215:21,22 | 224:25 | 144:5 156:10 | 351:15 |
| 249:19 250:25 | **read** 15:2 27:7 | 156:14 157:16 | **real** 38:18 |
| 278:5 282:6,9 | 27:23 52:13 | 165:3 171:20 | 44:16,21 46:23 |
| 293:5 295:2 | 114:14 125:25 | 176:17 190:7 | 46:25 47:1,23 |
| 304:4 336:25 | 125:25 207:15 | 192:8,11,15,20 | 48:1,11,14,19 |
| 337:25 351:11 | 209:4 227:2 | 193:7 198:16 | 49:3,12,17 |
| 351:13,14 | 240:7,8 305:13 | 204:18 205:17 | 50:4,20 51:14 |
| 355:5 | 332:21 338:10 | 210:8 213:7 | 51:17 52:17 |
| **quick** 43:7 | 338:15 353:3 | 214:13,15 | 53:13,19 54:1 |
| 55:12 253:10 | 355:3 | 215:3,7,18 | 55:11 66:5 |
| **quiet** 50:10 | **reading** 210:5 | 216:1,8,11 | 86:1 238:16 |
| **quite** 216:17 | 210:16 | 226:15,20 | **really** 33:13 |
| **quote** 124:11 | **reagin** 2:5 3:4 | 228:11 230:1 | 47:10 90:11,11 |
| 124:12 229:9 | 5:15,18 6:24 | 231:10,13,23 | 94:3 101:3 |
| 229:10 | 7:19,22 8:9 | 231:24 233:1 | 143:6 161:22 |
| | 11:22 14:23 | 233:14,19 | 161:24 194:21 |
| **r** | 15:1 16:22 | 234:3,9,18,19 | 196:2 217:3 |
| **r** 2:1 15:6,6 | 17:9 25:3 | 234:23 236:9 | 248:6 283:14 |
| 136:10 138:7 | 28:15,20 30:15 | 236:17,24 | 285:13 |
| 142:23 144:17 | 35:18,21 43:5 | 237:1 244:24 | **reason** 8:23 |
| 144:18 160:18 | 43:22,23 44:11 | 248:1 253:16 | 10:9 33:23 |
| 207:1 354:2,2 | 46:1,12 50:17 | 253:24 271:13 | 65:19 97:2 |
| | 52:9,11,12 | 272:3 277:19 | 99:4,12,23 |

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[reason - record]**                              Page 54

| | | | |
|---|---|---|---|
| 100:6,20 104:12 117:9 127:14 133:1,6 133:11,22 134:4,10 144:13 153:20 173:7 199:19 208:24 222:6 242:13 243:17 252:2 255:17 255:21 258:23 267:23 276:24 277:9 284:7,17 287:2 291:4 292:11 294:5 333:7 353:5 354:6,9,12,15 354:18,21,24 **reasonable** 210:2 **reasons** 30:8,14 32:15 66:24 67:1 165:2 239:15 293:12 293:19 **reassure** 116:8 **recall** 12:9,11 45:5 49:5 66:10,12,13,16 69:8,18 70:6 70:10,11 76:15 77:17 88:1,10 88:12 97:25 98:3 101:1,2 | 102:2 104:9,10 104:20 108:18 108:19,25 109:4,17,19,23 127:4 128:17 129:22 134:7,8 135:16 144:4,6 147:4 149:2 153:11,14,16 158:19 159:13 162:13 163:3,6 163:11,11 166:12 168:1 168:12,18,24 169:8,18 187:10 188:11 200:18 207:22 207:24 208:2,4 208:9,20,21 209:19,20,24 211:15,17,19 211:23 212:13 212:14 216:20 217:3,4,6 220:19 221:15 221:19 222:4 222:12 227:21 246:19 249:3,5 249:7 251:21 251:23 252:6 255:6,8,16 259:11 295:13 338:12 341:3,4 341:9 343:5 | 345:9,21,21 **recap** 348:15 **receipt** 353:15 **receive** 37:14 54:4 61:2 81:15 127:2 133:2,7,12,16 133:23 134:4 134:11,16,20 156:20 160:6 220:1 229:15 276:15 314:11 329:10,13 **received** 112:3 112:7,23 119:16 125:1 126:22 155:13 179:15 254:10 330:12 331:9 **receiver** 206:17 **receives** 79:22 81:16 **receiving** 20:19 124:21 155:10 156:19 193:15 274:10 **recent** 66:9 **recently** 147:15 158:23,25 163:5 169:12 206:10 238:17 239:4 260:7 313:13,25 332:9 | **recess** 43:12 122:8 193:2 253:19 309:10 340:3 **recognize** 46:13 **recognized** 139:17 **recognizing** 62:22 209:11 306:25 **recollect** 178:18 **recollection** 12:15 **recommend** 342:2 **recommendat...** 184:24 186:6 186:19 **recommended** 342:7,11 **recommending** 346:9 **record** 4:2,9 5:1,4 6:7,21 7:24 8:8 9:19 9:25 10:4 13:19 14:5 35:19 43:8,11 43:16 57:19 82:25 85:23 92:19 102:4 106:24 122:4,7 |

Veritext Legal Solutions

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[record - rendered]**

Page 55

122:12,22
123:7 125:20
127:22 160:11
166:6 193:1,5
212:20 217:23
236:23,25
253:18,22
294:25 309:9
309:13,23
329:6 339:25
340:2,6 351:16
351:19 352:10
**record's** 65:1
91:23 102:6
292:5
**recorded** 4:11
352:9
**recording** 4:7
**records** 57:9
73:21 74:6,21
75:2,7 77:6,22
77:22 78:7,11
157:19 208:22
211:24 212:4
249:22 296:23
**recounted**
244:5
**recovering**
135:1,6 303:9
**recovery** 311:1
**red** 179:5
**refer** 44:20
**reference** 46:25
124:11

**references**
248:14
**referred** 175:9
**referring** 5:22
5:24 6:2 22:3
25:1 83:16
110:5 123:9
**refers** 123:13
**reflect** 48:13
63:7,12 125:6
66:20 67:21
232:4
**refresh** 12:15
**refused** 222:25
**regain** 303:15
**regarding** 84:3
87:4 88:20
89:2 139:21
246:25 249:4
250:25 349:24
**regardless**
20:22
**regular** 303:22
**regularly** 303:5
**rehab** 20:13
21:2 34:12
243:19 298:20
298:21 299:8
299:24 300:3
300:16 301:2
**reiterate**
256:10

**related** 32:15
43:20 77:19
84:11,14,18
86:15 98:25
100:15,23
101:10,20
102:9 103:4
104:2 106:13
107:9,14 113:9
135:24 160:8
205:24 229:20
230:7 265:18
294:15 352:14
**relates** 284:15
**relating** 106:2
124:1 241:10
289:15 294:6
**relations** 38:9
38:21 53:3
**relationship**
145:15 251:1
251:18 285:15
285:17
**relative** 286:15
**relay** 191:22
**relevant** 56:19
318:5
**religion** 158:8
282:3
**religious**
281:17
**relocate** 32:20
**relocated** 32:23
32:25 33:1,3

35:1
**relocating**
32:22
**remain** 28:13
200:3
**remains** 308:22
**remember**
58:25 76:17
87:6,25 97:10
135:16 147:9
147:16 155:15
159:1 161:19
222:12 259:13
317:7,9,24
318:3 319:12
319:13,14,15
319:16 320:2,6
322:19 323:6
345:21
**remembers**
171:11
**reminder** 127:8
**remote** 1:16,20
**remotely** 352:4
**remove** 49:19
51:21 244:15
244:17 319:11
**removed** 87:10
88:16 201:20
244:21
**removing**
47:12
**rendered**
173:17

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[rent - review]**

Page 56

rent  36:11,12
36:18 56:12,14
56:17 82:2
90:15,18
135:18,21
325:21,24
326:10,13,18
328:10 329:8
331:17
rental  81:11,19
314:18 330:12
rented  74:16
renting  90:25
rents  73:5
repeat  120:5
135:19 183:9
195:1 228:20
229:24 241:15
250:16 277:5
318:10 330:16
repetition  86:5
rephrase  99:9
102:24 110:18
117:5 124:7
175:10 194:5
195:1
replaced  220:6
reply  206:15
report  95:6,11
reported  241:9
reporter  1:20
4:23 5:6 6:13
7:2 8:6,20 9:13
15:13 28:12

