# EXHIBIT B

## <u>PUBLIC VERSION</u>

[Exhibit 3 - Plaintiff's Response in Opposition to Defendant Sultan Bayat's Motion to Appoint Guardian Ad Litem]

Case 3:25-cv-01085-JEP-LLL    Document 77-2    Filed 04/02/26    Page 2 of 286 PageID 3510

30(b)(6) Ali Bayat                                February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

Case No. 3:25-CV-1085

------------------------------------x

BASSIR BAYAT,

        Plaintiff,

    - against -

SULTAN BAYAT, PATONIA BAYAT,
MOHAMMAD BAYAT, SAMAY BAYAT,
AL WASAY BAYAT, and TAYAB REAL
ESTATE CO., LTD.,

       Defendants.

------------------------------------x

        February 26, 2026

        10:41 a.m.

    Videotaped Deposition of TAYAB REAL ESTATE CO. LTD. by ALI BAYAT, taken by Plaintiff, pursuant to 30(b)(6) Notice, held at the offices of Holland & Knight LLP, 787 Seventh Avenue, New York, New York, before Todd DeSimone, a Registered Professional Reporter and Notary Public of the State of New York.

Page 2

A P P E A R A N C E S :

HOLLAND & KNIGHT LLP

1180 West Peachtree Street NW

Suite 1800

Atlanta, Georgia 30309

        Attorneys for Plaintiff

BY:     PATRICK B. REAGIN, ESQ.

            patrick.reagin@hklaw.com


MURPHY & ANDERSON P.A.

1501 San Marco Boulevard

Jacksonville, Florida 32207

        Attorneys for Defendants

BY:     GERRY GIURATO, ESQ.

            ggiurato@murphyandersonlaw.com


ALSO PRESENT:

 AL WASAY BAYAT


 MARCELO RIVERA, Videographer

Page 3

A. BAYAT

THE VIDEOGRAPHER: Good morning. We are going on the record at 10:41 a.m. on February 26th, 2026.  Please note that the microphones are sensitive and may pick up whispering and private conversations.  Please mute your phones at this time.  Audio and video recording will continue to take place unless all parties agree to go off the record.

This is media unit one of the video-recorded deposition of Mr. Ali Bayat in the matter of Bassir Bayat versus Sultan Bayat, et al., filed in the United States District Court, Middle District of Florida, Jacksonville Division.  This deposition is being held at Holland & Knight located at 787 Seventh Avenue, New York, New York.

My name is Marcelo Rivera representing Veritext Legal Solutions and I am the videographer.  The court reporter is Todd DeSimone in

Page 4

A. BAYAT

association with Veritext Legal Solutions.  I am not related to any party in this action nor am I financially interested in the outcome.

If there are any objections to proceeding please state them at the time of your appearance.  Counsel and all present will now state their appearance and affiliations for the record, beginning with noticing attorney.

MR. REAGIN:  Patrick Reagin with Holland & Knight for the plaintiff.

MR. GIURATO:  And Gerry Giurato of Murphy & Anderson for the defendants.

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness.

*    *    *

A L I   B A Y A T,
called as a witness, having been first duly sworn, was examined and testified

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 5



ATTORNEYS EYES ONLY

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 6

A. BAYAT

Q.      And we need an oral, yes or no.

A.      Oh, yes, understood.

Q.      And you understand that you are here today as the designated corporate representative of Tayab, correct?

A.      Yes.

Q.      I know you were here for your brother -- I know you were present for your brother Matthew's deposition, but I will briefly refresh the rules of the road.

The court reporter is taking down a written transcription of everything that we say and so for that reason we need oral responses to questions, yes or no type answers, instead of nodding or huh-uh uh-huh.  Understood?

A.      Understood.

Q.      If you don't understand a question, please ask me to clarify.  I will be happy to do so.  If I ask the question and you answer it, I'm going to assume that you understood the question.  Fair?

A.      That's fair.

Q.      And then to help out the court

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 7

A. BAYAT

reporter, and I think you saw this last time, please wait until I'm finished asking my question before you start your answer, that helps the court reporter get a clear record and it gives Mr. Giurato time to lodge any objections he may have. Understood?

    A.    Okay.

    Q.    I am handing you what we will mark as Exhibit 1.

            (Exhibit 1 marked for identification.)

    Q.    You have seen this document before?

    A.    Yes, sir.

    Q.    This is the Amended 30(b)(6) Notice of Deposition of Tayab Real Estate Co. Ltd. dated February 17, 2026, and this is the notice pursuant to which you are appearing today?

    A.    Yes.

    Q.    And Tayab has designated you as its corporate representative in response to the topics reflected in this notice,

Page 8

A. BAYAT

correct?

A.    That's correct.

Q.    And you are prepared to testify regarding the topics identified in Exhibit 1, correct?

A.    To the best of my ability, yes.

Q.    Is there any topic that you are not prepared to testify about today?

A.    No.

Q.    Have you ever been deposed before?

A.    Never.

Q.    Have you ever testified at a trial or a hearing?

A.    No.

Q.    And you are represented by counsel today, correct?

A.    That's correct.

Q.    And is that Mr. Giurato?

A.    That's correct.

Q.    What did you do to prepare for your deposition today?

A.    Spoke with, excuse me, I spoke with my attorneys for several hours and I

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 9

A. BAYAT

looked over some of Tayab's docs.

Q.    Do you recall what documents you reviewed?

A.    I looked over tax returns, some of the documents that we produced for you guys, rent roll, DCHR.

Q.    And what is the DCHR?

A.    DCHR is the Department of Housing for New York State.

Q.    And is that like the rent controlled apartment filings, or what did you look at from that?

A.    Yes.

Q.    Other than your attorneys, did you speak with anyone to prepare for your deposition today?

A.    No.

Q.    So you didn't speak with your father, Sultan, for example?

A.    No.

Q.    And you didn't speak with your brothers?

A.    No.

Q.    When you spoke with your

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 10

A. BAYAT

attorneys, was this in person, phone call, Zoom?

A.    It was both Zoom and on the phone.

Q.    And other than the attorneys, was anyone else present?

A.    No.

Q.    And you were present in the room for your brother Matthew's deposition on February 19th, correct?

A.    That's correct.

Q.    And you heard the questions that I asked and the answers that he gave, right?

A.    Yes.

Q.    I would like to do some background.  What is your date of birth?

A.    12-16-1994.

Q.    And how old does that make you today?

A.    31.

Q.    And where were you born?

A.    Where?

Q.    Yeah.

Page 11

A.  BAYAT

A.    Morristown, New Jersey.

Q.    And you said you still reside in New Jersey today, correct?

A.    That's correct.

Q.    And how are you currently employed?

A.    I work for -- who I work for?

Q.    Yeah.

A.    I work for Mahwah Honda.

Q.    Sorry, can you spell that?

A.    Yeah, it is M-a-h-w-a-h, and then Honda.

Q.    And what is your position there?

A.    I'm in sales.

Q.    How long have you been doing that?

A.    How long have I been doing what, like working for --

Q.    Working in sales for Mahwah Honda.

A.    On and off for about three and a half years.

Q.    And have you always been in

Page 12

                    A. BAYAT

sales or did you have another role there?

    A.    Always in sales.

    Q.    And before Mahwah Honda, where were you employed?

    A.    I was working for Blue Nail Exteriors.

    Q.    Approximately how long did you do that?

    A.    Two years.

    Q.    Just describe at a high level what that job was.

    A.    It was selling projects for homeowners, roofing, siding, windows, I would design projects.

    Q.    And did you have a job prior to Blue Nail Exteriors?

    A.    Yes.

    Q.    What was that?

    A.    I was working for Honda, Mahwah.

    Q.    Okay.  So Honda, Blue Nail, and then back to Honda?

    A.    Yes.

    Q.    And approximately how long was

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 13



30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 14



CONFIDENTIAL

Page 15

                    A. BAYAT

     Q.     And was that the whole time you were in college?

     A.     No, it was like for about two years.

     Q.     In the first half or second half of college?

     A.     I believe it was first half.

     Q.     And for your last couple of years of college, were you not employed?

     A.     No.  Actually, sorry, let me clarify that.  I was working in a landscaping job during summertimes.

     Q.     Okay.  So like a summer job?

     A.     Yeah, but it was like during the year too, if I had time I would work.

     Q.     Just kind of part-time when you could?

     A.     Yeah.

     Q.     Other than your undergraduate degree, do you hold any professional licenses or other degrees?

     A.     No.

     Q.     Do you have any formal training or experience in property management?

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 16



30(b)(6) Ali Bayat
Bayat, Bassi rv. Bayat, Sultan

February 26, 2026

Page 17



CONFIDENTIAL

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 18

A. BAYAT

A.     No.

Q.     As we understand it, you are the person to whom your father Sultan has delegated management of the property and Tayab for the time being, correct?

A.     That's correct.

Q.     How often do you visit the property?

A.     As often as needed.

Q.     When was the last time you were there?

A.     It was probably about I think like two weeks ago.

Q.     Give me some examples of when it would be needed that you visited the property.

A.     I would go to visit the property just to check up on the property, see John and Peter, that Leonard's Market, see the super, and if a tenant needed something, I would go.

Q.     So it sounds like sometimes you would check, you would just go to check in, right?

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 19

A. BAYAT

A.      Of course.

Q.      And then if someone calls you obviously you go respond to their need?

A.      If needed to be, yes, because I have a super.

Q.      Got it.  Who is the super?

A.      Octavio.

Q.      Do you know his last name?

A.      Villaba.

Q.      Do you know how to spell it?

A.      I believe it is V-i-l-l-a-b-a.

Q.      And who pays Octavio?

A.      Tayab.

Q.      Does he have like a W-2, does he have an employment contract?

A.      No.

Q.      How is he compensated?

A.      Zelle.

Q.      So you guys Zelle him on like a monthly basis, every two weeks?

A.      Monthly.

Q.      And how much is Octavio paid monthly?

A.      $300.

30(b)(6) Ali Bayat                          February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 20

A. BAYAT

Q.    Do you know if he services any other properties?

A.    No.

Q.    You don't know or he doesn't?

A.    He doesn't.

Q.    Do you know what he is doing to support his living expenses other than the $300 a month from Tayab?

A.    Yes.

Q.    What is that?

A.    He works at Leonard's Market.

Q.    And is it Tayab who pays him or is it your father personally?

A.    I'm sorry, can you repeat that?

Q.    Yeah.  When Octavio gets Zelle every month, is that being paid by Tayab the entity or is it being paid by your father?

A.    It is being paid by Tayab.

Q.    So the money comes out of a Tayab account?

A.    Yes.

Q.    And who actually sends the Zelle, do you do that?

30(b)(6) Ali Bayat                           February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 21



Case 3:25-cv-01085-JEP-LLL    Document 77-2    Filed 04/02/26    Page 23 of 286 PageID 3531

30(b)(6) Ali Bayat                                February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 22

A. BAYAT

time, correct?

    A.    That's correct.

    Q.    And you were not born when the mortgages on the property originally were taken out, correct?

    A.    That's correct.

    Q.    And, similarly, you were not yet alive when the Bayat siblings allegedly entered into the agreement regarding the property that's in dispute in this case, correct?

    MR. GIURATO:  I object to form.

    A.    Can you repeat that?  I'm sorry.

    Q.    Yeah.  You're aware that there is an allegation that at the time the property was acquired, there was an agreement between the siblings, correct?

    A.    There is no -- Tayab has no record of an agreement.

    Q.    I understand that your side denies the existence of the agreement.  I'm just, as a sort of background matter, you understand that at least the allegation

Page 23

A. BAYAT

being made by the plaintiff is that there was an agreement made back in 1991, correct?

A.      Yeah.

Q.      So for the record, you were not alive, you wouldn't have any personal firsthand knowledge of any arrangement relating to the acquisition of the property in 1991, correct?

A.      In 1991, that's correct.

Q.      And I guess what I'm getting at is your understanding of how the property was acquired and what agreements exist in that regard, if any, are based on what you have been told by your father, correct?

A.      Yes.

Q.      So Tayab was formed in 1991, correct?

A.      June 4th, 1991.

Q.      And it is a New York corporation, right?

A.      That's correct.

Q.      And its principal place of business I assume is the property at 1437

Page 24

A. BAYAT

Second Avenue in Manhattan, correct?

A.    That's correct.

Q.    And has that always been the case?

A.    No.

Q.    Where was its principal place of business before that?

A.    It was at 574 Mill Run.

Q.    574 Mill Run in Paramus, New Jersey?

A.    Yes.

Q.    Which was your family's residence in New Jersey until they relocated to Virginia, correct?

A.    That's correct.

Q.    When did the principal place of business of Tayab change from the New Jersey residence to the Second Avenue property?

A.    It was -- that's incorrect.  It was -- it was originally at 1437 Second Ave and then when my father purchased the house in 770 Pascack Road, that was the principal address over there in Paramus, and then it

Page 25

A. BAYAT

changed over to 574 Mill Run.

Q.    Okay.  Just so I'm tracking, the principal place of business of Tayab originally is the 1437 Second Ave Manhattan address, right?

A.    Yes.

Q.    And then your father buys a home at 770 Pascack in New Jersey and at that time the principal place of business becomes that address, right?

A.    Yes.

Q.    And then when he moves to 574 Mill Run in New Jersey, it updates to that address, his personal residence, right?

A.    Yes.

Q.    And so where is it today?

A.    Currently right now it is the Virginia address.

Q.    So fair to say that outside of when it was originally located at the Manhattan property, the principal place of business has always been your father's personal residence?

A.    I'm sorry, can you repeat that?

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 26

A. BAYAT

Q.      Yeah.  So it started -- the principal place of business at one point in time was the Manhattan address, right?

A.      Yes.

Q.      After that, it has always been at your father's personal residence, correct?

A.      That's correct.

Q.      Does Tayab operate under any other names, aliases, d/b/a's?  Do you understand what I'm asking?

A.      No.  Can you explain?

Q.      Sometimes a company is, you know, ABCXYZ LLC but it does business as Hank's Sandwich Shop or something like that.  Has anything like that ever been true for Tayab?

A.      No.

Q.      Some of the interrogatory responses that have been served in this case state that Tayab is a wholly-owned corporation organized in New York under New York law, Sultan is the sole owner and director, Tayab has no shareholders or

Case 3:25-cv-01085-JEP-LLL  Document 77-2  Filed 04/02/26  Page 28 of 286 PageID 3536

30(b)(6) Ali Bayat                         February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 27

A. BAYAT

members.  Is that correct?

A.     That's correct.

Q.     Is it Tayab's testimony that it has never issued shares to any shareholder?

A.     It only issued shares to my father.

Q.     So there is a shareholder?

A.     Correct.  Sultan Bayat has 100 percent of the shares.

Q.     So when the response originally said Tayab has no shareholders, that's not correct?

MR. GIURATO:  I object to form.

A.     I'm sorry, can you clarify, please?

Q.     So the written discovery answer says Tayab has no shareholders or members. If I'm hearing you correctly, Tayab does have a shareholder, that shareholder is your father, correct?

A.     Yeah, solely owned shareholder is my father.

Q.     What are or have been your father's titles at Tayab?

Page 28

A. BAYAT

A.    CEO and president.

Q.    CEO?

A.    And president.

Q.    Is there a distinction between those two roles from Tayab's perspective?

A.    No.

Q.    So the CEO and president are one in the same, correct?

MR. GIURATO:  I object to form.

Q.    And they are both your father?

A.    Yes.

Q.    Has anyone other than your father ever served as an officer or director of Tayab?

A.    No.

Q.    You heard your brother Matthew testify during his deposition that at one point in time back when he was at Fordham Sultan, quote/unquote, put him down for something for Tayab but then the accountant removed it.  Do you remember that testimony?

A.    I do remember that testimony.

Q.    Do you know what Matthew was

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 29

A. BAYAT

referring to?

A.      To my knowledge, no.

Q.      You're not aware of Matthew ever being listed on any official record as having some sort of role with Tayab, correct?

A.      To my knowledge, no.

Q.      Have you ever been similarly put down for something where you were identified as having an official capacity with Tayab?

A.      No.

Q.      And, to your knowledge, has anyone else in your family aside from your father ever been listed as having some sort of official role with Tayab?

A.      No.

Q.      Does Tayab have articles of incorporation?

A.      Can you clarify like what you mean?

Q.      Yeah.  When a corporation is formed you have to make various filings typically with the Secretary of State and

Page 30

                    A. BAYAT
the first document that establishes the
existence of the corporation are the
articles of incorporation.  To your
knowledge, Tayab has on file with New York
State articles of incorporation, correct?

A.      Yes.

Q.      What about bylaws?

A.      To my knowledge, I don't know.

Q.      As far as the official
corporate governance documents, articles of
incorporation, bylaws, that sort of thing,
do you know where they are maintained for
Tayab?

A.      I believe my attorney has it.

Q.      Because you provided them in
the context of this case or they would have
already had them?

A.      No, we provided like in the
context of this case.

Q.      But I guess I mean outside of
this case and certain records having been
provided to your attorneys, where do
those -- where are those records maintained
in the ordinary course of Tayab's business?

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 31

A. BAYAT

A.    To my knowledge, I don't know if we have them.

Q.    So you're not sure if Tayab has copies of its articles of incorporation, bylaws, and other corporate governance documents maintained somewhere in particular, correct?

A.    That's correct.

Q.    Has Tayab ever held any annual meetings?

A.    No.

Q.    Does it hold any shareholders meetings?

A.    No.

Q.    Does it hold any directors meetings?

A.    No.

Q.    Does it hold any officers meetings?

A.    No.

Q.    Has Tayab ever adopted any board resolutions?

A.    No.

Q.    Does it maintain a corporate

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 32

A. BAYAT

minute book?

A.     Can you explain that, please?

Q.     So like a minute book is a record of sort of official actions taken at meetings of directors or shareholders.  So there might be a meeting, the directors would approve a certain action, and then there would be official minutes taken of that and sort of kept in a book somewhere.

A.     No.

Q.     I want to focus on Tayab's business activities.  How would you describe the business that Tayab is engaged in?

A.     Can you like clarify what you mean by that?

Q.     Yeah.  Tayab is a corporation. Corporations engage in business.  What business does Tayab, the corporation, engage in?

A.     Real estate.

Q.     Real estate.  Real estate development, management, purchasing?

A.     Management.

Page 33

A. BAYAT

Q.    And I guess just to cut to the chase, other than managing the property at 1437 Second Avenue, does Tayab engage in any other business activities?

A.    No.

Q.    Has Tayab ever engaged in business activities other than managing the Second Avenue property?

A.    No.

Q.    Does Tayab currently have any outstanding debt?

A.    No.

Q.    How was Tayab capitalized?

A.    Can you like explain what you are saying?

Q.    Yeah.  So like when a corporation is initially formed, the shareholders typically contribute capital to fund the initial operations of the organization.  Do you know how Tayab was initially capitalized?

A.    I don't know.

MR. GIURATO:  I object to form.

Q.    So you couldn't, if I'm

Page 34

A. BAYAT

understanding correctly, you couldn't tell

me today how much capital has been

contributed to Tayab by its shareholders

over time, correct?

MR. GIURATO:  I object to form.

A.      The exact amount, no.

Q.      What about the approximate

amount?

A.      My father has always put money

into the building, renovation, stuff like

that.  I can't give you like an approximate

amount, maybe a few hundred thousand.

Q.      Just so that I'm understanding,

would that be money that goes from the

property in the form of rental income to

Tayab and then your father has reinvested

that into the maintenance of the property?

A.      Yes.

Q.      But as far as you're aware, or

at least sitting here today, you're not

able to identify separate money of your

father's that he has invested into the

business, correct?

A.      Can you clarify that, please?

Page 35

A. BAYAT

Q.      Yeah.  So there's -- one scenario I guess is the one I described that you agreed with, rental income flows from the property to Tayab, some of that rental income is reinvested into the maintenance of the property.  Are you with me so far?  Yes?

A.      Yes.

Q.      And then another scenario would be your father has separate money that's not coming as rental income from the property and is not already inside of Tayab, so to speak, and he takes his separate personal money and invests it into the company, you're not aware of that occurring?

A.      That's correct.  My father, when he owned the Pamir Restaurant, that was his main income as well and he was putting that money -- he was putting money into the building from Pamir.

Q.      And this is when, like way back in 1991?

A.      So my father owned the

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 36

A. BAYAT

restaurant, I believe it was late 1970s, he closed it in about I think it was 2004, 2005, and he acquired the building in 1991, so sometime around there, from 1991 until 2004 time.

Q.    I think I follow.  So the restaurant, to the best of your understanding, started sometime in the late '70s, right?

A.    Yes.

Q.    The property was acquired in 1991, correct?

A.    Yes.

Q.    And then the restaurant closes in 2004, right?

A.    Correct.

Q.    And so your understanding is that between 1991 and 2004 when the restaurant is still operating, your father is investing some of the money generated by the restaurant into Tayab, correct?

A.    Yes.

Q.    Do you know if he was investing it into Tayab and then Tayab was using it

Case 3:25-cv-01085-JEP-LLL    Document 77-2    Filed 04/02/26    Page 38 of 286 PageID 3546

30(b)(6) Ali Bayat                              February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 37

A. BAYAT

for the property or if he personally was just paying for things to be done to the property?

A.    Can you repeat that?

Q.    Yeah.  I guess one simpler way to approach it would be what is your understanding of what he was doing with the money that we have just described that was being invested into the property?

A.    He was renovating apartments, the roof, painting the walls, bathrooms.

Q.    Okay.  And to clarify my question, is it your understanding that your father was taking money from the Pamir Restaurant, investing it into Tayab, and then Tayab is paying for the renovations, the roof, etc., or was your father just personally coming out of pocket and paying those expenses?

A.    My father was personally coming out of pocket from Pamir Restaurant.

Q.    In other words, he wasn't taking that money, putting it in Tayab, Tayab is then paying it, your father is

Page 38

A. BAYAT

just paying it directly?

A.    That's correct, from up until 2004.

Q.    When the restaurant closed, right?

A.    Yes.

Q.    Do you have an approximate sense of how much your father would have invested from Pamir into the property?

A.    I would assume around like a couple hundred thousand.  To my knowledge it was like a couple hundred thousand.

Q.    Did your father own and operate Pamir as an individual or did he have like a company, an entity, that he operated the restaurant through?

A.    Can you repeat that?

Q.    Yeah.  So your father could be, you know, Sultan Bayat, sole proprietor of Pamir Restaurant.

A.    Right.

Q.    Or similar to how he manages the property through the Tayab entity, he might have an LLC or a corporation that he

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 39

A. BAYAT

uses to manage the restaurant?

A.      For Pamir, yes.

MR. GIURATO:  Objection to form.

Q.      So do you know what that entity was?

A.      Pamir Restaurant.

Q.      Just so that the record is clear, your understanding is your father had some sort of entity that he was using to operate the restaurant, correct?

A.      Yes.

Q.      And do you know what it was called?

A.      Pamir Restaurant.

Q.      It was just called like Pamir Restaurant LLC, Pamir Restaurant, Inc.?

A.      Well, back in the day, like around 1991, when my father purchased the building, there was no LLC, it was only a corporation back then.  So I believe Pamir Restaurant was a corporation as well.

Q.      And when you said there was only a corporation back when your father

Page 40

A. BAYAT bought the property, are you referring to Tayab?

A.    Yes.

Q.    But you think there was also another corporation that operated Pamir, correct?

A.    Yes.

Q.    To your understanding, were there any shareholders other than your father in the entity that operated Pamir?

A.    To my understanding, there was no one.

Q.    I would like to orient us in time to the acquisition of the property by Tayab in December of 1991.  Okay?

A.    Okay.

Q.    How did Tayab acquire that property?

A.    How did he acquire the property?

Q.    Yeah.

A.    My father was running the Pamir Restaurant.  He opened the Pamir Restaurant and was able to save money over time to

Page 41

A. BAYAT

purchase the building.

Q.      And who did your father
purchase it from?

A.      Nicola Gaudio.

Q.      And who was Nicola Gaudio?

A.      It was a friend of my father.
So my father originally leased Pamir
Restaurant through Nicola and he moved into
another location on 1437 and he gave him
the opportunity to purchase the building.

Q.      So Nicola was the owner, the
landlord, of the property where your father
originally operated Pamir, correct?

A.      That's correct.

Q.      And then at some point your
father moved Pamir to another of Nicola's
properties, correct?

A.      That's correct.

Q.      And is that around the same
time that Nicola offered to sell it to your
father?

A.      Yes.

Q.      And is it your understanding
that Nicola owned the property through his

30(b)(6) Ali Bayat                                          February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 42

                    A. BAYAT

company, Jonin Realty Corp.?

        A.      Jonin Realty Corp.

        Q.      It is Jonin?

        A.      I think so.

        Q.      I have seen it spelled a couple
of different ways.

        A.      Yeah.

        Q.      We are talking about the same.
Do you know what the purchase price was?

        A.      Of the building?

        Q.      Yeah.

        A.      975.  My father put $75,000
down, so he financed 900.

        Q.      So your father put a $75,000
down payment on a $975,000 commercial
property, correct?

        A.      That's correct.

        Q.      And if I heard your testimony
correctly, the money that your father used
for the down payment would have come from
the operations of the Pamir Restaurant,
correct?

        A.      As the owner of Pamir
Restaurant, yes, his money.

Page 43

A. BAYAT

Q.    I guess what I'm asking is was there any other source of funds that your father used as part of the acquisition of the property?

A.    No.

Q.    Is it your understanding that your father's siblings worked in the Pamir Restaurant?

A.    They worked, excuse me, they worked there, is that what you are saying?

Q.    Yes.

A.    Yes, they worked there.

Q.    And they have testified that they forewent earnings, they volunteered time, they did various other uncompensated work for Pamir.  Is that your understanding?

A.    No.

MR. GIURATO:  I object to form.

Q.    Your understanding is they were always paid for the entirety of their work?

A.    That's correct.

Q.    So conceivably, and recognizing you're not here as the representative of

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 44



ATTORNEYS EYES ONLY

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 45

A. BAYAT

MR. GIURATO:  It is up to you.

THE WITNESS:  I'm fine.

MR. GIURATO:  Let's go for about 20 more minutes.  Does that work?

MR. REAGIN:  Yeah.

Q.    So I would like to step through to the best of my ability and understanding the general parameters of the acquisition of the property using some of the documents that have been produced to us.  I'm doing my best to understand them.  If I ask you a question or you think that I am misinterpreting a document, just let me know.  I'm just trying to create a record of what happened.

A.    Okay.

Q.    So I'm handing you what we will mark as Exhibit 2.  This is a document from defendants' first production Bates labeled 1 through 2.

(Exhibit 2 marked for identification.)

Q.    And I will ask you if you represent -- if you recognize this as the

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 46

A. BAYAT

deed by which Tayab acquired the property from Jonin Realty Corp. in December of 1991?

MR. GIURATO:  If you need time to look at a document, anytime, go ahead and look at it and answer.  No rush.

A.      That's correct.

Q.      And this deed was kept in Tayab's records in the regular course of business, correct?

A.      That's correct.

Q.      The next document that I will show you is what we will mark as Exhibit 3. It is from Defendants First Production Bates pages 182 through 190.

(Exhibit 3 marked for identification.)

Q.      And I will ask you if you recognize this as a mortgage from Tayab Real Estate Co. Ltd. to Jonin Realty Corporation in the amount of $400,000 dated December 23, 1991?

A.      Can you ask me that question

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 47

A. BAYAT

again?

Q. Yeah. Do you recognize this as a mortgage from Tayab to Jonin Realty Corp. in the amount of $400,000 dated December 23, 1991?

A. Yes.

Q. And this mortgage is a business record of Tayab that it maintains in its files in the ordinary course, correct?

A. That's correct.

MR. GIURATO: I object to form.

A. That's correct.

Q. And as I understand it, this $400,000 mortgage from Tayab to Jonin was part of the purchase price from when Tayab acquired the property initially, correct?

A. Can you repeat that? I'm sorry.

Q. Yeah. And we will get to it at a certain point. There were various mortgages, I think they were all consolidated, effectively Tayab took them over. My question is this $400,000 mortgage was part of that initial

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 48

A. BAYAT

transaction through which Tayab financed $900,000 to acquire the property, correct?

A.    That's correct.

Q.    And the interest rate on this mortgage was 10 percent, correct?

A.    Yes.

Q.    And the monthly principal and interest payment was $3,634.84, correct?

A.    That's correct.

Q.    I've got another one to show you that we will mark as Exhibit 4.  For the record, this is from Defendants First Production, Bates labeled 194 through 211.

(Exhibit 4 marked for identification.)

Q.    And this is a consolidation, modification and extension agreement between Frank Biancaniello and Tayab dated December 23rd, 1991, correct?

A.    That's correct.

Q.    Who is Frank Biancaniello?

A.    I believe Frank was my father's friend.

Q.    Do you know what Frank's

Page 49

A. BAYAT

involvement with the property was?

A. I don't remember.

Q. This document was kept in Tayab's regular business files, correct?

A. That's correct.

Q. It is a Tayab business record, right?

A. Yes.

Q. As I understand the way that this document works, it consolidates several preexisting mortgages on the property into a single first lien. You will see on the first page of the document it recites various outstanding mortgages, one from Jerome Borg to Henry Root, one from Henry Root to Villa Gaudio, one from Villa Gaudio to Sherman Cohen and some other Cohens. There is a Villa Gaudio mortgage, a Jonin Realty mortgage, and a Tayab Real Estate mortgage. Do you see all of those?

A. Yeah, I see them.

Q. And what I understand this document is doing is consolidating those

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 50



ATTORNEYS EYES ONLY

Page 51

A. BAYAT

acquire the property, correct?

A.      That's correct.

Q.      This document references a $10,614.45 mortgage from Tayab to Biancaniello.  Do you know what that mortgage was for?

A.      I don't remember.

Q.      So I guess following this consolidation, your understanding is Biancaniello had a $500,000 first lien against the property, correct?

A.      Can you repeat that?  I'm sorry.

Q.      Yeah.  So after the consolidation of all these loans --

A.      Right.

Q.      -- the result is Biancaniello has a $500,000 first lien against the property, correct?

MR. GIURATO:  I object to form.

A.      Can you explain that, when you are saying a first lien?

Q.      So, in effect, what's happening here is Biancaniello is lending $500,000 to

Page 52

A. BAYAT

Tayab, correct?

A.     That's correct.

Q.     And in return Tayab is granting Biancaniello a first position mortgage against the property, right?

A.     Yeah.

Q.     And then the second mortgage is the $400,000 that we talked about previously, correct?

A.     That's correct.

Q.     I've got another one.  I'm handing you what we will mark as Exhibit 5. For the record, this is from Defendants First Production Bates labeled 191 through 193.

(Exhibit 5 marked for identification.)

Q.     This document is an assignment of a consolidated mortgage lien in the amount of 489,305.35 from Dime Savings Bank to Frank Biancaniello, correct?

A.     That's correct.

Q.     And this is another Tayab business record maintained in the ordinary

Page 53

                    A. BAYAT

course, correct?

          MR. GIURATO:   I object to form.

     A.     That's correct.

     Q.     And so here's what I have
followed from these documents.  At the time
Tayab acquired the property in 1991, Dime
Savings Bank assigned its approximately
$489,000 mortgage lien to Frank
Biancaniello, correct?

     A.     Correct.

     Q.     Frank consolidated that with
the approximately $10,000 mortgage to Tayab
that we saw before which resulted in a
consolidated lien of $500,000, correct?

     A.     That's correct.

     Q.     And then there was the purchase
money second mortgage to Jonin Realty Corp.
of $400,000 which totals the $900,000 in
mortgage debt, correct?

     A.     That's correct.

     Q.     After these mortgages were
taken out on the property, who was making
the monthly payments?

     A.     My father.

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 54

A. BAYAT

Q.    And was he paying them out of his own pocket or was Tayab paying them?

A.    I believe it was through Tayab.

Q.    Your understanding is that the market value of the property was somewhere between 1.3 and $1.4 million when it was purchased in 1991, correct?

MR. GIURATO:  I object to form.

A.    That's incorrect.

Q.    That's not correct?

A.    No.

Q.    What is your understanding of the market value?

A.    It was less than that.

Q.    What was it?

A.    I believe it was like a million.

Q.    Are there any records that would support that?

A.    To my knowledge, no.

Q.    So we have established that at the time it was acquired in 1991 by Tayab, the property is encumbered by a total of $900,000 in mortgage debt, correct?

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 55

A.  BAYAT

A.      That's correct.

Q.      And then you've testified that there was also a $75,000 down payment paid at closing, correct?

A.      That's correct.

Q.      A $75,000 down payment in cash on a $900,000 mortgage is about 7.7 percent down payment, correct?

MR.  GIURATO:  I object to form.

A.      I would have to do the math.  I don't have a calculator.

Q.      It is obviously less than 10 percent, right?

A.      Okay.

Q.      Are you aware that in 1991 lenders typically required a down payment of at least 20 to 30 percent on commercial and multifamily real estate transactions?

MR.  GIURATO:  I object to form.

A.      Can you repeat that?  I'm sorry.

Q.      Yeah.  Are you aware that in 1991 lenders typically required a down payment of at least 20 to 30 percent on

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 56

A. BAYAT

commercial and multifamily real estate

transactions?

MR. GIURATO:  I object to form.

A.    I'm not aware.

Q.    A 20 percent down payment on a

property worth $975,000 would be

approximately $195,000, correct?

A.    If that's the math.

Q.    A 25 percent down payment would

be approximately $244,000, correct?

A.    Correct.

Q.    And a 30 percent down payment

would be approximately $293,000, correct?

A.    That's correct.

Q.    But Tayab is claiming that it

paid $75,000, a fraction of any of those

percentages and what any lender would have

typically required at this time period,

correct?

MR. GIURATO:  I object to form.

A.    Can you repeat that?

Q.    Yeah.  Tayab's position is that

it was only required to put up a fraction

of what lenders would typically require in

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 57

A. BAYAT

a transaction of this type in 1991, correct?

MR. GIURATO:  I object to form.

A.    One more time.

Q.    Tayab's position is that it was only required to put up a fraction of the type of down payment that a lender would typically require for a transaction of this type in 1991, correct?

MR. GIURATO:  I object to form.

A.    That's correct.

Q.    How do you explain that?

A.    Well, it is a personal relationship with Nicola Gaudio and my father.  My father had some money saved up. Nicola was trying to give him the property to purchase, told him it was a good investment.  The amount of money my father had was only 75,000 to put down and Nicola worked with him.

