United States District Court
Middle District of Florida
Jacksonville Division

**BASSIR BAYAT,**

    **Plaintiff,**

**v.**
                                         **NO. 3:25-CV-1085-JEP-LLL**

**SULTAN BAYAT. ET AL.,**

    **Defendants.**

_____

## Order

Before the Court are the following motions: Defendant Sultan Bayat's Time-Sensitive Motion to Appoint Guardian Ad Litem, doc. 60; Defendant Sultan Bayat's Emergency Motion for Protective Order, doc. 62; Plaintiff's L.R. 1.11(c) Motion to Seal and/or Establish Seal, doc. 78; Plaintiff's Motion for Independent Medical Examination of Defendant Sultan Bayat, doc. 79; and Defendants' Emergency Motion for Protective Order, doc. 80.

On April 9, 2025, the Court held a hearing on the pending motions; counsel for plaintiff and defendants appeared. Doc. 86.

It is **ordered**:

1. For the reasons stated on the record, Defendant Sultan Bayat's Time-Sensitive Motion to Appoint Guardian Ad Litem, doc. 60, is **taken under advisement**;

2. Defendant Sultan Bayat's Emergency Motion for Protective Order, doc. 62, is **denied without prejudice**. All depositions in this matter are **stayed** pending resolution of the motion to appoint a guardian ad litem. The motion is also denied insofar as it seeks to maintain the medical report, doc. 61-1, as "attorneys' eyes only;" the report constitutes confidential and sensitive personal medical information and shall remain under seal;

3. Plaintiff's L.R. 1.11(c) Motion to Seal and/or Establish Seal, doc. 78; is **granted**, the Clerk is directed to keep plaintiff's exhibits, docs. 78-1, 78-2, under seal;

4. Plaintiff's Motion for Independent Medical Examination, doc. 79, is **denied without prejudice**;

5. Defendants' Emergency Motion for Protective Order, doc. 80, is **denied as moot**. On or before April 13, 2026, plaintiff shall notify Mounaf Alsamman, M.D., that the subpoena, doc. 80-1, is withdrawn. Plaintiff shall issue new subpoenas regarding Sultan Bayat's mental and physical capacity in alignment with the directives outlined at the April 9, 2026, hearing; and

6. On or before **May 11, 2026,** the parties shall file a joint notice advising the Court of the status of plaintiff's third-party subpoenas; the notice shall include plaintiff's position on defendant's motion to appoint a guardian ad litem.

**Ordered** in Jacksonville, Florida on April 9, 2026.

 /s/ Laura Lothman Lambert
United States Magistrate Judge

c:
J. Allen Maines, Esquire
Michael Manuel Gropper, Esquire
Patrick B. Reagin, Esquire
Wesley Martinez, Esquire
Niels P. Murphy, Esquire
Gerald Giurato, Esquire
Vanessa Gray, Esquire
William E. Adams, Jr., Esquire