95:1,12,14,18
95:23 96:1,22
105:7,18 125:9
125:14 127:10
127:20 128:8
131:11 132:19
192:14 213:4
228:25 252:9
253:1 328:22
reporters  94:19
reports  93:18
represent
46:17
represented
10:12 25:7
representing
4:21
request  185:21
266:11 336:23
336:24 337:9
requesting
193:16 349:24
requests
337:18 338:6
338:11,16
rescinded
194:15
research  26:25
27:4,18 52:20
62:5
resemble  333:9
resent  174:11
resents  174:8

reserve  7:24
reside  6:10
31:2 216:19
residence  20:6
35:7 37:8,8
77:10,13
311:23
residential  39:6
40:2 74:18
80:24 82:1
residents  42:3
residing  19:8
19:10,11,12,14
resources  34:8
283:6
respect  114:2
134:23 142:16
145:20 164:21
164:22,25
respected
145:18
respond  186:1
191:15
responded
184:22 244:16
246:15 249:6
responding
182:24
response  25:11
44:7 45:2,7
209:22 256:23
256:24 338:18
responses  8:23
127:14 130:10

254:9 336:13
338:16 339:2
responsibilities
42:14
responsible
53:25
restart  146:18
restate  104:22
104:23
restaurant
23:14,15,19
58:4,5,8 59:7
90:5,14,22
91:4,9 93:7,24
94:2,6 95:8,19
96:14,24 98:2
128:15 129:9
129:12,18
136:16,19,20
136:23 146:22
244:11
restore  68:25
resulted  167:18
305:16
retired  146:25
retract  306:20
retracted
306:20
retrieve  69:3
return  26:3
353:13
returns  332:11
review  12:2,12
338:2

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[reviewed - rights]**                                    Page 57

| | | | |
|---|---|---|---|
| **reviewed** | 129:19,25 | 230:8 231:25 | 333:2 334:8,15 |
| 337:17 338:21 | 148:23 151:21 | 233:18,19 | 335:5,11 336:6 |
| **reviewing** 12:9 | 153:4 155:3,24 | 235:7 237:18 | 337:9 339:5 |
| 206:23 | 156:7 158:12 | 240:14 242:17 | 341:14,20 |
| **riding** 303:19 | 158:18,24 | 247:13 250:17 | 343:17 346:18 |
| 303:25 304:10 | 159:6,21,23 | 251:20 252:5 | 346:23 347:12 |
| **rift** 287:1 | 163:13 165:24 | 253:4,5,9,13 | 348:14,19,21 |
| **right** 5:24 7:15 | 166:12,17,22 | 254:1 256:23 | 349:5 350:17 |
| 7:25 14:11 | 167:19 168:3,9 | 258:2 263:5,19 | 351:7,15 |
| 18:4 21:6,22 | 168:14 169:18 | 265:1,6 267:6 | **rightful** 26:3 |
| 27:10 28:16,19 | 171:21 172:12 | 267:9,16 270:7 | 117:21 |
| 29:10 31:9,22 | 172:14 173:18 | 270:12 271:22 | **rights** 22:20 |
| 37:19 43:24 | 173:23 174:2 | 273:8,14,17 | 26:8 98:25 |
| 45:1 51:9,19 | 177:11 180:18 | 274:21 275:12 | 99:6,15,25 |
| 51:20 52:3 | 180:23 181:2 | 276:4,16,22 | 100:8,12,15,23 |
| 54:17 59:3 | 182:19,20 | 278:18,20 | 101:10,20 |
| 63:18 67:20,21 | 183:15,22 | 279:17 281:20 | 102:8,14,18 |
| 68:2,16,18 | 184:3 185:15 | 282:15,18 | 103:4 104:2,14 |
| 70:8,23 72:9 | 186:4,8,10,13 | 283:9,15 284:3 | 104:15 106:2,5 |
| 72:17 75:12 | 188:3,6,17 | 291:22,23 | 106:13 107:9 |
| 76:12 77:3 | 189:24 191:4 | 293:14 294:11 | 107:14 108:9 |
| 78:5,15 81:4 | 193:25 195:14 | 294:18 295:12 | 108:15,23 |
| 83:8,20 87:14 | 196:9 201:12 | 295:18,22 | 110:12 112:2,9 |
| 87:21 88:2 | 203:8,11,14 | 299:19 300:19 | 112:22 114:2 |
| 92:24 93:3,14 | 206:7 210:3,22 | 302:8 304:14 | 115:2,4 116:24 |
| 95:1,8 96:6 | 212:8 213:16 | 305:17 306:11 | 117:11 119:2,8 |
| 97:11 100:1,3 | 213:18 216:8 | 309:18 310:5,8 | 119:9,16,22,24 |
| 101:25 103:5 | 217:7 218:14 | 310:11,23 | 120:11,14,15 |
| 103:11,13,24 | 218:15 219:2 | 311:25 312:7 | 123:14,25 |
| 104:3 105:25 | 220:9 221:25 | 314:19 316:25 | 124:22 127:16 |
| 106:3 112:4 | 223:23,23 | 321:10 322:24 | 229:20 230:7 |
| 118:20,21 | 224:1,10,11 | 323:20,22 | 230:13,24 |
| 121:14 125:24 | 225:3 227:9 | 324:6 325:6,14 | 232:9,16 |
| 126:19,23 | 228:15 229:5 | 326:19 332:22 | 235:22 237:13 |

Veritext Legal Solutions

800.808.4958                                      770.343.9696

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[rights - scared]**

Page 58

238:25 239:2,4
337:23
**ring** 328:16,17
329:2
**rings** 329:1
**rise** 120:23
**risk** 39:7,10
68:11
**rivalry** 94:11
94:12
**road** 8:18
**role** 48:18 50:1
62:18 88:8
130:13,20,25
131:6 134:23
136:2
**roles** 51:6,8
58:1 59:14,16
59:25 160:24
**romero** 42:21
**roof** 24:12
60:10
**room** 8:22
259:5 268:13
283:18 284:10
290:8 310:23
**rose** 72:3,3
**rugs** 90:14,17
136:20
**ruhullah**
142:20,24
143:3,8,10,14
143:25 144:14
162:12 168:22

169:4
**rules** 8:18
263:3
**run** 47:16 49:9
49:13 50:5,21
75:10 76:24
77:3 78:13
149:18 174:4,9
302:12 312:17
313:2
**running** 60:8

**s**

**s** 2:1 15:5,6,6,6
15:10,12,12,18
15:22,22 22:2
25:4 31:14
36:5 42:24,24
52:21 138:7,7
139:8 160:18
160:18 207:1,7
207:7
**s.bayat** 123:17
**sac** 302:25
**saer** 207:1
**safe** 201:22
**safety** 67:8
269:4,9 276:24
277:9 284:15
288:22 291:5
**saffron** 324:13
324:16,20
**saint** 158:7
159:22 160:12

**salaried** 40:4
**salary** 41:1
43:21 96:18
218:4 311:19
317:4,5
**sale** 102:21
103:9 104:6,13
107:19,25
108:8,14,23
110:3 114:2
117:11 119:2,8
119:24 120:14
120:22 123:13
123:25 124:4
124:22 229:13
229:20 230:6
230:12,24
232:9,12,16
235:23 237:12
238:18,25
239:2 312:5
328:2 337:24
**sally** 161:10
**sam** 31:8 32:23
33:18
**samay** 31:14
32:5,14 83:5
136:5
**samay's** 185:3
**san** 2:15
**sandra** 232:25
233:4
**save** 90:6

**saw** 33:14
145:17,17
199:5 207:3
338:5,7
**saying** 19:21
78:1 85:12
110:22 116:7
116:23 120:22
132:4 154:4
164:6 165:23
175:11,17
188:16 195:3
195:16 196:11
196:16,18
203:22 210:15
236:5 247:3,12
251:6 307:19
**says** 45:18
52:16,20,25
53:7,12,20
54:12 62:6
102:18,20
103:3 124:16
217:23 227:13
229:8 238:14
239:3 250:12
250:18 307:10
307:10,11,13
308:10
**scapegoat** 23:5
**scared** 29:10
151:4 272:23
344:13