Q.    I understand about Nicola.  But there were other lenders involved here, correct?

A.    That's correct.

30(b)(6) Ali Bayat                                      February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 58

                    A. BAYAT

        Q.      So we saw Biancaniello, for
example, right?

        A.      Yes.

        Q.      And the Biancaniello
consolidated first lien was $500,000,
right?

        A.      Yes.

        Q.      And the majority of that we saw
was assigned to Mr. Biancaniello from the
Dime Savings Bank of Williamsburg, correct?

        A.      That's correct.

        Q.      Are you aware that regulated
lenders in 1991 were subject to loan to
value guidelines that generally prohibited
lending more than 75 to 80 percent of the
appraised value of the property?

                MR. GIURATO:  I object to form.

        A.      Can you repeat that?

        Q.      Yeah.  Are you aware that
regulated savings institutions like the
Dime Savings Bank in 1991 were subject to
loan to value guidelines that generally
prohibited lending more than 75 to 80
percent of the appraised value of the

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 59

A. BAYAT

property?

MR. GIURATO:  I object to form.

A.     I'm not aware.

Q.     On top of the $500,000 lien, first lien, that was consolidated to Biancaniello, Jonin Realty Corp. held back a $400,000 purchase money second mortgage, correct?

MR. GIURATO:  I object to form.

A.     Can you repeat that?

Q.     Yeah.  There is -- there is the consolidated $500,000 first lien to Biancaniello, correct?

A.     Yes.

Q.     And then Jonin Realty Corp. holds back a $400,000 purchase money second mortgage, correct?

A.     That's correct.

MR. GIURATO:  I object to form.

Q.     If the total price were only $975,000, Jonin would have been taking back a second mortgage representing over 40 percent of the purchase price while the first mortgage already covered over 50

Page 60

A. BAYAT

percent, correct?

A.    You are losing me here.  Can you repeat that?

Q.    The first mortgage on the 975 property is $500,000, so that covers over 50 percent, right?

A.    Right.

Q.    And then the 400,000 to Jonin represents over 40 percent of the purchase price, correct?

A.    Yes.

Q.    The result is that Jonin is almost entirely unsecured with virtually no equity cushion protecting its $400,000 loan, correct?

MR. GIURATO:  I object to form.

A.    Can you repeat that?

Q.    Yeah.  So if the loan gets defaulted on, right, your father doesn't make a payment, the first lien is to Biancaniello, right?

A.    Yes.

Q.    That means Biancaniello can take the property, sell it, and get his

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 61

A. BAYAT

$500,000 back, right?

          A.        Okay.

          Q.        If the property is only worth 975, at that point there is hardly anything left over to secure Jonin, correct?

                    MR. GIURATO:  I object to form.

          A.        Can you repeat the last part?

          Q.        Yeah.  I think the point I'm getting at is Jonin holding back a $400,000 purchase money mortgage would typically indicate that there is significant equity in the property so that Jonin is confident that if there is a default and the first lienholder gets paid back, there is still money left over to pay Jonin.  Are you with me?

          A.        Yeah.

          Q.        Can you explain why the sellers of a piece of valuable Manhattan real estate would have offered terms that left them effectively unsecured on a $400,000 loan?

                    MR. GIURATO:  I object to form.

          A.        Yes.  I mean, as far as my

February 26, 2026

Page 62

A. BAYAT

father, my father leased through Nicola

Gaudio for years with the restaurant, Pamir

Restaurant, and he was always making his

payments, and when he moved him over to

1437 it was the same thing, it was a trust.

Back in the day we would shake hands and it

would be a trust.  So my father guaranteed

that he would pay and that's what it was.

Q.    So Tayab's position is Jonin

took the risk of default on a six-figure

loan and the loss of a piece of commercial

real estate because they liked your father

who had been running the restaurant in one

of their buildings, right?

MR. GIURATO:  Objection to

form.

A.    That's incorrect.

Q.    How would you explain it?

A.    I explained, it is based on

trust.  My father has been leasing through

Nicola for years, you know, 10, 20, you

know, years.  Like I said, he opened up his

restaurant late 1970s, through Nikola,

opened up Pamir, moved him over to the

Page 63

A. BAYAT

other location and then offered him to purchase his building.  That's based on trust.  Someone that makes payments for a restaurant, it is based on trust and their friendship.

MR. GIURATO:  When you are done with this line of questioning, let's take a break.

Q.     Another possibility is that the property was worth significantly more than $975,000 and there was an additional cash down payment made above the $75,000, correct?

MR. GIURATO:  I object to form.

A.     That's incorrect.

Q.     Tayab's testimony is that didn't happen?

A.     That didn't happen.

MR. REAGIN:  We can take a break.

THE VIDEOGRAPHER:  The time is 11:44 a.m. and we are going off the record.

(Recess taken.)

Page 64

A. BAYAT

THE VIDEOGRAPHER:  The time is 12:05 p.m.  We are back on the record.

BY MR. REAGIN:

Q.    Mr. Bayat, if ultimately we get into the property records and they confirm that the market value of the property in 1991 was approximately $1.3 million, would you agree with me that a $75,000 down payment would not make commercial sense?

MR. GIURATO:  I object to form.

A.    No.  Can you repeat that? Sorry.

Q.    Yeah.  If we get into the records and we're able to confirm that the market value of the property in 1991 was approximately $1.3 million, would you agree with me that in that situation a $75,000 down payment would not make commercial sense?

MR. GIURATO:  I object to form.

A.    I don't agree.

Q.    You don't agree, okay.  Why not?

A.    Based on just speaking with my

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 65

                    A. BAYAT

father.

Q.      I thought -- did you speak with your father to prepare for the deposition today?

A.      No.

Q.      Just generally speaking with your father?

A.      Yeah, from time.

Q.      It is somewhat interesting to me that you didn't speak with the sole shareholder of the corporation that you are here representing to prepare for the deposition.  Is there any particular reason why you didn't speak with him?

            MR. GIURATO:  I object to form as to the soliloquy before about being interesting.

A.      My father has always delegated tasks for me, for Tayab, particularly from like 2018 and above, and he taught me a lot.

Q.      Right.  But the company goes back to 1991, before you were even born, right?

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 66

A. BAYAT

A.      That's true.  But I have, from just speaking with my father over the years, I have a good amount of knowledge of what was going on.

Q.      In other words, you didn't feel that it was necessary to speak to your father to prepare for the deposition because of the day-to-day stuff you've been doing for the company since 2018 or so?

A.      That's true.

Q.      I'm going to hand you what we will mark as Exhibit 6, which for the record is from Defendants First Production Bates labeled 212 through 217.

(Exhibit 6 marked for identification.)

Q.      This is a satisfaction of mortgage from Frank Biancaniello to Tayab Real Estate Co. Ltd. dated January of 2002, correct?

A.      I'm sorry, where do you see the date?

Q.      It is stamped on the front April 3, 2002, recorded in the City

Page 67

A. BAYAT

Register.

A.      That's correct.

Q.      Do you see that?  Okay.  And I guess if you look at the final page, you will see that it is signed and notarized January 28th of 2002, correct?  If you go all the way to the back.

A.      January what, 20th?

Q.      28th.

A.      Yeah.

Q.      2002?

A.      Yeah.

Q.      And this is a Tayab business record maintained in the ordinary course, correct?

A.      Yes.

Q.      This document confirms that as of I guess January of 2002 when it was signed Tayab had paid off that first lien mortgage of $500,000 to Frank Biancaniello, correct?

MR. GIURATO:  I object to form.

A.      Yes, satisfaction of mortgage.

Q.      Of the $500,000 first lien

February 26, 2026

Page 68

A.  BAYAT

mortgage to Mr. Biancaniello, correct?

A.      Where do you see 500,000?

Q.      So if you look on the second page Bates labeled 213, you will see at the top it says "Know all men by these presents, that Frank Biancaniello," it has got his address, "does hereby certify that the following mortgages are paid and does hereby consent that the same be discharged of record."

Do you see that?

A.      Yeah, I see that.

Q.      And then if you kind of fast forward through all the mortgages that they cite, at the bottom paragraph it says Mortgages 1, 2, 3, 4 and 5, and then it totals up to 500,000, right?

A.      Yeah.

Q.      So you would agree with me that this document is confirming that by January of 2002 Tayab has paid off the $500,000 first lien to Mr. Biancaniello, correct?

A.      That's correct.

Q.      So it took about ten years,

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 69

A.  BAYAT

from December of '91 when the mortgage is issued, to January of 2002 when the mortgage was discharged, to pay off that loan, correct?

A.        That's correct.

Q.        That mortgage to Mr. Biancaniello in the amount of $500,000 was paid off from the property's rental income, correct?

A.        It could be both, the Pamir Restaurant and the rental income.

Q.        Okay.  So the $500,000 loan from Biancaniello to Tayab, your testimony is that it was paid off through a combination of income from the Pamir Restaurant and rental income from the property, correct?

A.        That's correct.

Q.        And that is in fact what happened or you are saying that that's possibly what happened?

A.        To the best of my knowledge, that's what happened.

Q.        And of course during some

Page 70

A. BAYAT

portion of that time your father's siblings would have been working in the Pamir Restaurant, correct?

A.    Through what time?

Q.    Well, it took ten years, between '91 and 2002, to pay off Biancaniello's loan.  During that time period your father's siblings worked at Pamir.  And to make sure my question is clear, I'm not saying they worked there straight through '91 to 2002, but in that approximate ten-year period there would have been times that your father's siblings were working for Pamir, correct?

A.    That's correct.

Q.    And Pamir, you testified, closed in 2004, which would have been just a couple of years after this loan was paid off, correct?

A.    I believe it was either 2004 or 2005.

Q.    Okay.  Either way, a couple of years, two to three years after the loan to Mr. Biancaniello was paid off, then Pamir

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 71

A. BAYAT

closes, right?

A.     Yeah.

Q.     And can you just explain at a
high level why Pamir ultimately closed?

A.     I was alive at that time.  My
father was very successful running the
restaurant.  I think he was getting a
little tired, because he would go basically
from I believe it was 10, 11 o'clock in the
morning, he would go down to the City and
then he would come home around like 1
o'clock in the morning, and as an owner
this was like an everyday operation for
him.  Sometimes he would have his Thursdays
off.  So he has been running the restaurant
for, you know, 25 years plus, and he was
just getting a little tired of it.

Q.     I have family that have owned
and operated restaurants, so I get it.

Other than, you know, getting
tired, your understanding is the restaurant
was doing fine, your dad just wanted to
kind of spend his time another way?

A.     Yeah.  I mean, at that time in

Case 3:25-cv-01085-JEP-LLL    Document 77-2    Filed 04/02/26    Page 73 of 286 PageID 3581

30(b)(6) Ali Bayat                                February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 72

A. BAYAT

2004 I believe Sam was born in 2004, 2003 -- 2003 -- he wanted to spend a little bit of time with his family.  But it was a very successful business.

Q.     If you will look at Exhibit 6 still, the page that at the bottom says Defendants First Production 216, do you see that?

A.     The last page you are talking about?

Q.     It is technically the second to last page.

A.     Yeah.

Q.     And you will see up at the top it says "Know all men by these presents, that Frank Biancaniello does hereby certify that the following assignment of rent is satisfied and cancelled and does hereby consent that the same be discharged of record."

Do you see that?

A.     Yeah.

Q.     Your understanding is that during the time that Mr. Biancaniello held

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 73

                    A. BAYAT

a mortgage against the property, there had

been an assignment of rents so that if

Tayab failed to pay the mortgage in a given

month, Mr. Biancaniello could go take the

rents and pay himself out of those,

correct?

          MR. GIURATO:  I object to form.

     A.     I'm sorry, can you repeat that?

You said the assignment of rents, right?

Where do you see -- just below it, right,

you are talking about?

     Q.     My only point about this

document is it is referencing an assignment

of rents that was discharged at the same

time as the mortgage.

     A.     When the mortgage was

satisfied, yeah.

     Q.     And my only question is your

understanding of what that reference to the

assignment of rents is, is during the time

that Mr. Biancaniello held a mortgage

against the company, he was secured by the

fact that he could go get the rents

directly if at some point in time Tayab

Page 74

A. BAYAT

failed to pay the mortgage, correct?

A.    That's correct.  Most mortgages are like that.

Q.    So by January 2002 the $500,000 mortgage to Mr. Biancaniello is paid off, which leaves the $400,000 mortgage to Jonin Realty Corp., correct?

A.    Correct.

Q.    And Jonin is Mr. Gaudio's company?

A.    Nicola Gaudio, yes.

Q.    Nicola is a guy?

A.    Yeah.

Q.    Who holds, we are no longer in 1991 and the mortgage and stuff, so just today, who holds legal title to the property?

A.    Tayab.

Q.    And has it always been Tayab since it was acquired in 1991?

A.    Yes.

Q.    As Tayab's representative, are you aware of any agreements, oral or written, concerning the ownership,

Page 75

A. BAYAT

management, administration, or distribution of proceeds from the property?

A.      No, because none exist.

Q.      And that is because effectively your father manages the property and so there is no need for an agreement, he just does, you know, what he decides to do with it, right?

MR. GIURATO:  I object to form.

A.      Can you repeat that?

Q.      Yeah.  As I understood your answer, there is no written or oral agreement concerning how the property is managed, how it is operated, and I guess my question is, is that because there is no need for such an agreement because it is really just whatever your father decides he wants to do at a given point in time?

MR. GIURATO:  I object to form.

A.      My father is the owner of the building, so he is a one-man show.

Q.      There is no one else who would be making any decisions, right?

A.      No.

Case 3:25-cv-01085-JEP-LLL    Document 77-2    Filed 04/02/26    Page 77 of 286 PageID 3585

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 76

                    A. BAYAT

Q.      So there is no need for some formal document outlining, you know, anyone's authority to make such decisions, right?

MR. GIURATO:  I object to form.

Q.      Did your father ever make any promises or commitments to his siblings regarding the property?

A.      No.

Q.      What about regarding distributions from the property?

A.      No.

Q.      If there was no agreement or commitment, how does Tayab explain the distribution of almost $400,000 in proceeds from the sale of air rights in 2006 to your father's siblings?

MR. GIURATO:  I object to form.

A.      Can you repeat that one more time?

Q.      Yeah.  You have testified Tayab's position is there were not any promises or commitments made to your father's siblings regarding the property,

Case 3:25-cv-01085-JEP-LLL    Document 77-2    Filed 04/02/26    Page 78 of 286 PageID
3586

30(b)(6) Ali Bayat                              February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 77

A. BAYAT

correct?

      A.       Correct.

      Q.       Assuming there were no such promises or commitments, how does Tayab explain that almost $400,000 in proceeds from the sale of air rights in 2006 was distributed to your father's siblings?

      A.       Tayab has no records of air right sales.  There was no -- they had no closing, closing document, nothing.  As Tayab found out that there was a sale of air rights, they investigated and hired a New York law firm to look into it, and Sandra Choi was able to obtain closing docs from Allen Maines, your party counsel.

      Q.       Okay, let's unpack some of that.  Is it your testimony sitting here today that Tayab was unaware that the air rights were sold in 2006?

      A.       Can you repeat that one more time?

      Q.       Is it your testimony sitting here today that Tayab was unaware at the time of the transaction in 2006 that the

Page 78

A. BAYAT

air rights relating to the property were sold?

A.    One more time.

Q.    Is it your testimony sitting here today that Tayab was unaware at the time of the transaction in 2006 that the air rights relating to the property were sold?

A.    That's correct.

Q.    Okay.  Your brother Matthew was deposed a week ago, right?

A.    Yes.

Q.    You recall Matthew ultimately admitting that it was clear that your father had participated in the air right sale transaction in 2006?

A.    I don't know.

Q.    Is Matthew wrong?  Is he lying? How do you explain that?

A.    I believe Matthew told you they were investigating it with a New York law firm.

Q.    No.  Matthew told me ultimately there was no way you could maintain the

Page 79

A. BAYAT

position that your father did not know the air rights were sold in 2006.  Part of the reason for that was an e-mail that your brother Matthew kept referencing that your father was copied on discussing the transaction.  Do you recall that?

A.      The e-mail, yes.

Q.      How do you explain your father's participation on e-mails relating to the sale of the air rights in 2006 if Tayab's testimony is that it didn't know until recently that the air rights were even sold?

A.      My father never e-mailed, he would just print it out.  So that was an e-mail coming into my father, he didn't e-mail back.

Q.      And I guess is it Tayab's testimony that in order for your father to have been aware of something that he was e-mailed about, he would have to e-mail back?

A.      Can you repeat that?

Q.      Yeah.  I guess we all agree

30(b)(6) Ali Bayat                                February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 80

                        A. BAYAT

that your father received e-mails about

this transaction in 2006, correct?

        A.      That's correct.

        Q.      But you said something about

your father never e-mailing back, he just

printed the stuff out, right?

        A.      Yeah.

        Q.      Help me understand how your

father receiving an e-mail that he prints

out means that he is not aware of the

transaction.

        A.      He didn't -- what he agreed to

in the e-mail, he didn't agree to anything

in the e-mail.

        Q.      There are ample closing

documents that your father signed and

approved relating to this transaction.  Are

you aware of that?

        A.      Which documents?

        Q.      You're not aware of --

        A.      No, I'm talking about which

documents?

                MR. GIURATO:  Just answer the

        question to the best of your knowledge.

Case 3:25-cv-01085-JEP-LLL    Document 77-2    Filed 04/02/26    Page 82 of 286 PageID 3590

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 81

A. BAYAT

THE WITNESS:  Okay.

Q.    Are you or are you not aware that your father signed the closing documents relating to the air right sale transaction?

A.    I'm aware of those documents.

Q.    And are you or are you not aware that proceeds from the sale were deposited into a Wachovia account belonging to Tayab?

A.    I am aware.

Q.    And are you aware that there are memoranda from your father to his bankers at Wachovia directing how various proceeds should be distributed?

A.    Can you repeat that?

Q.    Are you aware that there are memoranda from your father to his bankers at Wachovia directing how various proceeds should be distributed?

A.    I don't know.

Q.    You don't know about that.  So we know that your father is receiving e-mails about the air right sale in 2006,

Page 82

A.  BAYAT

correct?

A.      Yes.

Q.      We know that his signature is on the closing documents, right?

A.      Yes.

Q.      We know that there are memos out there from him to his bankers telling them what to do with the money from the air right sale, right?

A.      I don't -- I don't know anything about that.

Q.      All right.  You don't know that.  If there are such documents, how would you explain them?

MR.  GIURATO:  I object to form.

A.      How would I explain it?

Q.      Yeah.

A.      Show me the documents.

Q.      I guess you can't explain it, right?

A.      I'm not saying that.

MR.  GIURATO:  I object to form on that.  You can explain it.

Q.      I will get you the documents.

Page 83

A. BAYAT

A.    It's not about getting me the documents.  Like I said, 2024, my father was investigating his air rights.

Q.    But we know that your father was part of the sale in 2006.  So I'm trying to understand Tayab's testimony, because your brother's testimony, frankly, a week ago was directly contrary to this.

MR. GIURATO:  I object to form.

Sorry, finish.

Q.    Is it Tayab's position that your father was not aware in 2006 that the air rights were sold?

A.    Possibly.

Q.    Possibly?  Is it or is it not?

A.    I don't -- I don't believe so.

Q.    You don't believe that your father was aware that the air rights were sold in 2006?

A.    That's correct.

Q.    Notwithstanding the existence of numerous documents confirming his involvement?

A.    I believe he -- I believe he

30(b)(6) Ali Bayat

February 26, 2026

Bayat, Bassi v. Bayat, Sultan

Page 84

A. BAYAT

was tricked.

Q.    He was tricked?

A.    Yes.

Q.    By whom?

A.    I'm not sure.

Q.    Did you know that your father personally received like a million dollars from the sale?

A.    Apparently.

Q.    So he was tricked into receiving a million dollars from selling the air rights over the building?

A.    I don't know.

Q.    It is a weird trick.

MR. GIURATO:  I object to form.

Q.    All right.  I need to understand Tayab's actual position right now.  Tayab's position in this lawsuit under oath with you as its representative today is that your father did or did not know the air rights were sold in 2006?

A.    He didn't know until 2024.

Q.    You understand you are here under oath today, right?

Page 85

A. BAYAT

A.      Yes.

MR. GIURATO:  Can we take a break for a second?

MR. REAGIN:  Yeah.

THE VIDEOGRAPHER:  The time is 12:26 p.m. and we are going off the record.

(Recess taken.)

THE VIDEOGRAPHER:  The time is 12:29 p.m. and we are back on the record.

BY MR. REAGIN:

Q.      Before we took a quick break, Mr. Bayat, you had testified that your father didn't know until 2024 that the air rights had been sold, correct?

A.      That's correct.

Q.      And that's still your testimony?

A.      Yes.

Q.      Were you -- are you aware today that each of your father's siblings received approximately $60,000 from the sale of air rights?

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 86

A. BAYAT

A.      Yes.

Q.      How do you explain their receipt of those proceeds?

A.      Can you -- can you repeat that? Like just clarify what you mean.

Q.      The air rights were sold in 2006, correct?

A.      Yes.

Q.      And your father then gave approximately $60,000 to each of his siblings, right?

A.      Yes.

Q.      How do you explain that?

A.      How do I explain what, the money given to the siblings?

Q.      Yeah.

A.      It was a gift.

Q.      You're aware that your father, Sultan, asked your Uncle Ehsan to write down the siblings' respective ownership shares in the property, correct?

        MR. GIURATO:  I object to form.

A.      What?  I'm sorry, can you repeat that?

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 87

A. BAYAT

Q.      You are aware that your father
Sultan asked your Uncle Ehsan to write down
the siblings' respective ownership shares
in the property, correct?

A.      No.

Q.      You never heard that?

A.      Never.

Q.      So your father gave
approximately $60,000 gifts to each of his
siblings, right?

A.      Yeah.

Q.      From the proceeds of the sale
of air rights that he didn't even know
occurred?

A.      I believe that he didn't know
the full extent of air rights.

Q.      And what does that mean?

A.      He didn't -- he wasn't -- he
wasn't fully -- he didn't understand
completely what exactly were air rights at
that time.

Q.      And what do you mean by that?

        MR. GIURATO:  I object to form.

A.      What did you say?

Page 88

A. BAYAT

Q. What did he not understand about air rights?

A. He probably didn't know what air rights were at the time.

Q. So he agrees to sell the air rights -- I guess you are now saying he did know about it, right?

A. No.

Q. Then how did he give the gifts from the money that he didn't know about?

A. How did he give the gifts?

Q. Yeah.

A. Everything was orchestrated through Dan Florentine and Ehsan.

Q. Even though your father is on the e-mails?

A. Yes. But who was handling the e-mails?

Q. I don't know what that means.

But you have agreed that your father gifted $60,000 to each of his siblings from the air rights, right?

A. Yes.

Q. But you have also testified

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 89

A. BAYAT

that he didn't know the air rights were sold, right?

A.    Yes.

Q.    And those two facts can exist compatibly in your mind?

MR. GIURATO:  I object to form.

A.    Yes.

Q.    There is no contradiction between the fact that your father didn't know according to your testimony that the air rights were sold in 2006 and the fact that he also gave gifts to each of his siblings in 2006, right?

MR. GIURATO:  I object to form.

A.    Can you repeat that?

Q.    There is no contradiction between those two things in your mind?

MR. GIURATO:  I object to form.

A.    Can you repeat that?  Sorry.

Q.    Yeah.  There is no contradiction in your mind between testifying that your father didn't know that the air rights were sold in 2006 while at the same time testifying that he gave

Page 90

A. BAYAT

gifts to each of his siblings from those proceeds?

MR. GIURATO:  I object to form.

A.    Yes, I believe he was misunderstood about air rights.

Q.    And here is what I'm trying to understand.  What did he misunderstand? What is it that he understands today that he didn't understand then?

A.    2024, he was investigating his air rights.

Q.    And what did he learn that he now says he didn't know in 2006?

A.    That it was sold.

Q.    Even though he distributed the proceeds?

A.    Yes.

MR. GIURATO:  I object to form.

Q.    Can you see how I'm struggling with how any of this testimony makes sense?

MR. GIURATO:  I object to form.

Q.    And you understand like a federal judge has to look at this testimony at some point and decide who is telling the

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 91

A. BAYAT

truth, right?

A.    Yes.

MR. GIURATO:  I object to form.

Q.    Has your brother Matthew ever told anyone in your presence that your father asked your Uncle Ehsan to write down the siblings' shares on the property?

A.    No.

Q.    Describe for me Tayab's understanding of the sale of air rights in 2006.

A.    Like I said, Tayab had no record of the air right sale.  Sultan was, my father, he went for -- he went to go look for an appraisal for the building with his realtor and later the realtor let him know that the air rights were sold, and he was confused, hired a New York law firm to look into it, and obtained the closing binder from Allen Maines, your party counsel.

MR. GIURATO:  I just instruct the witness that if they had discussions with their New York counsel

February 26, 2026

Page 92

A. BAYAT

regarding these issues, not to divulge those attorney-client privileged conversations.

Q.    Why was Tayab seeking an appraisal of the property?

A.    My father would always talk about selling the building, getting appraisals.

Q.    What is your understanding, what is Tayab's understanding of the terms of the sale of air rights in 2006?

MR. GIURATO:  I object to form, asked and answered.

A.    Can you repeat that again?

Q.    What is Tayab's understanding of the terms of the sale of air rights in 2006?

MR. GIURATO:  I object.

A.    Like I said, Tayab has no records.  They obtained records, the closing binder, so they are just newly aware of it.

Q.    "They" being I guess your father, because he is the only person with

Page 93

A. BAYAT

an official role at Tayab, correct?

A.    That's correct.

Q.    And Tayab's position is that the basis for distributing any proceeds from that sale to your father's siblings was because they were gifts, correct?

A.    Can you repeat that?  Sorry.

Q.    You testified a minute ago that Tayab's position with regard to why proceeds were distributed to your father's siblings is because they were gifts, correct?

MR. GIURATO:  I object to form.

A.    If there was any distribution in 2006, which you showed, it was gifts from my father.

Q.    You're aware that in 2006 any gift in excess of $12,000 is required to be recorded in a filing with the IRS, correct?

MR. GIURATO:  I object to form.

A.    Anything over 12,000 you are saying?

Q.    Yeah.

A.    Yes.

Page 94

A. BAYAT

Q.    Did Tayab file any records of these gifts with the IRS?

A.    No.  To the best of my -- let me clarify that.  To the best of my knowledge, I don't know.

Q.    You don't know if Tayab filed any sort of gift -- you don't know if Tayab filed any sort of gift tax return relating to the $60,000 alleged gifts to your father's siblings, right?

A.    Correct.  I believe he paid the taxes on it.

Q.    And if he paid the taxes on it, there would be records, right?

A.    For my father?

Q.    Yeah.

A.    Yes.

Q.    Were the gifts paid by your father personally or were they paid by Tayab?

A.    Can you repeat that?  Sorry.

Q.    Were the gifts to your father's siblings paid by him personally or were they paid by Tayab?

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 95

A. BAYAT

A.    Tayab.

Q.    So when we want to go see if any sort of gift tax filings were made, we would go look for Tayab's tax returns, right?

A.    Yes.

MR. GIURATO:  I object to form.

Q.    And if we can't find any record of Tayab disclosing these gifts, that would indicate to you that Tayab did not make any such filings, right?

MR. GIURATO:  I object to form.

A.    Can you repeat that, Patrick?

Q.    If we go to the IRS and we request the records from this time period in 2006 and they've got no record of Tayab filing anything relating to these gifts, that would indicate to you that Tayab did not in fact file any sort of gift tax return?

MR. GIURATO:  I object to form.

A.    I don't know.

Q.    I'm going to show you what we -- I'm going to show you what we will

February 26, 2026

Page 96

A. BAYAT

mark as Exhibit 7, which for the record is Defendants First Production Bates label 386 through 390.

(Exhibit 7 marked for identification.)

Q.   And this is a satisfaction of mortgage filed by Jonin Realty Corp. dated October 14, 2006.  Do you see that?

A.   October 13 you said?

Q.   October 12, 2006, apologies.

A.   Yeah.

Q.   That's what this is?

A.   I see it.

Q.   And this is a business record that Tayab maintains in the ordinary course?

A.   This is a business record that we produced?

Q.   Yeah.  So it was in Tayab's files, right?

A.   Yes.

Q.   This document confirms that in October of 2006, just when the air rights were being sold, Tayab paid off in full the

30(b)(6) Ali Bayat                           February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 97

A. BAYAT

outstanding $400,000 mortgage to Jonin

Realty Corp., correct?

A.      That's correct.

Q.      And it's your understanding

that the proceeds from the sale of the air

rights were used in part to pay off the

outstanding $400,000 loan from Jonin Realty

Corp., correct?

A.      That's correct.

Q.      And I guess I take it you're

still unable to explain how Tayab had

sufficient awareness of the sale of the air

rights to take proceeds of that sale and

pay off in full the outstanding mortgage on

the property and yet Tayab only learned of

the sale of air rights in 2024?

A.      I don't believe my father fully

understood the air rights, selling the air

rights in 2006.

Q.      So he knew they were sold in

2006, right?

A.      No.  I don't believe he

understood what the air rights were.

Q.      But as I take it, you're unable

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 98

A. BAYAT

sitting here today to explain what it is that he understands today that he did not understand in 2006 when he is participating in this transaction and paying off his mortgage and all of those things?

MR. GIURATO:  I object to form.

A.     Can you repeat that?

Q.     Yeah.  I had asked you previously if you could explain what it is that your father now understands that he apparently didn't understand when he participated in this transaction in 2006. When I first asked you, I think you said that you couldn't.  Is that still your testimony?

A.     No.  Like I said, my father in 2024 was getting an appraisal on the building with his realtor and he was notified from the realtor that his air rights were sold.

Q.     Can you think of any reason why someone other than your father would want to sell the air rights with the purpose of paying off the mortgage that your father's

Veritext Legal Solutions
800.808.4958                                        770.343.9696

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 99

                    A. BAYAT

company was obligated by on the property?

    A.      I'm sorry, can you repeat that?

    Q.      Yeah.  So I think we've

established that after the air rights were

sold, at least $400,000 of that money was

used to pay off the loan to Jonin Realty

Corp., right?

            MR. GIURATO:  I object to form.

    A.      I don't know if it was 400

exactly.

    Q.      Well, if you look on page 387,

it is the second page.

    A.      Yes.

    Q.      You will see that they are

satisfying the mortgage of $400,000,

correct?

    A.      Yes.

    Q.      I recognize the outstanding

balance may have been something other than

$400,000 at the time, right?

    A.      Yes.

    Q.      Whatever the outstanding

balance was, we can agree that it was fully

paid off in October of 2006 using proceeds

Page 100

                    A.  BAYAT

from the sale of air rights, correct?

        A.      Based on these documents, yes.

        Q.      You have no reason to dispute

that, do you?

        A.      Dispute what?

        Q.      That the mortgage was paid off

using proceeds of the sale of air rights

from 2006.

        A.      No.

        Q.      And can you think of anyone

other than your father who would have a

reason to pay off Tayab's mortgage using

proceeds of the sale of air rights?

        A.      I'm sorry, can you like

rephrase that?

        Q.      Yeah.  Can you think of anyone

other than your father who would have a

reason to pay off Tayab's mortgage using

proceeds from the sale of air rights?

                MR. GIURATO:  I object to form.

        A.      One more time.

        Q.      Can you think of anyone other

than your father --

                MR. GIURATO:  He has asked for

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 101

A. BAYAT

you to rephrase it and you are just repeating the same question.

MR. REAGIN:   I think I rephrased it the first time and then he asked me to repeat it.  "One more time" is what he said, so I said it again. But I can rephrase it.

Q.     Can you think of someone other than Sultan Bayat who would have any incentive to pay off the mortgage of Tayab on the property?

A.     No.

Q.     Do you recall what amount your father or Tayab ultimately received from the sale of air rights in 2006?

A.     Do I recall?

Q.     Yeah.

A.     How much he received?

Q.     Uh-huh.

A.     No.

Q.     You're aware that there were closing costs and brokers' fees and various expenses associated with the closing of that transaction, right?

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 102

A. BAYAT

A.      Yes.

Q.      And there were taxes obviously on the gain from the sale, correct?

A.      Yes.

Q.      And so those fees were taken out, the taxes were taken out, and then there is sort of a net distributable amount left, correct?

A.      Yes.

Q.      And we know that $60,000 went to each of your father's siblings essentially, correct?

A.      Yes.

Q.      Do you know how much was left over that went to Tayab or your father?

A.      I don't know.

Q.      Do you know what happened to that money?

A.      I don't know.

MR. REAGIN:  Do you guys want to do a lunch break real quick?

MR. GIURATO:  Sure, that's fine.

MR. REAGIN:  Is quick like 20

Page 103

                    A.  BAYAT

minutes, 25 minutes, something like

that?

          MR.  GIURATO:  Yeah.

          THE  VIDEOGRAPHER:  The time is

12:47 p.m. and we are going off the

record.

          (Luncheon  recess:  12:47 p.m.)

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 104

A. BAYAT

A F T E R N O O N    S E S S I O N

1:29 p.m.

A L I   B A Y A T, resumed.

THE VIDEOGRAPHER:  The time is 1:29 p.m. and we are back on the record.

CONTINUED EXAMINATION

BY MR. REAGIN:

Q.    Mr. Bayat, during the breaks today have you discussed your testimony with anyone?

A.    My lawyer.

Q.    Other than your lawyer, anyone else?

A.    No.

Q.    Were you aware that the outstanding balance on your father's home mortgage was paid off with proceeds from the sale of air rights in 2006?

A.    Can you -- you said 2006?

Q.    Uh-huh.

A.    Am I aware?

Q.    Yeah.

A.    Yes.

Page 105

A. BAYAT

Q.    And obviously your father would have been aware that the mortgage on which he was a guarantor was paid off with proceeds from that sale, correct?

A.    Correct.

Q.    I think you're familiar with the e-mail that your brother Matthew testified about during his deposition between Sultan and Dan Florentine, correct?

A.    Yes.

Q.    And you're aware that in that e-mail there is a discussion of potential distributions in the amount of $25,000 to your father's siblings from the air rights sale, correct?

A.    Yes.

Q.    Ultimately, though, your father's siblings each received about $60,000, correct?

A.    Apparently, yes.

Q.    And how does Tayab explain why the amount changed from 25,000 to 60,000?

A.    My father's generosity.

Q.    You're aware that with the

Page 106

A. BAYAT

exception of your Aunt Arifa, the allegations in this case are that each of your father's siblings owns a 2/13 share of the property, correct?

A.     No.

Q.     I'm asking if you're aware that's what's being alleged.  I understand you don't agree with that.  But you understand that's the allegation, right?