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[scenario - sent]**

Page 59

| | | | |
|---|---|---|---|
| **scenario** 166:15 | 98:21 113:14 130:3,7 205:7 209:5 227:12 227:16 238:13 263:14 266:20 267:14 292:16 313:5 330:12 | **seeing** 152:18 342:10,19 | 212:2,5,12 217:18 218:3 219:8 240:3 270:20,25 274:10,11,12 275:4,8 343:20 |
| **schedule** 158:17 | | **seem** 103:7 183:25 243:15 288:23 305:23 | |
| **scheduled** 7:3 148:9 | | **seemed** 307:2 | |
| **scheme** 112:14 | | **seems** 189:18 307:2,4 | **sending** 82:1 187:24 188:1 188:15 211:4 211:12,21,24 275:22 279:8 |
| **school** 38:20 53:2 65:13,14 94:3 96:21 164:8 182:23 249:17 250:5 323:8,10,24 327:23 | **secondhand** 27:22 | **seen** 13:18 93:5 122:24 143:4 161:20 226:11 236:1 240:8,12 240:14,16,17 240:21,23 241:2 242:2,9 247:2,15 333:10 | |
| | **security** 73:14 262:5,9 263:3 272:17 281:4 281:14 292:24 | | **senior** 34:5,10 121:6 |
| | **see** 20:11 47:17 49:13 51:25 52:18,23 53:5 53:20 62:4 81:17 121:17 123:18 124:11 124:13 140:17 151:10 153:4 154:7,16 155:3 157:13 161:24 185:2 187:5 205:5 206:22 207:4,6,18 222:19 227:5 227:17 231:3 238:20 277:1 277:11,16 278:7 288:20 292:20 301:12 305:23 306:7 310:14 | | **seniors** 34:5 |
| **science** 38:6 54:6 | | | **sense** 43:6 169:14 178:11 185:7 268:21 323:16 |
| **screamed** 150:23 344:19 | | **sees** 307:7,25 308:10 | **sensitive** 4:5 294:21 |
| **screaming** 268:3 281:10 283:19 | | **self** 31:19 | **sent** 181:22 182:1 184:2 188:16 190:20 207:20,25 208:3,5,16,23 208:24 210:23 211:18 212:16 213:23 217:9 218:8 219:22 240:4 269:18 269:22 273:20 274:24 278:16 350:21 |
| | | **selfish** 242:22 | |
| **screen** 46:18 | | **sell** 91:10 235:21 313:5 314:4,7 324:16 327:18 | |
| **seal** 352:17 | | | |
| **search** 27:15 160:12 | | | |
| **searched** 33:13 180:3 | | **selling** 313:20 314:2 | |
| **searching** 65:13 315:7 | | **send** 179:20,23 186:24 188:22 189:4 191:23 207:23 208:18 209:12,15,20 210:11,13,19 211:2,5 212:1 | |
| **second** 16:24 30:19 44:2 51:24 55:10 70:23 82:18 97:19,19 98:5 | | | |

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[sentence - side]**                              Page 60

| | | | |
|---|---|---|---|
| **sentence** 116:14 126:1 343:10 | **seven** 42:10 | **shayytan** 207:6 | 95:13,19 97:15 |
| **separate** 16:2,4 | **several** 13:11 32:19 39:20 | **sheet** 353:6,9 353:11,14 355:8 | 97:24 98:22 |
| **september** 53:8 123:12 | 47:9,12 51:21 66:23 82:24 | **shield** 231:16 | 102:22 103:11 104:7,15 |
| **serious** 198:19 | 89:24,24 93:22 94:19 95:13 | **shift** 294:18 | 107:20 108:1 108:11,16,24 |
| **serve** 17:19,19 18:2 19:1,20 | 96:19 115:8 129:14 137:10 | **shit** 292:1 | 113:6,25 |
| 21:5 185:20 286:2 336:22 | 142:2 173:10 173:20 191:17 | **shock** 239:20 | 115:21,22 119:9,22 |
| **served** 13:20 19:1,24 20:1 | 220:24 222:13 222:21 241:18 | **shocked** 18:11 151:11 | 120:11,13 124:5,12,21 |
| 130:11 336:14 337:2,4,18 | 244:15 251:16 280:12,16 | **shocking** 167:8 | 125:7,24 126:22 137:1 |
| 338:17 339:2 | 295:19 299:3,7 332:14 345:10 | **shook** 334:22 | 137:15 141:15 142:4 145:5 |
| **server** 18:14 | 347:7 | **short** 308:20 | 152:19 158:16 |
| **service** 18:21 19:6 20:8 | **shake** 268:7 306:18 | **show** 45:13 46:10 49:17 | 202:2 219:13 219:23 220:4 |
| 29:17 211:6 274:14 | **shakes** 335:6 | 208:23 211:24 212:5 256:3 | 220:13,22 221:13,18,20 |
| **services** 172:25 | **shaking** 268:8 | **showers** 90:21 | 222:14 223:15 239:19 245:9 |
| **serving** 18:19 214:23 | **shame** 217:25 | **showing** 45:19 45:22 226:5 | 257:24 340:18 340:23 347:24 |
| **set** 40:12 116:2 149:16 338:11 | **shameful** 24:6 | **shown** 172:8 | 347:25 348:20 350:13 |
| 343:13 352:6 | **share** 26:3 89:16 234:20 | **shrine** 158:2,3 158:5 159:19 | **sick** 24:1 |
| **seton** 38:10,13 38:19 53:3 | 246:21 259:5 | **shut** 173:8,14 175:19 176:21 283:4 | **side** 13:15 61:14 67:10 |
| 65:16 87:20 316:24 | **shared** 21:17 235:6 241:11 241:22 242:13 242:23 246:22 | **sibling** 89:23 94:11 95:23 222:9 | 76:7 154:3 156:3 157:10 |
| **sets** 193:18 | **shares** 22:23 | **siblings** 12:22 20:13 33:11 67:6 83:3,24 89:10 92:7 | 157:14 244:13 255:23 337:1 |
| **setting** 8:25 | **sharing** 239:8 317:25 | 93:7 94:10,20 | 346:13 |

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[sided - sold]**

Page 61

| | | | |
|---|---|---|---|
| **sided** 145:16 | **silent** 24:22 | 66:21 74:11,14 | **slept** 274:6 |
| **sidetracked** | 29:15 | 76:5 77:2 | **slimy** 277:17 |
| 266:20 | **similar** 25:22 | 78:16 79:16,19 | 283:23 |
| **sign** 84:10 | 28:5 96:6 | 80:5,16 82:7 | **slow** 192:15 |
| 86:14 142:16 | 246:21 248:19 | 82:20 88:22,25 | **slowly** 31:10 |
| 179:2,4 332:22 | 250:9,19 | 93:8,11 111:8 | 32:21 97:17 |
| 334:25 344:9 | **simply** 51:13 | 129:20 | 163:25 |
| 344:12,17,17 | 124:19 | **sister** 144:20 | **smelly** 207:17 |
| 344:20 345:12 | **simultaneous** | 152:23,23 | **smiling** 265:1,9 |
| 345:13,15,17 | 24:17 45:20 | 155:4,6,6,7 | **snapchat** |
| 346:14,15 | 104:25 105:6 | **sister's** 350:19 | 270:13,14 |
| 347:23 348:8,8 | 105:12 123:2 | **sit** 291:25 | 279:11,21 |
| 349:18,19 | 190:13 192:2 | **site** 76:3 | 280:10 |
| 350:7 353:8 | 203:1 231:9 | **sits** 138:25 | **social** 257:20 |
| **signatory** | 257:6 280:4 | **sitting** 89:8 | 257:23 264:11 |
| 131:14 | 296:25 307:18 | 106:11 127:25 | 264:18 269:14 |
| **signature** | 321:21 333:16 | 191:1 197:23 | 270:1,15 272:8 |
| 227:15 333:8 | 334:10 335:16 | 289:13,22 | 273:16 274:17 |
| 333:22 352:21 | **single** 140:17 | 301:8 | 278:21 279:7 |
| 355:11 | **sins** 207:9 | **situation** 18:12 | 280:12 281:16 |
| **signatures** | **siphoned** | 20:12 23:1,2 | **society** 53:1,2 |
| 333:10 | 201:22 | 24:4 26:22 | **sold** 77:14 |
| **signed** 7:13 | **sir** 6:8 8:12,15 | 27:22 97:8 | 98:24 99:6,15 |
| 80:11 84:15 | 10:21 14:21 | 110:8 145:16 | 99:25 100:8,12 |
| 118:13,19 | 15:17,19 16:16 | 176:13 205:15 | 100:16,23 |
| 119:1,7 179:6 | 19:9,18 25:2 | 283:3 | 101:11,21 |
| 180:19 181:1,5 | 25:17 26:24 | **six** 42:11 53:15 | 102:9,14,19 |
| 181:11 332:17 | 28:23 29:23 | 58:23 124:12 | 103:5 104:3,16 |
| **significant** | 30:2,5 31:5,5 | **size** 326:3 | 106:3,5,14,17 |
| 287:12 | 32:16 34:16 | **skills** 53:18,22 | 106:17 107:10 |
| **signing** 333:5 | 35:2 44:24 | **sleep** 90:22 | 107:14 110:12 |
| 335:13,14 | 46:16 49:15 | **sleeping** 274:6 | 112:2,5,23 |
| 336:8 353:10 | 52:24 53:11,17 | 346:10 | 115:2 127:16 |
| | 54:2 59:8 | | 230:7 239:5 |