A.     I understand.

Q.     And 2/13 is about 15 percent, right?

A.     Okay.

Q.     Do you know if once you strip out the closing costs and taxes and your father's share of the proceeds from the sale of air rights whether the amounts that the siblings received were approximately 15 percent of the distributable proceeds?

A.     Can you repeat that?  Sorry.

Q.     Yeah.  So we had discussed earlier how the air rights get sold and then you've got to back out closing costs, you've got to back out taxes, right?

Page 107

                    A.  BAYAT

        A.      Uh-huh.

        Q.      Correct?

        A.      Yes.

        Q.      And then some of it goes to pay

off the mortgage on the building, right?

        A.      Yeah.

        Q.      And some of it goes to pay off

your father's mortgage, right?

        A.      Yes.

        Q.      Do you know if out of what

remained as distributable proceeds the

amounts that your father's siblings were

paid represent about 15 percent of that

remaining portion?

        A.      I don't know.

        Q.      I am handing you what we will

mark as Exhibit 8.  For the record, this is

from Defendants First Production Bates

pages 426 through 437.

              (Exhibit 8 marked for

identification.)

        Q.      I will just ask if you can

identify this for the record as Tayab Real

Estate's Form 1120 U.S. Corporation Income

30(b)(6) Ali Bayat                              February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 108

A. BAYAT

Tax Return for the tax year 2022.

A.    Yes.

Q.    And this is a record that Tayab's accountant prepared based on financial information provided by Tayab, correct?

A.    That's correct.

Q.    And it is a regular practice of Tayab to prepare and maintain annual tax returns, right?

A.    Yes.

Q.    I am handing you what we will mark as Exhibit 9 which, for the record, is from Defendants First Production Bates pages 516 through 540.

(Exhibit 9 marked for identification.)

Q.    And I will ask if you recognize these as the federal and state income tax returns for Tayab for tax year 2023.

A.    Yes.

Q.    And the same questions, these returns are prepared by Tayab's accountant from information provided by Tayab,

Page 109

A. BAYAT

correct?

A.      That's correct.

Q.      And it is a regular practice of Tayab to prepare and maintain annual tax returns, correct?

A.      That's correct.

Q.      If you turn to page 529 going off the Bates label, and it is line 19 of the return, do you see that there were charitable contributions in the amount of $8,000?

A.      Yes.

Q.      Do you know what those were for?

A.      Yes, it is to the mosque.

Q.      Which mosque?

A.      It is in upstate New York.

Q.      And I am handing you what we will mark as Exhibit 10 which, for the record, is from Defendants First Production, Bates pages 459 through 483.

(Exhibit 10 marked for identification.)

Q.      And I will ask if you can

Page 110

                    A.  BAYAT

identify these for the record as Tayab's

federal and state income tax returns for

tax year 2024.

        A.      Yes.

        Q.      And same questions, these are

prepared from information that Tayab

provides to its accountants, correct?

        A.      That's correct.

        Q.      And preparing and maintaining

annual tax returns is something that Tayab

does in the ordinary course of its

business, correct?

        A.      That's correct.

        Q.      And the information that is

reflected in each of the tax returns that

we have looked at is true and correct to

the best of Tayab's knowledge, correct?

        A.      That's correct.

        Q.      In 2006 was Tayab's accountant

someone named Ferenc Bagi?

        A.      Yes.

        Q.      And is Mr. Bagi still Tayab's

accountant?

        A.      No.

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 111

A. BAYAT

Q.    Who is Tayab's accountant today?

A.    Tayab's accountant, he has a few, the main guy is Bassam Mustafa.

Q.    Do you mind spelling that?

A.    Sure.  It is B-a-s-s-a-m, Mustafa, M-u-s-t-a-f-a.

Q.    And that's Tayab's primary current accountant?

A.    Yes.

Q.    Other than Mr. Mustafa currently and Mr. Bagi previously, has Tayab had other accountants?

A.    With Bassam is Luis Ortuno.

Q.    Can you spell that?

A.    L-u-i-s, and then last name, I believe it is O-r-t-u-n-o.

Q.    And he works with Mr. Mustafa?

A.    Yes.

Q.    During approximately what time period has Mr. Mustafa primarily been responsible for Tayab's accounting?

A.    Since 2023.

Q.    And was it Mr. Bagi before

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 112

A. BAYAT

that?

A.      Yes.

Q.      Going all the way back to 1991?

A.      No.

Q.      Who was before Mr. Bagi?

A.      Before Bagi, my father had an accountant I believe was in Queens.  I forgot his name.

Q.      Do you know approximately when Mr. Bagi took over?

A.      2006.

Q.      So at the time of the air rights sale, Mr. Bagi would have been doing the accounting and tax preparation?

A.      Yes.

Q.      Do you know, is Mr. Bagi just kind of in business for himself or is he with like an accounting shop that has a different name?

A.      His partner -- I believe it is his partner, his name is Fred Roth.

Q.      Fred Roth?  And where are they located?

A.      Long Island.

30(b)(6) Ali Bayat                                      February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 113

A. BAYAT

Q.      And how about Mr. Mustafa?

A.      He is located in Clifton, New Jersey.

Q.      And is it sort of his name on the door or do they have a different name?

A.      The name of the accounting firm is BSM Accounting.

Q.      And from 2023 forward BSM would be primarily responsible for Tayab's accounting and tax preparation?

A.      Yes.

Q.      Do you know if Tayab has ever filed a gift tax return?

A.      A gift tax return?

Q.      Uh-huh.

A.      I don't know.

Q.      Mr. Bayat, I would like to discuss now your father's health.  I understand this is a delicate subject.  I myself have had family members with health concerns, so I want to preface that I'm just asking these questions because they are issues that have arisen in the case and we need to make a record, but I don't mean

30(b)(6) Ali Bayat                February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 114



30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 115



CONFIDENTIAL

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 116



CONFIDENTIAL

30(b)(6) Ali Bayat                                         February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 117



CONFIDENTIAL

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 118



Veritext Legal Solutions

800.808.4958

770.343.9696

CONFIDENTIAL

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 119



Veritext Legal Solutions

800.808.4958                                          770.343.9696

CONFIDENTIAL

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 120



CONFIDENTIAL

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 121



30(b)(6) Ali Bayat                              February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 122



CONFIDENTIAL

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 123



Veritext Legal Solutions

800.808.4958                                                770.343.9696

CONFIDENTIAL

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 124



CONFIDENTIAL

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 125

A. BAYAT

A.        Yeah.

Q.        You have mentioned a couple of
times that you worked with your father on
managing the property.  Can you describe
your involvement with the property, how
that started, and what you've done over
time?

A.        Sure.  Basically depositing
checks, he would show me like himself
writing checks, give me bills for the
building, showing me where to pay them and
stuff, any maintenance, anything like that,
he would go over like who to use and stuff.

Q.        That sounds to me similar to
what your brother Matthew described doing
at various times for the property, right?

A.        No.

          MR. GIURATO:  I object to form.

Q.        How is your role relative to
the property different from the things that
Matthew testified about doing?

A.        Matthew would sometimes like
clean like trash sometimes, sometimes he
would deposit checks if my father asked him

30(b)(6) Ali Bayat                                February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 126

A. BAYAT

to, and sometimes he would look over like some leases just to clarify some stuff with my father.

Q.     And then the things that you would do that are different from what Matthew did are what exactly?

A.     Paying the expenses for the building, staying in contact with the super, tenants.

Q.     Some of the written discovery in this case has indicated that you and your father are the only two members of your family that have had any role in managing the property.  Are you familiar with that?

A.     Yes.

Q.     How do you reconcile that with Matthew's testimony about the various things that he did for the property?

MR. GIURATO:  I object to form.

A.     I mean, taking out trash, and if my father told him to deposit checks, I think it is completely different than what my father assigned to me.

Page 127

A. BAYAT

Q.    What about Matthew testified about negotiating leases, managing contracts with the City, that sort of thing, right?

A.    I'm sorry, what was that?

MR. GIURATO:  I object to form.

Q.    You recall Matthew testifying that he negotiated leases, he managed contracts with the City, that type of thing?

MR. GIURATO:  I object to form.

A.    Can you repeat that one more time?  Sorry.

Q.    Yeah.  Do you recall Matthew testifying that some of the things he did for your father were negotiate leases and manage contracts for things related to the City?

A.    What I recall is Matthew saying that he looked over some leases.  That's what I recall.

Q.    And so I guess what I'm trying to understand is it doesn't sound like it's correct that only you and your father have

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 128

                    A. BAYAT

ever had anything to do with the management

of the property, Matthew himself testified

that he negotiated leases, managed

contracts, that sort of thing?

          MR. GIURATO:  I object to form.

     A.     I don't believe he negotiated

leases.

     Q.     And if those are the words he

used, how do you explain that?

     A.     Well, like I said, like Matthew

was doing sometimes like taking out the

trash, like I said, he said last week that

he would look at contracts, or leasing,

leasing contracts, stuff like that.  I

don't think it has anything really to do

with like someone handling the day-to-day

operations.

     Q.     And what about like the permits

with the City and the other things that he

testified about?

     A.     What permits?

     Q.     That's what he testified to.

          MR. GIURATO:  I object to form.

     A.     I don't recall.

Page 129

A. BAYAT

Q.      Do you have any reason to dispute that Matthew handled filing permits and things with the City?

A.      No, but if my father asked him to do something, then he did it.

Q.      And I guess, I mean, that brings up a point, from your perspective, there's not like some formal role that each of you play with respect to the property, if your father asked you to do something for Tayab or the property, it is like doing a favor for your dad, right?

A.      I mean, I'm not getting paid, so it's a favor, yeah.

Q.      And that's true of all of your siblings as far as you're aware, correct?

A.      That's correct.

Q.      Other than what you've described doing for the property, I guess what Matthew described he did for the property, has any other member of your immediate family done any work for Tayab or had any role with regard to Tayab?

A.      No.

30(b)(6) Ali Bayat

February 26, 2026

Bayat, Bassirv. Bayat, Sultan

Page 130



CONFIDENTIAL

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 131



Veritext Legal Solutions
800.808.4958                                                770.343.9696

CONFIDENTIAL

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 132



Page 133



CONFIDENTIAL

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 134



Veritext Legal Solutions

CONFIDENTIAL



Page 135

CONFIDENTIAL

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 136



CONFIDENTIAL

Page 137



CONFIDENTIAL

Case 3:25-cv-01085-JEP-LLL    Document 77-2    Filed 04/02/26    Page 139 of 286
PageID 3647

30(b)(6) Ali Bayat                                        February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 138



30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 139



Veritext Legal Solutions

800.808.4958

770.343.9696

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 140



CONFIDENTIAL

Page 141

A. BAYAT

Q.    Has Tayab ever reported wages paid to any employee on its tax returns?

A.    Can you repeat that?  Sorry.

Q.    Yeah.  Has Tayab ever reported any wages paid to any employee on its tax returns?

A.    The super.

Q.    So I thought you said that the super gets paid cash by Zelle, right?

A.    That's correct.

Q.    He doesn't have a W-2 or anything?

A.    No W-2.

Q.    So how does Tayab report what it is paying to the super?

A.    You are going to have to ask the accountant that.

Q.    You don't know?

A.    No.

Q.    As I recall, I think your brother Matthew in his deposition testified that when he lived with your father after college, for example, your father would cover some of his expenses and in exchange

Page 142

A. BAYAT

Matthew would do things that your father asked and it would kind of balance out; is that correct?

A.    I don't know.

Q.    Do you or any of your siblings have a similar arrangement with your father where he will cover or at any time covered some of your expenses in return for things that you were doing related to the property?

A.    No.

Q.    So Tayab has been a corporation for about 30 years I guess, right?  It was established in 1991?

A.    Yes.

Q.    Based on the tax returns, it generates like $400,000 a year in rental income, but it has never had a single employee, right?

A.    To the best of my knowledge, yes.

Q.    Never filed a W-2, right?

A.    No.

MR. GIURATO:  I object to form.

30(b)(6) Ali Bayat                              February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 143

A. BAYAT

Q.    And it has never entered into any sort of employment agreement with anybody, correct?

A.    That's correct.

Q.    And the only people who have done any work for it are your father and his children and then I guess the super, right?

A.    My father, myself, Matthew, the super.

Q.    Do you have keys to the property?

A.    I do.

Q.    Do you have signature authority on Tayab's bank accounts?

A.    I'm sorry, what was that?

Q.    So like if Tayab were to issue a check, are you able to sign it Ali Bayat because you are like an authorized signatory on the account?

A.    No.

Q.    So it would need to be signed by Sultan?

A.    Yes.

Page 144

A. BAYAT

Q.    When you are paying the bills manually these days, are you getting a check and then giving it to your dad to fill out or are you signing it Sultan Bayat?

A.    No -- I'm sorry, can you repeat that?

Q.    Yeah.  You testified about some of the expenses that have to be paid manually for the property, right?

A.    Yes.

Q.    And as I understood it a moment ago you said you personally don't have signature authority on Tayab's account, right?

A.    Yes.

Q.    So when you are paying those bills manually, do you like present a check to your father and ask him to sign it?

A.    No.  I mean, when I said manually, I mean I would call like, for instance, like the oil company and they would just take like a direct -- they would just take it off the account automatically.

30(b)(6) Ali Bayat                              February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 145

A. BAYAT

Q.      So they like have the ACH info?

A.      Yes.

Q.      And then you say hey, I'm with
Tayab, I'm authorizing you to take these
funds, right?

A.      Yes.

Q.      Do you have access to Tayab's
books and records and financial documents?

A.      Can you clarify that?

Q.      Like I would assume that Tayab
maintains like an income statement and
maybe a balance sheet or something.  Do you
know where that stuff is?

A.      No.

Q.      You don't have access to it?

A.      No.

MR. GIURATO:  I object to form.

Q.      Matthew testified that for a
time Tayab's records were kept at an office
that your father had in Elmwood Park, New
Jersey and then those files moved to the
Mill Run property around 2014, and they
have now been moved to the family's current
residence in Virginia; is that correct?

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 146



Veritext Legal Solutions

800.808.4958

770.343.9696

ATTORNEYS EYES ONLY

Page 147

A. BAYAT

A.    What do you mean by that?

Q.    So we know that one of the things your father did between like the 1970s and 2004 was operate the Pamir Restaurant, right?

A.    Yes.

Q.    And then another thing he has done at least since 1991 through the present is manage the property, right?

A.    Yeah.

Q.    Other than those two things, are you aware of anything your father has done to earn income?

A.    He opened up ATI.

Q.    And ATI was the prepaid cards business?

A.    Yeah.

Q.    Do you know about how much income your father made from that?

MR. GIURATO:  I object to form, outside the scope of Tayab corporate rep.

A.    I don't remember.

Q.    No idea?

30(b)(6) Ali Bayat                              February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 148



CONFIDENTIAL

Page 149

                    A.  BAYAT

having any other income-producing assets or

jobs?

        A.      No.

        Q.      Does Sultan or anyone else

receive any benefits from Tayab?

        A.      Can you clarify that, please?

        Q.      Yeah.  Does Sultan or anybody

else receive any sort of employment

benefits from Tayab?  I will give you an

example:  Health insurance.

        A.      No.

        Q.      Your father does have health

insurance though, correct?

        A.      I believe so.

        Q.      Do you know where he gets that?

        A.      I believe his brother was

giving him health insurance.

        Q.      Do you know that your father is

at least nominally on the payroll of

Telephone Systems International, your Uncle

Ehsan's company?

                MR. GIURATO:  I object to form,

        outside the scope of a Tayab corporate

        rep.

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 150

A. BAYAT

A.        Can you repeat that again?

Q.        Do you know that your father is on the payroll of Telephone Systems International, your Uncle Ehsan's company?

A.        I didn't know that until recently.

Q.        Did you know that that is how your father and actually the rest of your family receives health insurance benefits?

A.        No.

Q.        Do you know why your Uncle Ehsan is subsidizing your family's health insurance benefits if it is not related to the arrangement between the siblings where your father manages the property?

A.        Yes.

Q.        You do know why?

A.        Yeah.

Q.        So why does he do that?

A.        My father has helped out all of his brothers throughout the years.  We paid for a bunch of different stuff for Ehsan, Nassir, Farid.  He helped out multiple times.  It was an agreement between both of

Page 151

A.  BAYAT

them.

Q.    Okay.  So they helped each other, right?

A.    Yeah.

Q.    Going back a long time, right?

A.    Whenever -- my father paid for Ehsan's school, wedding, wedding ring.

Q.    All right.  Money comes in to Tayab in the form of rental income, right?

A.    Yeah.

Q.    Expenses are taken out, taxes are taken out, right?

A.    Yeah.

Q.    After that, everything that's left over goes out of Tayab to your father's owner income, correct?

A.    Yes.

Q.    To your understanding at this point in time, has the property been essentially fully depreciated?

MR. GIURATO:  I object to form.

A.    I'm sorry, can you like explain that, please?

Q.    So depreciation is an expense

30(b)(6) Ali Bayat                          February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 152

A.  BAYAT

or deduction that you can claim against

income on your tax returns, and when you

are dealing with a physical asset like a

piece of property, you can spread that

depreciation over a certain period of time.

At some point you run out of depreciation,

though, and you can no longer offset that

against income, right?

A.      Right.

Q.      Is it your understanding at

this point in time the building has been

fully depreciated so it is no longer being

claimed -- depreciation is no longer being

claimed as a deduction?

A.      I don't know.

Q.      As far as you're aware, what

does your father do with the owner income

that he receives from Tayab?

A.      Pays his personal expenses.

Q.      His own expenses, but not the

expenses of yourself and your brothers,

right?

A.      I'm sorry, can you repeat that,

please?

30(b)(6) Ali Bayat                                February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 153



CONFIDENTIAL

Page 154

A. BAYAT

A.    Yes.

Q.    Is there anything else like that for you or your brothers that your father is paying for with the owner income?

A.    I don't remember.

Q.    Does Tayab provide retirement benefits to anyone?

A.    No.

Q.    To your knowledge, does your father perform any work for Telephone Systems International or TSI?

A.    Absolutely nothing.

Q.    He didn't go to a TSI office?

A.    No.

Q.    Do you know how long he has been on the TSI payroll?

A.    No.

MR. GIURATO:  I object to form.

Q.    We talked about your employment history earlier.  It's true, isn't it, that at one point in time you pursued a job with your Uncle Ehsan's company in Afghanistan, right?

A.    That's correct.

Page 155

A. BAYAT

Q.    Can you tell me about that?

A.    Yeah.  My Uncle Ehsan actually called my father and told him like hey -- like what happened is Ehsan denied my father a job and then my father told me that Ehsan is going to give you a job, and I told my father I don't believe he will, because I said that if he doesn't give you a job, his own brother, why would he give his nephew a job?

So going into it, I sent my resumé, everything like that, after I graduated, I sent it to I believe it was Tatiana, which is the HR.  They sent me an onboard, like letter of approval, and then Bassir denied me from working for the company.

Q.    What is your understanding of what happened with Bassir?

A.    Dan was actually trying to push me to work for the company, Dan Florentine. Bassir told me based on danger in Afghanistan.

Q.    Did that leave a sour taste in

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 156

A. BAYAT

your mouth with respect to your Uncle

Bassir?

A.    No.

Q.    It didn't cause any issues with

Bassir?

A.    No.

Q.    And what about Ehsan?

A.    No.

Q.    So as far as you understand it,

Bassir was saying don't go work in

Afghanistan, it is too dangerous?

A.    He said -- that's basically

what he said.  We are not going to hire you

like based on the dangers in Afghanistan,

and he is like there is nothing really I

can do right now.

Q.    And did you -- did you have any

problem with that or you understood and it

was fine?

MR. GIURATO:  Objection to

form.

THE WITNESS:  Can I answer?

MR. GIURATO:  Go ahead.

A.    It was -- it was something my

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 157

A. BAYAT

father told me to do.  I didn't want to go work for my uncles, but my father asked me, so I was like you know what, for your wishes, I will.  You know, obviously I love my Uncle Ehsan and Bassir, I have nothing wrong with them, so, you know, I applied. They have all my information, Social Security, all of the information, they sent me an onboard approval and then I got denied, so...

Q.    I want to focus on the property now and kind of its physical attributes. How many units are there at the property?

A.    There is six units and one commercial.

Q.    So six residential units and then one commercial unit?

A.    Yes.

Q.    Are the residential units all upstairs?

A.    Yeah.

Q.    And the commercial unit is like the ground-floor unit?

A.    Yes.

Page 158

A. BAYAT

Q.    Where are the leases for the units maintained?

A.    I'm sorry, can you repeat that one more time?

Q.    Yeah.  Where are copies of the leases that Tayab has?

A.    I should have them.

Q.    You should have them?

A.    Yeah.

Q.    Like in your e-mail or in a folder?

A.    I believe it is printed out.

Q.    So you think you have physical copies of the leases at, what, your apartment in New Jersey?

A.    I would have to look.

Q.    You don't think your father has them at his house in Virginia?

A.    No.  He typically got rid of that stuff.  Like he doesn't really hold on to anything.

Q.    So it's not unusual for your father to kind of pass along I guess paperwork and stuff to you, correct?

30(b)(6) Ali Bayat                February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 159

A. BAYAT

A.    I agree with that?

Q.    You do agree with that?

A.    No, can you repeat that?  I didn't hear you.

Q.    You are saying you father doesn't hang on to that sort of stuff, right?

A.    Yes.

Q.    So it's not unusual for your father to kind of pass paperwork off to you, correct?

A.    I don't understand what -- like what you're saying.

Q.    I'm not sure where we're not connecting.

A.    You are saying it is not unusual --

Q.    Yeah, so your father -- the way you described it, it sounds like your father is not a big paperwork guy, fair?

A.    Yes.

Q.    So does he tend to look to you to handle that sort of thing?

A.    Currently, yes.

Page 160

A.  BAYAT

Q.     And is that true about Matthew as well?

A.     What about Matthew?

Q.     Is it also true that he will sometimes hand off paperwork and things like that to Matthew?

A.     No.

Q.     No?  Okay.

MR. GIURATO:  Can we take a quick break?

MR. REAGIN:  Yeah.

THE VIDEOGRAPHER:  The time is 2:28 p.m. and we are going off the record.

(Recess taken.)

THE VIDEOGRAPHER:  The time is 2:40 p.m. and we are back on the record.

BY MR. REAGIN:

Q.     Mr. Bayat, I am handing you what we will mark as Exhibit 11 which, for the record, is from Defendants First Production pages 424 to 425.

MR. REAGIN:  I will note for

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassi rv. Bayat, Sultan

Page 161

A.  BAYAT

the record that this is labeled
attorneys' eyes only.  The plaintiff
has challenged that designation.
Defendants are still within their time
period to respond to that.  So for the
time being we will acknowledge it as
AEO.

(Exhibit 11 marked for
identification.)

Q.     Mr. Bayat, you recognize this
as the 2024 registration rent roll report
filed with the New York State Division of
Housing and Community Renewal for the
Second Avenue property, correct?

A.     Yes.

Q.     And this is a record that Tayab
maintains in the ordinary course, correct?

A.     This record, yes.

Q.     And the information reflected
in this report is provided by Tayab to the
State Division of Housing and Community
Renewal, correct?

A.     Correct.

Q.     And this document reflects who

Page 162



CONFIDENTIAL

30(b)(6) Ali Bayat
Bayat, Bassir v. Bayat, Sultan

February 26, 2026

Page 163



CONFIDENTIAL

Page 164

                    A. BAYAT

of this.

     Q.     So the State like mails this
back to you at some point, right?

     A.     So the guy that -- the guy that
my father hired to do the DCHR reports, he
hasn't sent that back.

     Q.     Who does the DCHR reports?

     A.     Simon.

     Q.     Sorry, what's that?

     A.     Simon.

     Q.     Simon?  What's his last name?

     A.     I believe it is M-o-u-e-l-e.

     Q.     Simon Mouele?

     A.     I believe so.

     Q.     And is Mr. Mouele with any
particular company, you know, similar to
what we asked about the accountants, is it
just Simon Mouele, sole proprietor, or is
there some business that he is with?

     A.     STM Associates.

     Q.     STM Associates?

     A.     Yeah.

     Q.     What is your understanding of
what STM Associates does?  So they manage

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 165

              A. BAYAT

these types of filings for commercial

properties with the State?

     A.      My understanding is that they

file like the DCHR reports.

     Q.      And as I'm hearing your

testimony, Mr. Mouele hasn't yet sent you

the 2025 DCHR filing?

     A.      The one that looks like this?

     Q.      Uh-huh.

     A.      No.  But the 2025 was filed.

     Q.      Yeah, right, filed, but it just

hasn't been sent back to you yet, right?

     A.      The one that looks like this,

no.

     Q.      And as you understand it, the

rents are, for 2025, somewhat higher, is

there like a percentage increase they go up

each year?

     A.      It depends.

     Q.      About how much do you think the

rents would have gone up between '24 and

'25?

     A.      Not every single one increased,

but typically about 2 and a half to 3

30(b)(6) Ali Bayat                          February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 166

A. BAYAT

percent, whatever the New York State guidelines are.

Q.    And this rent report, this example at Exhibit 11, it shows, for example, the date that the lease began and then the date that the lease ends, right?

A.    Yes.

Q.    All of these leases identified on the report at least as of today have terminated, correct?

A.    From this report?

Q.    Yeah.

A.    Yes.

Q.    Are all of the units still rented?

A.    Yes.

Q.    So there is full occupancy of the residential units at the property today, correct?

A.    That's correct.

Q.    Are you aware of any time periods where one or more units were unoccupied for more than a few weeks?

A.    To my knowledge, no.

Page 167

A. BAYAT

Q.    As far as you are aware, generally speaking, the residential units have been fully occupied at the property, correct?

A.    That's correct.  To the best of my knowledge, that's correct.

Q.    And then currently these residential tenants are sending their rent checks to you in New Jersey, right?

A.    Yes.

Q.    I am going to hand you what we will mark as Exhibit 12, which, for the record, is from Defendants First Production, Bates labeled 423.

(Exhibit 12 marked for identification.)

Q.    And you recognize this as a February 16th, 2023 lease modification and extension agreement between Tayab and Leonard's Market LLC, which is the commercial tenant at Second Avenue, correct?

A.    Yes.

Q.    As I understand this document,

Page 168

CONFIDENTIAL

30(b)(6) Ali Bayat                February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 169



Veritext Legal Solutions
800.808.4958                                    770.343.9696

Page 170



CONFIDENTIAL

30(b)(6) Ali Bayat                                February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 171



Veritext Legal Solutions
800.808.4958                                        770.343.9696

CONFIDENTIAL

Page 172

                    A.  BAYAT

        A.      Yes.

        Q.      Does Sultan have a separate
personal bank account from the Tayab Wells
Fargo account?

        A.      Sorry, can you rephrase that,
please?

        Q.      So there is Tayab's Wells Fargo
account, right?

        A.      Yeah.

        Q.      Does your father have a
separate personal bank account?

        A.      Does he own another like
personal bank account?

        Q.      Uh-huh.

        A.      Yes.

        Q.      Has Sultan ever paid personal
expenses from the Tayab account?

        A.      Yes.

        Q.      Under what circumstances would
Sultan pay personal expenses from the Tayab
account?

        A.      Under what circumstances?

        Q.      Yes.

        A.      Whatever he seemed appropriate.

30(b)(6) Ali Bayat                                February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 173

A. BAYAT

Q.    So anytime Sultan thinks that he needs to access funds, he can go into the Tayab account, right?

A.    Yes.

Q.    And it doesn't matter if that's for a personal reason or a Tayab business reason, right?

MR. GIURATO:  I object to form.

A.    Can you repeat that, Patrick?

Q.    Yeah.  So if Sultan needs to pay a personal expense, he can go into the Tayab account and take funds out of there, right?

MR. GIURATO:  I object to form.

A.    It is his own account, so yes.

Q.    And, to your knowledge, that's something that he has done in the past, correct?

A.    Yes.

Q.    When he does that, does he execute any sort of like note in favor of the company or anything like that?

A.    I'm sorry, what do you mean by that?

30(b)(6) Ali Bayat                              February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 174

A. BAYAT

Q.    Does he make any sort of commitment to pay the company back when it pays his personal expenses?

A.    To my knowledge, I don't believe so.

Q.    To your knowledge, over the years have you personally received money from Tayab or from property derived funds?

A.    Can you repeat that, Patrick?

Q.    Yeah.  To your knowledge, have you personally received money from Tayab or money that was effectively rental income from the property?

A.    I'm confused by that.  Like --

Q.    Let me think about how to clarify it.

To your knowledge, for example, has Tayab ever given you money?

A.    Has my father ever given me money?

Q.    The question is Tayab.

A.    My father has given me money, yes.

Q.    I guess from your perspective,

Page 175

                    A. BAYAT

there is no distinction between your father

and Tayab, right?

          MR. GIURATO:  I object to form.

     A.     Can you clarify that, Patrick?

     Q.     I was asking if Tayab had ever

given you money and you asked if I mean has

your father ever given you money.  It seems

to me that from your perspective there

wouldn't really be any distinction between

Tayab giving you money and your father

giving you money, right?

     A.     My father owns the company,

so --

     Q.     From your perspective, they are

one in the same, right?

          MR. GIURATO:  I object to form.

     A.     They are one in the same?

     Q.     Yeah.

     A.     To my knowledge, yes.

     Q.     Correct me if I'm wrong, but I

would imagine you're not in a position to

say how much money your father has given

you over time that is money that he

received from Tayab's operations, right?

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 176

                        A. BAYAT

        A.      I don't understand what you're
saying.
        Q.      So Tayab is generating income
by renting the property, right?
        A.      Yes.
        Q.      You have said that your
father/Tayab has given you money at various
points in time, right?
        A.      Yes.
        Q.      Are you able to quantify how
much money you have received that
originated as Tayab income?
        A.      No.
        Q.      Would you be able to like
ballpark it?
        A.      No.
        Q.      What about your other siblings?
        A.      No.
        Q.      But they have received, to your
knowledge, money from Tayab/your father?
        A.      Has my father given my siblings
gifts?  Yes.
        Q.      Is it -- is there any sort of
formality to it?  Here is what I mean:

Page 177

A. BAYAT

Does your father like every year give each of you a cash gift up to the threshold that has to be reported for taxes?

A.    No.

Q.    It's just from time to time as he decides he will give you guys money?

A.    If he wants to, yeah.

Q.    The only point to my question is in my experience some people may say okay, each of my kids get a cash gift of this amount every year, you know, it's in an amount that is below the threshold that would trigger any sort of tax liability, and they do that as kind of their succession planning.  If I'm hearing you correctly, that's not what your father is doing, right?

A.    No.

Q.    It is just sort of ad hoc when he decides he wants to pay for something or give you a gift, that's when he would provide it?

A.    Yes.

Q.    When your father is giving you

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 178

A. BAYAT

money or paying for something, to your knowledge, is he ever making the payment directly from Tayab?  What I mean by that is like is it a Tayab check that's being issued and then paid or is it money going from Tayab to Sultan then to you?

A.     I'm sorry, can you like just rephrase it, please?

Q.     Yeah.  Let's use an example. Your brother Matthew testified that your father bought him a BMW when he graduated high school, right?

A.     Yes.

Q.     Did you get a similar gift?

A.     Yeah.

Q.     What did you get?

A.     When I graduated high school he gave me a BMW.

Q.     What year was that?

A.     That was 2012.

Q.     And what kind of BMW was it?

A.     M3.

Q.     Do you know about how much it cost?

Page 179

A. BAYAT

A.        70.

Q.        70,000?

A.        Yeah.

Q.        Do you know if Tayab paid that or was it like Sultan Bayat paid it?

A.        I don't know.

Q.        Has each of your brothers received a BMW when they graduated high school?

A.        No.

Q.        Who got stiffed in that?

MR. GIURATO:   I object to form.

Q.        Who is the unlucky one, or did they get a better car?

A.        Actually -- no, I'm sorry.  Let me clarify that.  No, Sam received a BMW. Al did receive a BMW that I leased and then I gifted to him, but it wasn't my father.

Q.        So I just want to make sure I'm tracking.  Matthew gets a BMW, right?

A.        Yeah.

Q.        You get a BMW, right?

A.        Yeah.

Q.        Sam gets a BMW?

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 180

A. BAYAT

A.      Yes.

Q.      And then Al gets the hand-me-down BMW from you?

A.      Yeah.

Q.      Were these -- the ones that your father like outright gave to you, Sam and Matthew, did he purchase those or did he lease them?

A.      Matthew's was a purchase.  Mine was -- the M3 was a lease first and then he purchased it.  Then Sam's was a lease.

Q.      And I just want to understand Sam's.  So your father buys you the M3, he leases the M3, exercises the right to buy it, the car that Sam gets, is that M3 or it is a different car?

A.      No, he gets a new car.

Q.      So at a certain point you get rid of the M3, right?

A.      Yeah, my father sold it, yeah.

Q.      So your father sells the M3. What happens to the money from that?

A.      He takes it.

Q.      Your father takes that.  He

Page 181

A.  BAYAT

then leases you a new BMW?

A.      No, I lease my own BMW.

Q.      You lease a BMW.  Then you are paying that lease?

A.      Yes.

Q.      And then how do you give that to Sam?

A.      No, I gave it to Al.

Q.      How do you --

A.      After the lease was over, he wanted my car, so I gave it to him.

Q.      So did he take out like a new lease or did you buy the car and then give it to him?

A.      It was purchased out.  Because Al never received a car, at the end of my lease that I paid for, my father purchased it in his name for Al.

Q.      Okay, got it.

I want to shift gears to a different mortgage.  I will hand you what we will mark as -- I will hand you what we will mark as Exhibit 13.  For the record, it is from Defendants First Production,

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 182

A. BAYAT

Bates pages 272 through 309.

(Exhibit 13 marked for identification.)

Q.    And this is a mortgage security agreement and assignment of leases and rents from Tayab to Mariner's Bank for a loan in the amount of $1 million dated February 23, 2015 and recorded April 13th of 2015, correct?

A.    Yes.

Q.    And this is a business record of Tayab that it maintains in the ordinary course of its business, correct?

A.    I'm sorry, can you repeat that?

Q.    Yeah.  This is a business record of Tayab that it maintains in the ordinary course?

A.    Yes.

Q.    This is, to simplify it, a $1 million loan that your father took out against the property in 2015, correct?

A.    That's correct.

Q.    Why did he take out a $1 million loan in 2015?

Page 183

A. BAYAT

A.     He took it to purchase Ehsan's previous property, 574 Mill Run.

Q.     So 574 Mill Run is the residential property in Paramus, New Jersey where your family lived before relocating to Virginia, correct?

A.     That's correct.

Q.     And your father borrowed a million dollars against the Second Avenue property to purchase that home; is that correct?