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[sold - spoken]**                                        Page 62

311:23 312:11
312:16,16
314:10 327:19
327:24 337:23
**soliloquy** 289:6
**solutions** 4:21
4:24
**somebody** 26:1
26:4 146:21
180:12 251:7
310:4
**something's**
236:1
**son** 33:24 34:15
189:24 257:12
258:10,10,13
346:8
**sons** 243:2
285:22,22,25
286:1
**soon** 173:5
**sorry** 4:12
16:13 31:11
33:8 42:11
43:10 55:9
58:13 72:3
75:6 93:23
101:8 108:3
113:9 118:1
158:23 209:18
209:18 236:11
239:19 256:12
256:23 257:7
271:7,23 272:2

297:10,14
310:2 311:4
315:15 324:12
334:12 338:14
340:19,20
**sort** 25:14
49:12 50:21
59:15 61:14,19
62:17 73:11
110:6 113:6
114:1 141:11
141:11 146:15
149:4 157:14
158:1,11 160:3
160:7 226:17
247:6 287:14
304:11 305:16
336:4
**sorts** 183:13
**soul** 207:5,6
**sound** 45:11
159:6
**sounded** 50:19
110:21
**sounds** 19:21
60:14 96:24
120:7 166:16
175:16 193:23
248:9
**sources** 325:2
**south** 38:10
**space** 36:23,24
83:15 139:19
164:24,24

238:18 320:10
353:5
**spam** 180:5,9
181:24 182:6
**spates** 42:21
**speak** 9:17
11:11 16:1
17:2,3 55:11
83:1 147:5,11
169:25 198:5,7
221:21 222:7,9
222:16 223:21
224:16 225:3
225:25 247:10
**speaking** 216:3
**specific** 63:8
99:21 115:10
165:15 214:21
216:17 232:1
287:2 289:14
289:23 291:2
292:7 313:24
**specifically**
11:9 13:25
24:14 48:9
114:3 245:18
255:23 257:11
265:18 268:4
280:16,23
**specify** 6:3
**speculating**
94:25 95:2
**speculation**
247:14,15

**spell** 14:8 16:11
16:12 31:10
36:3 42:22
**spelled** 15:3
184:17
**spelling** 7:4
14:4
**spend** 37:3
152:22,25
**spends** 95:18
299:7
**spent** 71:21
230:3 298:11
**spies** 218:4
**spiritual**
157:25
**split** 35:9,13
36:21 37:4
**spoke** 11:2,2,3
11:16,16 17:4
17:5 147:2,12
161:16 162:24
163:2,8,12
168:10,16,21
169:3,6,11,20
206:4 221:17
224:14,17,19
224:24,24
225:16 229:3
231:18,20
239:24
**spoken** 13:8,11
16:6 143:15
166:11,20

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[spoken - strong]**

Page 63

231:6 242:21 244:9
**sports**  303:9,12 303:17
**spot**  91:1
**square**  93:16
**squeeze**  335:3
**stabilized**  56:8 56:13,14,17 346:6
**stacey**  1:19 4:23 16:23 17:9 22:2 25:3 31:10 125:13 136:9 142:22 193:13 203:5 259:7 264:2 352:2,22
**stakes**  119:17
**stalked**  67:7 255:22
**stalking**  255:24
**stamps**  121:7
**stand**  21:21 29:10
**standing**  35:16 265:1,8 308:12
**star**  94:9
**start**  17:13 22:13 129:13 324:16
**started**  12:17 22:24 56:3 58:3 59:6

97:17 164:4 190:8 339:13
**starting**  26:4 59:12 339:21
**starts**  179:14 179:16 308:3
**state**  4:25 6:6 41:7 130:12 207:1 214:1 216:1 239:20 333:5 353:5
**stated**  46:21
**statement**  230:17 239:3
**statements**  210:1 232:7 237:4 241:8,18
**states**  1:1 4:14 23:4,10,24 39:21 89:22 94:1 97:18 116:6,11 117:19 146:14 146:18 243:5 278:14,22,23 279:1
**stating**  116:20 216:2
**stationary**  303:23,25 304:10,15
**stay**  29:15 36:25 37:1 50:9 71:15,18

72:19,23,25 73:4 173:11 219:19 258:18 307:17
**stayed**  33:12 71:5
**staying**  71:21 148:6 281:19
**stays**  117:22
**stenographic...**  352:9
**step**  62:20
**stephanie**  83:15
**stepped**  64:12 158:16 281:7
**sticking**  212:11
**stingy**  136:15 136:15 137:3
**stipulation**  10:2
**stood**  281:12
**stop**  65:10 170:9 204:12 216:2
**stopped**  63:11 64:22 65:20 66:3
**store**  302:20 342:14,17,22 343:20,24
**stores**  302:21
**stories**  92:17

**story**  21:17 91:25 93:12 94:20 96:6 190:17,23 191:4,6,8,9 192:11 242:25 243:3,4,9 244:5,22 245:1 245:5
**straight**  166:6 166:7 312:8 320:7
**street**  1:18 2:6 4:18 36:3 75:16 97:12 302:19
**strength**  303:16 304:7
**stress**  307:24 307:25 342:15
**stressed**  308:10
**strike**  263:7,8
**stroke**  151:2 295:8,11,21 296:1,13 297:7 297:17,20 298:3,9,12 299:19 300:6 305:17 333:17 333:19,23 334:18
**strokes**  296:9
**strong**  28:13,14 143:20 306:16

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

[strong - supposed]                          Page 64

334:20 335:12
**stronger**
304:12
**structured**
86:12
**struggle** 336:5
**struggling**
118:10
**stuart** 16:9,14
17:3 21:13,15
22:4 24:4,20
25:13 28:1
29:19 224:8,10
224:14,19,24
224:25 239:24
240:10,11,17
240:19,22
241:11,22
244:18,18
**stuck** 285:23
**student** 27:3
**studied** 146:16
250:4
**studies** 38:6
**study** 73:3
**studying**
316:18 320:25
321:3
**stuff** 34:13
40:15 60:19
78:2,7 116:10
152:14 182:18
205:3 245:3
249:19 251:9

263:4 274:12
297:21 301:7
303:13 322:10
328:25 330:9
346:18
**stumbling**
64:10
**stupid** 170:18
175:13 177:15
202:25 203:3,7
205:11
**subbing** 7:2
**subject** 44:6
198:24 291:1
294:21 353:10
**submit** 40:24
**subscribed**
355:14
**subsequent**
120:15
**substack**
226:16,23
**substance**
355:7
**substances**
10:6
**substantial**
214:22
**suburban**
302:22,23
**success** 94:13
301:13
**successful**
23:22 172:19