A.     Not the full amount, but yes.

Q.     When you say not the full amount, meaning your father didn't use the full $1 million to buy the home, right?

A.     Yes.

Q.     Do you know how much he used of the loan to purchase the property?

A.     He gave $600,000 to Ehsan.

Q.     Your father gave $600,000 to -- well, let me strike that.

Your father paid Ehsan $600,000 for the Mill Run property that Ehsan owned, right?

30(b)(6) Ali Bayat                          February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 184

A. BAYAT

A.      That's correct.

        MR. GIURATO:   I object to form.

Q.      That leaves $400,000 from the Mariner's Bank loan in 2015.  What happened with the $400,000?

A.      He renovated the property.

Q.      So your father pays your Uncle Ehsan 600,000 for the Mill Run property and then he invests the remaining 400,000 into improvements to the Mill Run property?

A.      Yes.

Q.      On the first page here you will see, under the field that says Assignor, you will see it says Tayab Real Estate Co. Ltd. care of Sultan Bayat, 770 Pascack Road in Paramus, New Jersey, correct?

A.      Yes.

Q.      And that was your father's residence before he bought the Mill Run property, right?

A.      Yes.

Q.      And as you testified, Tayab has generally maintained its principal place of business at whatever your father's

Page 185

                    A. BAYAT

residence is at the time, right?

        A.      That's correct.

        Q.      If you would turn to the Bates

page 305, which is the number at the bottom

of the document, it says Defendants First

Production.  You will see that this

mortgage was signed by your father as

president of Tayab, and you will see,

again, he does the signature that is kind

of Sultan Ahmad.  Do you see that?

        A.      Yes.

        Q.      And then it says that it was

signed in the presence of Charles A.

Karcher, Esq.  Do you see that?

        A.      Yes.

        Q.      And Mr. Karcher is an attorney

who has helped the Bayat family over the

years with various things, correct?

        A.      Yes.

        Q.      And similar to the previous

loans that we looked at that were taken out

in 1991, your understanding is that the

Mariner's Bank loan was secured by an

assignment of rents on the property, right?

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 186

A. BAYAT

A.    That's correct.

Q.    So just to recap, Tayab took out a million dollar loan essentially to finance your father's purchase of the residential property at Mill Run from your Uncle Ehsan, correct?

A.    Yes.

Q.    What is your understanding of the current status of that loan?

A.    It is completed.

Q.    It has been paid off?

A.    It has been paid off.

Q.    And using what funds was the loan paid off?

A.    Through Tayab.

Q.    So Tayab used the rental income from the property to pay off the loan?

A.    Yes.

Q.    Paramus, the Mill Run property, was sold in November of 2025, correct?

A.    Yes.

Q.    And it sold for approximately $1.4 million?

A.    It was 1.35.

Page 187

                    A. BAYAT

          Q.      Okay, 1.35 million.  Did any of
the proceeds from that sale go to
reimbursing Tayab for anything?

          A.      No.

          Q.      As far as you know, all of the
proceeds of the sale went directly to your
father, both your parents?

          A.      Both my parents.

          Q.      Do you know, at the time that
Mill Run was sold, there was not any
outstanding mortgage on that property,
right?

          A.      That's correct.

          Q.      Because the mortgage balance
had been paid off with proceeds from the
2006 air rights sale, we talked about that
earlier, right?

          A.      I'm sorry, can you repeat that,
Patrick?

          Q.      We discussed earlier how your
father's home mortgage at Mill Run was paid
off using proceeds from the air rights sale
in 2006, right?

          A.      No, that's incorrect.  Are you

Page 188

A.  BAYAT

talking about 770 Pascack Road?

Q.    In 2006 you were living at
Pascack?

A.    Yes.

Q.    Okay, my mistake.  In 2006 your
father's mortgage on Pascack is paid off,
right?

A.    Yes.

Q.    Do you know how much he sold
Pascack for?

A.    720.

Q.    And then he uses the Mariner's
Bank loan against the Second Avenue
property to finance the rest of the
purchase of Mill Run?

A.    Can you clarify that again?
Sorry.

Q.    Yes.  I guess it sounds like he
paid Ehsan 600,000 for the Mill Run
property, right?

A.    Yes.

Q.    Other than that $600,000, was
there any outstanding mortgage on Mill Run
when your father bought it?

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 189

A. BAYAT

A.    Other than the million dollars?
I'm sorry, I'm just trying to follow.

Q.    Me too.  So your father takes
out the million dollars from Mariner's
Bank, right?

A.    Yes.

Q.    You said 600 of that went to
Ehsan for Mill Run, right?

A.    That's correct.

Q.    Is there some other mortgage
securing the rest of the value of Mill Run
at that time?

A.    Is there another -- you said is
there some kind of mortgage that secured
what, Mill Run?

Q.    Was Mill Run worth more than
600,000 when your father purchased it?

A.    No, I think he paid too much.

Q.    I think I understand now.  The
funds that your father used to purchase
Mill Run, he just bought it outright,
correct?

A.    From the loan from Mariner's
Bank, yes.

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 190

A.  BAYAT

Q.    So it is not like it was a
$600,000 down payment and then he is making
payments against some outstanding balance,
right?

A.    That's correct.

Q.    He just owns the property
outright after he pays Ehsan 600,000,
correct?

A.    Yes.

Q.    He also sold Pascack for
720,000?

A.    Yes.

Q.    And what year was that?

A.    I believe it was -- I think it
was 2016.  So we moved into Mill Run and
the house was on the market, so it still
didn't sell.

Q.    So at the time you guys are
moving into Mill Run, your dad still owns
Pascack, right?

A.    That's correct.

Q.    And he sells Pascack at some
point after you move into Mill Run?

A.    That's correct.

Page 191

A. BAYAT

Q.      And then as far as you know, the proceeds from Pascack just went directly to your father, right?

A.      The proceeds directly went to the bank, Mariner's Bank.

Q.      The proceeds from the sale of Pascack were used to pay off the Mariner's Bank loan?

A.      That's correct.

Q.      And then whatever was left after the 720 in proceeds from Pascack, minus taxes and closing expenses and things, gets paid off with rental income from Tayab, right?

A.      Yes.

Q.      All right, got it.

What, at a high level, what types of improvements were made to the Mill Run property?

A.      It was a whole new construction outside.

Q.      I'm sorry, I didn't hear that.

A.      It was a whole new construction outside.  We had an architect, my father

Page 192

A. BAYAT

hired an architect to build -- he extended the house and he changed the whole -- he knocked down basically the front of the house and he built like a Mediterranean style house.

Q.    Got it.  So an extensive remodel of the property?

A.    Yes.

Q.    Was it a full tear-down of the existing property or was it kind of built on to that structure?

A.    It was not a full tear-down, because some of the layout was still there, but it was mainly the front that got torn down and it was built like over it.

MR. GIURATO:  I will just want to put on the record that we are going far afield of Tayab, what I would consider a Tayab corporate rep depo. Obviously he is going to answer the questions that he can answer when he is here, but I would like to try to keep it towards Tayab if we can.

MR. REAGIN:  Gotcha.  And for

30(b)(6) Ali Bayat                                February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 193

A.  BAYAT

the record, he is also here testifying

from personal knowledge where he's got

it.

THE WITNESS:  That's straight

from my father.

Q.    On Tayab's tax returns, there

are a couple of phone numbers listed.  One

of them is 201-913-9170.  Do you recognize

that number?

A.    Yes.

Q.    What number is that?

A.    It is my father's previous

number.

Q.    His cell phone?

A.    Previous cell phone.

Q.    And then 240-603-3117, also

your father's cell phone?

A.    It should be.  I can check.

Q.    But as far as you know, it's

not like Tayab has a business phone number,

it would be your father's cell phone?

A.    Yes.

Q.    The returns also list an e-mail

address which is abayat01@manhattan.edu.

Veritext Legal Solutions

ATTORNEYS EYES ONLY

Page 194

A. BAYAT

Is that your college e-mail address?

    A.    Yes.

    Q.    And this is consistent with what you told me before, which is it's not unusual for your father to involve you in paperwork and that sort of thing, right?

    A.    Yeah.

    Q.    He prefers not to deal directly with e-mail and paperwork and that sort of thing?

    A.    Yes.

    Q.    Is that also true of your brother Matthew, sometimes your father would ask Matthew to, you know, receive e-mails or interact with paperwork and that sort of thing?

    A.    I don't know.

    Q.    I mean this in a kind way.  Is your father not especially tech savvy?

    A.    He is not tech savvy.

    Q.    He is not the type of guy sending e-mails from his phone, correct?

    A.    That's correct.

    Q.    He is not a social media user,

Page 195

A. BAYAT

right?

A.    No.

Q.    So when it comes to things that would be handled via e-mail, via cell phone, that's something that he looks to his kids to help him with, right?

A.    That's correct.

Q.    Including, primarily, I think, based on how I have heard the testimony, yourself, right?

A.    Can you repeat that?

Q.    Yeah.  It sounds to me like kind of the point person for your father on this sort of thing is you, right?

A.    Yes.

Q.    When you put your college e-mail in the tax returns, you understood that the federal government might be sending forms or paperwork to you and then you would get that to your father, right?

A.    Yes.

Q.    Does your father even have like a personal e-mail account?

A.    He has -- so at the time that

Case 3:25-cv-01085-JEP-LLL    Document 77-2    Filed 04/02/26    Page 197 of 286
PageID 3705

30(b)(6) Ali Bayat                                February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 196



30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 197



CONFIDENTIAL

Page 198



CONFIDENTIAL

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 199



CONFIDENTIAL

30(b)(6) Ali Bayat                                February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 200

A. BAYAT

Q.      Why did he give himself a bonus in 2022?

A.      That's what Ferenc Bagi recommended at the time.

Q.      So the accountant said for some tax reason I presume that he should take a bonus in '22?

A.      At that time, yes.

Q.      You don't -- you don't have --

MR. GIURATO:  I will object.  I want to be clear about discussions with an accountant, just generally.  I don't know what was said, but I don't want to waive any accountant-client privilege that Sultan may have.  He is not here, but Tayab is here.

MR. REAGIN:  I don't even know if there is an accountant-client privilege in Florida.

Q.      Where is the accountant, New Jersey?

A.      No, Frank was in Long Island.

MR. REAGIN:  Regardless, I don't think my question is going to

30(b)(6) Ali Bayat

February 26, 2026

Bayat, Bassirv. Bayat, Sultan

Page 201



Veritext Legal Solutions

800.808.4958

770.343.9696

30(b)(6) Ali Bayat                           February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 202



Veritext Legal Solutions
800.808.4958                                      770.343.9696

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 203

A. BAYAT

tolls, does that relate to Sultan's
vehicles?

A.     Yes.

Q.     And when we see deductions for
telephone expenses, is that Sultan's
personal cell phone, is it the whole family
plan; do you know?

A.     I'm not aware.

Q.     But Tayab, in any event,
doesn't have like a landline and an office
somewhere that it is paying for, correct?

A.     Can you repeat that?

Q.     Tayab doesn't have like a
landline in a physical office that it would
be paying for, right?

A.     No.

Q.     When we see deductions for
miscellaneous comp, do you have any
understanding of what that would refer to?

A.     No.

Q.     When we see expenses in the tax
returns for tenant expense, do you know
what that refers to?

A.     No.

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 204

A. BAYAT

Q.    When we see expenses for superintendent fees, is it your understanding that that refers to the amounts that are paid to the gentleman we discussed earlier?

A.    Depending on the year. Sometimes my father would pay by check as well.

Q.    Tayab collects and maintains security deposits from tenants, correct?

A.    That's correct.

Q.    Where are those maintained?

A.    I don't know.

Q.    You don't know what account those are held in?

A.    My father only has one account.

Q.    The Wells Fargo account?

A.    Yes.

Q.    To your knowledge, Tayab has never provided access to its books and records in response to a request from the Bayat siblings, correct?

A.    I'm sorry, Patrick, can you repeat that one more time?

Page 205

A.  BAYAT

Q.     To your knowledge, Tayab has never provided access to its books and records --

A.     Never.

Q.     Sorry, let me just finish it for the record.  Stacy almost quit on us last time.

To your knowledge, Tayab has never provided access to its books and records in response to a request from the Bayat siblings, correct?

A.     Never.

Q.     And, to your knowledge, Tayab has never provided an accounting of any kind in response to a request from the Bayat siblings, correct?

A.     One more time.

Q.     To your knowledge, Tayab has never provided an accounting of any kind in response to a request from the Bayat siblings, correct?

A.     To my knowledge, no.  I just want to clarify for the record that none of the Bayat siblings has asked my father for

Page 206

A.  BAYAT

accounting records.

Q.    And that's to the best of your knowledge obviously, right?

A.    Yeah.

Q.    During your brother Matthew's deposition, do you recall him testifying there was a point in time where your father is in Florida receiving some medical treatment and as Matthew described it your accountant called and said that some people in Florida were trying to get information about the building, do you recall that?

A.    I do recall my brother -- yeah.

Q.    And it was your understanding that what we have called the Bayat siblings, your father's siblings, had been trying to get information from Tayab's accountant about the building, correct?

A.    One more time, Patrick.  Sorry.

Q.    Yeah.  So there was the phone call saying, from your accountant, that said people in Florida are trying to get information about the building, right?

A.    Yes, it was, let me clarify for

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassir v. Bayat, Sultan

Page 207

A. BAYAT

the record, it was Dan Florentine.  To the best of my knowledge, I remember, I believe it was Dan Florentine.

Q.     And Dan works for your Uncle Ehsan, right?

A.     Yes.

Q.     And Bassir I guess, right?

A.     Yes.

Q.     And ultimately Tayab did not provide any of the information that was being requested from the accountant, right?

A.     That's correct.

Q.     Who made the decision not to provide that information?

A.     My father.

Q.     And how did he communicate that?

A.     Speaking with his accountant.

Q.     So as I understood it, your father was in Florida on the ground, right?

A.     Okay.

Q.     Well, I don't know.

A.     At that time you are talking about?

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 208

A. BAYAT

Q.      Yeah.  Well, let me -- let me
tease it out a little bit.

So I think there were two
situations.  One was your father has gone
and had maybe a medical procedure and he
has been given some medication, and as your
brother Matthew testifies he is approached
by people in Florida and asked to sign some
documents.  Are you familiar with that?

A.      Yes.

Q.      Is that the same situation or a
different situation from records being
requested from Tayab's accountant?

A.      I don't remember.

Q.      It's possible that these were
the same incident?

A.      I don't know.

Q.      It is also possible that they
were two separate incidents where people
were either trying to get information or to
get your father to sign something, right?

A.      It's possible.

Q.      Do you have any idea what your
father was being asked to sign?

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 209

A.  BAYAT

A.      No.

Q.      Do you know who told your father not to sign it?

A.      I'm sorry, what was that?

Q.      My understanding is your father ultimately refused to sign the documents in Florida, right?

A.      Yes.

Q.      Who told him not to sign them?

A.      I believe he called me.

Q.      Your father called you directly?

A.      Yeah.

Q.      And you said don't sign it?

A.      Don't sign anything under duress.

Q.      Duress being --

A.      I think he had a stroke at that time.

Q.      He had already had a stroke?

A.      In 2022, yeah.

Q.      So your understanding is your father had a stroke in 2022 in Florida?

A.      Yes.

Page 210

A.  BAYAT

Q.      And then he had the stroke in 2025 in New Jersey?

A.      Yes.

Q.      Has he had any other strokes?

A.      To my knowledge, no.

Q.      Was he diagnosed with a stroke in 2022?

A.      I believe so.

Q.      So there ought to be some documentation somewhere of the fact that he had a stroke in 2022?

A.      There should be.

Q.      And I guess it's your understanding that he had had a stroke in Florida, while recovering from the stroke was presented with some documents, and you advised him not to sign them, right?

A.      He called me, yes.

Q.      And that's what you told him?

A.      I told him don't sign anything you don't know.

Q.      Do you know if they were like medically related documents or business documents?

Page 211

A. BAYAT

A.      I don't know.

Q.      Do you know who was asking him to sign them?

A.      No.

Q.      Your father -- help me understand how he described it to you.  He just said there are people here?  Or how did he not know or communicate to you who was asking him?

A.      He was under -- they gave him like some medicine over there and he sounded a little bit under the influence. He doesn't drink, but like the medicine was making him a little drowsy, so that's how he sounded on the phone.

Q.      And words that he used was just that there's people here?

A.      Can you repeat that?  I'm sorry.

Q.      Yeah.  I'm just trying to understand like the words that he used.

A.      I don't remember exactly what he said in 2022.

Q.      But he didn't say, as far as

Page 212

                    A. BAYAT
you recall, like, you know, my sister Arifa
is here asking me to sign documents, right?
     A.     All I -- all I remember was he
was at one of the Bayat siblings' house.
     Q.     But as far as the people that
he described as presenting him with
documents, you don't recall anything
specific about who that was?
     A.     No.
          MR. GIURATO:  Is there a
     particular request that this correlates
     to?
          MR. REAGIN:  Yes.
          MR. GIURATO:  Because I think
     we are going far afield of --
          MR. REAGIN:  Topics 26, 28, 41.
     What we are trying to understand is at
     least two things.  One is Sultan's
     health as it pertains to the management
     of the company.  The second is I'm
     trying to understand whether this
     relates to Matthew's testimony about
     the accountant being contacted by
     people requesting information.

Page 213

A. BAYAT

So part of my questions are designed to determine whether this is the same incident or another one. And up until this point I'm not sure that the witness is sure either, so I think it is within bounds.

MR. GIURATO:  Well, this is not dealing with a corporate rep topic that is listed in my opinion for Tayab, but continue. I mean, the corporate rep topic regarding obviously the health is limited to Sultan's management of Tayab during the period of his illness. But let's continue.

MR. REAGIN:  26 is bookkeeper, accountant, lawyer, advisors. 28 is requests for accounting books and records, Tayab's responses.

MR. GIURATO:  Well, he has provided each bookkeeper, accountant, lawyer, real estate. It doesn't mean that you are allowed to ask everything about those, and there is an accountant-client privilege in Florida.

30(b)(6) Ali Bayat                          February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 214

A. BAYAT

MR. REAGIN:  Okay.  But I don't think these accountants were in Florida, nor is the business.  But, anyway --

MR. GIURATO:  You filed suit in Florida, correct?

MR. REAGIN:  Correct.  But that's not what governs the privilege that applies.

Q.    Has anyone communicated on behalf of Tayab with any journalists or media concerning the property or this dispute?

A.    No.

MR. REAGIN:  Do you want to take a break?

THE WITNESS:  Yeah, I just have to go to the bathroom real quick.

THE VIDEOGRAPHER:  The time is 3:43 p.m. and we are going off the record.

(Recess taken.)

THE VIDEOGRAPHER:  The time is 4:04 p.m.  We are back on the record.

Page 215

A. BAYAT

BY MR. REAGIN:

Q.    Mr. Bayat, certain discovery requests have been served by the plaintiff on Tayab in this case.  These are things like requests for production of documents, interrogatories, that sort of thing.  Who has participated in answering written discovery on Tayab's behalf?

A.    I'm sorry, can you repeat that?

Q.    So the parties in litigation exchange written requests for documents and information.  Some of those requests in this case are directed specifically at Tayab because the entity is a defendant in the case.  Who has participated in responding to the requests that are directed at Tayab specifically?

A.    As far as documents you said?

Q.    Documents and information requests.

A.    My father and myself.

Q.    To your knowledge, has Tayab withheld or refused to produce any documents that are responsive to the

Case 3:25-cv-01085-JEP-LLL    Document 77-2    Filed 04/02/26    Page 217 of 286
PageID 3725

30(b)(6) Ali Bayat    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 216



30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 217

A. BAYAT

Q.     And she works for TSI?

A.     She worked with my father with ATI.

Q.     And she would e-mail on his behalf from that account?

A.     Yes.

Q.     Did your father e-mail from that account?

A.     No.

Q.     Are you familiar with the entity that was called Sultan Honey & Saffron LLC?

A.     Yes.

Q.     Were any funds from Tayab used to invest in that business?

A.     I don't know.

Q.     As far as I understand it, when it comes to Tayab's financial operations, rental income comes into the business, expenses and taxes are deducted, and the rental income goes to your father, right?

A.     Yes.

Q.     Does Tayab retain any profits for its own business purposes, like

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 218

A. BAYAT

reinvestment?

        A.      Can you clarify that, please?

        Q.      Yeah.  Based on the tax returns
it appears to me that basically all of the
net income goes out of the business to your
father, right?

        A.      All of it?

        Q.      Yeah.

        A.      I don't -- I don't know.

        Q.      Does Tayab have a practice of
retaining any of its profits for investing
in the business, buying other properties,
developing the property, anything like
that?

        A.      To my knowledge, no.

        Q.      I think you testified a moment
ago that to your knowledge nobody has
communicated with any journalists on behalf
of Tayab.  You recall, though, your brother
Matthew testifying that he shared a draft
lawsuit with a journalist named Lynn
O'Donnell and I think a couple of former
business partners of your Uncle Ehsan,
correct?

Page 219

A.  BAYAT

A.    Yes.

Q.    To your knowledge, has that suit been shared with any other third parties?

A.    To my knowledge, no.

Q.    Have you personally shared it with anyone?

A.    No.

Q.    I think you testified earlier about the amount of cash in Tayab's Wells Fargo account, right?

A.    Yes.

Q.    How does Tayab decide how much to hold in cash reserves at any given point in time?

A.    Depending on what's coming up for expenses.

Q.    So it holds just enough to meet its expenses essentially, but no more than that?

A.    It depends.

Q.    Is there some reason it would be holding more than what it anticipated as far as its current expenses?

30(b)(6) Ali Bayat                        February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 220

                    A.  BAYAT

        A.      No.

        Q.      Does Tayab carry any liability
insurance?

        A.      Liability insurance?

        Q.      Uh-huh.

        A.      You mean like insurance for the
building?

        Q.      I guess in this context I'm
talking about insurance for the company
itself.

        A.      To my knowledge, I don't know.

        Q.      The business, though, has
property insurance on it, right?

        A.      Yes.

        Q.      Now that this lawsuit has been
filed, has Tayab made sure to preserve any
documents and electronically stored
information that might be relevant to this
litigation?

        A.      Can you repeat that, Patrick?
Like rephrase it.

        Q.      Yeah.  So the lawsuit was
filed.  I presume you have been advised
that Tayab has a duty to preserve relevant

30(b)(6) Ali Bayat                              February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 221

A. BAYAT

documents and information, right?

        A.      Yes.

        Q.      So has Tayab taken steps to
ensure that is not deleting or disposing of
any potentially relevant documents or
information?

        A.      Yes.

        Q.      And so what has that taken the
form of?

        A.      Don't delete it.

        Q.      Are there -- I recognize it's
not like a large -- I mean, it is your dad
basically.  To your knowledge, there aren't
any like automatic deletion features in his
e-mail inbox, his text messages that would
result in potentially relevant information
being inadvertently deleted during the
course of this litigation, right?

        A.      To my knowledge, no.

                MR. REAGIN:  Can we go off the
        record for a second.

                THE VIDEOGRAPHER:  The time is
        4:13 p.m. and we are going off the
        record.

Page 222

A. BAYAT

(Recess taken.)

THE VIDEOGRAPHER:  The time is 4:22 p.m. and we are back on the record.

BY MR. REAGIN:

Q.    Mr. Bayat, at various points in time Tayab used offices in Fort Lee, New Jersey that belonged to TSI, correct?

A.    To my knowledge, no.

Q.    Do you know if Tayab ever paid rent to TSI when it was using TSI offices?

A.    Can you repeat that, Patrick? Go back to the first question.  Sorry.

Q.    Are you aware that at various points in time Tayab used TSI office space?

A.    I'm not aware of that.

Q.    So you don't know if at any point in time Tayab was required to pay rent in return for using TSI office space?

A.    I don't believe my father used TSI for Tayab.

Q.    The defendants produced their first production in this case a couple of days ago and it is Bates labeled Defendants

Page 223

                         A. BAYAT

First Production 1 through 569.  As far as

I can tell, these are all Tayab records.  I

don't see any personal records in here.

Have you had an opportunity to review the

contents of defendants first production?

          A.     To the best of my ability,

yeah.

          Q.     And to the best of your

knowledge, the contents of that production

Bates labeled 1 through 569 are records of

Tayab that it maintained in the ordinary

course of business, correct?

          A.     Yes.

          Q.     And the information in those

records came from knowledgeable people at

Tayab, correct?

          A.     Yes.

          Q.     And maintaining those records

was a regular practice of Tayab in the

ordinary course of its business, correct?

          A.     Can you rephrase that?  Sorry.

          Q.     Yeah.  It's the kind of

perfunctory questions we have to ask when

it comes to business records.

Page 224

A. BAYAT

To the best of your knowledge, the documents included in defendants first production are records that were maintained -- maintaining these records was a regular practice of Tayab in the ordinary course of its business, correct?

A.    Not like a regular practice, but some documents that were important my father would keep.

Q.    I mean things like filing tax returns, the various records that get filed with the State, the things that are included here in defendants first production, those are the records of regularly conducted business activities of Tayab, correct?

A.    Yes, but my father wouldn't keep all his documents.

Q.    I'm not -- the point of my question is not that this is everything that Tayab generates or everything that, you know, conceivably exists, it is just that the items that were produced to your knowledge are in fact genuine business

Page 225

A. BAYAT

records of Tayab, correct?

A.    To the best of my ability, yes.
To the best of my knowledge.

Q.    And you testified truthfully to
the best of your knowledge today, right?

A.    Yes.

Q.    And you were authorized to
appear here today to testify on behalf of
Tayab as its corporate representative,
correct?

A.    Yes.

Q.    And the testimony that you gave
in that capacity is Tayab's official
position on those issues, correct?

A.    Yes.

Q.    Is there anything that I have
asked you about today that you feel the
need to correct or clarify at this point?

A.    No.

MR. REAGIN:  There are some
topics that I'm not certain that I feel
the witness was adequately prepared to
answer based on the noticed topics.  I
don't know that there is going to be an

Page 226

A.  BAYAT

issue.  I just need to review the transcript to see if there is anything we want to pursue further inquiry on.

So, for the record, I'm just stating that we are holding the deposition open, reserving our right to reconvene if upon review of the transcript we think there is something we need to further pursue on one of those issues.

MR. GIURATO:  And we would object to holding this deposition open. We believe that the witness was fully prepared for a 30(b)(6) deposition. That's it.

MR. REAGIN:  Okay.  We can go off the record.

(Continued on the next page.)

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 227

A. BAYAT

THE VIDEOGRAPHER:  The time is 4:27 p.m. and we are going off the record.

[TIME NOTED:  4:27 p.m.]

_____
ALI BAYAT

_____
Subscribed and sworn to before me this _____ day of _____, 2026.
_____
Notary Public

30(b)(6) Ali Bayat                           February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 228

INDEX

WITNESS          EXAMINATION BY          PAGE

A. BAYAT         REAGIN                   5

EXHIBITS

EXHIBIT          DESCRIPTION              PAGE
Exhibit 1   Amended Notice of             7
            Deposition of Tayab Real
            Estate Co. Ltd.
Exhibit 2   Defendants First              45
            Production 000001-000002
Exhibit 3   Defendants First              46
            Production 000182-000190
Exhibit 4   Defendants First              48
            Production 000194-000211
Exhibit 5   Defendants First              52
            Production 000191-000193
Exhibit 6   Defendants First              66
            Production 000212-000217
Exhibit 7   Defendants First              96
            Production 000386-000390
Exhibit 8   Defendants First              107
            Production 000426-000437
Exhibit 9   2023 tax documents            108
Exhibit 10  2024 tax documents            109
Exhibit 11  Defendants First              161
            Production 000424-000425
Exhibit 12  Defendants First              167
            Production 000423-
Exhibit 13  Defendants First              182
            Production 000272-000309

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

Page 229

DIRECTIONS NOT TO ANSWER

Page       Line

         (NONE)

REQUESTS

Page       Line

         (NONE)

Page 230

CERTIFICATION

I, TODD DeSIMONE, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 26th day of February, 2026.

_____

TODD DESIMONE

*       *       *

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

Page 231

                                   ERRATA SHEET
                      VERITEXT/NEW YORK REPORTING, LLC

       CASE NAME: BASSIR BAYAT v. SULTAN BAYAT
       DATE OF DEPOSITION: 2/26/26
       WITNESS' NAME: ALI BAYAT

       PAGE/LINE(S)/    CHANGE              REASON
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____
       ____/_____/_____/_____

              _____
                     ALI BAYAT
       SUBSCRIBED AND SWORN TO
       BEFORE ME THIS_____DAY
       OF_____, 2026.
       _____
           NOTARY PUBLIC
       MY COMMISSION EXPIRES_____

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[& - 2]**

Page 1

| & |
| --- |
| **&** 1:20 2:3,8 3:19 4:14,17 217:12 |

| 0 |
| --- |
| **000001-0000...** 228:10 |
| **000182-0001...** 228:11 |
| **000191-0001...** 228:13 |
| **000194-0002...** 228:12 |
| **000212-0002...** 228:14 |
| **000272-0003...** 228:20 |
| **000386-0003...** 228:15 |
| **000423** 228:19 |
| **000424-0004...** 228:18 |
| **000426-0004...** 228:16 |
| **07676** 5:9 |

| 1 |
| --- |
| **1** 7:11,12 8:6 45:21 68:17 71:12 182:8,20 182:24 183:16 223:2,11 228:8 |

**1,300** 17:4
**1,325.98** 162:16
**1,450** 16:17
**1.3** 54:7 64:8 64:17
**1.35** 187:2
**1.35.** 186:25
**1.4** 54:7 186:24
**10** 48:6 55:13 62:22 71:10 109:20,23 228:17
**10,000** 53:13
**10,614.45** 51:5
**100** 13:21 14:2 27:9
**100,000** 13:10
**107** 228:15
**108** 228:16
**1085** 1:5
**109** 228:17
**11** 71:10 160:22 161:9 162:16 166:5 228:17
**1120** 107:25
**1180** 2:3
**11:44** 63:23
**12** 96:11 167:13,16 228:18
**12,000** 93:19,22
**12-16-1994** 10:19

**12:05** 64:3
**12:26** 85:7
**12:29** 85:11
**12:47** 103:6,8
**13** 96:10 181:24 182:3 228:19
**13,926** 169:21 169:24
**13,926.32** 162:19
**13th** 182:9
**14** 96:9
**140** 14:5
**1437** 23:25 24:22 25:5 33:4 41:10 62:6
**15** 106:12,19 107:14 202:23
**150** 13:21
**150,000** 199:4
**1501** 2:9
**151,000** 199:10 202:10
**151,946** 198:22
**161** 228:17
**167** 228:18
**167,116** 162:23
**16th** 167:19
**17** 5:8 7:19
**18** 14:12
**1800** 2:4

**182** 46:17 228:19
**19** 109:9
**190** 46:17
**191** 52:15
**193** 52:16
**194** 48:14
**195,000** 56:8
**1970s** 36:2 62:24 147:5
**1991** 21:20,25 23:3,10,11,18 23:20 35:24 36:4,5,13,19 39:20 40:16 46:4,24 47:6 48:20 53:7 54:8,23 55:16 55:24 57:2,10 58:14,22 64:8 64:16 65:24 74:16,21 112:4 142:15 147:9 185:23
**1994** 21:17
**19th** 10:11
**1:29** 104:3,6

| 2 |
| --- |
| **2** 19:15 45:19 45:21,22 68:17 140:24 141:12 141:14 142:23 165:25 228:9 |

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[2,700 - 31]**

Page 2

**2,700** 162:16
**2/13** 106:4,12
**2/26/26** 231:4
**20** 45:5 55:18
  55:25 56:6
  62:22 102:25
**20,737.92**
  168:18,25
**2002** 66:20,25
  67:7,12,19
  68:22 69:3
  70:7,12 74:5
**2003** 72:3,3
**2004** 36:3,6,16
  36:19 38:4
  70:18,21 72:2
  72:2 147:5
**2005** 36:4
  70:22
**2006** 76:17
  77:7,20,25
  78:7,17 79:3
  79:11 80:3
  81:25 83:6,13
  83:20 84:22
  86:8 89:12,14
  89:24 90:14
  91:12 92:12,18
  93:16,18 95:17
  96:9,11,24
  97:20,22 98:4
  98:13 99:25
  100:9 101:16
  104:20,21

110:20 112:12
  187:17,24
  188:3,6
**2008** 148:16
**201-913-9170**
  193:9
**2012** 178:21
**2013** 14:19
**2014** 14:17
  145:23
**2015** 148:17
  182:9,10,22,25
  184:5
**2016** 148:17
  190:16
**2018** 14:11,17
  14:19 65:21
  66:10
**2022** 108:2
  170:24 196:18
  198:21 199:6,9
  200:3 201:6,24
  202:3,9 209:22
  209:24 210:8
  210:12 211:24
**2023** 108:21
  111:24 113:9
  167:19 168:5
  170:15,23
  197:25 228:16
**2024** 83:3
  84:23 85:16
  90:11 97:17
  98:18 110:4

114:5 161:12
  162:25 163:18
  170:15,22
  196:24 198:2
  202:22 228:17
**2025** 114:6,7
  163:2,6,10,20
  163:25 165:8
  165:11,17
  186:21 210:3
**2026** 1:14 3:4
  7:19 163:12,13
  227:12 230:16
  231:23
**20th** 67:9
**21,438** 169:25
**21,737.92.**
  168:19
**211** 48:14
**212** 66:15
**213** 68:5
**216** 72:8
**217** 66:15
**22** 200:8
**23** 46:24 47:6
  182:9
**23rd** 48:20
**24** 165:22
**240-603-3117**
  193:17
**244,000** 56:11
**248,855.04**
  168:15

**25** 56:10 71:17
  103:2 114:11
  117:11 165:23
**25,000** 21:15
  105:14,23
**257,255** 169:9
**26** 1:14 163:16
  212:17 213:16
**26th** 3:4 230:16
**272** 182:2
**28** 212:17
  213:17
**28th** 67:7,10
**293,000** 56:14
**2:28** 160:14
**2:40** 160:18
**2s** 44:8

**3**

**3** 46:15,18
  66:25 68:17
  165:25 228:10
**3,500** 17:17
**3,634.84** 48:9
**3,650** 196:20
**30** 1:19 7:17
  55:18,25 56:13
  142:14 226:15
**300** 19:25 20:9
**30309** 2:4
**305** 185:5
**309** 182:2
**31** 10:22

30(b)(6) Ali Bayat                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