**suddenly**
118:19
**sued** 67:5
**suffer** 207:12
295:11
**suffered** 295:8
295:22,24
296:1,13 297:7
299:18 334:18
**sufficient** 284:9
**suggest** 64:14
113:5,25 140:1
140:6 308:20
**suggested** 69:9
224:15 248:8
248:11
**suggesting**
118:12 181:22
194:18
**suggests** 61:19
62:17,24 63:3
333:3
**suing** 13:22
**suit** 229:9
238:15
**suite** 1:19 2:6
4:18
**sultan** 1:7 3:10
4:13 5:23
31:15 83:24
91:15 92:10,11
114:25 122:19
122:22 128:2
128:10 130:12

134:15,19
141:4,4,6,16
142:5 147:5
148:6,9,16
149:16 152:17
153:3 188:16
189:23 190:22
191:21 202:1
217:10 227:13
236:11 245:19
245:19 254:3
295:8 324:13
324:19
**sultan's** 32:15
83:20 128:15
189:24 229:15
238:15 301:3
**sultani** 15:10
15:16 17:14
**summarizes**
324:5
**summer** 323:12
323:15,20,23
**supervisor**
42:20
**supplies** 75:24
**support** 21:20
28:10,16,22,25
29:8 66:8
90:10 94:5
206:16
**supposed** 7:3
117:16 147:19
152:15

Case 3:25-cv-01085-JEP-LLL    Document 77-1    Filed 04/02/26    Page 421 of 435
PageID 3494

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

[supposedly - tayab]                                Page 65

**supposedly**
63:21 112:6
118:15 137:24
146:14 190:16
193:14 245:8
**sure** 11:8 47:19
54:24 55:2
60:5,7,10 73:9
73:10 81:24
91:22 118:16
124:18 147:20
147:24 201:22
232:24 244:3
273:2,24
285:10 292:25
309:1 312:8
336:17 346:2
348:15
**surmise** 25:13
**surprise** 199:25
334:17
**survivors**
256:19
**suspect** 284:8
**swallow** 283:5
**swear** 5:6
**sweeping** 60:3
60:3 73:9
**switched** 72:2
**sword** 231:16
**sworn** 5:10
352:6 355:14
**systems** 229:14

**t**

**t** 7:7,7,8,9
15:10,18 31:13
42:24 44:16
207:7,16 354:2
**take** 4:8 10:1
26:8 41:14
48:3 51:2 56:9
58:7,24 79:17
79:25,25 80:3
89:25 99:24
100:7 147:25
150:20 152:13
157:11 158:6
165:5 176:22
188:4 192:17
192:20 253:10
260:10 263:16
264:6 283:6
285:4,5 308:20
320:25 325:4
325:14,15
343:23,23
347:9 348:20
**taken** 22:21
43:12 46:18
63:14 82:9
122:8 147:14
193:2 220:13
241:19 253:19
269:14 270:6
278:10 288:17
292:23 297:12

309:10 340:3
**takes** 109:3
333:19 348:22
**taliban** 292:21
292:24 293:8
293:17
**talk** 11:25
13:21 52:9
150:8 161:3,23
186:1,20
187:25 188:5
189:15 222:24
225:11 244:10
248:2,3 249:1
280:5 292:1
350:8
**talked** 143:4,7
143:16 163:17
166:8 175:24
177:24 183:12
195:11 210:21
220:15 242:6
246:15 250:23
253:25 313:10
350:10,10
**talking** 11:6,20
44:22 51:20
58:15 67:12
70:22 85:11
87:13 90:8
97:5 126:18
140:9 150:14
152:5 159:2
167:17 177:8

177:13 178:5,7
190:9 200:7
203:10 213:8
216:16 230:3
231:13 249:23
280:1 301:9
312:22 330:4
**talks** 137:23
**targeted**
140:11
**tax** 332:11
**taxes** 41:6,11
325:11,17
**tayab** 44:16,21
44:21,25 46:22
46:25 47:1,6
47:22 48:1,11
48:14,19,25
49:3,12,17
50:4,20 51:14
51:17 52:17
53:13,19 54:1
55:5,25 57:25
58:3 59:14,16
59:22 61:15
63:1,10,22
64:23 65:4,25
66:5,10 67:16
73:20 74:20,24
75:8 77:22
78:11,24 79:10
80:8,12 86:1,8
86:11,15,18,22
87:1,9,25 88:3

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

[tayab - thing]

Page 66

88:8 130:14,17
131:1,9,15,18
133:8,13,24
134:5,12,15,19
134:20 136:3
183:6,14
238:16
**tayab's** 57:1,8
76:7 78:18,20
79:15,18
**tea** 162:17
251:3
**team** 53:1
**technologically**
275:9
**technology**
79:24 172:22
**teens** 26:20
**telegram**
172:24
**telephone**
229:14 274:20
**tell** 11:14,15
59:24 60:16
83:2 89:12
92:16,17 93:13
150:25 151:3
161:4 176:4
187:19,24
192:11 205:8
219:18 222:13
230:19 245:14
256:1 265:16
266:16 267:13

267:22 287:18
335:3 345:20
**telling** 117:8
196:12 204:2
204:21 230:21
235:20 276:1
**tells** 333:1
**telsysint.com.**
123:17
**ten** 308:20
327:25
**tenant** 48:7
60:11 80:24
81:2,8
**tenants** 56:3
57:2,2,4,6 61:3
73:6 80:15,17
82:1
**tend** 8:24 9:17
**tendencies**
140:13,14
**terminated**
324:9
**terms** 73:2,9
331:9
**terrified**
138:15 256:9
**terrifying**
282:22
**terror** 259:18
260:4
**terrorize**
286:17

**test** 47:16 49:8
49:13 50:5,21
**testified** 5:11
8:13,17 108:9
155:22 156:16
182:16 183:7
183:20 185:9
202:4 216:12
217:17 234:11
238:24 270:3
283:17 285:14
350:25
**testify** 181:14
199:5 260:17
265:25 351:6
**testifying** 49:14
50:20 110:2
191:1
**testimony**
10:10 47:20
49:11 51:5
77:21 79:13
101:17,18
106:25 121:19
127:13 129:17
149:4 174:3
197:7,13,18,23
206:1,3 212:5
213:21 219:14
223:2,12 232:2
233:14 237:19
251:10 261:2,5
261:9,17 287:8
318:2 334:25

345:20
**tests** 297:21
**text** 3:11
206:11,19,21
206:25 210:1
213:18,23
217:9,16,22
219:5,6,8,16,22
275:11 278:17
340:13,14
**texted** 167:11
182:12 219:1
**texting** 272:20
**thank** 7:10 15:7
91:16 93:19
264:5 310:2
**thanks** 125:11
310:7
**thanksgiving**
121:11,22
285:1
**theaters** 90:2
**theirs** 38:21
**theory** 189:21
190:1
**therapeutical**
303:13
**therapist** 305:5
305:10
**therapy** 301:5
301:5,6 310:5
**thing** 17:23
59:15 62:1,17
80:2 94:7