**[32207 - 900,000]**                    Page 3

**32207**  2:9
**35,364**  170:2
**350**  148:13
**350,000**  148:7
  148:19
**386**  96:3
**387**  99:12
**3879**  230:18
**390**  96:4
**3:25**  1:5
**3:43**  214:21

**4**

**4**  48:12,15
  68:17 228:11
**40**  59:23 60:10
**400**  99:10
  171:5
**400,000**  46:23
  47:5,15,24
  50:23 52:9
  53:19 59:8,17
  60:9,15 61:10
  61:22 74:7
  76:16 77:6
  97:2,8 99:6,16
  99:21 142:18
  184:4,6,10
**408,798**  170:24
**41**  212:17
**423**  167:15
**424**  160:24
**424,368**  170:5

**425**  160:24
  162:6
**425,542**  170:23
**426**  107:20
**437**  107:20
**45**  228:9
**454,577**  170:25
**459**  109:22
**46**  228:10
**460,000**  171:6
**48**  228:11
**483**  109:22
**489,000**  53:9
**489,305.35**
  52:21
**4:04**  214:25
**4:13**  221:24
**4:22**  222:4
**4:27**  227:3,7
**4th**  23:20

**5**

**5**  52:13,17
  68:17 228:4,12
**50**  59:25 60:7
**500,000**  50:3,4
  50:14,17,22
  51:11,19,25
  53:15 58:6
  59:5,13 60:6
  61:2 67:21,25
  68:3,18,22
  69:8,13 74:5

**516**  108:16
**52**  228:12
**529**  109:8
**540**  108:16
**569**  223:2,11
**574**  24:9,10
  25:2,13 183:3
  183:4
**58,000**  196:23
  197:25

**6**

**6**  1:19 7:17
  66:13,16 72:6
  226:15 228:13
**60,000**  85:24
  86:11 87:10
  88:22 94:10
  102:11 105:20
  105:23 202:12
**600**  189:8
**600,000**  183:20
  183:21,23
  184:9 188:20
  188:23 189:18
  190:3,8
**63,000**  197:25
**66**  228:13

**7**

**7**  96:2,5 228:8
  228:14
**7.7**  55:8
**70**  179:2

**70,000**  179:3
**700**  168:21
  169:4
**70s**  36:10
**720**  188:12
  191:12
**720,000**  190:12
**75**  58:16,24
**75,000**  42:13,15
  55:4,7 56:17
  57:20 63:13
  64:9,18
**770**  24:24 25:9
  184:16 188:2
**787**  1:21 3:20

**8**

**8**  107:18,21
  228:15
**8,000**  109:12
**80**  58:16,24
  153:14
**80,000**  153:15

**9**

**9**  108:14,17
  228:16
**90,000**  199:11
  199:20 201:5
  202:10
**900**  42:14
**900,000**  48:3
  50:25 53:19
  54:25 55:8

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[91 - affiliations]**

Page 4

**91**   69:2 70:7,12
**96**   228:14
**975**   42:13 60:5
   61:5
**975,000**   42:16
   56:7 59:22
   63:12

**a**

**a.m.**   1:14 3:4
   63:23
**abayat01**
   193:25
**abcxyz**   26:15
**abilities**   132:16
**ability**   8:7 45:8
   114:8 132:9
   134:5,8 223:7
   225:3
**able**   34:22
   40:25 64:15
   77:15 135:7
   136:3 143:19
   176:11,15
**above**   63:13
   65:21
**absolutely**
   154:13
**access**   21:5
   120:21 145:8
   145:16 173:3
   196:3 204:21
   205:3,10

**accident**
   136:19
**account**   20:22
   21:6,8,9,10,14
   81:10 119:3,10
   121:8,12
   143:21 144:15
   144:25 171:18
   171:25 172:4,5
   172:9,12,14,18
   172:22 173:4
   173:13,16
   195:24 199:16
   199:18 204:15
   204:17,18
   217:6,9 219:12
**accountant**
   28:21 108:5,24
   110:20,24
   111:2,4,10
   112:8 141:18
   196:12 199:21
   200:6,13,15,19
   200:21 201:4,8
   201:17 206:11
   206:19,22
   207:12,19
   208:14 212:24
   213:17,21,25
**accountants**
   110:8 111:14
   164:18 214:3
**accounting**
   111:23 112:15

   112:19 113:7,8
   113:11 205:15
   205:20 206:2
   213:18
**accounts**
   120:22 143:16
   216:5
**accurately**
   136:15
**ach**   145:2
**acknowledge**
   161:7
**acquire**   40:18
   40:20 48:3
   51:2
**acquired**   21:24
   22:18 23:14
   36:4,12 46:2
   47:17 53:7
   54:23 74:21
**acquisition**
   23:9 40:15
   43:4 45:9
   139:4,13
**act**   124:17
**action**   4:4 32:8
   230:12
**actions**   32:5
**activities**   32:13
   33:5,8 224:16
**actual**   84:18
**actually**   15:11
   20:24 44:10
   150:9 155:3,21

   179:16 196:22
   199:3
**ad**   177:20
**add**   162:17
   169:20,23
**addition**
   198:25
**additional**
   63:12 169:4
**address**   5:6,8
   24:25 25:6,11
   25:15,19 26:4
   68:8 120:5,11
   120:19 146:7
   193:25 194:2
   196:9,15
   216:16
**adequately**
   225:23
**administration**
   14:15 75:2
**admitting**
   78:15
**adopted**   31:22
**advised**   201:5
   210:18 220:24
**advisors**
   213:17
**aeo**   114:21
   115:5 161:8
**affairs**   134:9
**affiliations**
   4:10

30(b)(6) Ali Bayat
Bayat, Bassir v. Bayat, Sultan

February 26, 2026

**[afghanistan - apologies]**

Page 5

| | | | |
|---|---|---|---|
| **afghanistan** 154:23 155:24 156:12,15 | 139:5,15,20,21 140:2 169:17 185:11 | **aliases** 26:11 | **anesthetic** 115:20 |
| **afield** 192:19 212:16 | **air** 76:17 77:7,9 77:13,19 78:2 | **alive** 22:9 23:7 71:6 | **annual** 31:10 108:10 109:5 110:11 168:14 |
| **ago** 18:14 78:12 83:9 | 78:8,16 79:3 79:11,13 81:5 | **allegation** 22:17,25 106:10 | **annualizes** 162:22 |
| 93:9 132:18 144:14 218:18 222:25 | 81:25 82:9 83:4,14,19 84:13,22 85:16 | **allegations** 106:3 | **answer** 6:22 7:4 27:17 46:7 75:13 80:24 |
| **agree** 3:10 64:9 64:17,22,23 68:20 79:25 | 85:25 86:7 87:14,17,21 88:3,5,6,23 | **alleged** 94:10 106:8 | 130:2 156:23 192:21,22 225:24 229:2 |
| 80:14 99:24 106:9 159:2,3 | 89:2,12,24 90:6,12 91:11 | **allegedly** 22:9 **allen** 77:16 91:21 | **answered** 92:14 |
| **agreed** 35:4 80:13 88:21 168:6 | 91:14,18 92:12 92:17 96:24 97:6,13,17,19 | **allowed** 213:23 **amended** 7:17 228:8 | **answering** 215:8 **answers** 6:16 10:14 |
| **agreement** 22:10,19,21,23 | 97:19,24 98:20 98:24 99:5 100:2,8,14,20 | **amount** 34:7,9 34:13 46:23 47:5 50:2 | **anticipated** 219:24 |
| 23:3 48:18 50:9 75:7,14 75:17 76:14 | 101:16 104:20 105:15 106:18 106:23 112:13 | 52:21 57:19 66:4 69:8 101:14 102:8 | **anybody** 140:24 143:4 149:8 |
| 114:23 143:3 150:25 167:20 169:3 182:6 | 187:17,23 **al** 1:11 2:14 3:15 179:18 | 105:14,23 109:11 148:4 177:12,13 | **anyone's** 76:4 **anytime** 46:6 173:2 |
| **agreements** 23:14 74:24 | 180:3 181:9,17 181:19 | 182:8 183:13 183:15 199:19 219:11 | **anyway** 214:5 **apartment** 9:12 158:16 162:6 |
| **agrees** 88:6 168:11 | **ali** 1:18 3:13 5:7 124:24 | **amounts** 106:18 107:13 204:5 | **apartments** 37:11 162:11 |
| **ahead** 46:7 156:24 | 143:19 196:9 227:9 231:4,21 | **ample** 80:16 **anderson** 2:8 4:17 | **apologies** 96:11 |
| **ahmad** 138:12 138:16,19 | | | |

**[apparently - available]**

Page 6

**apparently**
84:10 98:12
105:21
**appear** 225:9
**appearance** 4:8
4:10
**appearing** 7:21
**appears** 218:5
**applied** 157:7
**applies** 214:10
**appraisal** 91:16
92:6 98:18
**appraisals** 92:9
**appraised**
58:17,25
**approach** 37:7
**approached**
208:8
**appropriate**
172:25
**approval**
155:16 157:10
**approve** 32:8
**approved**
80:18
**approximate**
13:14,17 34:8
34:12 38:8
70:13
**approximately**
12:8,25 13:8
17:14 21:14,15
53:8,13 56:8
56:11,14 64:8

64:17 85:24
86:11 87:10
106:19 111:21
112:10 117:6
148:6 153:12
153:14 162:23
169:9,21,24
170:2 186:23
202:19
**april** 66:25
163:14 182:9
**architect**
191:25 192:2
**arifa** 106:2
212:2
**arisen** 113:24
**arrangement**
23:8 124:19
142:7 150:15
**articles** 29:19
30:4,6,11 31:5
**asghar** 5:7
**ashburn** 146:7
146:12,19
**aside** 16:5
29:15
**asked** 10:14
86:20 87:3
91:7 92:14
98:9,14 100:25
101:6 116:16
125:25 129:5
129:11 142:3
157:3 164:18

175:7 196:2
205:25 208:9
208:25 225:18
**asking** 7:3
26:12 43:2
106:7 113:23
146:17 175:6
211:3,10 212:3
**asset** 152:4
**assets** 149:2
**assigned** 53:8
58:10 126:25
**assignment**
52:19 72:18
73:3,10,14,21
182:6 185:25
**assignor**
184:14
**assistance**
130:14,21
131:6,7,11,12
**associated**
101:24
**associates**
164:21,22,25
**association** 4:2
**assume** 6:22
23:25 38:11
145:11
**assuming** 77:4
**ati** 147:15,16
148:24 196:4
217:4

**atlanta** 2:4
**attorney** 4:12
30:15 92:3
124:12,16
185:17
**attorneys** 2:5
2:10 8:25 9:15
10:2,6 30:23
161:3
**attributes**
157:13
**audio** 3:8
**aunt** 106:2
**authority** 76:4
124:16 143:15
144:15
**authorized**
143:20 171:17
225:8
**authorizing**
145:5
**auto** 14:25
119:3,10 120:2
196:23 197:2
198:2
**automatic**
221:15
**automatically**
144:25
**automobile**
196:19
**available**
163:23

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

ave   24:22 25:5
avenue   1:21
  3:20 24:2,19
  33:4,9 148:24
  161:15 167:22
  183:10 188:14
aware   22:16
  29:4 34:20
  35:16 55:16,23
  56:5 58:13,20
  59:4 74:24
  79:21 80:11,19
  80:21 81:3,7,9
  81:12,13,18
  83:13,19 85:22
  86:19 87:2
  92:23 93:18
  101:22 104:17
  104:23 105:3
  105:12,25
  106:7 129:17
  133:23 136:2
  136:14 137:9
  138:14,23
  139:9,12 140:6
  147:13 148:25
  152:17 166:22
  167:2 196:16
  201:24 203:9
  222:15,17
awareness
  97:13

b

b   1:19 2:5 4:23
  7:17 19:12
  26:11 104:4
  111:7 226:15
  228:6
bachelor's   14:9
back   12:23
  23:3 28:19
  35:23 39:19,22
  39:25 59:7,17
  59:22 61:2,10
  61:15 62:7
  64:3 65:24
  67:8 79:18,23
  80:6 85:11
  104:6 106:24
  106:25 112:4
  124:8 151:6
  160:18 164:4,7
  165:13 174:3
  214:25 222:4
  222:14
background
  10:18 14:7
  22:24
bad   136:19
bagi   110:21,23
  111:13,25
  112:6,7,11,14
  112:17 200:4
balance   21:13
  99:20,24

  104:18 142:3
  145:13 187:15
  190:4
ballpark
  176:16
bank   21:6
  52:21 53:8
  58:11,22
  120:22 143:16
  171:18 172:4
  172:12,14
  182:7 184:5
  185:24 188:14
  189:6,25 191:6
  191:6,9
bankers   81:15
  81:19 82:8
base   168:14,23
based   23:15
  62:20 63:3,5
  64:25 100:3
  108:5 142:17
  155:23 156:15
  195:10 218:4
  225:24
basically   71:9
  125:9 139:14
  156:13 192:4
  218:5 221:14
basis   19:21
  93:5
bassam   111:5
  111:15

bassir   1:6 3:14
  5:15,18,19
  155:17,20,23
  156:3,6,11
  157:6 207:8
  231:3
bates   45:20
  46:17 48:14
  52:15 66:15
  68:5 96:3
  107:19 108:15
  109:9,22
  167:15 182:2
  185:4 222:25
  223:11
bathes   131:5,7
bathroom
  131:10 214:19
bathrooms
  37:12
bayat   1:6,10,10
  1:11,11,11,18
  2:14 3:1,14,14
  3:15 4:1 5:1,4
  5:7,15,19 6:1
  7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1,9 23:1
  24:1 25:1 26:1
  27:1,9 28:1
  29:1 30:1 31:1

**[bayat - best]** Page 8

32:1 33:1 34:1
35:1 36:1 37:1
38:1,20 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1,5 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1,15
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1
100:1 101:1,10
102:1 103:1
104:1,10 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1,18
114:1 115:1
116:1 117:1
118:1 119:1

120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1,19,20,23
139:1,9,16,19
139:20 140:1
141:1 142:1
143:1,19 144:1
144:6 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1
158:1 159:1
160:1,21 161:1
161:11 162:1
163:1 164:1
165:1 166:1
167:1 168:1
169:1,17 170:1
171:1,10,14
172:1 173:1
174:1 175:1
176:1 177:1
178:1 179:1,6
180:1 181:1

182:1 183:1
184:1,16 185:1
185:18 186:1
187:1 188:1
189:1 190:1
191:1 192:1
193:1 194:1
195:1 196:1
197:1 198:1
199:1 200:1
201:1 202:1
203:1 204:1,23
205:1,12,17,21
205:25 206:1
206:16 207:1
208:1 209:1
210:1 211:1
212:1,5 213:1
214:1 215:1,3
216:1 217:1
218:1 219:1
220:1 221:1
222:1,7 223:1
224:1 225:1
226:1 227:1,9
228:4 231:3,3
231:4,21
**began** 166:6
**beginning** 4:11
**behalf** 124:17
169:13 214:12
215:9 217:6
218:19 225:9

**believe** 15:8
19:12 30:15
36:2 39:22
48:23 54:4,17
70:21 71:10
72:2 78:21
83:17,18,25,25
87:16 90:5
94:12 97:18,23
111:18 112:8
112:21 117:6
117:20 128:7
135:12 148:16
149:15,17
155:8,14
158:13 164:13
164:15 174:6
190:15 198:15
199:11 202:22
202:22 207:3
209:11 210:9
222:21 226:14
**belonged** 222:9
**belonging**
81:10
**benefits** 149:6
149:10 150:10
150:14 154:8
**best** 8:7 36:8
45:8,12 69:23
80:25 94:4,5
110:18 114:8
115:9,17 117:9
142:21 146:3

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[best - business]**

Page 9

| | | | |
|---|---|---|---|
| 146:10 167:6 206:3 207:3 223:7,9 224:2 225:3,4,6 | **blue** 12:6,17,22 13:23 | 188:25 189:22 | 42:11 63:3 75:22 84:13 91:16 92:8 98:19 107:6 122:4 125:12 126:9 152:12 197:5 206:13 206:19,24 220:8 |
| **better** 179:15 | **bmw** 17:6,10 178:12,19,22 179:9,17,18,21 179:23,25 180:4 181:2,3 181:4 197:11 197:14,15,20 198:18 | **boulevard** 2:9 | |
| **biancaniello** 48:19,22 50:18 51:6,11,18,25 52:5,22 53:10 58:2,5,10 59:7 59:14 60:22,24 66:19 67:21 68:2,7,23 69:8 69:14 70:25 72:17,25 73:5 73:22 74:6 | | **bounds** 213:7 | |
| | | **brain** 136:19 | |
| | | **break** 44:23,24 63:9,21 85:4 85:14 102:22 160:11 214:17 | |
| | | **breaks** 104:10 168:24 | **buildings** 62:15 |
| | **board** 31:23 124:22 | **briefly** 6:11 | **built** 192:5,11 192:16 |
| | **bonus** 199:8,10 199:12,13,19 200:2,8 201:5 201:9,15,25 202:11,15 | **brings** 129:8 | |
| | | **brokers** 101:23 | **bump** 168:21 |
| | | **brother** 6:9,10 10:10 28:17 78:11 79:5 91:5 105:8 114:13 125:16 132:17 141:22 149:17 155:10 178:11 194:14 206:6,14 208:8 218:20 | **bunch** 150:23 |
| **biancaniello's** 70:8 | | | **business** 14:15 23:25 24:8,18 25:4,10,23 26:3,15 30:25 32:13,14,19,20 33:5,8 34:24 46:12 47:8 49:5,7 52:25 67:14 72:5 96:15,18 110:13 112:18 147:17 148:15 148:20,25 164:20 173:7 182:12,14,16 184:25 193:21 210:24 214:4 217:16,20,25 218:6,13,24 220:13 223:13 |
| **big** 159:21 | **book** 32:2,4,10 | | |
| **bike** 130:16,20 131:19 | **bookkeeper** 213:16,21 | | |
| **bill** 119:17 | **books** 145:9 204:21 205:3 205:10 213:18 | | |
| **bills** 118:23 119:5 121:2 125:11 144:2 144:19 | | | |
| | **borg** 49:16 | **brother's** 83:8 153:4 | |
| | **born** 10:23 21:20,25 22:4 65:24 72:2 | | |
| | | **brothers** 9:23 150:22 152:22 153:19 154:4 179:8 | |
| **binder** 91:21 92:22 | **borrowed** 183:9 | | |
| **birth** 10:18 21:17 | **bottom** 68:16 72:7 169:11 185:5 | **bsm** 113:8,9 | |
| **bit** 72:4 138:7 208:3 211:13 | | **build** 192:2 | |
| | | **building** 34:11 35:22 36:4 39:21 41:2,11 | |
| **blood** 230:13 | **bought** 40:2 178:12 184:20 | | |

Veritext Legal Solutions

800.808.4958

770.343.9696

Case 3:25-cv-01085-JEP-LLL   Document 77-2   FILED 04/02/26   Page 242 of 286
PageID 3750

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

[business - closes]

Page 10

223:21,25
224:7,16,25
**buy** 180:15
181:14 183:16
**buying** 218:13
**buys** 25:8
180:14
**bylaws** 30:8,12
31:6

**c**

**c** 2:2
**calculator**
55:12
**call** 10:2
122:15 144:22
206:22
**called** 4:24
39:15,17 116:5
116:7,9,10
123:10 155:4
206:11,16
209:11,12
210:19 217:12
**calls** 19:3
**cancelled** 72:19
**capacity** 29:11
225:14
**capital** 33:19
34:3
**capitalized**
33:14,22
**car** 16:22 17:5
136:18 179:15

180:16,17,18
181:12,14,17
**cards** 147:16
**care** 184:16
**carry** 220:3
**cars** 198:4
**case** 1:5 5:14
21:24 22:11
24:5 26:22
30:17,20,22
106:3 113:24
126:12 138:21
139:25 140:9
215:5,14,16
222:24 231:3
**cash** 44:6,7
55:7 63:12
141:10 177:3
177:11 219:11
219:15
**cause** 136:5
156:5
**cell** 193:15,16
193:18,22
195:5 203:7
**ceo** 28:2,3,8
**certain** 30:22
32:8 47:21
152:6 180:19
199:18 215:3
225:22
**certification**
230:2

**certify** 68:8
72:17 230:6,11
**challenged**
161:4
**change** 24:18
138:6 231:5
**changed** 25:2
105:23 137:21
137:25 140:4
192:3
**charitable**
109:11
**charles** 185:14
**chase** 33:3
146:6
**check** 18:19,24
18:24 119:8
143:19 144:4
144:19 178:5
193:19 204:8
**checking**
122:11
**checks** 118:17
119:25 120:3
125:10,11,25
126:23 167:10
**children** 143:8
**choi** 77:15
**circumstances**
172:20,23
**cite** 68:16
**city** 66:25
71:11 127:4,10
127:19 128:20

129:4
**claim** 152:2
**claimed** 152:14
152:15 196:19
**claiming** 56:16
198:5
**clarify** 6:20
15:12 27:15
29:21 32:16
34:25 37:13
86:6 94:5
126:3 130:3
135:18 137:23
145:10 149:7
174:17 175:5
179:17 188:17
205:24 206:25
218:3 225:19
**clean** 125:24
**clear** 5:17 7:5
39:10 70:11
78:15 200:12
**client** 92:3
114:25 115:6
200:15,19
213:25
**clifton** 113:3
**closed** 36:3
38:5 70:18
71:5 148:17
**closer** 116:24
**closes** 36:15
71:2

Case 3:25-cv-01085-JEP-LLL Document 77-2 Filed 04/02/26 Page 243 of 286
PageID 3751

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

[closing - context]

Page 11

| | | | |
|---|---|---|---|
| **closing** 55:5 77:11,11,15 80:16 81:4 82:5 91:20 92:22 101:23 101:24 106:16 106:24 191:13 | 120:20 219:17 **commercial** 42:16 55:18 56:2 62:12 64:10,19 157:16,18,23 165:2 167:22 168:4 | **compatibly** 89:6 **compensated** 19:18 **compensation** 13:22 **competent** 136:25 | **confused** 91:19 136:8 174:15 **connecting** 159:16 **connection** 137:16 139:4 **conscious** 115:18,22 |
| **cognitive** 133:24 134:7 134:11,19 135:21 136:11 136:21 | **commission** 13:7,24 231:25 **commitment** 76:15 174:3 | **completed** 186:11 **completely** 87:21 126:24 | **consent** 68:10 72:20 **consider** 192:20 |
| **cohen** 49:18 **cohens** 49:19 **collects** 204:10 **college** 14:9,17 15:3,7,10 141:24 194:2 195:17 | **commitments** 76:8,24 77:5 **communicate** 135:8 207:17 211:9 **communicated** 214:11 218:19 | **conceivably** 43:24 224:23 **concerning** 74:25 75:14 214:13 **concerns** 113:22 | **consistent** 132:16 194:4 **consolidated** 47:23 50:16,22 52:20 53:12,15 58:6 59:6,13 **consolidates** 49:11 |
| **column** 162:5 **combination** 69:16 | **community** 161:14,22 162:12 | **condition** 116:23 133:7 133:12 | **consolidating** 49:25 |
| **combined** 170:2 **come** 42:21 71:12 120:17 136:23 196:14 | **comp** 203:19 **company** 26:14 35:16 38:16 42:2 65:23 66:10 73:23 74:11 99:2 144:23 149:22 | **conducted** 224:16 **confident** 61:13 **confidentiality** 114:23 **confirm** 64:6 64:15 | **consolidation** 48:17 51:10,16 **construction** 191:21,24 **contact** 126:9 **contacted** 212:24 |
| **comes** 20:21 151:9 195:4 196:10 217:19 217:20 223:25 | 150:5 154:23 155:18,22 164:17 173:23 174:3 175:13 | **confirming** 68:21 83:23 **confirms** 67:18 96:23 | **contents** 223:6 223:10 **context** 30:17 30:20 220:9 |
| **coming** 35:12 37:19,21 79:17 118:17 119:10 | 212:21 220:10 | | |

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[continue - correct]**

Page 12

| | | | |
|---|---|---|---|
| **continue** 3:9 | 192:20 213:9 | 48:3,4,6,9,10 | 109:3,6,7 |
| 123:21 213:11 | 213:11 225:10 | 48:20,21 49:5 | 110:8,9,13,14 |
| 213:15 | **corporation** | 49:6 51:2,3,12 | 110:17,18,19 |
| **continued** | 23:22 26:23 | 51:20 52:2,3 | 114:17 115:15 |
| 104:8 226:19 | 29:23 30:3 | 52:10,11,22,23 | 115:16 117:3 |
| **contract** 19:16 | 32:18,20 33:18 | 53:2,4,10,11,15 | 117:16 120:6 |
| **contracts** 127:4 | 38:25 39:22,23 | 53:16,20,21 | 120:13,14,23 |
| 127:10,18 | 39:25 40:6 | 54:8,11,25 | 121:2,5 122:13 |
| 128:5,14,15 | 46:23 65:12 | 55:2,5,6,9 56:8 | 122:17 123:15 |
| **contradiction** | 107:25 142:13 | 56:11,12,14,15 | 124:9,13,20 |
| 89:9,17,22 | **corporations** | 56:20 57:3,10 | 127:25 129:17 |
| **contrary** 83:9 | 32:19 | 57:12,24,25 | 129:18 130:11 |
| **contribute** | **correct** 5:20 | 58:11,12 59:9 | 132:6 134:24 |
| 33:19 | 6:6 8:2,3,6,18 | 59:14,18,19 | 135:5,9,16 |
| **contributed** | 8:19,21 10:11 | 60:2,11,16 | 137:10,18 |
| 34:4 | 10:12 11:4,5 | 61:6 63:14 | 140:9,17,22 |
| **contributions** | 16:9,12 18:6,7 | 66:21 67:3,7 | 141:11 142:4 |
| 109:11 | 21:17,21,22 | 67:16,22 68:2 | 143:4,5 145:25 |
| **controlled** 9:12 | 22:2,3,6,7,12 | 68:23,24 69:5 | 146:2 149:14 |
| **conversations** | 22:19 23:4,10 | 69:6,10,18,19 | 151:17 154:25 |
| 3:7 92:4 | 23:11,16,19,23 | 70:4,15,16,20 | 158:25 159:12 |
| **copied** 79:6 | 24:2,3,15,16 | 73:7 74:2,3,8,9 | 161:15,18,23 |
| **copies** 31:5 | 26:8,9 27:2,3,9 | 77:2,3 78:10 | 161:24 162:8 |
| 158:6,15 | 27:13,21 28:9 | 80:3,4 82:2 | 162:13,20,24 |
| **corp** 42:2,3 | 29:7 30:6 31:8 | 83:21 85:17,18 | 166:11,20,21 |
| 46:3 47:4 | 31:9 34:5,24 | 86:8,22 87:5 | 167:5,6,7,23 |
| 53:18 59:7,16 | 35:18 36:13,17 | 93:2,3,7,13,20 | 168:15,16,18 |
| 74:8 96:8 97:3 | 36:22 38:3 | 94:12 97:3,4,9 | 169:6,7,9,14 |
| 97:9 99:8 | 39:12 40:7 | 97:10 99:17 | 170:3,6,7,12,19 |
| **corporate** 6:5 | 41:14,15,18,19 | 100:2 102:4,9 | 171:2,7,8,11,15 |
| 7:24 30:11 | 42:17,18,23 | 102:13 105:5,6 | 171:16 173:19 |
| 31:6,25 146:5 | 43:23 44:4,16 | 105:10,16,20 | 175:21 182:10 |
| 146:11,19 | 46:9,12,13 | 106:5 107:3 | 182:14,22,23 |
| 147:22 149:24 | 47:10,11,13,17 | 108:7,8 109:2 | 183:7,8,12 |

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[correct - deductions]**

Page 13

184:2,17 185:3 185:19 186:2,7 186:21 187:14 189:10,23 190:6,9,22,25 191:10 194:23 194:24 195:8 201:6,25 203:12 204:11 204:12,23 205:12,17,22 206:19 207:13 214:7,8 216:10 216:17 218:25 222:9 223:13 223:17,21 224:7,17 225:2 225:11,15,19

**correctly** 27:19 34:2 42:20 177:17

**correlates** 212:12

**cost** 178:25

**costs** 101:23 106:16,24

**counsel** 4:8 8:18 77:16 91:22,25

**couple** 15:9 38:12,13 42:6 70:19,23 116:14 125:3 193:8 197:3

218:23 222:24

**course** 19:2 30:25 46:11 47:10 53:2 67:15 69:25 96:17 110:12 161:18 171:9 182:14,18 196:17 221:19 223:13,21 224:7

**court** 1:2 3:16 3:24 4:20 6:12 6:25 7:5 146:6

**cover** 141:25 142:8

**covered** 59:25 142:8

**covers** 60:6

**create** 45:15

**crush** 131:22

**current** 5:5,7 13:4 111:10 132:11 145:24 186:10 219:25

**currently** 11:6 16:11 25:18 33:11 111:13 137:10 146:6 146:11 159:25 167:8

**cushion** 60:15

**cut** 33:2 119:8

**cv** 1:5

**d**

**d** 26:11 216:23 216:24 228:2

**dad** 71:23 129:13 132:20 144:4 146:14 190:20 221:13

**dad's** 146:20

**daily** 134:9

**dan** 88:15 105:10 155:21 155:22 207:2,4 207:5

**danger** 155:23

**dangerous** 156:12

**dangers** 156:15

**date** 10:18 21:16 66:23 114:8 124:24 124:25 166:6,7 231:4

**dated** 7:19 46:23 47:5 48:19 66:20 96:8 182:8

**day** 39:19 62:7 66:9,9 128:17 128:17 227:12 230:16 231:22

**days** 116:14 144:3 222:25

**dchr** 9:7,8,9 164:6,8 165:5 165:8

**deal** 194:9

**dealing** 152:4 213:9

**debt** 33:12 53:20 54:25

**december** 21:24 40:16 46:3,24 47:5 48:20 69:2

**decide** 90:25 219:14

**decides** 75:8,18 177:7,21

**decision** 207:14

**decisions** 75:24 76:4 137:3

**declarations** 137:15

**deducted** 196:25 198:21 199:3 217:21

**deducting** 197:19

**deduction** 152:2,15 196:19 202:9

**deductions** 196:21,22 197:25 202:24 203:5,18

Case 3:25-cv-01085-JEP-LLL  Document 77-2  Filed 04/02/26  Page 246 of 286
PageID 3754

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

**[deed - disclosing]**                                    Page 14

| | | | |
|---|---|---|---|
| **deed** 46:2,10 | **deletion** 221:15 | **depreciation** | **diagnosed** |
| **default** 61:14 | **delicate** 113:20 | 151:25 152:6,7 | 210:7 |
| 62:11 | **denied** 155:5 | 152:14 | **different** 42:7 |
| **defaulted** 60:20 | 155:17 157:11 | **derived** 174:9 | 112:20 113:6 |
| **defendant** 5:23 | **denies** 22:23 | **describe** 12:11 | 125:21 126:6 |
| 215:15 | **department** 9:9 | 32:14 91:10 | 126:24 150:23 |
| **defendants** | **depending** | 125:5 | 180:17 181:22 |
| 1:13 2:10 4:18 | 204:7 219:17 | **described** 35:3 | 197:17 208:13 |
| 45:20 46:16 | **depends** 165:20 | 37:9 125:16 | **differs** 132:10 |
| 48:13 52:14 | 219:22 | 129:20,21 | **dime** 52:21 |
| 66:14 72:8 | **depo** 192:20 | 132:17 159:20 | 53:7 58:11,22 |
| 96:3 107:19 | **deposed** 8:11 | 206:10 211:7 | **direct** 144:24 |
| 108:15 109:21 | 78:12 | 212:7 | **directed** 120:16 |
| 160:23 161:5 | **deposit** 125:25 | **describing** | 215:14,18 |
| 167:14 181:25 | 126:23 | 133:7 | **directing** 81:15 |
| 185:6 222:23 | **deposited** | **description** | 81:20 |
| 222:25 223:6 | 81:10 171:24 | 132:8,15 228:7 | **directions** |
| 224:3,14 228:9 | **depositing** | **design** 12:15 | 229:2 |
| 228:10,11,12 | 118:20 121:4 | **designate** | **directly** 38:2 |
| 228:13,14,15 | 125:9 | 114:20 115:5 | 73:25 83:9 |
| 228:17,18,19 | **deposition** 1:17 | 118:8 | 178:4 187:7 |
| **defer** 44:19 | 3:13,18 6:10 | **designated** 6:5 | 191:4,5 194:9 |
| **degree** 14:9,14 | 7:18 8:23 9:17 | 7:23 | 209:13 |
| 15:21 | 10:10 28:18 | **designation** | **director** 26:25 |
| **degrees** 15:22 | 65:4,14 66:8 | 161:4 | 28:15 140:12 |
| **delegated** 18:5 | 105:9 114:24 | **designed** 213:3 | **directors** 31:16 |
| 65:19 122:3 | 115:4 141:22 | **desimone** 1:22 | 32:6,7 |
| 124:4 | 206:7 226:7,13 | 3:25 230:4,19 | **discern** 139:2 |
| **delegation** | 226:15 228:8 | **determine** | **discharged** |
| 123:22 | 231:4 | 213:3 | 68:10 69:4 |
| **delete** 221:11 | **deposits** 120:2 | **developing** | 72:20 73:15 |
| **deleted** 221:18 | 204:11 | 218:14 | 123:19 |
| **deleting** 221:5 | **depreciated** | **development** | **disclosing** |
| | 151:21 152:13 | 32:24 | 95:10 |

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassi rv. Bayat, Sultan

**[discovered - earnings]**                           Page 15

**discovered**
  116:18
**discovery**
  27:17 126:11
  215:3,9 216:2
**discuss** 113:19
  121:17,22
  122:10,15
**discussed**
  104:11 106:22
  187:21 204:6
**discussing** 79:6
  122:2
**discussion**
  105:13
**discussions**
  91:25 200:12
**disposing** 221:5
**dispute** 22:11
  100:4,6 129:3
  214:14
**distinction** 28:5
  175:2,10
**distinguishing**
  134:4
**distributable**
  102:8 106:20
  107:12
**distributed**
  77:8 81:16,21
  90:16 93:11
  171:10,14
**distributing**
  93:5

**distribution**
  75:2 76:16
  93:15
**distributions**
  76:12 105:14
**district** 1:2,3
  3:16,17
**division** 1:4
  3:18 161:13,22
  162:12
**divulge** 92:2
**docs** 9:2 77:15
**doctor** 116:4,5
  116:9,17
**doctors** 116:24
**document** 7:14
  30:2 45:14,19
  46:6,14 49:4
  49:11,14,25
  50:12 51:4
  52:19 67:18
  68:21 73:14
  76:3 77:11
  96:23 139:14
  161:25 163:9
  167:25 168:7
  168:10 185:6
  196:14
**documentation**
  124:23 210:11
**documents** 9:3
  9:6 30:11 31:7
  44:22 45:10
  53:6 80:17,20