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[thing - time]**

Page 67

| | | | |
|---|---|---|---|
| 115:16 138:20 | 285:9,13 | 255:14 262:24 | **thoughts** |
| 140:17 143:8,9 | 301:16 329:24 | 269:2,7 275:2 | 308:22 |
| 147:23 159:1 | 336:3,4,22 | 276:25 277:10 | **thousand** 115:2 |
| 191:23 200:24 | 346:11 | 279:3 280:10 | 172:20 317:16 |
| 201:25 203:13 | **think** 7:1 15:15 | 283:22 284:16 | 325:25 326:1 |
| 203:18 234:15 | 28:15 29:17 | 285:21 287:15 | **threaten** |
| 242:22 257:16 | 30:25 36:15 | 287:19,23,25 | 215:24 |
| 274:20 284:19 | 65:23 67:2 | 288:1 289:6,13 | **threatened** |
| 286:4 289:15 | 76:1 82:13 | 290:22 291:16 | 268:7 |
| 289:23 291:2 | 85:20 87:6 | 291:17,20,24 | **threatening** |
| 292:7 293:4 | 91:5 95:12 | 292:6 297:19 | 215:1,16 |
| 304:25 307:23 | 96:20 100:19 | 308:12,24 | 272:22 |
| 336:5 339:13 | 102:2 104:12 | 310:9 312:7 | **three** 31:21 |
| 348:3 | 112:15 118:25 | 314:16 317:6 | 53:15 62:7 |
| **things** 27:7 | 119:6 120:8 | 318:5 320:10 | 64:25 101:2 |
| 55:24 61:1,14 | 134:10 136:13 | 321:5 325:4 | 143:12 174:21 |
| 62:10 64:7 | 138:5 139:11 | 330:25 331:8 | 259:12 278:1 |
| 65:25 70:17 | 139:23 141:8 | 333:8 338:3,5 | 285:23 304:24 |
| 74:9 75:2 76:3 | 143:2 144:13 | 339:7 347:4 | **thursday** 1:12 |
| 78:4 79:4 92:1 | 144:23 145:1 | **think's** 7:12 | **thursdays** |
| 95:17 96:9,23 | 145:21 152:24 | **thinking** 94:4 | 42:12 |
| 151:16,17 | 157:17 160:15 | 344:14 | **ticket** 48:4 61:8 |
| 175:11 177:4,5 | 160:21,23 | **thinks** 236:7 | **tickets** 61:2,2 |
| 178:10 182:17 | 163:4 167:14 | **third** 29:21 | 61:12 |
| 183:3,14,22 | 167:18 168:16 | 63:19 101:6 | **till** 44:9 173:13 |
| 190:11 191:20 | 169:11 171:15 | 177:5 234:10 | 174:9,22,23 |
| 200:8,23,23 | 172:5,20,24 | 234:14 | 286:18 |
| 202:24 203:6 | 179:9 196:1 | **thirty** 353:15 | **time** 4:7 9:6 |
| 204:21 205:16 | 197:2 199:19 | **thomas** 2:25 | 10:20 11:25 |
| 205:24 206:6 | 200:5 213:8 | 4:20 | 16:2 19:6,13 |
| 219:11 221:1 | 221:7 225:21 | **thought** 34:17 | 19:15,24,25 |
| 231:5,21 | 228:7 236:6 | 139:14 142:7,8 | 20:2,6,17 21:5 |
| 249:10 251:6 | 242:8 247:4 | 188:19 251:22 | 21:7 22:12 |
| 274:10,11 | 248:24 255:9 | 292:23 342:20 | 26:11 29:17 |

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[time - told]**                                    Page 68

| | | | |
|---|---|---|---|
| 31:11 35:9,13 | 183:10,14,15 | **times**  47:9,13 | 113:4,19 |
| 35:17 36:21 | 184:5 185:24 | 48:23 51:21 | 127:25 130:20 |
| 37:2 40:24 | 192:24 193:4 | 54:7 90:11 | 130:25 131:7 |
| 41:18 43:7,9 | 194:5,19 195:5 | 91:13 93:2,6 | 191:2 197:23 |
| 43:14 47:21 | 206:4 213:4 | 93:23 94:10 | 198:19 200:1 |
| 50:16 53:24 | 216:25 219:25 | 95:7,20 106:22 | 201:23,24 |
| 55:22 58:9,15 | 221:16,21 | 117:14 137:11 | 212:6 243:10 |
| 59:5,13,15,21 | 225:16 229:3 | 144:2 173:10 | 245:8 271:21 |
| 60:14 62:25 | 230:3,15 235:3 | 184:23 185:14 | 289:13,22 |
| 63:9,19,21 | 239:5,21 | 220:24 222:5 | 305:20 309:17 |
| 64:15 65:24,24 | 243:18 252:25 | 223:1 244:15 | 324:3 351:1,6 |
| 66:9,17 67:14 | 253:17,21 | 244:20 251:16 | **today's**  11:10 |
| 68:3,8,15,20 | 256:11 260:2,5 | 258:1 293:5 | **together** |
| 71:21 72:11 | 263:12,14 | 319:17 331:1,2 | 158:10 184:7 |
| 75:6,11 83:11 | 265:22 269:13 | **tired**  34:4 | 251:9 |
| 83:23 91:4,6 | 269:15,21 | 274:5 351:4 | **told**  19:16 |
| 95:18 97:15 | 270:11 271:4,8 | **title**  40:1 47:5,8 | 26:23 27:8,23 |
| 98:20 103:19 | 274:4 287:16 | 47:17 226:21 | 82:13 92:1,24 |
| 108:4 122:5,10 | 295:9 296:23 | **titled**  203:20 | 109:8 110:19 |
| 133:9 135:18 | 299:11 300:6 | **titling**  204:9,19 | 128:12,14 |
| 135:21 147:2 | 300:14 303:6 | **today**  6:21 8:22 | 141:2,15 145:5 |
| 147:16 148:16 | 304:23 307:7 | 10:6,10,13,23 | 149:25 150:6,9 |
| 149:15 152:21 | 309:8,12,21 | 10:25 12:16 | 154:16 158:16 |
| 152:22,25 | 312:10 315:10 | 23:25 24:19 | 165:24 166:10 |
| 155:8,25 | 315:12,22 | 25:23 29:25 | 170:18 195:18 |
| 157:21 158:6 | 316:17 319:5,6 | 44:20 69:4 | 196:18 197:3,8 |
| 161:16 162:24 | 319:7,10 320:3 | 77:11,16 78:14 | 211:16 216:24 |
| 163:1,8,12,24 | 321:23 322:1,5 | 78:17 82:25 | 228:16,21 |
| 168:10,21 | 329:1,16 | 83:4 89:8 | 230:15 236:3 |
| 169:3,6,19 | 330:12 331:9 | 92:11,12 93:13 | 237:11 248:13 |
| 171:10,22 | 333:19 339:21 | 94:8 96:5,8 | 250:10 256:6 |
| 173:1 178:2 | 340:1,5 342:3 | 106:11,22 | 257:13 260:17 |
| 179:11 180:2 | 344:8 345:9,19 | 110:14 111:25 | 262:1 272:14 |
| 182:22 183:2 | 351:17 352:5 | 112:8,19 113:1 | 272:15 285:23 |

Mohammad "Matthew" Bayat                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[told - true]**                                          Page 69

285:24 286:6
293:9 310:10
334:7 340:16
340:21 343:16
346:3 347:9
348:7
**tombstone**
121:17
**tomorrow** 39:9
39:14 315:4,5
315:9 316:11
324:4 325:1,5
**tonight** 288:2
**took** 150:2,2,12
179:7 219:1
238:18 262:14
269:16,23
278:1 281:5
292:20 310:11
344:4 346:9
**top** 31:1 34:3
115:23 147:9
184:16 213:18
259:13 268:4
280:18 299:6
**totally** 64:12
94:25 184:3,4
185:6
**touch** 127:23
**toward** 84:22
**towards** 139:13
140:21
**toxic** 164:17,17

**track** 100:19
**tracking**
348:15
**traditional**
160:3 281:16
**trained** 311:9
**trains** 58:12
**trajectory**
173:17
**tramadol** 345:1
345:2 347:1
**trample** 244:1
**tranqui** 344:25
**tranquilized**
344:10
**tranquilizer**
344:7 346:10
**tranquillizer**
344:6
**transaction**
26:12,17 119:8
120:10
**transcript**
217:8 352:10
353:16,17
**transcription**
8:21 355:4
**transfer** 270:20
270:25
**transferred**
72:16 78:9
272:9 273:3
299:24

**transfers** 300:3
**transition**
298:19 299:9
**transitioned**
298:20
**trash** 48:4 60:4
61:4
**trauma** 141:10
141:10
**travel** 258:4
**travelled**
157:22
**treat** 287:20
307:13
**treated** 22:18
22:19 272:1
291:22 296:17
298:15
**treaters** 299:5
**treatment**
20:20 148:21
149:6 151:20
153:21 155:11
155:13 156:6
156:17,20
160:8 304:16
**treatments**
158:18
**tree** 323:3
**trees** 323:4,23
**trial** 8:14
**trick** 125:19
171:1 177:21