  80:23 81:5,7
  82:5,14,19,25
  83:3,23 100:3
  137:2,15,25
  138:22 139:3
  139:17,24
  140:8 145:9
  146:15 208:10
  209:7 210:17
  210:24,25
  212:3,8 215:6
  215:12,19,20
  215:25 220:18
  221:2,6 224:3
  224:9,19
  228:16,17
**doing** 11:17,19
  14:23 20:7
  37:8 44:23
  45:11 49:25
  66:10 71:23
  112:14 119:22
  125:16,22
  128:12 129:12
  129:20 142:10
  177:18
**dollar** 186:4
**dollars** 84:8,12
  183:10 189:2,5
  199:5
**door** 113:6
**draft** 218:21
**dress** 131:2

**drink** 211:14
**drive** 16:22
  131:15
**drowsy** 211:15
**duly** 4:25 230:8
**duress** 209:17
  209:18
**duty** 220:25

e

**e** 2:2,2 79:4,8
  79:10,15,17,18
  79:22,22 80:2
  80:6,10,14,15
  81:25 88:17,19
  104:2,2 105:8
  105:13 158:11
  164:13,13
  193:24 194:2
  194:10,16,23
  195:5,18,24
  196:2,3,5,9,12
  196:15 216:5
  216:16,16,23
  216:23 217:5,8
  221:16 228:2,6
**earlier** 106:23
  154:21 187:18
  187:21 204:6
  219:10
**earn** 147:14
**earnings** 16:20
  43:15

Case 3:25-cv-01085-JEP-LLL   Document 77-2   Filed 04/02/26   Page 248 of 286 PageID 3756

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

[educational - existence]

Page 16

**educational** 14:6
**effect** 51:24
**effectively** 47:23 61:22 75:5 174:13
**ehsan** 86:20 87:3 88:15 91:7 150:13,23 155:3,5,7 156:8 157:6 183:20,23,24 184:9 186:7 188:20 189:9 190:8 207:6 218:24
**ehsan's** 149:22 150:5 151:8 154:23 183:2
**either** 70:21,23 119:8 208:21 213:6
**electronic** 163:21
**electronically** 163:23 220:18
**elmwood** 145:21
**employed** 11:7 12:5 14:20 15:10 146:23
**employee** 141:3 141:6 142:20

**employment** 19:16 143:3 149:9 154:20
**encumbered** 54:24
**ends** 166:7
**engage** 32:19 32:21 33:4
**engaged** 32:14 33:7
**ensure** 221:5
**entered** 22:10 143:2
**entirely** 60:14 132:16
**entirety** 43:22
**entity** 20:18 38:16,24 39:6 39:11 40:11 215:15 217:12
**equity** 60:15 61:12
**errata** 231:2
**especially** 194:20
**esq** 2:5,10 185:15
**essentially** 102:13 122:22 151:21 186:4 219:20
**establish** 135:25

**established** 54:22 99:5 142:15
**establishes** 30:2
**estate** 1:12,18 5:24 7:18 32:22,23,23 46:22 49:21 55:19 56:2 61:21 62:13 66:20 184:15 213:22 216:7 228:9
**estate's** 107:25
**et** 3:15
**event** 203:10
**everyday** 71:14
**exact** 34:7 114:8 148:3 216:25
**exactly** 87:21 99:11 126:7 133:8 211:23
**examination** 5:3 104:8 228:3
**examined** 4:25
**example** 9:20 44:15 58:3 115:19 120:25 136:18 141:24 149:11 166:5,6 174:18 178:10

**examples** 18:15
**exception** 106:2 139:2
**excess** 93:19
**exchange** 141:25 215:12
**excuse** 8:24 43:10 163:7 198:16
**execute** 173:22
**executive** 134:8
**exercises** 180:15
**exhibit** 7:11,12 8:5 45:19,22 46:15,18 48:12 48:15 52:13,17 66:13,16 72:6 96:2,5 107:18 107:21 108:14 108:17 109:20 109:23 160:22 161:9 162:15 166:5 167:13 167:16 181:24 182:3 228:7,8 228:9,10,11,12 228:13,14,15 228:16,17,17 228:18,19
**exist** 23:14 75:4 89:5 146:18
**existence** 22:23 30:3 83:22

Case 3:25-cv-01085-JEP-LLL   Document 77-2   Filed 04/02/26   Page 249 of 286
PageID 3757

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

[existing - father]

Page 17

**existing** 192:11

**exists** 224:23

**expense** 121:9
121:13 151:25
173:12 203:23

**expenses** 17:15
17:19,25 20:8
37:20 101:24
126:8 141:25
142:9 144:10
151:12 152:20
152:21,22
153:4,18,19
172:18,21
174:4 191:13
196:20,25
197:20 199:2
203:6,22 204:2
217:21 219:18
219:20,25

**expensing**
198:4

**experience**
15:25 177:10

**expire** 168:5

**expires** 231:25

**explain** 26:13
32:3 33:15
51:22 57:13
61:19 62:19
71:4 76:15
77:6 78:20
79:9 82:15,17
82:20,24 86:3

86:14,15 97:12
98:2,10 105:22
128:10 134:2
151:23

**explained**
62:20

**explicitly** 118:7
118:10

**express** 135:4
136:4,15

**extend** 168:6

**extended** 192:2

**extension** 48:18
167:20

**extensive** 192:7

**extent** 87:17
146:18

**exteriors** 12:7
12:17

**extreme** 136:18

**eyes** 161:3

---

**f**

**f** 104:2 111:8

**facility** 117:15
117:19,21
118:4 121:17
121:22 123:9
124:5

**fact** 69:20
73:24 89:10,12
95:20 140:7
168:2 210:11
224:25

**facts** 89:5

**failed** 73:4 74:2

**fair** 6:23,24
25:20 159:21

**familiar** 105:7
126:15 137:3
208:10 217:11

**family** 29:15
71:19 72:4
113:21 126:14
129:23 130:6
136:24 140:21
150:10 183:6
185:18 203:7

**family's** 24:13
145:24 146:12
150:13

**far** 30:10 34:20
35:8 61:25
119:21 129:17
133:23 135:7
135:25 137:9
138:25 140:6
152:17 156:10
167:2 187:6
191:2 192:19
193:20 211:25
212:6,16
215:19 217:18
219:25 223:2

**fargo** 21:11
171:18,25
172:5,8 204:18
219:12

**farid** 150:24

**fast** 68:14

**father** 9:20
16:4,5 17:24
18:4 20:14,19
23:16 24:23
25:8 27:7,21
27:23 28:11,14
29:16 34:10,17
35:11,18,25
36:20 37:15,18
37:21,25 38:9
38:14,19 39:10
39:20,25 40:11
40:23 41:3,7,8
41:13,17,22
42:13,15,20
43:4 44:6,14
50:25 53:25
57:16,16,19
60:20 62:2,2,8
62:13,21 65:2
65:4,8,19 66:3
66:8 71:7 75:6
75:18,21 76:7
78:16 79:2,6
79:15,17,20
80:2,6,10,17
81:4,14,19,24
83:3,5,13,19
84:7,21 85:16
86:10,19 87:2
87:9 88:16,22
89:10,23 91:7

**[father - filing]** Page 18

| | | | |
|---|---|---|---|
| 91:15 92:7,25 | 153:2,18,23 | 211:6 215:22 | 230:16 |
| 93:17 94:16,20 | 154:5,11 155:4 | 216:16 217:3,8 | **federal** 90:24 |
| 97:18 98:11,17 | 155:6,6,8 | 217:22 218:7 | 108:20 110:3 |
| 98:23 100:12 | 157:2,3 158:18 | 222:21 224:10 | 195:19 |
| 100:18,24 | 158:24 159:6 | 224:18 | **fee** 199:4 202:6 |
| 101:15 102:16 | 159:11,19,21 | **father's** 25:23 | 202:9,13,16,20 |
| 105:2 112:7 | 164:6 169:14 | 26:7 27:25 | **feed** 131:2 |
| 114:4,15 | 171:11,15,19 | 34:23 43:8 | **feel** 66:6 225:18 |
| 115:10,18 | 172:11 174:20 | 44:3 48:23 | 225:22 |
| 116:13 117:4 | 174:23 175:2,8 | 70:2,9,14 | **fees** 101:23 |
| 118:3,7 119:20 | 175:11,13,23 | 76:18,25 77:8 | 102:6 198:22 |
| 121:16,21 | 176:8,21,22 | 79:10 85:23 | 198:23 202:25 |
| 122:3,10,18 | 177:2,17,25 | 93:6,11 94:11 | 204:3 |
| 124:12,15 | 178:12 179:19 | 94:23 98:25 | **ferenc** 110:21 |
| 125:4,25 126:4 | 180:7,14,21,22 | 102:12 104:18 | 200:4 |
| 126:13,23,25 | 180:25 181:18 | 105:15,19,24 | **field** 184:14 |
| 127:17,25 | 182:21 183:9 | 106:4,17 107:9 | **figure** 62:11 |
| 129:5,11 130:7 | 183:15,21,23 | 107:13 113:19 | 201:20 |
| 131:18 132:5 | 184:8 185:8 | 116:23 120:5 | **file** 30:5 94:2 |
| 133:9,17,24 | 187:8 188:25 | 120:11 132:9 | 95:20 162:11 |
| 134:11,18,23 | 189:4,18,21 | 132:15 133:7 | 163:15 165:5 |
| 136:2,14 | 191:4,25 193:6 | 133:12 137:6 | 201:10 |
| 137:16,24 | 194:6,14,20 | 137:21 151:17 | **filed** 3:15 94:7 |
| 138:10,15 | 195:14,21,23 | 184:19,25 | 94:9 96:8 |
| 139:3,8 140:7 | 196:2,8 197:3 | 186:5 187:22 | 113:14 139:25 |
| 141:23,24 | 197:8 198:24 | 188:7 193:13 | 140:8 142:23 |
| 142:2,7 143:7 | 199:3 201:10 | 193:18,22 | 161:13 163:13 |
| 143:10 144:20 | 201:15,24 | 206:17 216:6 | 165:11,12 |
| 145:21 146:22 | 202:5,14 204:8 | **favor** 129:13 | 214:6 220:17 |
| 147:4,13,20 | 204:17 205:25 | 129:15 173:22 | 220:24 224:12 |
| 148:18,25 | 206:8 207:16 | **features** 221:15 | **files** 47:10 49:5 |
| 149:13,19 | 207:21 208:5 | **february** 1:14 | 96:21 145:22 |
| 150:3,9,16,21 | 208:22,25 | 3:4 7:19 10:11 | **filing** 93:20 |
| 151:7 152:18 | 209:4,6,12,24 | 167:19 182:9 | 95:18 129:3 |

Case 3:25-cv-01085-JEP-LLL   Document 77-2   Filed 04/02/26   Page 251 of 286
PageID 3759
30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan
February 26, 2026

[filing - fraction]

Page 19

| | | | |
|---|---|---|---|
| 165:8 224:11 | 61:14 66:14 | **folder** 158:12 | 98:7 99:9 |
| **filings** 9:12 | 67:20,25 68:23 | **follow** 36:7 | 100:21 107:25 |
| 29:24 95:4,12 | 72:8 96:3 | 189:3 | 122:25 125:19 |
| 165:2 | 98:14 101:5 | **followed** 53:6 | 126:21 127:7 |
| **fill** 144:5 | 107:19 108:15 | **following** 51:9 | 127:12 128:6 |
| **final** 67:5 | 109:21 160:23 | 68:9 72:18 | 128:24 132:12 |
| **finance** 186:5 | 167:14 180:11 | 133:25 134:20 | 133:15 136:7 |
| 188:15 198:15 | 181:25 184:13 | **follows** 5:2 | 142:25 145:18 |
| **financed** 42:14 | 185:6 222:14 | **fordham** 28:19 | 146:25 147:21 |
| 48:2 50:25 | 222:24 223:2,6 | **forewent** 43:15 | 148:2 149:23 |
| **financial** 108:6 | 224:3,14 228:9 | **forgot** 112:9 | 151:10,22 |
| 137:2 145:9 | 228:10,11,12 | **form** 22:13 | 154:19 156:22 |
| 217:19 | 228:13,14,15 | 27:14 28:10 | 173:9,15 175:4 |
| **financially** 4:5 | 228:17,18,19 | 33:24 34:6,16 | 175:17 179:13 |
| **financing** | **firsthand** 23:8 | 39:5 43:20 | 184:3 197:23 |
| 198:17 | **fiscal** 170:22,23 | 44:5 47:12 | 198:7 221:10 |
| **find** 95:9 | 170:24 | 50:19 51:21 | **formal** 15:24 |
| **fine** 45:3 71:23 | **five** 117:24,25 | 53:3 54:9 | 16:6 76:3 |
| 102:24 156:20 | 118:2 168:7 | 55:10,20 56:4 | 124:22,23 |
| **finish** 83:11 | **floor** 157:24 | 56:21 57:4,11 | 129:9 |
| 205:6 | **florentine** | 58:18 59:3,10 | **formality** |
| **finished** 7:3 | 88:15 105:10 | 59:20 60:17 | 176:25 |
| **firm** 77:14 | 155:22 207:2,4 | 61:7,24 62:17 | **formed** 23:18 |
| 78:23 91:19 | **florida** 1:3 2:9 | 63:15 64:11,21 | 29:24 33:18 |
| 113:7 | 3:17 200:20 | 65:16 67:23 | **former** 218:23 |
| **first** 4:24 5:17 | 206:9,12,23 | 73:8 75:10,20 | **forms** 195:20 |
| 13:2 14:3 15:6 | 207:21 208:9 | 76:6,19 82:16 | **fort** 222:8 |
| 15:8 30:2 | 209:8,24 | 82:23 83:10 | **forth** 230:8 |
| 45:20 46:16 | 210:16 213:25 | 84:16 86:23 | **forward** 68:15 |
| 48:13 49:13,14 | 214:4,7 | 87:24 89:7,15 | 113:9 |
| 50:2 51:11,19 | **flows** 35:4 | 89:19 90:4,19 | **found** 77:12 |
| 51:23 52:5,15 | **focus** 32:12 | 90:22 91:4 | **fraction** 56:17 |
| 58:6 59:6,13 | 157:12 | 92:13 93:14,21 | 56:24 57:7 |
| 59:25 60:5,21 | | 95:8,13,22 | |

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[frank - giurato]**

Page 20

**frank** 48:19,22 48:23 50:18 52:22 53:9,12 66:19 67:21 68:7 72:17 200:23

**frank's** 48:25

**frankly** 83:8

**fred** 112:22,23

**friend** 41:7 48:24

**friendship** 63:6

**front** 66:24 192:4,15

**full** 5:5 87:17 96:25 97:15 166:18 183:13 183:14,16 192:10,13

**fully** 87:20 97:18 99:24 151:21 152:13 167:4 226:14

**function** 134:8

**functioning** 136:20

**fund** 33:20

**funds** 43:3 121:7,12 145:6 173:3,13 174:9 186:14 189:21 199:18 217:15

**further** 226:4 226:10 230:11

**g**

**gain** 102:4

**gas** 197:21

**gaudio** 41:5,6 49:17,18,19 57:15 62:3 74:12

**gaudio's** 74:10

**gears** 181:21

**general** 45:9 115:20

**generally** 50:7 58:15,23 65:7 167:3 170:25 171:4 184:24 200:13

**generated** 36:21 170:17

**generates** 142:18 224:22

**generating** 176:4

**generosity** 105:24

**gentleman** 204:5

**genuine** 224:25

**georgia** 2:4

**gerry** 2:10 4:16

**getting** 23:12 61:10 71:8,18 71:21 83:2 92:8 98:18

129:14 136:8 144:3 196:7

**ggiurato** 2:11

**gift** 86:18 93:19 94:8,9 95:4,20 113:14,15 177:3,11,22 178:15

**gifted** 88:22 179:19

**gifts** 87:10 88:10,12 89:13 90:2 93:7,12 93:16 94:3,10 94:19,23 95:10 95:18 153:8 176:23

**gig** 13:2

**giurato** 2:10 4:16,16 7:6 8:20 22:13 27:14 28:10 33:24 34:6 39:4 43:20 44:5 45:2,4 46:5 47:12 50:19 51:21 53:3 54:9 55:10,20 56:4 56:21 57:4,11 58:18 59:3,10 59:20 60:17 61:7,24 62:16 63:7,15 64:11

64:21 65:16 67:23 73:8 75:10,20 76:6 76:19 80:24 82:16,23 83:10 84:16 85:3 86:23 87:24 89:7,15,19 90:4,19,22 91:4,23 92:13 92:19 93:14,21 95:8,13,22 98:7 99:9 100:21,25 102:23 103:4 114:19 122:25 125:19 126:21 127:7,12 128:6 128:24 132:12 133:15 136:7 142:25 145:18 146:25 147:21 148:2 149:23 151:22 154:19 156:21,24 160:10 173:9 173:15 175:4 175:17 179:13 184:3 192:17 197:23 198:7 200:11 201:18 212:11,15 213:8,20 214:6 226:12

Case 3:25-cv-01085-JEP-LLL   Document 77-2   Filed 04/02/26   Page 253 of 286
PageID 3761
30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[give - happened]**

**give** 13:20 18:15 34:12 57:17 88:10,12 122:18 123:4 125:11 149:10 155:7,9,10 177:2,7,22 181:7,14 200:2

**given** 5:15 73:4 75:19 86:16 114:22 174:19 174:20,23 175:7,8,23 176:8,22 208:7 219:15 230:10

**gives** 7:6

**giving** 124:16 135:14 144:4 149:18 175:11 175:12 177:25

**gmail** 216:9

**go** 3:10 18:18 18:22,24 19:4 44:25 45:4 46:6 67:7 71:9 71:11 73:5,24 91:15 95:3,5 95:15 119:8 125:14 131:13 154:14 156:11 156:24 157:2 165:18 173:3 173:12 187:3 197:5 214:19

221:21 222:14 226:17

**goes** 34:15 65:23 107:5,8 123:14 131:19 151:16 217:22 218:6

**going** 3:3 6:22 44:18 63:23 66:5,12 85:7 95:24,25 103:6 109:8 112:4 114:20 116:17 124:24 131:22 141:17 151:6 155:7,12 156:14 160:14 167:12 178:6 192:18,21 200:25 212:16 214:21 221:24 225:25 227:3

**good** 3:2 5:4 57:18 66:4

**gotcha** 192:25 196:6

**governance** 30:11 31:6

**government** 195:19

**governs** 214:9

**graduated** 14:8 155:14 178:12 178:18 179:9

**granting** 52:4

**gross** 13:11,12 13:17

**ground** 157:24 207:21

**guaranteed** 62:8

**guarantor** 105:4

**guess** 17:18 21:3 23:12 30:21 33:2 35:3 37:6 43:2 44:14 51:9 67:5,19 75:15 79:19,25 82:20 88:7 92:24 97:11 116:25 127:23 129:7 129:20 131:17 133:6 134:3 142:14 143:8 146:17 158:24 174:25 188:19 196:6 202:4,13 207:8 210:14 220:9

**guidelines** 58:15,23 166:3

**guy** 74:13 111:5 159:21 164:5,5 194:22

**guys** 9:7 19:20 102:21 177:7

190:19

**h**

**h** 11:12,12 216:23,24 228:6

**half** 11:24 13:3 13:18 15:6,7,8 117:7 136:20 165:25

**hand** 66:12 131:21,22 160:6 167:12 180:4 181:22 181:23 230:16

**handing** 7:10 45:18 52:13 107:17 108:13 109:19 160:21

**handle** 123:7 159:24

**handled** 129:3 195:5

**handling** 88:18 128:17

**hands** 62:7 138:8

**hang** 159:7

**hank's** 26:16

**happen** 63:18 63:19

**happened** 45:16 50:8 69:21,22,24

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

[happened - inadvertently]

Page 22

102:18 116:12
155:5,20 184:5
**happening**
51:24 115:21
116:21
**happens**
180:23
**happy** 6:21
44:24,25
**health** 17:22
113:19,21
149:11,13,18
150:10,13
212:20 213:12
**hear** 159:5
191:23
**heard** 10:13
28:17 42:19
87:7 195:10
**hearing** 8:15
27:19 165:6
177:16
**heating** 119:14
**held** 1:20 3:19
31:10 59:7
72:25 73:22
204:16
**help** 6:25 80:9
195:7 211:6
**helped** 150:21
150:24 151:3
185:18
**helps** 7:5

**henry** 49:16,17
**hereunto**
230:15
**hey** 145:4
155:4
**high** 12:11 71:5
178:13,18
179:9 191:18
**higher** 165:17
**hire** 156:14
**hired** 77:13
91:19 164:6
192:2
**history** 154:21
**hklaw.com** 2:6
**hoc** 177:20
**hold** 15:21
31:13,16,19
158:21 219:15
**holding** 61:10
219:24 226:6
226:13
**holds** 59:17
74:15,17
171:25 219:19
**holland** 1:20
2:3 3:19 4:14
**home** 13:9,11
13:14 25:9
71:12 104:18
123:19 130:10
183:11,16
187:22

**homeowners**
12:14
**honda** 11:10,13
11:22 12:4,20
12:22,23 13:2
13:5 14:4
16:20 17:12,20
**honey** 217:12
**hospital** 115:12
115:15 117:5
119:20 121:16
121:21
**hospitalized**
117:5 122:20
**hour** 44:4,19
**hours** 8:25
**house** 24:23
120:9 123:14
146:20 158:19
190:17 192:3,5
192:6 212:5
**housing** 9:10
161:14,22
162:12
**hr** 155:15
**huh** 6:16,17
101:20 104:22
107:2 113:16
153:7 165:10
172:15 220:6
**hundred** 34:13
38:12,13

**i**

**idea** 147:25
163:18 208:24
**identification**
7:13 45:23
46:19 48:16
52:18 66:17
96:6 107:22
108:18 109:24
161:10 167:17
182:4
**identified** 8:5
29:11 166:9
**identify** 34:22
107:24 110:2
**illness** 213:14
**imagine** 175:22
**immediate**
129:23 130:6
**impaired**
135:12
**impairment**
133:25 134:12
136:5,11
**impairments**
134:5,7
**important**
136:25 196:14
224:9
**improvements**
184:11 191:19
**inadvertently**
221:18

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

[inbox - island]

Page 23

**inbox** 221:16
**incentive**
  101:11
**incident** 208:17
  213:4
**incidents**
  208:20
**included** 224:3
  224:14
**including** 195:9
**inclusion**
  168:20
**income** 17:12
  17:20 34:16
  35:4,6,12,20
  69:10,12,16,17
  107:25 108:20
  110:3 142:19
  145:12 147:14
  147:20 149:2
  151:10,17
  152:3,9,18
  153:4,20,24
  154:5 162:19
  162:23 170:9
  170:16 171:6
  171:10,13
  174:13 176:4
  176:13 186:17
  191:14 199:2
  201:15 217:20
  217:22 218:6
**incorporated**
  21:19,21

**incorporation**
  29:20 30:4,6
  30:12 31:5
**incorrect** 24:21
  54:10 62:18
  63:16 187:25
**increase** 163:3
  165:18
**increased**
  165:24
**indicate** 61:12
  95:11,19
  202:11
**indicated**
  126:12
**individual**
  38:15
**influence**
  211:13
**info** 145:2
**information**
  108:6,25 110:7
  110:15 114:22
  132:11 157:8,9
  161:20 170:10
  170:15 206:12
  206:18,24
  207:11,15
  208:21 212:25
  215:13,20
  220:19 221:2,7
  221:17 223:15
**initial** 33:20
  47:25

**initially** 33:18
  33:22 47:17
**injury** 136:19
**inquiry** 226:4
**inside** 35:13
**installments**
  168:18
**instance** 144:23
  201:23
**institutions**
  58:21
**instruct** 91:23
**instructed**
  196:11 199:21
  201:17
**instruction**
  118:12
**instructions**
  122:19 123:4
  135:13
**instrument**
  50:15
**insurance**
  17:22 118:23
  119:7,17
  149:11,14,18
  150:10,14
  220:4,5,7,10,14
**interact** 194:16
**interest** 48:5,9
**interested** 4:5
  230:14
**interesting**
  65:10,18

**international**
  149:21 150:5
  154:12
**interrogatories**
  215:7
**interrogatory**
  26:20
**intrude** 201:2
  201:19
**invest** 217:16
**invested** 34:23
  37:10 38:10
**investigated**
  77:13
**investigating**
  78:22 83:4
  90:11
**investing** 36:21
  36:24 37:16
  218:12
**investment**
  57:19
**invests** 35:15
  184:10
**involve** 194:6
**involved** 57:23
**involvement**
  49:2 83:24
  125:6
**irs** 93:20 94:3
  95:15
**ish** 199:4
**island** 112:25
  200:23

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[issue - know]**

Page 24

**issue** 21:23 44:8 143:18 226:2

**issued** 27:5,6 69:3 140:24 178:6

**issues** 92:2 113:24 156:5 225:15 226:11

**items** 224:24

**j**

**jacksonville** 1:4 2:9 3:18

**january** 66:20 67:7,9,19 68:21 69:3 74:5

**jerome** 49:16

**jersey** 5:10 11:2,4 16:14 24:11,14,19 25:9,14 113:4 114:15,16 117:14 120:13 133:4 145:22 158:16 167:10 183:5 184:17 200:22 210:3 222:9

**job** 12:12,16 15:13,14 154:22 155:6,7 155:10,11

**jobs** 149:3

**john** 18:20

**jonin** 42:2,3,4 46:3,22 47:4 47:15 49:20 53:18 59:7,16 59:22 60:9,13 61:6,10,13,16 62:10 74:7,10 96:8 97:2,8 99:7

**journalist** 218:22

**journalists** 214:12 218:19

**judge** 90:24

**june** 21:20 23:20 117:11 117:23 168:5

**k**

**karcher** 185:15 185:17

**keep** 146:14 192:23 224:10 224:19

**kept** 32:10 46:10 49:4 79:5 145:20

**keys** 143:12

**kids** 177:11 195:7

**kind** 13:20 15:17 17:5

68:14 71:24 112:18 118:8 119:2 122:4 138:17 142:3 157:13 158:24 159:11 177:15 178:22 185:10 189:15 192:11 194:19 195:14 197:7,12 205:16,20 223:23

**knew** 97:21 122:5

**knight** 1:20 2:3 3:19 4:14

**knocked** 192:4

**know** 5:12 6:8 6:9 13:13 17:14 19:9,11 20:2,5,7 21:13 26:15 28:25 30:9,13 31:2 33:21,23 36:24 38:20 39:6,14 42:10 45:15 48:25 51:6 62:22,23 68:6 71:17,21 72:16 75:8 76:3 78:18 79:2,12 81:22,23,24 82:4,7,11,13 83:5 84:7,14

84:22,23 85:16 87:14,16 88:4 88:8,11,20 89:2,11,23 90:14 91:18 94:6,7,8 95:23 99:10 102:11 102:15,17,18 102:20 106:15 107:11,16 109:14 112:10 112:17 113:13 113:17 114:21 116:4,11 120:18 122:7 122:23,23 123:6,6 131:18 131:21 133:14 135:7,25 136:2 136:17 140:4 141:19 142:5 145:14 146:13 147:3,19 148:14,21 149:16,19 150:3,6,8,12,18 152:16 153:12 154:16 157:4,5 157:7 164:17 170:16 177:12 178:24 179:5,7 183:18 187:6 187:10 188:10 191:2 193:20

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[know - licenses]**

Page 25

194:15,18
196:8 197:24
198:8,22
200:14,18
201:4,7 202:19
203:8,23
204:14,15
207:23 208:18
209:3 210:22
210:23 211:2,3
211:9 212:2
216:25 217:17
218:10 220:12
222:11,18
224:23 225:25
**knowingly**
136:3 137:17
**knowledge**
23:8 29:3,8,14
30:5,9 31:2
38:12 44:9,13
44:17 50:20
54:21 66:4
69:23 80:25
94:6 110:18
115:10,17
124:21 137:14
137:20 138:2
140:23 142:21
146:3,10 153:3
153:17 154:10
163:2,24,25
166:25 167:7
173:17 174:5,7

174:11,18
175:20 176:21
178:3 193:3
198:9 202:2
204:20 205:2,9
205:14,19,23
206:4 207:3
210:6 215:23
218:16,18
219:3,6 220:12
221:14,20
222:10 223:10
224:2,25 225:4
225:6
**knowledgeable**
223:16

**l**

**l**  4:23 19:12,12
104:4 111:17
164:13
**label**  96:3
109:9
**labeled**  45:20
48:14 52:15
66:15 68:5
161:2 167:15
222:25 223:11
**lake**  123:10,14
**landline**  203:11
203:15
**landlord**  41:13
169:13

**landscaping**
15:13
**large**  221:13
**late**  36:2,9
62:24
**law**  26:24
77:14 78:22
91:19
**lawsuit**  84:19
137:17 218:22
220:16,23
**lawyer**  104:13
104:14 213:17
213:22
**lawyers**  5:13
**layout**  192:14
**learn**  90:13
116:3
**learned**  97:16
**lease**  16:24,25
17:10,16 166:6
166:7 167:19
168:3,4,6
180:9,11,12
181:3,4,5,11,14
181:18 198:13
198:15,16,19
**leased**  41:8
62:2 179:18
**leases**  126:3
127:3,9,17,21
128:4,8 158:2
158:7,15 166:9
180:15 181:2

182:6
**leasing**  62:21
128:14,15
198:17
**leave**  155:25
**leaves**  74:7
117:22 123:13
184:4
**lee**  222:8
**left**  61:6,16,21
102:9,15
151:16 191:11
**legal**  3:23 4:2
74:17 137:2,15
137:25 139:14
**lender**  56:18
57:8
**lenders**  55:17
55:24 56:25
57:23 58:14
**lending**  51:25
58:16,24
**leonard's**  18:20
20:12 167:21
168:3,6,11
169:8,25
**lesser**  201:9
**letter**  155:16
**level**  12:11 71:5
136:21 191:18
**liability**  177:14
220:3,5
**licenses**  15:22

Veritext Legal Solutions

Case 3:25-cv-01085-JEP-LLL Document 77-2 Filed 04/02/26 Page 258 of 286 PageID 3766

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[lien - maintained]**

**lien** 49:13 50:2 51:11,19,23 52:20 53:9,15 58:6 59:5,6,13 60:21 67:20,25 68:23

**lienholder** 61:15

**liked** 62:13

**limited** 213:13

**line** 63:8 109:9 229:3,7 231:5

**list** 193:24

**listed** 29:5,16 193:8 213:10

**litigation** 215:11 220:20 221:19

**little** 71:9,18 72:3 138:7 208:3 211:13 211:15

**live** 132:25 133:4

**lived** 141:23 183:6

**lives** 131:25 132:20

**living** 17:25 20:8 188:3

**llc** 26:15 38:25 39:18,21 167:21 217:13 231:2

**llp** 1:21 2:3

**loan** 58:14,23 60:16,19 61:23 62:12 69:5,13 70:8,19,24 97:8 99:7 182:8,21,25 183:19 184:5 185:24 186:4 186:10,15,18 188:14 189:24 191:9

**loans** 50:16,23 51:16 153:11 153:13,25 185:22

**located** 3:20 25:21 112:24 113:3

**location** 41:10 63:2

**lodge** 7:7

**long** 11:17,19 12:8,25 112:25 117:4,17,18 151:6 154:16 200:23

**longer** 74:15 152:8,13,14

**look** 9:13 46:6 46:7 67:5 68:4 72:6 77:14 90:24 91:16,20 95:5 99:12

116:17,24 126:2 128:14 136:24 158:17 159:23 169:11 170:18

**looked** 9:2,5 50:24 110:17 127:21 170:11 185:22

**looks** 165:9,14 169:14 195:6

**losing** 60:3

**loss** 62:12

**lot** 5:15 65:22 146:16

**love** 157:5

**luis** 111:15

**lunch** 102:22

**luncheon** 103:8

**lying** 78:19

**lynn** 218:22

**m**

**m** 11:12 111:7 111:8 164:13

**m3** 178:23 180:11,14,15 180:16,20,22

**m4** 197:15

**macan** 197:13

**made** 23:2,3 63:13 76:24 95:4 147:20 191:19 207:14

220:17

**mahwah** 11:10 11:21 12:4,21

**mail** 79:4,8,17 79:18,22 80:10 80:14,15 105:8 105:13 119:25 120:3,4,9,12,19 158:11 193:24 194:2,10 195:5 195:18,24 196:2,3,5,9,12 196:15 216:5 216:16 217:5,8 221:16

**mailed** 79:15 79:22 216:16

**mailing** 80:6 120:11

**mails** 79:10 80:2 81:25 88:17,19 164:3 194:16,23

**main** 35:20 111:5

**maines** 77:16 91:21

**maintain** 31:25 78:25 108:10 109:5

**maintained** 30:13,24 31:7 52:25 67:15 158:3 184:24

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

**[maintained - mean]**                                            Page 27

| | | | |
|---|---|---|---|
| 204:13 223:12 224:5 | **managed** 75:15 127:9 128:4 | **marco** 2:9 | 78:11,14,19,21 78:24 79:5 |
| **maintaining** 110:10 223:19 224:5 | **management** 15:25 16:7 18:5 32:24,25 | **mariner's** 182:7 184:5 185:24 188:13 189:5,24 191:6 191:8 | 91:5 105:8 125:16,22,23 126:7 127:2,8 127:15,20 |
| **maintains** 47:9 96:16 145:12 161:18 182:13 182:17 204:10 | 75:2 121:18,23 123:20 124:13 128:2 198:22 198:23 199:4 | **mark** 7:11 45:19 46:15 48:12 52:13 | 128:3,11 129:3 129:21 130:7 130:15 131:18 |
| **maintenance** 34:18 35:7 125:13 | 202:6,9,13,16 202:20 212:20 213:13 | 66:13 96:2 107:18 108:14 109:20 160:22 | 131:25 132:4 132:17,20 133:10,11 141:22 142:2 |
| **majority** 58:9 | **manages** 38:23 75:6 150:16 | 167:13 181:23 181:24 | 143:10 145:19 160:2,4,7 |
| **make** 5:17 10:20 13:25 29:24 60:21 64:10,19 70:10 76:4,7 95:11 113:25 119:9 137:2 174:2 179:20 196:16 | **managing** 33:3 33:8 118:4 122:19 123:5 124:3,8 125:5 126:15 127:3 | **marked** 7:12 45:22 46:18 48:15 52:17 66:16 96:5 107:21 108:17 109:23 161:9 | 178:11 179:21 180:8 194:14 194:15 206:10 208:8 218:21 |
| | **manassas** 123:10,14 | 167:16 182:3 | **matthew's** 6:10 10:10 114:14 126:19 132:8 |
| **makes** 63:4 90:21 | **manhattan** 14:8,18 24:2 25:5,22 26:4 61:20 | **market** 18:20 20:12 54:6,14 64:7,16 167:21 190:17 | 132:10 133:8 180:10 206:6 212:23 |
| **making** 53:23 62:4 75:24 148:19 178:3 190:3 211:15 | **manhattan.edu.** 193:25 | **marriage** 230:13 | **mean** 29:22 30:21 32:17 61:25 71:25 |
| **man** 75:22 | **manual** 119:2 119:21 | **math** 55:11 56:9 169:10,20 | 86:6 87:18,23 113:25 126:22 129:7,14 |
| **manage** 39:2 118:15 122:23 123:21,24 124:24 127:18 134:9 147:10 164:25 | **manually** 119:7 119:12 121:2 144:3,11,19,22 | **matter** 3:14 22:24 114:3 173:6 230:14 | 135:13 136:6 144:21,22 147:2 173:24 |
| | **marcelo** 2:15 3:22 | **matthew** 28:17 28:25 29:4 | |