**tricked** 54:25
**trickeries** 218:1
**trickery** 175:8
**trickier** 335:17
335:18
**tricking** 171:4
175:14 177:23
348:12
**tricks** 203:8,10
**trickster**
190:10 200:21
202:6,7
**tried** 47:9,12
49:21 51:21
73:13 94:12,16
167:15 252:24
**tries** 138:19
170:24
**trigger** 256:18
256:25
**triggered**
256:17 257:8
**trip** 157:24
158:15,20
348:16 349:9
349:11
**trips** 332:9
**trouble** 103:17
**true** 64:18
96:16 212:6
227:23 228:19
228:23 230:11
230:16 232:10
232:14 238:22

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[true - uncles]**

Page 70

239:6 250:8,21
286:14 338:23
339:1 352:10
**trust**   115:15
151:24,25
152:5 308:7
**truth**   290:24
**truthful**   10:7
10:10
**truthfully**
350:25 351:6
**try**   14:7 29:11
42:15 105:25
107:6 125:18
127:23 132:22
145:25 180:14
201:17 204:13
218:2 221:4
243:12 256:16
256:20 257:4
272:4,23
284:23 308:4
308:13 343:25
344:12
**trying**   17:19
18:2,10 19:1
19:20 21:5
23:6 27:20
49:1,10 62:21
64:10 73:17
91:22 92:18
106:24 110:24
126:13 149:24
155:20 166:5

171:3 178:12
189:3 216:4,6
216:14 221:21
221:24 243:13
245:10 250:24
251:5 255:25
256:3,21
281:22 304:7
321:3 334:12
334:14 344:16
344:20 346:16
348:13 349:23
**tsi**   114:19
115:9 116:22
117:24,25
229:14
**tuesday**   61:6
**turn**   62:16
**turned**   220:23
276:15
**twice**   161:21
221:7 313:17
**two**   7:13 11:5
12:1 31:21,21
34:18,24 39:24
40:8,9,23 41:6
41:9,16,23
43:1 45:3
61:19 63:20
64:24 77:12
97:11 143:11
143:12 150:22
152:22,24
170:20 174:20

174:20 177:2,4
191:16,16
193:17 199:4,7
199:23 206:25
254:8,16,18
278:2 281:1,4
291:11 304:24
313:16 325:7
328:25 349:8
350:21
**tycoon**   245:9
**type**   9:1 145:16
282:24,24
305:1 309:21
**types**   135:4
248:5
**typical**   210:19
**typically**
210:13 249:8
281:17

**u**

**u**   15:10,12,18
15:22 142:23
142:23 207:16
**uh**   8:25 24:15
188:24 202:13
**ultimately**
125:1,6 126:21
149:24 172:10
**unacceptable**
286:22
**unaware**
127:16

**uncle**   22:10,25
24:25 96:21
136:14,21
137:6,12 138:5
138:10,21
139:11 140:2
142:17 143:3
143:24 144:14
160:21,23,25
161:13 162:24
165:15,23
167:14 168:11
168:22 169:20
172:1 175:12
176:19,22
178:4 190:9
200:8 202:24
204:21 206:5
206:10 208:1
209:13,16
210:14,20
224:15 225:13
225:14 242:15
258:24 266:11
269:2,7 279:17
279:23 280:2,7
283:17 284:8
285:16,24,24
286:14 287:2
287:10 347:9
**uncle's**   223:20
224:8 253:2
**uncles**   13:17,24
16:6 17:24

Mohammad "Matthew" Bayat                              February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[uncles - unpack]**                                                      Page 71

18:13,25 19:2
21:9 22:9,19
24:1,9 93:13
96:13 162:5
167:3,19
193:24 195:4
195:12 196:8
196:20 197:14
220:16 239:21
255:24 256:6
257:13 266:5
272:6 275:20
276:25 277:10
289:3,15,24
290:4 291:3,13
292:9 293:12
294:8

**uncomfortable**
295:3

**uncommon**
182:16

**und** 193:20

**under** 24:12
43:6 45:8,9
51:25 53:18
94:17 119:12
137:7 138:22
138:24,25
142:18 143:25
144:7,9,14
146:3 149:12
153:25 161:14
201:21 212:8
254:24 287:17

312:15 342:23
343:1

**undergoing**
156:18

**undergrad**
320:22 321:6,8
321:16,20
322:2 323:25

**undergraduate**
319:8

**underlying**
176:6

**understand**
7:17 9:5 10:7
20:9 25:6
26:21 36:14
44:22 47:20
48:21 49:1,10
60:1,2 62:21
63:16 76:1
79:12 83:17
88:3 97:23
98:1,4 101:18
102:17 103:3
103:16 104:22
105:22 106:25
110:24 117:16
118:21,23
119:20 120:1
128:1 129:16
135:3 153:24
154:4 155:21
171:4,16
177:20 178:12

195:9,20
198:18,21,22
199:1 203:21
215:20 216:4,7
236:5 244:4
257:2 270:5
286:25 287:16
288:13,14
290:19 294:20
295:1 304:3
306:11 318:1
333:18 346:17

**understandable**
30:24

**understanding**
25:10,16 27:21
81:25 89:9,13
91:24 92:20
98:14,19 102:7
102:11,12,19
103:23 106:19
107:2,7,12,17
107:23 108:7
108:13 109:2
110:15 111:12
111:20,23
120:3,12,19,21
123:20 124:25
128:3,9,13,19
128:24,25
129:2 134:22
146:11 148:5
148:12,13,15
148:24 153:7

159:18 165:22
166:7 181:21
193:17 194:2,7
194:11 224:23
225:5,9 304:14
305:19 314:11
314:17

**understands**
105:18 127:11

**understood** 6:5
8:2 9:3,4,8,11
9:22,23 175:17
299:18 311:1

**undue** 346:13

**unit** 4:10 71:21
74:18

**united** 1:1 4:14
23:4,10,24
39:21 89:21
97:18 146:14
146:17 243:5
278:14,22,23
279:1

**units** 56:16

**universities**
6:17

**university** 38:7
38:10 71:23
87:8 116:4

**university's**
38:20

**unpack** 24:23
87:11 180:14

Mohammad "Matthew" Bayat                                    February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[unpacked - visit]**                                          Page 72

| | | | |
|---|---|---|---|
| **unpacked** 206:6 | 252:16 276:12 | **vehicles** 326:21 | 266:13 269:10 |
| **unrelated** 281:18 | 285:15,16,18 | 327:8,11 328:6 | 269:14,16,17 |
| **unscrupulous** 229:10 | 285:20,20 | 328:8 | 269:22 270:4 |
| **unusual** 183:21 | 323:3 353:18 | **veil** 171:2 | 270:21 271:1 |
| 184:3,4 186:8 | **user** 254:3 | **vendors** 57:3 | 272:8,9 273:2 |
| 186:12 188:8 | 279:21 280:10 | **venue** 162:7 | 273:14,20 |
| 188:12,14,18 | **using** 6:17 | **verbal** 8:25 | 274:24 275:8 |
| 188:21,22,25 | 112:9 184:23 | 272:22 | 275:23 278:11 |
| 249:12 262:24 | 233:2 260:18 | **verbally** 44:10 | 278:12,16 |
| 263:7,8 | 268:22 272:22 | 85:24 | 279:11 280:19 |
| **update** 48:13 | 346:17 | **veritext** 4:21,24 | 288:20 |
| 49:24 51:2,23 | **usually** 42:5 | **version** 94:21 | **videotaped** |
| 67:24 68:7 | 187:16 | 240:5 | 1:16 |
| **updated** 68:12 | **usurp** 26:8 | **versus** 4:13 | **viewing** 12:11 |
| **updates** 182:25 | **utilities** 331:14 | **vgray** 2:19 | **virginia** 6:12 |
| **upset** 243:20 | **utilizing** 311:12 | **victim** 333:17 | 19:11 20:2,16 |
| **use** 34:13 69:24 | | 333:19,23 | 20:17,20 31:3 |
| 97:21 202:17 | **v** | **victims** 256:13 | 32:21,25 33:2 |
| 214:10,20 | **v** 297:24 | 256:14 | 33:5,11,18,24 |
| 223:19 263:24 | **vacation** 20:11 | **video** 4:7,11 | 34:9,23,25 |
| 268:10,11 | **valley** 297:4,13 | 260:11 267:4 | 35:23,24 36:1 |
| 276:12 277:17 | 297:15,22,25 | 278:2 330:20 | 39:18,22 77:7 |
| 290:12,13 | 298:3,11,16,18 | **videographer** | 77:10,13 78:10 |
| 294:1 304:23 | 299:21 | 2:25 4:1,22 5:5 | 78:15 155:24 |
| 327:21 342:4 | **vanessa** 2:14 | 43:9,14 122:5 | 217:5 296:14 |
| **used** 6:18 42:10 | 10:16 11:3 | 122:10 192:24 | 299:16,17,25 |
| 74:17,25 75:22 | **various** 48:22 | 193:4 253:17 | 300:3,10,14,16 |
| 75:23 82:9 | 95:18 123:13 | 253:21 309:8 | 300:19 312:10 |
| 114:19 138:14 | 152:18 183:21 | 309:12 340:1,5 | 312:14 326:18 |
| 146:21 147:17 | 214:1 216:25 | 351:17 | **visit** 121:17 |
| 170:6 229:13 | 330:25 331:2 | **videos** 260:19 | 153:9 158:5,6 |
| | 334:19 | 264:7,11,14,18 | 158:8 164:1 |
| | **vehicle** 326:23 | 264:22 265:2 | 165:12,13,23 |
| | | 265:10 266:7 | 167:15 171:11 |