Veritext Legal Solutions

800.808.4958                                           770.343.9696

30(b)(6) Ali Bayat                                     February 26, 2026
Bayat, Bassirv. Bayat, Sultan

**[mean - mortgage]**                                      Page 28

| | | | |
|---|---|---|---|
| 175:7 176:25 178:4 194:19 196:11 213:11 213:22 220:7 221:13 224:11 | **memos**  82:7 **men**  68:6 72:16 **mental**  134:19   135:21 **mentioned**   125:3 | **mind**  89:6,18   89:22 111:6   134:24 135:22 **mine**  180:10 **minus**  191:13 | 88:11 99:6   102:19 151:9   174:8,12,13,19   174:21,23   175:7,8,11,12 |
| **meaning**   183:15 | **messages**   221:16 | **minute**  32:2,4   93:9 | 175:23,24   176:8,12,21 |
| **means**  60:24   80:11 88:20   135:15 162:7 | **microphones**   3:5 | **minutes**  32:9   45:5 103:2,2 | 177:7 178:2,6   180:23 |
| **media**  3:12   194:25 214:13 | **mid**  114:10,11   117:10 | **miscellaneous**   203:19 | **month**  20:9,17   73:5 118:2   122:8 162:16 |
| **medical**  206:9   208:6 | **middle**  1:3 3:17   138:10 | **misinterpreting**   45:14 | 162:17,19   169:5,24,25   170:3 |
| **medically**   210:24 | **mileage**  197:21   198:5 | **mistake**  188:6 **misunderstand**   90:8 | **monthly**  16:16   17:2,15,19 |
| **medication**   208:7 | **mill**  24:9,10   25:2,14 145:23   183:3,4,24 | **misunderstood**   90:6 | 19:21,22,24   48:8 53:24   119:5 168:17 |
| **medicine**   211:12,14 | 184:9,11,20   186:6,20 | **model**  17:7 **modification**   48:18 167:19 | 168:24 **months**  117:24   117:25 |
| **mediterranean**   192:5 | 187:11,22   188:16,20,24 | **mohammad**   1:11 | **morning**  3:2   5:4 71:11,13 |
| **meet**  219:19 **meeting**  32:7 | 189:9,12,16,17   189:22 190:16 | **moment**  144:13   218:17 | **morristown**   11:2 |
| **meetings**  31:11   31:14,17,20   32:6 | 190:20,24   191:19 | **money**  20:21   34:10,15,22   35:11,15,21,21 | **mortgage**   46:21 47:4,8 |
| **member**  129:22   130:5 | **million**  54:7,18   64:8,17 84:8   84:12 182:8,21 | 36:21 37:9,15   37:24 40:25   42:20,25 53:18 | 47:15,25 48:6   49:20,20,21   50:17 51:5,7 |
| **members**  27:2   27:18 113:21   126:13 140:20 | 182:25 183:10   183:16 186:4   186:24 187:2 | 57:16,19 59:8   59:17 61:11,16   82:9 86:16 | 52:5,8,20 53:9   53:13,18,20 |
| **memoranda**   81:14,19 | 189:2,5 | | |

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[mortgage - nods]**

Page 29

54:25 55:8
59:8,18,23,25
60:5 61:11
66:19 67:21,24
68:2 69:2,4,7
73:2,4,16,17,22
74:2,6,7,16
96:8 97:2,15
98:6,25 99:16
100:7,13,19
101:11 104:19
105:3 107:6,9
181:22 182:5
185:8 187:12
187:15,22
188:7,24
189:11,15
**mortgages** 22:5
47:22 49:12,15
50:13 53:22
68:9,15,17
74:3
**mosque** 109:16
109:17
**mother** 116:8
116:10,16
201:13
**mouele** 164:14
164:16,19
165:7
**mouth** 156:2
**move** 134:5
190:24

**moved** 41:9,17
62:5,25 145:22
145:24 190:16
**moves** 25:13
**moving** 114:16
190:20
**multifamily**
55:19 56:2
**multiple**
150:24
**murphy** 2:8
4:17
**murphyander...**
2:11
**mustafa** 111:5
111:8,12,19,22
113:2
**mute** 3:7

**n**

**n** 2:2 104:2,2,2
111:18 216:24
228:2
**nail** 12:6,17,22
13:23
**name** 3:22 5:5
5:12,16 19:9
111:17 112:9
112:20,22
113:5,6,7
137:12 138:10
138:16 139:9
164:12 181:19
197:4 216:24

231:3,4
**named** 110:21
218:22
**names** 5:17
26:11
**nassir** 150:24
**nationwide**
14:24
**necessary** 66:7
**need** 6:2,14
19:4 46:5 75:7
75:17 76:2
84:17 113:25
130:21 143:23
225:19 226:2
226:10
**needed** 18:10
18:16,21 19:5
122:15
**needs** 173:3,11
**negotiate**
127:17
**negotiated**
127:9 128:4,7
**negotiating**
127:3
**nephew** 155:11
**net** 102:8 218:6
**never** 8:13 27:5
79:15 80:6
87:7,8 140:15
140:25 142:19
142:23 143:2
181:17 204:21

205:3,5,10,13
205:15,20
**new** 1:21,21,24
3:20,21 5:10
9:10 11:2,4
16:14 23:21
24:10,14,18
25:9,14 26:23
26:23 30:5
77:14 78:22
91:19,25
109:18 113:3
114:15,16
117:14 119:17
120:13 133:4
145:21 158:16
161:13 166:2
167:10 180:18
181:2,13 183:5
184:17 191:21
191:24 200:21
210:3 222:8
230:5 231:2
**newly** 92:22
**nicola** 41:5,6,9
41:12,21,25
57:15,17,20,22
62:2,22 74:12
74:13
**nicola's** 41:17
**nikola** 62:24
**nodding** 6:16
**nods** 5:25

Case 3:25-cv-01085-JEP-LLL   Document 77-2   Filed 04/02/26   Page 262 of 286
PageID 3770
30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

[nominally - okay]

Page 30

| | | | |
|---|---|---|---|
| **nominally** 149:20 | **o'donnell** 218:23 | 148:2 149:23 151:22 154:19 | **october** 96:9,10 96:11,24 99:25 |
| **notarized** 67:6 | **oath** 84:20,25 | 173:9,15 175:4 | **offense** 114:2 |
| **notary** 1:23 227:13 230:4 231:24 | **object** 22:13 27:14 28:10 33:24 34:6 | 175:17 179:13 184:3 197:23 198:7 200:11 226:13 | **offered** 41:21 61:21 63:2 |
| **note** 3:5 160:25 173:22 198:19 | 43:20 44:5 47:12 50:19 | **objection** 39:4 62:16 156:21 | **office** 145:20 154:14 203:11 203:15 222:16 222:20 |
| **noted** 227:7 | 51:21 53:3 54:9 55:10,20 | **objections** 4:6 7:7 | **officer** 28:14 |
| **notice** 1:19 7:18,20,25 228:8 | 56:4,21 57:4 57:11 58:18 59:3,10,20 | **obligated** 99:2 **observing** 116:23 | **officers** 31:19 **offices** 1:20 222:8,12 |
| **noticed** 225:24 | 60:17 61:7,24 | **obtain** 77:15 | **official** 29:5,11 29:17 30:10 |
| **noticing** 4:11 | 63:15 64:11,21 | **obtained** 91:20 92:21 | 32:5,9 93:2 216:4 225:14 |
| **notified** 98:20 | 65:16 67:23 73:8 75:10,20 | **obviously** 19:4 55:13 102:3 | **offset** 152:8 |
| **notwithstandi...** 83:22 | 76:6,19 82:16 82:23 83:10 | 105:2 114:3 157:5 192:21 | **oh** 6:3 |
| **november** 117:21,23 123:13 186:21 | 84:16 86:23 87:24 89:7,15 89:19 90:4,19 | 206:4 213:12 | **oil** 119:13 144:23 |
| **number** 185:5 193:10,12,14 193:21 | 90:22 91:4 92:13,19 93:14 | **occupancy** 166:18 | **okay** 7:9 12:22 13:8 15:14 25:3 37:13 |
| **numbers** 193:8 | 93:21 95:8,13 95:22 98:7 | **occupied** 167:4 **occurred** 87:15 | 40:16,17 45:17 55:15 61:3 |
| **numerous** 83:23 | 99:9 100:21 122:25 125:19 | 114:15 115:11 115:15,19,24 | 64:23 67:4 69:13 70:23 |
| **nw** 2:3 | 126:21 127:7 127:12 128:6 | 116:21 | 77:17 78:11 |
| **o** | 128:24 132:12 133:15 136:7 | **occurring** 35:17 | 81:2 106:14 124:7 131:12 |
| **o** 104:2,2,2 111:18,18 164:13 | 142:25 145:18 146:25 147:21 | **octavio** 19:8,13 19:23 20:16 | 131:15 140:3 151:3 160:9 177:11 181:20 |
| **o'clock** 71:10 71:13 | | | |

30(b)(6) Ali Bayat

Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[okay - paid]**

Page 31

187:2 188:6
207:22 214:2
216:22 226:17
**old** 10:20
**older** 196:3
**onboard**
155:16 157:10
**once** 106:15
122:8 123:19
**ones** 180:6
**online** 119:9
**open** 226:7,13
**opened** 40:24
62:23,25
147:15
**operate** 26:10
38:14 39:12
147:5
**operated** 38:16
40:6,11 41:14
71:20 75:15
**operating**
36:20
**operation**
71:14 148:15
**operations**
33:20 42:22
128:18 175:25
217:19
**opinion** 213:10
**opinions** 135:4
**opportunity**
41:11 115:3,6
223:5

**oral** 6:2,15
74:24 75:13
118:13 124:18
**orally** 118:11
**orchestrated**
88:14
**order** 79:20
**ordinary** 30:25
47:10 52:25
67:15 96:16
110:12 161:18
182:13,18
223:12,21
224:6
**organization**
33:21
**organized**
26:23
**orient** 40:14
**originally** 22:5
24:22 25:5,21
27:11 41:8,14
116:12
**originated**
176:13
**ortuno** 111:15
**ought** 44:2
210:10
**outcome** 4:5
230:14
**outlining** 76:3
**outright** 180:7
189:22 190:8
198:13

**outside** 25:20
30:21 131:20
147:22 149:24
191:22,25
**outstanding**
33:12 49:15
50:13,23 97:2
97:8,15 99:19
99:23 104:18
187:12 188:24
190:4
**owed** 153:13
**own** 16:13,24
38:14 54:3
152:21 155:10
172:13 173:16
181:3 197:16
217:25
**owned** 26:22
27:22 35:19,25
41:25 71:19
183:24
**owner** 26:24
41:12 42:24
71:13 75:21
140:11 151:17
152:18 153:4
153:20,24
154:5 199:2
**ownership**
74:25 86:21
87:4
**owns** 106:4
175:13 190:7

190:20

**p**

**p** 2:2,2
**p.a.** 2:8
**p.m.** 64:3 85:7
85:11 103:6,8
104:3,6 160:14
160:18 214:21
214:25 221:24
222:4 227:3,7
**page** 49:14
50:5 67:5 68:5
72:7,10,13
99:12,13 109:8
162:6 184:13
185:5 226:19
228:3,7 229:3
229:7 231:5
**pages** 46:17
107:20 108:16
109:22 160:24
182:2
**paid** 19:23
20:17,18,20
43:22 44:3,6,7
44:11 55:4
56:17 61:15
67:20 68:9,22
69:9,15 70:19
70:25 74:6
94:12,14,19,20
94:24,25 96:25
99:25 100:7

Case 3:25-cv-01085-JEP-LLL   Document 77-2   Filed 04/02/26   Page 264 of 286
PageID 3772

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

[paid - payment]

Page 32

104:19 105:4 107:14 119:8 119:12 129:14 140:15 141:3,6 141:10 144:10 150:22 151:7 172:17 178:6 179:5,6 181:18 183:23 186:12 186:13,15 187:16,22 188:7,20 189:19 191:14 198:23 199:8,9 199:16,17 201:15 202:4 204:5 222:11

**painting** 37:12

**pamir** 35:19,22 37:15,22 38:10 38:15,21 39:3 39:8,16,17,18 39:22 40:6,11 40:23,24 41:8 41:14,17 42:22 42:24 43:8,17 44:2,3 62:3,25 69:11,16 70:3 70:10,15,17,25 71:5 146:24 147:5 148:23

**paperwork** 158:25 159:11 159:21 160:6

194:7,10,16 195:20

**paragraph** 68:16

**parameters** 45:9

**paramus** 24:10 24:25 183:5 184:17 186:20

**parents** 132:2 187:8,9

**park** 145:21

**parking** 202:25

**part** 15:17 43:4 47:16,25 61:8 79:3 83:6 97:7 132:23 139:21 213:2

**participated** 78:16 98:13 215:8,16

**participating** 98:4

**participation** 79:10

**particular** 31:8 65:14 122:10 122:19 123:4 164:17 212:12

**particularly** 65:20

**parties** 3:10 215:11 219:5 230:12

**partner** 112:21 112:22

**partners** 218:24

**parts** 14:25

**party** 4:4 77:16 91:21

**pascack** 24:24 25:9 184:16 188:2,4,7,11 190:11,21,23 191:3,8,12

**pass** 158:24 159:11

**past** 138:14 173:18

**patonia** 1:10

**patrick** 2:5 4:13 5:12 95:14 132:13 136:16 173:10 174:10 175:5 187:20 202:7 204:24 206:20 220:21 222:13

**patrick.reagin** 2:6

**pay** 13:11,12 13:17 17:19,24 61:16 62:9 69:4 70:7 73:4 73:6 74:2 97:7 97:15 99:7 100:13,19

101:11 107:5,8 119:3,24 125:12 153:3,6 168:11 171:24 172:21 173:12 174:3 177:21 186:18 191:8 198:10 201:8,9 202:5 204:8 222:19

**payable** 168:17

**paying** 17:9 37:3,17,19,25 38:2 44:15,16 54:2,3 98:5,25 118:22 121:2,9 121:13 126:8 141:16 144:2 144:18 153:10 153:18 154:5 169:8 178:2 181:5 198:18 199:3 201:25 202:15 203:12 203:16

**payment** 17:2 42:16,21 48:9 55:4,7,9,17,25 56:6,10,13 57:8 60:21 63:13 64:10,19 119:9 168:24 178:3 190:3

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[payments - position]**

Page 33

**payments** 53:24 62:5 63:4 119:10,21 190:4 198:4

**payroll** 44:15 149:20 150:4 154:17

**pays** 16:18 19:13 20:13 152:20 153:23 174:4 184:8 190:8

**peachtree** 2:3

**people** 5:16 143:6 177:10 206:11,23 208:9,20 211:8 211:18 212:6 212:25 223:16

**percent** 27:10 48:6 55:8,14 55:18,25 56:6 56:10,13 58:16 58:25 59:24 60:2,7,10 106:12,20 107:14 166:2

**percentage** 165:18

**percentages** 56:18

**perform** 154:11

**perfunctory** 223:24

**period** 56:19 70:9,13 95:16 111:22 118:3 118:18 119:19 139:18 152:6 161:6 213:14

**periods** 166:23

**permits** 128:19 128:22 129:3

**person** 10:2 18:4 92:25 136:25 195:14

**personal** 23:7 25:15,24 26:7 35:15 57:14 120:5 152:20 172:4,12,14,17 172:21 173:7 173:12 174:4 193:3 195:24 201:12,12 203:7 223:4

**personally** 20:14 37:2,19 37:21 84:8 94:20,24 119:22 144:14 174:8,12 219:7

**perspective** 28:6 129:8 134:23 174:25 175:9,15

**pertains** 212:20

**peter** 18:20

**phone** 10:2,5 21:3 193:8,15 193:16,18,21 193:22 194:23 195:6 203:7 206:21 211:16

**phones** 3:7

**physical** 132:9 132:15 134:4,6 152:4 157:13 158:14 203:15

**physically** 133:17

**pick** 3:6

**piece** 61:20 62:12 152:5

**place** 3:9 23:24 24:7,17 25:4 25:10,22 26:3 184:24

**plaintiff** 1:7,19 2:5 4:15 5:14 5:14,19 23:2 161:3 215:4

**plan** 203:8

**planning** 177:16

**play** 129:10

**please** 3:4,7 4:7 4:20 5:5 6:20 7:3 27:16 32:3 34:25 50:11 120:19 149:7

151:24 152:25 172:7 178:9 218:3

**plus** 71:17

**pocket** 37:19 37:22 54:3

**point** 17:18 26:3 28:19 41:16 47:21 61:5,9 73:13 73:25 75:19 90:25 120:6 129:8 136:23 137:22 138:2 151:20 152:7 152:12 154:22 164:4 177:9 180:19 190:24 195:14 206:8 213:5 219:15 222:19 224:20 225:19

**pointed** 202:10

**points** 176:9 222:7,16

**porsche** 197:9 197:12,20 198:18

**portion** 70:2 107:15

**position** 11:14 52:5 56:23 57:6 62:10 76:23 79:2

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[position - production]**

Page 34

83:12 84:18,19 93:4,10 175:22 225:15
**possibility** 63:10
**possible** 208:16 208:19,23
**possibly** 69:22 83:15,16
**potential** 105:13
**potentially** 221:6,17
**power** 124:11 124:16
**practice** 108:9 109:4 218:11 223:20 224:6,8
**preexisting** 49:12
**preface** 113:22
**prefer** 44:22
**prefers** 194:9
**prepaid** 147:16
**preparation** 112:15 113:11
**prepare** 8:22 9:16 65:4,13 66:8 108:10 109:5
**prepared** 8:4,9 108:5,24 110:7 225:23 226:15

**preparing** 110:10
**presence** 91:6 185:14
**present** 2:14 4:9 6:9 10:7,9 133:17 144:19 147:10
**presented** 210:17
**presenting** 212:7
**presents** 68:7 72:16
**preserve** 220:17,25
**president** 28:2 28:4,8 185:9
**presumably** 116:9 132:4
**presume** 120:21 200:7 220:24
**previous** 183:3 185:21 193:13 193:16
**previously** 50:24 52:10 98:10 111:13 170:11,18
**price** 42:10 47:16 59:21,24 60:11

**primarily** 111:22 113:10 195:9
**primary** 111:9
**principal** 23:24 24:7,17,24 25:4,10,22 26:3 48:8 184:24
**print** 79:16
**printed** 80:7 158:13
**prints** 80:10
**prior** 12:16 170:9
**private** 3:6
**privilege** 200:15,20 201:21 213:25 214:9
**privileged** 92:3
**probably** 17:16 18:13 88:4
**problem** 156:19
**procedure** 115:14,20 116:13 208:6
**proceeded** 123:24
**proceeding** 4:7
**proceeds** 75:3 76:16 77:6 81:9,16,20

86:4 87:13 90:3,17 93:5 93:11 97:6,14 99:25 100:8,14 100:20 104:19 105:5 106:17 106:20 107:12 171:21 187:3,7 187:16,23 191:3,5,7,12
**process** 114:16 119:2
**produce** 215:24
**produced** 9:6 45:11 96:19 163:19 222:23 224:24
**producing** 149:2 171:5
**production** 45:20 46:16 48:14 52:15 66:14 72:8 96:3 107:19 108:15 109:22 160:24 167:15 181:25 185:7 215:6 222:24 223:2,6,10 224:4,15 228:10,11,12 228:13,14,15 228:16,18,19 228:20

Case 3:25-cv-01085-JEP-LLL   Document 77-2   Filed 04/02/26   Page 267 of 286
PageID 3775
30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

[professional - question]

Page 35

| | | | |
|---|---|---|---|
| **professional** 1:23 15:21 | 61:4,13 63:11 64:6,7,16 69:18 73:2 74:18 75:3,6 75:14 76:9,12 | 186:18,20 187:12 188:15 188:21 190:7 191:20 192:8 | **purchased** 24:23 39:20 54:8 180:12 181:16,18 |
| **profits** 217:24 218:12 | | | |
| **prohibited** 58:15,24 | 76:25 78:2,8 | 192:11 214:13 218:14 220:14 | 189:18 |
| **projects** 12:13 12:15 | 86:22 87:5 91:8 92:6 97:16 99:2 | **property's** 69:9 **proprietor** 38:20 164:19 | **purchasing** 32:24 **purpose** 98:24 **purposes** 120:25 121:8 121:12 217:25 **pursuant** 1:19 7:20 123:22 **pursue** 226:4 226:10 **pursued** 154:22 **push** 155:21 **put** 28:20 29:10 34:10 42:13,15 56:24 57:7,20 115:2 192:18 195:17 196:9 **putting** 35:21 35:21 37:24 134:22 |
| **promises** 76:8 76:24 77:5 | 101:12 106:5 118:5,16 | **protecting** 60:15 | |
| **properties** 20:3 41:18 165:3 218:13 | 119:25 121:18 121:23 122:20 122:24 123:5 123:21 124:13 | **provide** 154:7 177:23 207:11 207:15 **provided** 30:16 | |
| **property** 15:25 16:7 18:5,9,17 18:19,19 21:23 22:5,11,18 23:9,13,25 24:20 25:22 33:3,9 34:16 34:18 35:5,7 35:13 36:12 37:2,4,10 38:10,24 40:2 40:15,19,21 41:13,25 42:17 43:5 45:10 46:2 47:17 48:3 49:2,13 51:2,12,20 52:6 53:7,23 54:6,24 56:7 57:17 58:17 59:2 60:6,25 | 125:5,6,17,21 126:15,20 128:3 129:10 129:12,20,22 130:2,8 139:5 139:13 140:16 142:11 143:13 144:11 145:23 147:10 148:24 150:16 151:20 152:5 157:12 157:14 161:15 162:3 166:19 167:4 171:5,24 174:9,14 176:5 182:22 183:3,5 183:11,19,24 184:7,9,11,21 185:25 186:6 | 30:19,23 108:6 108:25 161:21 204:21 205:3 205:10,15,20 213:21 **provides** 110:8 **public** 1:23 227:13 230:4 231:24 **purchase** 41:2 41:4,11 42:10 47:16 53:17 57:18 59:8,17 59:24 60:10 61:11 63:3 180:8,10 183:2 183:11,19 186:5 188:16 189:21 198:12 | |
| | | **q** | |
| | | **quantify** 176:11 **queens** 112:8 **question** 6:20 6:21,23 7:4 37:14 45:13 46:25 47:24 | |

Case 3:25-cv-01085-JEP-LLL   Document 77-2   Filed 04/02/26   Page 268 of 286
PageID 3776
30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

[question - record]

Page 36

70:10 73:19
75:16 80:25
101:3 134:16
135:18 174:22
177:9 200:25
202:14 222:14
224:21
**questioning**
63:8
**questions** 6:15
10:13 108:23
110:6 113:23
192:22 213:2
223:24
**quick** 85:14
102:22,25
160:11 214:19
**quit** 205:7
**quite** 196:22
**quote** 28:20

**r**

**r** 2:2 104:2
111:18 216:24
**range** 13:20
162:16
**rate** 48:5
**read** 137:10
**reagin** 2:5 4:13
4:13 5:3,13
44:18 45:6
63:20 64:4
85:5,13 101:4
102:21,25

104:9 115:8
160:12,20,25
192:25 200:18
200:24 201:20
212:14,17
213:16 214:2,8
214:16 215:2
221:21 222:6
225:21 226:17
228:4
**real** 1:11,17
5:23 7:18
32:22,23,23
46:22 49:21
55:19 56:2
61:20 62:13
66:20 102:22
107:24 184:15
213:22 214:19
216:6 228:8
**realestatellc**
216:9
**realized** 116:25
**realizes** 116:22
**really** 75:18
122:6 128:16
156:16 158:21
175:10
**realtor** 91:17
91:17 98:19,20
**realty** 42:2,3
46:3,22 47:4
49:20 53:18
59:7,16 74:8

96:8 97:3,8
99:7
**reason** 6:14
65:14 79:4
98:22 100:4,13
100:19 129:2
135:11 136:13
173:7,8 200:7
219:23 231:5
**recall** 9:3 78:14
79:7 101:14,17
127:8,15,20,22
128:25 141:21
206:7,13,14
212:2,8 218:20
**recap** 186:3
**receipt** 86:4
**receive** 149:6,9
163:25 179:18
194:15
**received** 80:2
84:8 85:24
101:15,19
105:19 106:19
174:8,12
175:25 176:12
176:20 179:9
179:17 181:17
**receives** 150:10
152:19
**receiving** 80:10
81:24 84:12
206:9

**recent** 133:11
**recently** 79:13
132:5 138:3,4
138:21 139:8
139:25 150:7
**recess** 63:25
85:9 103:8
160:16 214:23
222:2
**recites** 49:15
50:12
**recognize**
45:25 46:21
47:3 99:19
108:19 161:11
167:18 193:9
221:12
**recognizing**
43:24 202:3
**recollection**
117:10
**recommended**
200:5 201:8
**reconcile**
126:18
**reconvene**
226:8
**record** 3:3,11
4:11 5:6,17 7:6
22:21 23:6
29:5 32:5 39:9
44:11 45:15
47:9 48:13
49:7 52:14,25

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

**[record - renovated]**                                      Page 37

| | | | |
|---|---|---|---|
| 63:24 64:3 66:14 67:15 68:11 72:21 85:8,12 91:14 95:9,17 96:2 96:15,18 103:7 104:7 107:18 107:24 108:4 108:14 109:21 110:2 113:25 114:4,20 115:2 135:19 160:15 160:19,23 161:2,17,19 163:22 167:14 181:24 182:12 182:17 192:18 193:2 205:7,24 207:2 214:22 214:25 221:22 221:25 222:5 226:5,18 227:4 230:9 **recorded** 3:13 66:25 93:20 182:9 **recording** 3:9 **records** 30:22 30:24 44:2 46:11 54:19 64:6,15 77:9 92:21,21 94:2 94:15 95:16 145:9,20 146:5 | 146:11,19 204:22 205:4 205:11 206:2 208:13 213:19 223:3,4,11,16 223:19,25 224:4,5,12,15 225:2 **recovering** 210:16 **recovers** 123:25 **refer** 203:20 **reference** 73:20 **references** 51:4 **referencing** 73:14 79:5 168:2 **referring** 5:18 5:23 29:2 40:2 216:12,13 **refers** 203:24 204:4 **reflected** 7:25 110:16 161:20 162:15 170:10 **reflects** 161:25 **refresh** 6:11 **refused** 209:7 215:24 **regard** 23:15 93:10 129:24 130:8 | **regarding** 8:5 22:10 76:9,11 76:25 92:2 213:12 **regardless** 200:24 **register** 67:2 **registered** 1:22 **registration** 161:12 **regular** 46:11 49:5 108:9 109:4 202:13 223:20 224:6,8 **regularly** 121:25 224:16 **regulated** 58:13,21 **rehab** 117:15 117:19,20,23 118:3 119:21 121:17,22 123:9,23 **reimbursing** 187:4 **reinvested** 34:17 35:6 **reinvestment** 218:2 **relate** 203:2 **related** 4:3 124:12 127:18 142:10 150:14 210:24 230:11 | **relates** 198:3 212:23 **relating** 23:9 78:2,8 79:10 80:18 81:5 94:9 95:18 140:16 **relationship** 57:15 **relative** 125:20 **relevant** 220:19 220:25 221:6 221:17 **relocated** 24:15 **relocating** 183:6 **remained** 107:12 **remaining** 107:15 184:10 **remember** 28:22,24 49:3 51:8 131:22 147:24 148:3,5 154:6 207:3 208:15 211:23 212:4 **remodel** 192:8 **removed** 28:22 **renewal** 161:14 161:23 162:13 **renovated** 184:7 |

Case 3:25-cv-01085-JEP-LLL   Document 77-2   Filed 04/02/26   Page 270 of 286
PageID 3778

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[renovating - residence]**                                           Page 38

| | | | |
|---|---|---|---|
| **renovating** 37:11 | 165:17,22 182:7 185:25 | 211:19 215:10 220:21 222:13 | **representing** 3:23 59:23 65:13 |
| **renovation** 34:11 | **rep** 147:23 149:25 192:20 213:9,11 | **repeating** 101:3 | **represents** 60:10 |
| **renovations** 37:17 | **repeat** 20:15 22:14 25:25 | **rephrase** 100:16 101:2,8 172:6 178:9 | **request** 95:16 204:22 205:11 205:16,21 |
| **rent** 9:7,11 16:13,15,16 | 37:5 38:18 47:18 51:13 | 220:22 223:22 | 212:12 |
| 17:16 72:18 118:17 119:24 | 55:21 56:22 58:19 59:11 | **rephrased** 101:5 | **requested** 207:12 208:14 |
| 120:16,20 121:4 161:12 | 60:4,18 61:8 64:12 73:9 | **report** 141:15 161:12,21 | **requesting** 212:25 |
| 162:7,10,13 163:5,9 166:4 | 75:11 76:20 77:21 79:24 | 166:4,10,12 201:14 | **requests** 213:18 215:4,6 |
| 167:9 168:11 168:14,23 | 81:17 86:5,25 89:16,20 92:15 | **reported** 141:2 141:5 177:4 | 215:12,13,17 215:21 216:2 |
| 169:5,21,24,25 171:23 222:12 | 93:8 94:22 95:14 98:8 | **reporter** 1:23 3:25 4:20 6:12 | 229:6 |
| 222:20 | 99:3 101:6 106:21 119:4 | 7:2,5 | **require** 56:25 57:9 |
| **rental** 34:16 35:4,6,12 69:9 | 121:10,19 123:2 127:13 | **reporting** 231:2 | **required** 55:17 55:24 56:19,24 |
| 69:12,17 142:18 151:10 | 132:13 135:17 136:9 139:6 | **reports** 164:6,8 165:5 | 57:7 93:19 222:19 |
| 162:19,23 170:9,15,16 | 141:4 144:7 146:8 150:2 | **represent** 45:25 107:14 | **reserves** 219:15 |
| 171:6,13,21 174:13 186:17 | 152:24 153:21 158:4 159:4 | 162:18 170:21 | **reserving** 226:7 |
| 191:14 217:20 217:22 | 170:13 171:12 173:10 174:10 | **representative** 6:6 7:24 43:25 | **reside** 11:3 16:11 |
| **rented** 166:16 | 182:15 187:19 195:12 202:7 | 74:23 84:20 140:19 146:4,9 | **residence** 16:14 24:14,19 25:15 |
| **renting** 176:5 | 203:13 204:25 | 225:10 | 25:24 26:7 |
| **rents** 73:3,6,10 73:15,21,24 162:15 163:3 | | **represented** 8:17 | 145:25 146:12 184:20 185:2 |

30(b)(6) Ali Bayat                                February 26, 2026
Bayat, Bassirv. Bayat, Sultan

**[residential - right]**                          Page 39

| | | | |
|---|---|---|---|
| **residential** | 38:17,21 39:2 | **returns** 9:5 | 82:5,10,10,13 |
| 157:17,20 | 39:8,12,16,18 | 95:5 108:11,21 | 82:21 84:17,18 |
| 162:2,24 | 39:18,23 40:24 | 108:24 109:6 | 84:25 86:12 |
| 166:19 167:3,9 | 40:24 41:9 | 110:3,11,16 | 87:11 88:8,23 |
| 169:21,23 | 42:22,25 43:9 | 141:3,7 142:17 | 89:3,14 91:2 |
| 183:5 186:6 | 62:3,4,14,24 | 152:3 170:11 | 91:14 94:11,15 |
| **resolution** | 63:5 69:12,17 | 170:18 193:7 | 95:6,12 96:21 |
| 124:22 | 70:4 71:8,16 | 193:24 195:18 | 97:22 99:8,21 |
| **resolutions** | 71:22 147:6 | 196:21 201:12 | 101:25 106:10 |
| 31:23 | **restaurants** | 202:25 203:23 | 106:13,25 |
| **respect** 129:10 | 71:20 | 218:4 224:12 | 107:6,9 108:11 |
| 156:2 | **restricted** | **review** 115:4,7 | 114:5,7,25 |
| **respective** | 133:10 | 223:5 226:2,8 | 115:13 117:2 |
| 86:21 87:4 | **restriction** | **reviewed** 9:4 | 117:15,24 |
| **respond** 19:4 | 134:20 135:21 | **rid** 146:15 | 119:22 122:12 |
| 161:6 | **result** 51:18 | 158:20 180:20 | 122:24 123:11 |
| **responding** | 60:13 134:12 | **ride** 130:19 | 124:5,18,25 |
| 215:17 | 221:17 | **riding** 130:16 | 125:17 127:5 |
| **response** 7:24 | **resulted** 53:14 | 131:19 | 129:13 130:22 |
| 27:11 204:22 | **resume** 123:20 | **right** 10:15 | 130:23,24 |
| 205:11,16,21 | **resumed** 104:4 | 18:25 23:22 | 132:2,16,21 |
| **responses** 6:15 | **resumé** 155:13 | 25:6,11,15,18 | 133:2 134:6 |
| 26:21 213:19 | **retain** 217:24 | 26:4 36:10,16 | 135:2,22 136:6 |
| **responsible** | **retaining** | 38:6,22 44:25 | 136:15,22 |
| 111:23 113:10 | 218:12 | 49:8 51:17 | 137:4,7 139:10 |
| **responsive** | **retirement** | 52:6 55:14 | 139:22 140:2 |
| 215:25 | 154:7 | 58:3,7 60:7,8 | 140:18 141:10 |
| **rest** 150:9 | **return** 52:4 | 60:20,22 61:2 | 142:14,20,23 |
| 188:15 189:12 | 94:9 95:21 | 62:15 65:23,25 | 143:9 144:11 |
| 199:12,12,14 | 108:2 109:10 | 68:18 71:2 | 144:16 145:6 |
| **restaurant** | 113:14,15 | 73:10,11 75:9 | 146:20 147:6 |
| 35:19 36:2,8 | 142:9 196:18 | 75:24 76:5 | 147:10 151:4,6 |
| 36:15,20,22 | 222:20 | 77:10 78:12,16 | 151:9,10,13 |
| 37:16,22 38:5 | | 80:7 81:5,25 | 152:9,10,23 |