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[visit - wedding]**

Page 73

| | | | |
|---|---|---|---|
| 220:16,23 221:25 277:10 | 79:12 109:11 112:20 115:20 | 225:11 243:2,4 244:22,22 | 191:13 193:21 195:25 217:25 |
| **visited** 267:5 288:19 292:9 293:13 | 118:16 129:11 151:15 171:5 171:13 173:11 | 245:5,12 246:17,21 248:12,18,23 | 226:14 239:25 251:11 275:22 286:17 287:11 |
| **volition** 223:5 223:14 | 189:19 200:19 201:6 207:3 | 249:1 251:1 269:1 285:4 | 287:20 289:12 291:22 295:4 |
| **voluntarily** 59:17 | 213:20 221:2 232:21 236:2 | 288:7 292:20 292:24 302:18 | 305:24 307:2,4 307:12 346:6 |
| **voluntary** 60:1 | 244:25 247:7 | 333:25 | 352:15 |
| **vs** 1:6 | 248:3 256:10 257:17 267:23 | **wanting** 201:16 277:1 287:20 | **ways** 7:14 106:23 196:2 |
| **w** | 275:4,19 284:17 286:15 | 301:12 | 275:7 |
| **w** 7:7 | 286:19 289:4 | **wants** 133:18 222:19 | **we've** 11:6,20 43:5 122:1 |
| **wait** 9:13,19 44:9 46:3 | 290:7 291:1 293:23 294:18 | **warm** 153:1 | 127:8 129:24 130:19,24 |
| 174:22,23 212:14 235:2 | 294:19,23 295:5 302:17 | **warrant** 284:10 | 167:9 175:23 229:18 231:5 |
| **waited** 174:24 174:24 | 307:6 308:25 312:8 317:8 | **washington** 1:19 4:19 | 237:2 239:1 241:8,17 258:1 |
| **walk** 58:1 59:12 90:3 | 318:1 319:11 319:17 333:20 | **watch** 330:20 **watched** | 313:9 322:25 333:10 339:5 |
| 272:4 302:1,19 302:24 | 334:9 342:10 342:19 343:17 | 257:15 **watches** 328:13 | 348:16 **weak** 306:9 |
| **walking** 221:9 301:8 | 350:8 **wanted** 11:19 | **watching** 301:9 **water** 287:17 | **weaker** 333:13 **wear** 329:1 |
| **walled** 226:16 **walls** 90:17 | 22:14 28:7,9 32:20 33:25 | **way** 22:19 51:22 63:13 | **weather** 153:1 **wedding** 258:5 |
| **want** 23:8 24:23 28:21 | 91:2 94:1,2,3 97:20 115:10 | 68:24 69:3 94:22 103:2 | 258:7,8,19 259:10,18,24 |
| 34:1,2 36:23 36:25 41:7 | 152:21,25 153:3 155:3 | 108:21 109:2 112:15 116:3 | 260:3,4,9,11,16 261:3,7,10,17 |
| 43:19 47:19 57:19 67:9,25 | 178:24 222:16 | 127:5 149:11 156:21 157:13 164:22 189:22 | 261:20 263:19 |

Mohammad "Matthew" Bayat
Bayat, Bassirv. Bayat, Sultan

February 19, 2026

**[wedding - witness]**

Page 74



ATTORNEYS EYES ONLY

Mohammad "Matthew" Bayat                                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[witness - yeah]**                                              Page 75

ATTORNEYS EYES ONLY

Mohammad "Matthew" Bayat                February 19, 2026
Bayat, Bassirv. Bayat, Sultan

**[yeah - zoom]**                                      Page 76

| | | | |
|---|---|---|---|
| 95:4 98:10,18 | 303:3,8,11,21 | 318:22 320:9 | **york** 23:15 |
| 99:11 103:1,21 | 303:21,24 | 320:11,11 | 38:13 44:2 |
| 104:18,23 | 304:9,13,20 | 321:5,6,9,9 | 53:15 56:6,10 |
| 105:11,16 | 305:3 307:4 | **year's** 191:18 | 56:19 58:24 |
| 108:5 118:24 | 308:15 309:6 | 191:18 | 61:7 75:24 |
| 124:9 125:11 | 314:5 315:18 | **years** 6:19 | 93:6,23 95:7 |
| 126:5 132:17 | 316:6,21 | 32:20 34:24 | 227:13 228:2,7 |
| 133:10 136:12 | 318:23 323:21 | 39:24 43:1,3 | 228:13,18,23 |
| 138:12 143:22 | 324:22 325:13 | 49:16 53:15 | 231:2 |
| 156:15 159:5 | 326:2,16 | 58:16,18 59:2 | **young** 142:14 |
| 160:14 161:8 | 327:22 329:16 | 59:10 62:7 | **younger** 58:6 |
| 166:4 171:20 | 331:3,18 332:7 | 64:24,25 90:24 | 58:12 227:14 |
| 173:19,25 | 334:4,15 335:8 | 113:5,25 | 228:1 |
| 175:7 176:18 | 335:12,14 | 129:14 130:5 | **youth** 39:7,8,13 |
| 183:11,18 | 336:2 338:14 | 140:11 143:5,7 | 39:14 315:4,5 |
| 188:5 194:6 | 338:19 339:22 | 143:11,12,13 | 315:9 316:10 |
| 195:2,24 196:1 | 341:3 342:9,18 | 158:21,23 | 324:3 325:1,5 |
| 202:21 203:24 | 350:24 | 168:23 172:18 | **z** |
| 204:4 209:10 | **year** 32:11,12 | 173:1,15,20 | |
| 210:17 222:1 | 32:24 38:23 | 174:20,21,21 | **zara** 286:5 |
| 225:8 230:2 | 39:2,24 40:12 | 254:6,8,16,18 | **zero** 243:16 |
| 231:21 233:7 | 58:20 62:8 | 263:15,15 | **zoom** 1:16 13:1 |
| 235:15 236:13 | 65:15 72:1,5 | 290:17 311:14 | 13:3 57:23 |
| 236:24 237:24 | 72:15,24 87:7 | 313:16 315:25 | |
| 241:5,16 242:1 | 87:14 121:10 | 316:8 327:14 | |
| 251:25 255:13 | 121:24 143:11 | 327:24,25 | |
| 259:21 266:23 | 143:12 159:2 | **yelled** 150:23 | |
| 270:8,24 | 164:2 174:20 | 179:25 344:19 | |
| 273:12 275:14 | 178:18,18 | **yelling** 268:3 | |
| 276:2,17 277:7 | 180:5,6 191:21 | 281:10 | |
| 291:24 293:22 | 191:23 192:3 | **yep** 52:11 | |
| 296:24 297:3 | 312:2 313:16 | 122:3 124:18 | |
| 297:10 302:14 | 313:17,17 | 239:14 | |
| 302:23,23 | 317:12,16 | | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.