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[right - satisfying]**

Page 40

153:25 154:24
156:17 159:8
162:3 163:16
164:4 165:12
165:13 166:7
167:10 168:8
168:12,25
169:17 170:4
172:9 173:4,8
173:14 175:3
175:12,16,25
176:5,9 177:18
178:13 179:21
179:23 180:15
180:20 183:16
183:25 184:21
185:2,25
187:13,18,24
188:8,21 189:6
189:9 190:5,21
191:4,15,17
194:7 195:2,7
195:11,15,21
196:10,16
198:19 199:5
201:16 203:16
206:4,24 207:6
207:8,12,21
208:22 209:8
210:18 212:3
217:22 218:7
219:12 220:14
221:2,19 225:6
226:7

**rights** 76:17
77:7,13,20
78:2,8 79:3,11
79:13 83:4,14
83:19 84:13,22
85:17,25 86:7
87:14,17,21
88:3,5,7,23
89:2,12,24
90:6,12 91:11
91:18 92:12,17
96:24 97:7,14
97:17,19,20,24
98:21,24 99:5
100:2,8,14,20
101:16 104:20
105:15 106:18
106:23 112:14
187:17,23
**ring** 151:8
**risk** 62:11
**rivera** 2:15
3:22
**road** 6:11
24:24 184:16
188:2
**role** 12:2 29:6
29:17 93:2
125:20 126:14
129:9,24 130:7
**roles** 28:6
**roll** 9:7 161:12
162:13 163:5
163:10

**rolled** 169:5
**roof** 37:12,18
**roofing** 12:14
**room** 10:10
**root** 49:16,17
**roth** 112:22,23
**roughly** 14:2
**rs** 162:7
**rules** 6:11
**run** 24:9,10
25:2,14 145:23
152:7 183:3,4
183:24 184:9
184:11,20
186:6,20
187:11,22
188:16,20,24
189:9,12,16,17
189:22 190:16
190:20,24
191:20
**running** 40:23
62:14 71:7,16
**rush** 46:8

s

**s** 2:2 104:2,2,2
111:7,7,8,17
216:24 228:6
231:5
**s.bayat** 216:17
**saffron** 217:13
**salary** 13:4,6

**sale** 76:17 77:7
77:12 78:17
79:11 81:5,9
81:25 82:10
83:6 84:9
85:25 87:13
91:11,14 92:12
92:17 93:6
97:6,13,14,17
100:2,8,14,20
101:16 102:4
104:20 105:5
105:16 106:18
112:14 187:3,7
187:17,23
191:7
**sales** 11:16,21
12:2,3 77:10
**sam** 72:2
179:17,25
180:7,16 181:8
**sam's** 180:12
180:14
**samay** 1:11
**san** 2:9
**sandra** 77:15
**sandwich** 26:16
**satisfaction**
66:18 67:24
96:7
**satisfied** 72:19
73:18
**satisfying**
99:16

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[save - shares]**

Page 41

**save** 40:25
**saved** 57:16
**savings** 52:21
  53:8 58:11,21
  58:22
**savvy** 194:20
  194:21
**saw** 7:2 53:14
  58:2,9
**saying** 33:16
  43:11 51:23
  69:21 70:11
  82:22 88:7
  93:23 124:23
  127:20 135:15
  139:7 148:12
  156:11 159:6
  159:14,17
  176:3 196:8
  206:22
**says** 27:18 68:6
  68:16 72:7,16
  90:14 136:2
  162:6 184:14
  184:15 185:6
  185:13
**scenario** 35:3
  35:10
**scenarios** 137:3
**school** 151:8
  153:10,24
  178:13,18
  179:10

**scope** 147:22
  149:24
**scratch** 169:22
**se** 202:15
**second** 15:6
  24:2,19,22
  25:5 33:4,9
  50:5 52:8
  53:18 59:8,17
  59:23 68:4
  72:12 85:4
  99:13 148:23
  161:15 162:6
  167:22 183:10
  188:14 212:21
  221:22
**secretary** 29:25
  216:18,19
**section** 44:20
**secure** 61:6
**secured** 73:23
  185:24 189:15
**securing**
  189:12
**security** 157:9
  182:5 204:11
**see** 18:20,21
  49:14,21,23
  50:6 66:22
  67:4,6 68:3,5
  68:12,13 72:8
  72:15,22 73:11
  90:20 95:3
  96:9,14 99:15

109:10 132:14
  169:12 170:8
  184:14,15
  185:7,9,11,15
  202:24 203:5
  203:18,22
  204:2 223:4
  226:3
**seeking** 92:5
**seem** 116:15
**seemed** 172:25
**seems** 133:9
  175:8 202:4
**seen** 7:14 42:6
  130:17,19
  132:4 139:17
**sell** 41:21 60:25
  88:6 98:24
  190:18
**sellers** 61:19
**selling** 12:13
  84:12 92:8
  97:19
**sells** 180:22
  190:23
**send** 196:12
**sending** 167:9
  194:23 195:20
**sends** 20:24
**sense** 38:9
  64:10,20 90:21
  136:10
**sensitive** 3:5
  114:22

**sent** 155:12,14
  155:15 157:9
  164:7 165:7,13
**separate** 34:22
  35:11,15 172:3
  172:12 208:20
**served** 26:21
  28:14 215:4
  216:2
**services** 20:2
**set** 168:4 230:8
  230:15
**sets** 168:10
**seventh** 1:21
  3:20
**several** 8:25
  49:12
**shake** 62:7
**shakes** 131:21
**share** 106:4,17
**shared** 218:21
  219:4,7
**shareholder**
  27:5,8,20,20,22
  65:12
**shareholders**
  26:25 27:12,18
  31:13 32:6
  33:19 34:4
  40:10
**shares** 27:5,6
  27:10 86:22
  87:4 91:8

30(b)(6) Ali Bayat

Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[sheet - sorry]**

Page 42

| | | | |
|---|---|---|---|
| **sheet** 145:13 231:2 | 206:17 212:5 | **signing** 139:8 140:7 144:5 | 83:14,20 84:22 85:17 86:7 |
| **sherman** 49:18 | **sick** 122:24 124:17 130:17 | **signs** 137:24 | 89:3,12,24 |
| **shift** 181:21 | **side** 22:22 | **similar** 38:23 | 90:15 91:18 |
| **shirinzada** 216:20 | **siding** 12:14 | 125:15 142:7 164:17 178:15 | 96:25 97:21 98:21 99:6 |
| **shop** 26:16 112:19 | **sign** 124:15 136:25 137:12 | 185:21 196:21 | 106:23 180:21 |
| **short** 44:24 | 138:15 143:19 144:20 208:9 | **similarly** 22:8 29:9 153:18 | 186:21,23 187:11 188:10 |
| **show** 46:15 | 208:22,25 | **simon** 164:9,11 | 190:11 |
| 48:11 75:22 | 209:4,7,10,15 | 164:12,14,19 | **sole** 26:24 |
| 82:19 95:24,25 | 209:16 210:18 | **simpler** 37:6 | 38:20 65:11 |
| 125:10 196:10 | 210:21 211:4 | **simplify** 182:20 | 140:11 164:19 |
| **showed** 93:16 | 212:3 | **single** 49:13 | **solely** 27:22 |
| **showing** 125:12 | **signatories** 171:18 | 50:17 142:19 165:24 | **soliloquy** 65:17 |
| **shows** 166:5 | **signatory** 143:21 | **sir** 7:16 | **solutions** 3:23 4:3 |
| **siblings** 22:9,19 | **signature** 82:4 | **sister** 212:2 | **somebody** 116:22 |
| 43:8 44:3,16 | 137:21 139:22 | **sitting** 34:21 | **somewhat** 65:10 165:17 |
| 70:2,9,14 76:8 | 143:15 144:15 | 77:18,23 78:5 98:2 201:3 | **sons** 16:10 |
| 76:18,25 77:8 | 185:10 230:18 | **situation** 64:18 | **soon** 116:2,18 |
| 85:23 86:12,16 | **signed** 67:6,20 | 137:6 208:12 208:13 | **sorry** 11:11 |
| 86:21 87:4,11 | 80:17 81:4 | **situations** 208:5 | 15:11 20:15 |
| 88:23 89:14 | 137:16 138:22 | **six** 62:11 | 22:15 25:25 |
| 90:2 91:8 93:6 | 139:4,5,14,18 | 117:25 118:2 | 27:15 47:19 |
| 93:12 94:11,24 | 143:23 169:12 | 157:15,17 | 51:14 55:22 |
| 102:12 105:15 | 169:16 185:8 | 162:2 | 64:13 66:22 |
| 105:19 106:4 | 185:14 | **social** 157:8 | 73:9 83:11 |
| 106:19 107:13 | **significant** | 194:25 | 86:24 89:20 |
| 129:17 142:6 | 61:12 196:23 | **sold** 77:20 78:3 | 93:8 94:22 |
| 150:15 171:11 | **significantly** | 78:9 79:3,14 | 99:3 100:15 |
| 171:15 176:18 | 63:11 | | 106:21 119:4 |
| 176:22 204:23 | | | |
| 205:12,17,22 | | | |
| 205:25 206:17 | | | |

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[sorry - stuff]**

Page 43

121:10 123:2
124:14 127:6
127:14 130:4
135:17 136:16
141:4 143:17
144:7 146:8
151:23 152:24
158:4 164:10
171:12 172:6
173:24 178:8
179:16 182:15
187:19 188:18
189:3 191:23
197:22 204:24
205:6 206:20
209:5 211:20
215:10 222:14
223:22
**sort** 22:24 29:6
29:16 30:12
32:5,10 39:11
94:8,9 95:4,20
102:8 113:5
118:12 120:22
123:5 124:11
124:18,23
127:4 128:5
133:24 134:9
134:11,19
135:12,21
136:5 143:3
149:9 159:7,24
169:4 173:22
174:2 176:24

177:14,20
194:7,10,17
195:15 202:12
215:7
**sound** 127:24
134:24 135:22
162:20 170:25
**sounded**
211:13,16
**sounds** 18:23
125:15 159:20
170:4 188:19
195:13
**sour** 155:25
**source** 43:3
**space** 222:16
222:20
**speak** 9:16,19
9:22 35:14
65:3,11,15
66:7 135:2
**speaking** 64:25
65:7 66:3
167:3 171:4
207:19
**specific** 212:9
**specifically**
201:4 215:14
215:18
**spell** 11:11
19:11 111:16
216:21
**spelled** 42:6
216:25

**spelling** 111:6
**spend** 71:24
72:3
**spoke** 8:24,24
9:25
**spread** 152:5
**stabilized**
162:7,11
**stacy** 205:7
**stairs** 131:13
**stamped** 66:24
**start** 7:4 44:23
201:21
**started** 26:2
36:9 125:7
148:16
**state** 1:24 4:7,9
5:5 9:10 26:22
29:25 30:6
108:20 110:3
119:18 135:13
161:13,22
163:23 164:3
165:3 166:2
224:13 230:5
**statement**
145:12
**states** 1:2 3:16
**stating** 226:6
**stationary**
130:16,20
131:19
**status** 162:7
186:10

**staying** 126:9
**step** 45:7 118:9
**stepping** 124:8
**steps** 221:4
**stiffed** 179:12
**stint** 14:4
**stm** 164:21,22
164:25
**stored** 220:18
**straight** 70:12
193:5
**street** 2:3
**strike** 171:22
183:22
**strip** 106:15
**stroke** 114:5,9
114:14 115:11
115:14,18,24
116:2,19,21
117:2,10 120:7
120:10,12
133:25 134:12
134:20 209:19
209:21,24
210:2,7,12,15
210:16
**strokes** 210:5
**strong** 131:21
**structure**
192:12
**struggling**
90:20
**stuff** 34:11 66:9
74:16 80:7

Case 3:25-cv-01085-JEP-LLL   Document 77-2   Filed 04/02/26   Page 276 of 286
PageID 3784

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

[stuff - taxes]

Page 44

125:13,14 126:3 128:15 134:6 145:14 146:15,16 150:23 158:21 158:25 159:7

**style** 192:6

**stylized** 138:17

**subject** 58:14 58:22 113:20

**subscribed** 227:11 231:22

**subsidizing** 150:13

**successful** 71:7 72:5

**succession** 177:16

**suffered** 114:4 114:9

**sufficient** 97:13

**suggest** 133:9

**suit** 214:6 219:4

**suite** 2:4

**sultan** 1:10 3:15 9:20 18:4 26:24 27:9 28:20 38:20 86:20 87:3 91:14 101:10 105:10 123:13 123:20 130:10 138:16,19,19

138:22 139:5,9 139:15,19,20 140:11 143:24 144:5 149:5,8 169:17 172:3 172:17,21 173:2,11 178:7 179:6 184:16 185:11 200:16 217:12 231:3

**sultan's** 16:10 203:2,6 212:19 213:13

**sum** 50:4,14

**summer** 15:14

**summertimes** 15:13

**super** 18:21 19:6,7 126:10 141:8,10,16 143:8,11

**superintendent** 204:3

**support** 20:8 54:20

**supporting** 44:2

**sure** 31:4 70:10 84:6 102:23 111:7 125:9 132:24 159:15 179:20 196:16 213:5,6 220:17

**sutton** 5:8

**swear** 4:20

**sworn** 4:25 227:11 230:8 231:22

**systems** 149:21 150:4 154:12

## t

**t** 4:23 104:2,4 111:8,18 228:6

**take** 3:9 13:9 13:11,14 44:23 50:22 60:25 63:9,20 73:5 85:3 97:11,14 97:25 116:17 116:24 144:24 144:25 145:5 160:10 173:13 181:13 182:24 197:6 200:7 201:5 202:20 214:17

**taken** 1:18 22:6 32:5,9 53:23 63:25 85:9 102:6,7 151:12 151:13 160:16 185:22 214:23 221:4,9 222:2

**takes** 35:14 180:24,25 189:4

**talk** 92:7 122:16 130:24

**talked** 52:9 154:20 187:17 202:8

**talking** 42:9 72:10 73:12 80:22 188:2 199:6 207:24 220:10

**tasks** 65:20 122:4 134:9

**taste** 155:25

**tatiana** 155:15

**taught** 65:21

**tax** 9:5 94:9 95:4,5,20 108:2,2,10,20 108:21 109:5 110:3,4,11,16 112:15 113:11 113:14,15 141:3,6 142:17 152:3 170:10 170:18 177:14 193:7 195:18 196:18 200:7 201:12 202:25 203:22 218:4 224:11 228:16 228:17

**taxes** 44:15 94:13,14 102:3 102:7 106:16

30(b)(6) Ali Bayat                                    February 26, 2026
Bayat, Bassirv. Bayat, Sultan

**[taxes - technically]**                                Page 45

| | | | |
|---|---|---|---|
| 106:25 119:18 | 67:14,20 68:22 | 169:8,13 | 224:6,17,22 |
| 151:12 177:4 | 69:14 73:4,25 | 170:17 171:25 | 225:2,10 228:8 |
| 191:13 201:10 | 74:19,20 76:15 | 172:4,18,21 | **tayab's** 9:2 |
| 217:21 | 77:5,9,12,19,24 | 173:4,7,13 | 27:4 28:6 |
| **tayab** 1:11,17 | 78:6 81:11 | 174:9,12,19,22 | 30:25 32:12 |
| 5:22,23 6:6 | 91:13 92:5,20 | 175:3,6,11 | 46:11 49:5 |
| 7:18,23 17:24 | 93:2 94:2,7,8 | 176:4,8,13,21 | 56:23 57:6 |
| 18:6 19:14 | 94:21,25 95:2 | 178:4,5,7 | 62:10 63:17 |
| 20:9,13,17,20 | 95:10,11,17,19 | 179:5 182:7,13 | 74:23 76:23 |
| 20:22 21:5,19 | 96:16,25 97:12 | 182:17 184:15 | 79:12,19 83:7 |
| 21:21,24 22:20 | 97:16 101:11 | 184:23 185:9 | 83:12 84:18,19 |
| 23:18 24:18 | 101:15 102:16 | 186:3,16,17 | 91:10 92:11,16 |
| 25:4 26:10,18 | 105:22 107:24 | 187:4 191:15 | 93:4,10 95:5 |
| 26:22,25 27:12 | 108:6,10,21,25 | 192:19,20,24 | 96:20 100:13 |
| 27:18,19,25 | 109:5 110:7,11 | 193:21 196:18 | 100:19 108:5 |
| 28:15,21 29:6 | 111:14 113:13 | 197:24 198:10 | 108:24 110:2 |
| 29:12,17,19 | 119:6 121:8,9 | 198:10,13,18 | 110:18,20,23 |
| 30:5,14 31:4 | 121:12,13 | 198:21 200:17 | 111:2,4,9,23 |
| 31:10,22 32:14 | 124:17 129:12 | 201:10,11,11 | 113:10 120:22 |
| 32:18,20 33:4 | 129:23,24 | 201:14,25 | 124:22 140:19 |
| 33:7,11,14,21 | 140:12,15,16 | 202:17 203:10 | 143:16 144:15 |
| 34:4,17 35:5 | 140:23 141:2,5 | 203:14 204:10 | 145:8,20 146:4 |
| 35:14 36:22,25 | 141:15 142:13 | 204:20 205:2,9 | 146:4,9,10,18 |
| 36:25 37:16,17 | 143:18 145:5 | 205:14,19 | 172:8 175:25 |
| 37:24,25 38:24 | 145:11 146:23 | 207:10 213:10 | 193:7 202:25 |
| 40:3,16,18 | 147:22 148:24 | 213:13 214:12 | 206:18 208:14 |
| 46:2,21 47:4,9 | 149:6,10,24 | 215:5,15,18,23 | 213:19 215:9 |
| 47:15,16,23 | 151:10,16 | 216:4,6 217:15 | 217:19 219:11 |
| 48:2,19 49:7 | 152:19 153:5 | 217:24 218:11 | 225:14 |
| 49:21 50:17 | 153:20,24 | 218:20 219:14 | **tear** 192:10,13 |
| 51:5 52:2,4,24 | 154:7 158:7 | 220:3,17,25 | **tease** 208:3 |
| 53:7,13 54:3,4 | 161:17,21 | 221:4 222:8,11 | **tech** 194:20,21 |
| 54:23 56:16 | 162:11 167:20 | 222:16,19,22 | **technically** |
| 65:20 66:19 | 168:3,5,11 | 223:3,12,17,20 | 72:12 |

Veritext Legal Solutions

800.808.4958                                          770.343.9696

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[telephone - time]**

Page 46

| | | | |
|---|---|---|---|
| **telephone** 149:21 150:4 154:11 203:6 | 170:19 178:11 184:23 218:17 219:10 225:5 | 114:21 119:6 125:21 126:5 126:20 127:16 | **thinks** 173:2 |
| **tell** 34:2 118:14 153:9 155:2 223:3 | **testifies** 208:8 | 127:18 128:20 | **third** 219:4 |
| | **testify** 8:4,9 28:18 225:9 | 129:4 135:14 142:2,9 147:4 | **thought** 65:3 141:9 |
| **telling** 82:8 90:25 | **testifying** 89:23 89:25 127:8,16 | 147:12 153:22 160:6 185:19 | **thousand** 34:13 38:12,13 |
| **telsysint.com** 216:17 | 130:15 193:2 206:7 218:21 | 191:14 195:4 212:19 215:5 | **three** 11:23 13:18 70:24 |
| **ten** 68:25 70:6 70:13 | **testimony** 27:4 28:23,24 42:19 | 224:11,13 | **threshold** 177:3,13 |
| **tenant** 18:21 167:22 203:23 | 63:17 69:14 77:18,23 78:5 | **think** 7:2 18:13 36:3,7 40:5 | **thursdays** 71:15 |
| **tenants** 119:24 120:16,18 | 79:12,20 83:7 83:8 85:20 | 42:5 45:13 47:22 50:3 | **time** 3:8 4:8 7:3 7:6 14:21 15:2 |
| 126:10 162:2 167:9 171:23 | 89:11 90:21,24 98:16 104:11 | 61:9 71:8 98:14,22 99:4 | 15:16,17 18:6 18:11 21:21 |
| 204:11 | 114:14 126:19 140:14 165:7 | 100:11,17,23 101:4,9 105:7 | 22:2,17 25:10 26:4 28:19 |
| **tend** 159:23 | 195:10 212:23 225:13 230:7 | 114:13 126:24 128:16 139:7 | 34:5 36:6 40:15,25 41:21 |
| **terminated** 166:11 | 230:10 | 141:21 148:7 148:11,13,17 | 43:16 46:5 50:10 53:6 |
| **terms** 61:21 92:11,17 | **text** 221:16 | 148:18 158:14 158:18 165:21 | 54:23 56:19 57:5 63:22 |
| **testified** 4:25 8:14 21:16 | **thing** 14:2 30:12 62:6 | 170:14 174:16 189:19,20 | 64:2 65:9 70:2 70:5,8 71:6,24 |
| 43:14 55:3 70:17 76:22 | 120:23 127:5 127:11 128:5 | 190:15 195:9 196:4 200:25 | 71:25 72:4,25 73:16,21,25 |
| 85:15 88:25 93:9 105:9 | 134:10 147:8 159:24 194:7 | 208:4 209:19 212:15 213:6 | 75:19 76:21 77:22,25 78:4 |
| 125:22 127:2 128:3,21,23 | 194:11,17 195:15 215:7 | 214:3 218:17 218:23 219:10 | 78:7 85:6,10 87:22 88:5 |
| 131:18 141:22 144:9 145:19 | **things** 37:3 89:18 98:6 | 226:9 | 89:25 95:16 99:21 100:22 |

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[time - trying]**

Page 47

101:5,6 103:5 104:5 111:21 112:13 120:6 121:15,20 125:8 127:14 132:9,22,23 133:16 136:16 136:24 137:22 138:2 139:12 139:18 142:8 145:20 151:6 151:20 152:6 152:12 154:22 158:5 160:13 160:17 161:5,7 166:22 175:24 176:9 177:6,6 185:2 187:10 189:13 190:19 195:25 197:17 197:18 200:5,9 204:25 205:8 205:18 206:8 206:20 207:24 209:20 214:20 214:24 219:16 221:23 222:3,8 222:16,19 227:2,7

**times** 70:14 125:4,17 150:25 216:15

**tired** 71:9,18 71:22

**title** 74:17
**titles** 27:25
**today** 5:15 6:5 7:21 8:9,18,23 9:17 10:21 11:4 21:11 25:17 34:3,21 65:5 74:17 77:19,24 78:6 84:21,25 85:22 90:9 98:2,3 104:11 111:3 123:17 130:10 134:24 146:18 166:10,20 201:3 225:6,9 225:18
**todd** 1:22 3:25 230:4,19
**told** 23:16 57:18 78:21,24 91:6 118:10,11 126:23 155:4,6 155:8,23 157:2 194:5 209:3,10 210:20,21
**tolls** 203:2
**took** 47:23 62:11 68:25 70:6 85:14 112:11 182:21 183:2 186:3 199:15 202:22

**top** 59:5 68:6 72:15
**topic** 8:8 213:9 213:12
**topics** 7:25 8:5 212:17 225:22 225:24
**torn** 192:15
**total** 17:15 50:13,24 54:24 59:21 148:10 170:2
**totals** 53:19 68:18 162:18
**towards** 192:24
**township** 5:8
**tracking** 25:3 179:21
**training** 15:24 16:4,5,6
**transaction** 44:21 48:2 57:2,9 77:25 78:7,17 79:7 80:3,12,18 81:6 98:5,13 101:25
**transactions** 55:19 56:3
**transcript** 115:5 226:3,9 230:9
**transcription** 6:13

**transferred** 117:14
**trash** 125:24 126:22 128:13
**traumatic** 136:19
**travel** 196:23 197:2,5 198:2
**treatment** 118:9 206:10
**trial** 8:15
**trick** 84:15
**tricked** 84:2,3 84:11
**trigger** 177:14
**truck** 196:20
**true** 13:16 26:18 66:2,11 110:17 129:16 140:20 154:21 160:2,5 194:13 230:9
**truly** 135:15
**trust** 62:6,8,21 63:4,5 169:19
**truth** 91:2
**truthfully** 225:5
**try** 192:23
**trying** 45:15 57:17 83:7 90:7 127:23 135:24 155:21 189:3 198:3

Case 3:25-cv-01085-JEP-LLL   Document 77-2   FILED 04/02/26   Page 280 of 286
PageID 3788

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[trying - unusual]**

206:12,18,23
208:21 211:21
212:18,22

**tsi** 154:12,14,17
217:2 222:9,12
222:12,16,20
222:22

**turn** 109:8
185:4

**two** 12:10 15:4
18:14 19:21
28:6 70:24
89:5,18 117:7
117:7 126:13
147:12 208:4
208:20 212:19

**type** 6:15 57:2
57:8,10 127:10
134:8 194:22

**types** 165:2
191:19

**typically** 29:25
33:19 55:17,24
56:19,25 57:9
61:11 158:20
165:25 202:5

**u**

**u** 111:8,17,18
164:13

**u.s.** 107:25

**uh** 6:16,17
101:20 104:22
107:2 113:16

153:7 165:10
172:15 220:6

**ultimately** 64:5
71:5 78:14,24
101:15 105:18
207:10 209:7

**unable** 97:12
97:25 136:14

**unassisted**
131:10

**unaware** 77:19
77:24 78:6

**uncle** 5:20
86:20 87:3
91:7 149:21
150:5,12
154:23 155:3
156:2 157:6
184:8 186:7
207:5 218:24

**uncles** 157:3

**uncompensated**
43:16

**under** 26:10,23
84:20,25
115:19 172:20
172:23 184:14
201:11 209:16
211:11,13

**undergraduate**
15:20

**understand** 6:4
6:19 18:3
22:22,25 26:12

45:12 47:14
49:10,24 50:21
57:22 80:9
83:7 84:18,24
87:20 88:2
90:8,10,23
98:4,12 106:8
106:10,11
113:20 117:13
123:10 127:24
133:11 134:13
134:15 136:12
156:10 159:13
165:16 167:25
176:2 180:13
189:20 198:3
211:7,22
212:18,22
217:18

**understanding**
23:13 34:2,14
36:9,18 37:8
37:14 39:10
40:9,12 41:24
43:7,18,21
45:8 50:4,8,15
51:10 54:5,13
71:22 72:24
73:20 91:11
92:10,11,16
97:5 133:12
134:10 151:19
152:11 155:19
164:24 165:4

185:23 186:9
196:13,24
203:20 204:4
206:15 209:6
209:23 210:15

**understands**
90:9 98:3,11

**understood**
5:24 6:3,17,18
6:23 7:8 75:12
97:19,24 115:8
140:14 144:13
156:19 195:18
207:20

**unit** 3:12
157:18,23,24
168:4

**united** 1:2 3:16

**units** 157:14,15
157:17,20
158:3 162:3,24
166:15,19,23
167:3

**unlucky** 179:14

**unoccupied**
166:24

**unpack** 77:17

**unquote** 28:20

**unsecured**
60:14 61:22

**unusual** 158:23
159:10,18
194:6 196:8

30(b)(6) Ali Bayat                                        February 26, 2026
Bayat, Bassirv. Bayat, Sultan

**[update - ways]**                                        Page 49

**update** 120:15 122:6
**updates** 25:14
**upstairs** 157:21
**upstate** 109:18
**use** 125:14 131:9 136:18 178:10 183:15 196:2
**used** 42:20 43:4 97:7 99:7 128:10 183:18 186:17 189:21 191:8 211:17 211:22 217:15 222:8,16,21
**user** 194:25
**uses** 39:2 188:13
**using** 5:17 36:25 39:11 45:10 99:25 100:8,13,19 186:14 187:23 222:12,20
**usual** 202:5
**utilities** 119:6

**v**

**v** 19:12 231:3
**valley** 115:12 117:5,11,14,22
**valuable** 61:20

**value** 54:6,14 58:15,17,23,25 64:7,16 189:12
**varied** 13:18,19 202:21
**varies** 13:15
**variety** 50:13
**various** 29:24 43:16 44:21 47:21 49:15 50:16 81:15,20 101:23 125:17 126:19 137:14 176:8 185:19 216:15 222:7 222:15 224:12
**vehicles** 197:4 197:7 198:10 203:3
**veritext** 3:23 4:2 231:2
**versus** 3:15
**video** 3:8,13
**videographer** 2:15 3:2,24 4:19 63:22 64:2 85:6,10 103:5 104:5 160:13,17 214:20,24 221:23 222:3 227:2
**videotaped** 1:17

**villa** 49:17,18 49:19
**villaba** 19:10
**virginia** 16:11 24:15 25:19 114:17 117:15 118:4 123:11 123:15 131:25 132:25 133:21 145:25 146:7 146:12,19 158:19 183:7
**virtually** 60:14 139:2
**visit** 18:8,18
**visited** 18:16
**voluntarily** 136:4 137:18
**volunteered** 43:15

**w**

**w** 11:12 19:15 44:8 140:24 141:12,14 142:23 216:23
**wachovia** 81:10 81:15,20
**wages** 141:2,6
**waheeda** 216:20
**wait** 7:3
**waive** 200:15

**walk** 44:21 130:13
**walks** 131:20
**walls** 37:12
**want** 32:12 44:20 95:3 98:23 102:21 113:22 115:2 157:2,12 179:20 180:13 181:21 192:17 200:12,14 205:24 214:16 226:4
**wanted** 71:23 72:3 170:8,16 181:12 197:4
**wants** 75:19 177:8,21
**wasay** 1:11 2:14
**washington** 5:9
**water** 119:17
**way** 5:8 35:23 37:6 49:10 50:21 67:8 70:23 71:24 78:25 112:4 124:4,11 133:6 134:22 137:24 159:19 194:19 230:13
**ways** 42:7

30(b)(6) Ali Bayat
Bayat, Bassirv. Bayat, Sultan

February 26, 2026

**[we've - yeah]**

Page 50

**we've** 99:4 170:14

**weaker** 138:7

**wedding** 151:8 151:8

**week** 78:12 83:9 122:12 128:13 132:18 133:18,20

**weeks** 18:14 19:21 117:7,7 166:24

**weird** 84:15

**wells** 21:11 171:18,25 172:4,8 204:18 219:11

**went** 91:15,15 102:11,16 116:13 187:7 189:8 191:3,5

**west** 2:3

**wheatlands** 146:6

**whereof** 230:15

**whispering** 3:6

**wholly** 26:22

**williamsburg** 58:11

**windows** 12:14

**wishes** 135:8 136:3,15 157:5

**withdrawn** 121:7,11

**withheld** 215:24

**witness** 4:21,24 5:25 45:3 81:2 91:24 156:23 193:5 213:6 214:18 225:23 226:14 228:3 230:7,10,15 231:4

**words** 37:23 66:6 124:2 128:9 211:17 211:22

**work** 11:8,8,10 15:16 43:17,22 44:12 45:5 120:2 129:23 140:16 143:7 154:11 155:22 156:11 157:3 197:21

**worked** 43:8,10 43:11,13 44:4 57:21 70:9,11 125:4 217:3

**working** 11:20 11:21 12:6,20 14:24 15:12 70:3,15 155:17 198:6

**works** 20:12 49:11 111:19 207:5 217:2

**worth** 56:7 61:4 63:11 189:17

**wrestling** 131:17

**write** 86:20 87:3 91:7 137:10 138:16

**writing** 125:11

**written** 6:13 27:17 74:25 75:13 118:12 126:11 215:8 215:12

**wrong** 78:19 157:7 175:21

**x**

**x** 1:6,13 136:3 228:2,6

**x5** 17:8

**y**

**y** 4:23 104:4

**yeah** 5:21 10:25 11:9,12 14:13 15:15,19 20:16 21:4,12 22:16 23:5 26:2 27:22 29:23 32:18 33:17 35:2 37:6 38:19 40:22 42:8,12 45:6 47:3,20

49:23 51:15 52:7 55:23 56:23 58:20 59:12 60:19 61:9,18 64:14 65:9 67:11,13 68:13,19 71:3 71:25 72:14,23 73:18 74:14 75:12 76:22 79:25 80:8 82:18 85:5 86:17 87:12 88:13 89:21 93:24 94:17 96:12,20 98:9 99:4 100:17 101:18 103:4 104:24 106:22 107:7 119:5 120:7 121:11 121:20 123:3 123:12 125:2 127:15 129:15 130:5 131:24 132:14,19 134:3 135:23 136:12 138:5 138:18 139:7 139:11,16,23 141:5 144:9 147:11,18 148:12 149:8 150:19 151:5

30(b)(6) Ali Bayat                                   February 26, 2026
Bayat, Bassirv. Bayat, Sultan

**[yeah - zoom]**                                    Page 51

151:11,14
153:22 155:3
157:22 158:6
158:10 159:19
160:12 164:23
165:12 166:13
168:22 172:10
173:11 174:11
175:19 177:8
178:10,16
179:4,22,24
180:5,21,21
182:16 194:8
195:13 196:11
199:7 202:8
206:5,14,21
208:2 209:14
209:22 211:21
214:18 218:4,9
220:23 223:8
223:23
**year**  13:3,9
  14:10 15:16
  70:13 108:2,21
  110:4 142:18
  148:8,12,13,19
  148:22 163:14
  165:19 169:9
  170:5,22,23,24
  171:6 177:2,12
  178:20 190:14
  199:24 202:6
  204:7

**years**  11:24
  12:10 13:18
  15:5,10 62:3
  62:22,23 66:4
  68:25 70:6,19
  70:24,24 71:17
  142:14 148:14
  150:22 168:7
  170:9,17 174:8
  185:19 202:14
**york**  1:21,22,24
  3:21,21 9:10
  23:21 26:23,24
  30:5 77:14
  78:22 91:19,25
  109:18 119:18
  161:13 166:2
  230:5 231:2

**z**

**z**  216:24
**zelle**  19:19,20
  20:16,25
  141:10
**zoom**  10:3,4

Veritext Legal Solutions
800.808.4958                                        770.343.9696

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.